UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2020 DEC -9  PM 3: 33

-------------------------------------------------------------------x

UNITED STA TES ex. rel. CURTIS VAN STUYVESANT,

                    Petitioner

        -v-

        WILLIAM BARR,

PETITION FOR A WIRIT

OF MANDAMUS AND   PROHIBIT

AFFIDAVIT IN SUPPORT PURSUANT TO

28 U.S. C. 1651a ALL WRITS ACT.

UNITED STATES ATTORNEY GENERAL DEPARTMENT OF JUSTICE.

        CHISTOPER WREY;

DIRECTOR FEDERAL BUREAU OF INVESTIGATION DEPARTMENT OF JUSTICE.

        CHAD WOLF,

ACTING SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY.

        FRANCIS CASSINA.

DIRECTOR UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

        TONY H. PHAM,

DIRECTOR UNITED STATES  IMMIGRATION AND CUSTOM ENFORCEMENT

                    Respondents.

-------------------------------------------------------------------x

STATE  OF NEW YORK )

COUNTY OF NEWYORK ) ss.

    CURTIS VAN STUYVESANT, being duly sworn, deposes d say:

  Iam the petitioner in the above entitled proceeding.

1. I make this affidavit in support of the annexed   petition and memorandum of law in support of 28US.C. 1651a All Writs Act which challenges the Federal Bureau of Investigation four years delay in conducting a naturalization criminal background check, and Immigration and  Naturalization sub nom United States Citizenship and Immigration Services  Department of Homeland Security fraudulent concealment of ten prepaid applications for naturalization filed from 1990 to 1998.

2. Petitioner seeks to proceed by  Notice of Petition rather by an  Order to Show Cause

3. Petitioner is a victim of Federal Bureau of Investigation animus, vindictive, selective, and malicious prosecution. In other not be repetitive petitioner has in his  memorandum  of law statement  in support of this All Writs Act petition provided a very comprehensive detail allegations supporting the veracity of his claim of Federal Bureau of Investigation animus and retaliation.

4. Petitioner is also the victim of Immigration and Naturalization Services sub nom United States Citizenship and Immigration Services retaliation against his private attorney general activities exposing waste government resources, corruption and the taking of bribes by Executive Office of Immigration Review Immigration Judges, Immigration and Custom Enforcement  Trial and Assistant Trial Counsels, and Services Representatives, in exchange for approving every conceivable immigration relies within their discretion to undocumented illegal aliens who lacks the necessary qualifying equities.

5.These United States Department of Justice and Homeland Security employees  conspired with, aided and abetted, a cabal of unethical and crooked attorneys, consultants, private contractor agents, religious and so called not for profit organization in defrauding the government of the United States. It was a racketeering influence organization [RICO] Association-in-Fact criminal enterprise.

6. This corruption was very prevalent in the New York City, Newark New Jersey, and Philadelphia Pennsylvania districts. New York City however was the most corrupt.. Out of States undocumented and illegal aliens were renting mail boxes address in droves in New York City to give the district offices jurisdiction because the word was out in the immigrant community that if the price is right, New York City District Office would grant immigration benefits for unqualify immigrants.

7. The New York City District office of INS fraudulently concealed Petitioner's award of political asylum in 1982. In 2011  USCIS again fraudulently concealed petitioner's application of Employment Authorization Card which is a benefit that came with his stay of removal.

8. During his last scheduled removal parole supervision visit in the fall of 2019, petitioner's supervision reporting document, given to the duty desk officer vanished.

9.He was Kept waiting from 8. A. M to 3 P.,M waiting despite his severe  physical disability and being blind.. It was a calculated scheme to eventually take petition into custody for an indefinite detention, for an alleged failure to report in for his  stay of removal supervision review.

10. Regardless of the fact that the government of  United States has ratified United Nations Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, New York County District Attorney Cyrus Vance Jr., Assistant District Attorney Hillary Hassler, Former First Executive Assistant District Attorney James Kindler continue to put pressure on their hand maiden Wen Cheng ICE New York City Field Office District Council to revoke petitioner supervised parole, place him on board of a plane, and deport him regardless of the fact such conduct is a violation of International Law doctrine of REFOULMENT.

11. Petitioner is requesting Informa pauperis. His only source of income is Social Security disability benefits. Due to the fraud upon the court committed by a former Chief Judge of this Court Michael Mukasey, petitioner has been prevented by this court to redress his injury pursuant to the United States Constitution to recover millions of dollars stolen "confiscated" by the New York County District Attorney on May 5, 1998 without a court order of forfeiture, before petitioner's July 24. 1998 indictment and subsequent prosecution for none existing crimes of United States related immigration fraud, fabricated by former Assistant District Attorney John Ryan to trigger his deportation in an extrajudicial murder scheme. John Ryan created this state danger in 1980 when he was an Assistant United States Attorney SDNY in 1980.

12WHEREFORE, petitioner respectfully requests that this Court enter an order pursuant to 28 U.S.C. 1651a All Writs Act granting naturalization of citizenship retroactive to when his first prepaid application

for naturalization was filed, together with such other and further relief as this court may deem just and proper.

Dated December 7th, 2020

New York New York

Curtis Van Stuyvesant pro se

308 West 94 Street . # 435

New York New York 10025

UNITED STATES DISTRICT COURT

SOUTHERN DISTIRICT OF NEW YORK

---- ----------------------------------------------------------------------------

UNITED STATES ex. rel.  CURTIS VAN STUYVESANT

Petitioner,

v.

WILLIAM BARR

UNITED STATES ATTORNEY GENERAL DEPARTMENT OF  JUSTICE,

CHRISTOPHER WRAY,

DIRECTOR FEDERAL BUREAU OF INVESTIGATION DEPARTMENT OF JUSSTICE

CHAD WOLF

ACTING  SECRETARY   UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

FRANCIS CISSNA

DIRECTOR UNITED STATES  CITIZENSHIP AND IMMIGRATION SERVICES,

TONY H. PHAM

DIRECTOR UNITED STATES IMMIGRATION AND CUSTOM ENFORCEMENT.

Respondents.

----------------------------------------------------------------------------------------------------------

PETITION FOR A WRIT OF MANDAMUS AND PROHIBITION

PURSUANT TO 28 U.S.C. 1651[a] ALL WRITS

RETROACTIVE  AWARD OF UNITED STATES CITIZENSHIP MEMORANDUM OF LAW.

----------------------------------------------------------------------------------------------------------

DATED :December 7, 2020.                    CURTIS VAN STUYVESANT pro se

New York New York                              # Number 435

                                                        308 West 94 Street New York NY 10025.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------x

UNITED STATES ex. rel. CURTIS VAN STUYVESANT,

                                    Petitioner,         PETITION FOR A WRIT OF

                                             MANDAMUS & Prohibition

             v.                      PURSUANT TO 28 U.S. C  1651[a]

                                             ALL WRITS ACT.

WILLIAM BARR et al,

UNITED STATES ATTORNEY GENERAL DEPARTMENT OF JUSTICE et al,

Respondents.

-------------------------------------------------------------------------------------x

## TABLE OF CONTENTS.

I .QUESSTION PRESENTED----------------------------------------------------------------------------

II.PRELIMINARY STATEMENTS----------------------------------------------------------------------

III.JURISDICTION-----------------------------------------------------------------------------------

IV.CONSTITUTION AND STATUTORY PROVISION------------------------------------------------

V.STATEMENT OF FACTS----------------------------------------------------------------------------

VI.LEGAL ARGUMENTS-------------------------------------------------------------------------------

VII.CONCLUSION----------------------------------------------------------------------------------------

2

VIII. TABLE OF CASE LAW AUTHORITY-------------------------------------------------------------------

IX.UNITED STATES CONSTITUTION AND STATUTES---------------------------------------------------

EHIBITS----------------------------------------------------------------------------------------------------------

II.

## QUESTIONS PRESENTED

1.[A] Whether Immigration and Naturalization Service sub nom United States Department of Homeland Security U.S. Citizenship and immigration services fraudulent concealment of ten prepaid applications for naturalization from 1990 to 1998 was a discrimination on the basis of nationality, race, and religion is in retaliation against petitioner's private attorney general anti-public corruption activities exposing fraud and mismanagement of government resources by immigration judges, assistant trial counsels and service representatives ?

2.[B] Whether discrimination, retaliation, vindictive, selective, and malicious policy is arbitrary and capricious within the meaning of the Administrative Procedure Act [APPA] 5 U.S.C. Sections[s] 706 [2][a] in the denial and fraudulent concealment of immigration benefits. ?

3.[C] Whether fraudulent concealment by United States Citizen and Immigration Services of ten prepaid applications for naturalization violates the Fifth Amendment to the United States Constitution Amendment Due Process Clause, and Fourteenth Amendment Equal Protection Clause ?

4.[D] Whether where on behalf of New York County District Attorney Office or the Federal Bureau of Investigation ,Immigration & Naturalization Services Sub Nom Department of Homeland Security United State Citizen and immigration Services has a history of fraudulently concealing immigration relief granted to petitioner in retaliation against his private attorney general anti-public corruption activities and advocacy for immigrants rights petitioner is entitle to retroactive naturalization?

5.[E] Whether it is the New York County District Attorney office and not the United States Congress that has plenary authority and power over United States Immigration policy and law and does state courts have U.S Constitution Article III federal subject matter jurisdiction>

III.

## PRELIMNARY STATEMENT

6. The All writ Act 28 U.S,C. 1651, authorizes federal courts to issue all writs necessary or appropriate in the aid of their respective jurisdiction and agreeable to the usages ad principles of the law. The Act has

3

applications in a variety of contexts, including law enforcement investigation, detention of aliens, denial of naturalization due to fraud in the adjudication process, and management of complex multidistrict litigation.

7. Another important but less studied area is the Act's use as a mechanism to examine ongoing proceedings of the federal administrative agencies. While judges generally hesitates to review non final administrative action, courts have found authority under the Act to issues writs of mandamus and injunction to agencies to compel action or suspend the enforceability of preliminary decisions while parties pursues administrative appeals.

8.United States Citizenship and Immigration Services fraudulent concealment ten prepaid naturalization applications filed by petitioner, and fourteen years delay it took the Federal Bureau of Investigation to conduct a background check raises serious concerns about what rights is petitioner entitle to, and whether he has the power to compel USCIS and the FBI to process his application for citizenship on the merit. At most FBI back ground check for naturalization is completed within 120 days, and not even 360 days.

9.How for example can petitioner administratively appeal, when there's no decision since 1990 to appeal. How could petitioner challenge the government fraud, when the same government aided and abetted New York County District Attorney Office to make petitioner the victim of extrajudicial murder, by withholding exculpatory evidence proving his actual innocence, and enter into a conspiracy of silence, to conceal the fact that former New York County Assistant District Attorney John C. Ryan, had fabricated non existing crimes from a whole which he use as avenge his 1980 humiliation by petitioner when Ryan was an AUSA in the SDNY. Ryan use it in a selective, vindictive, and malicious prosecution to triggered his deportation by fraud, to a country he knew petitioner will be murdered, in view of the fact, it was Ryan who created that state danger in 1980.

10.The All Writs Act, a broad and historic statute originally codified in the Judiciary Act of 1789, provides that 'courts may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." The Acts grants courts equitable power to issue injunctions that ensure that litigants substantive rights are not frustrated by interstices in the applicable law

IV.

JURISDICTION.

11 The federal question statute 28 U.S.C. 1331 gives this court subject matter jurisdiction. The Supreme Court found that 28 U.S.C. 1331 provides a general rant of jurisdiction to federal courts in civil actions over "federal questions" arising under the constitution, laws, or treaties of the United States. It serves as the jurisdictional basis for federal courts to review agency action See Califano v. Sanders 430 U.S 99 [1977], See also Bowen v. Massachusetts 487 U.S. 879 , 891 n.16 [1988], Although the All Writs Act traces its linage back to the judiciary Act of 1769, the historical origins of the statute largely have remained in obscurity. One of the more modern and potent issues involving the All Writs Act concerned whether the statute maybe used independent basis of original jurisdiction. For more than two hundred

4

years no court had ever relied on Section 1651[a] to ground its jurisdiction over a case removed from state to federal court. Robert Morganthau former New York County District Attorney[deceased] former Assistant District Attorney James Kindler, John Ryan, Rahul Kale Jennifer May Parker alleged it was the New York County District Attorney that has plenary authority over immigration in New York City, without any limited federal judiciary oversight.

12.But in 1988 a court first approved use of All Writs Act as an independent basis for removal. Thereafter, the number of federal district and circuits courts grounding removal in the All writ Acts grew rapidly. Over the decades federal courts considered, and approved, use of All Writs as an independent basis for removal, principally on the premise that resort to the All Writs Act was necessary to protect or preserve a prior federal judgement.

13. The United States Supreme Court unanimously ruled that the All Witts Act does not afford an independent basis of jurisdiction to support removal of a state suit into federal courts. All Writs Act remains relevant as one of the most common invocations of statute is to permit a district court to issue injunctive relief. Proper understanding of the scope and limits of section 1651[a] thus remains a vital part of any treatment of the Boundaries of the federal injunctive power.

14. The All Writs Act is a United States federal statute, codified at 28 U.S.C 1651, which authorizes the United States federal courts to 'issue all writs necessary or appropriate in aid of their respective jurisdiction. It is not a New York State statute codified in NYS Civil Practice Law and RULES [CPLR]. Judges in this district previously abdicated their United States Federal Subject matter jurisdiction under Article III of the United States Constitution, by transferring their authority in a 28 U.S.C. 2254 brought by petitioner regarding non existing united States immigration related crimes, and allowing local prosecutors to contaminated federal judges by extraneous influences to suborn the perjury of New York State Attorney General Federal Habeas Corpus Units Assistant Attorney General and Assistant Solicitor General.

15.Driven in large part by statutes providing for de novo judicial trials of citizenship claims many case rejected application of Chevron on citizenship claim. 8 U.S.C. 1252 [b] the statute providing for judicial review of deportation orders, is an example where Congress provided for searching review of the claim of to citizenship, even in the context of deportation .The section vest jurisdiction to review deportation orders in the courts of appeals and provides that "if the petitioner claims to be a national of the United States" and the Courts finds "no genuine issue of material fact... the courts shall decide the nationality claim.'8 U.S.C. 1252 [b][5][A] [2018]. See O' Sullivan v. U.S. Citizenship & Immigration Services 435 F.3d 809 [CA7.2006] 8 U.S.C 1140, 8 U.S.C. 1421 [c].

16.The statutory requirement of trial de novo of citizenship claims supports the conclusion that Chevron does not apply, particularly in light of the consideration backdrop of Ng Fung Ho v. White., 259 U.S.276 [1922], Several other consideration supports this outcome. First, citizenship is a major policy question. Second, the Court has often held that a rule of lenity applies to ambiguous citizenship statutes. Finally, many of the most important citizenship cases involving judicial rejection of administrative decisions.

17. The Supreme Court has established that great political or social significance of an issue may remove it from the coverage of Chevron U.S.A. Inc v. Natural Resources Defense Council, Inc 467 U.S. 837 [1984]. In King v. Burwell 135 S. Ct 2480 [2015], upholding the Affordable Care Act, the Supreme Court explained "in extraordinary cases [t]]here may be reasons to hesitates before concluding Congress has intended such delegation." Id at 2488-89 [quoting FDA v. Brown & Williamson Tobacco Corp. 529 U.S.

5

120 , 159 [2000], Fedorenko v. United States 449 U.S. 490 , 507 [1981],  Johnson v. Eisentrager 339 U.S. 763 791 [1950, [Black dissenting], United States v. Ginsberg  243 U.S 472, 474 [1917], Miller v. Albright 523 U.S. 420 , 422 [1988] [Scalia. J. concurring].

18. Is citizenship a case for administrators? The Supreme Court has referred citizenship as a 'priceless treasure." Fedorenko v. United States 499 U.S. 490, 507 [ 1981] quoting  Johnson v. Eisentrager 339 U.S.763,, 791 [1950]. It has also noted the importance of following the laws passed by Congress because naturalization grants 'political rights as a member of the Nation." United States v. Ginsberg 243 U.S. 472, 474, [1917]. The Court has explained that "Congress alone has the constitutional authority to prescribe rules of naturalization. Not the FBI, INS, USCIS, ICE, DHS, DOJ or the New York County District Attorney office in the manner those agencies fraudulently denied me the privileges of becoming a  United States Citizen, because they were offended by my private attorney general anti-public corruption activities protected by the first amendment , and advocacy for immigrant rights in the states criminal justice systems.

19.It has held that citizenship or those born abroad is available only as provided by Acts of Congress. Miller v. Albright 523 U.S. 420, 422 [1988]. The Supreme Court noted: The distinction between citizens and aliens is fundamental to the definition and government of a state. The constitution itself refers to the distinction no less than 11 times, indicating that the status of citizenship es meant to have significance in the structure of our government. The assumption of that status, whether by birth or naturalization, denotes an association with the polity which, in a democratic republic, exercises the powers of governance. Ambach v. Norwick   41 U.S.68, 75 [1979] [citing] Sugarman v.Dougall, 413 U.S..643, 651-2 [1973] [Rehnquist, J. dissenting ].


V

CONSTITUTIONAL AND STATUTORY PROVISION

20.. Under the Administrative Procedure Act [APA], a party that disagrees with a decision or other determination of a federal agency generally may obtain review from a federal court only if the measure qualifies as a final agency matter. 5 U.S.C. 704 [2012]. Parties    must also exhaust available administrative remedies and present a dispute that qualifies as ripe.

22. Situation at times arise, however, in which parties seek judicial oversight of agency action before it meets the traditional criteria of completeness. While judges generally hesitates to interfere in an ongoing administrative proceedings out of deference to the role and function of agencies, See, e.g., FTC v. Standard Oil Corp of Cal. 499 U.S. 232 242 [1980] [explain the risk of premature judicial review of agency action namely, 'interference with the proper functioning" of agencies]' cf. Chevron U.S..A Inc. v Nat. Res. Def. Council Inc., 467 U.S. 837, 644 [1984], describing longstanding principles of deference to agency interpretation of statutes.].

23.. Petitioner has exhausted his administrative remedies. This will be his second All Writs Act file in this court in the last ten years. Courts in some instances have granted parties relief from ongoing agency action under the authority of the All Writs Act. See 16 Charles Allan Wright et al.,  Federal Practice and Procedure section 3942 [3d ed. 2012].

6

24.. A somewhat obscure but persistently important statute, the All Writs Act authorizes federal courts to issues the All Writs Act authorizes federal courts to issue all writs necessary or appropriate in aid of their respective jurisdiction and agreeable to the sages and principles of law. Courts have interpreted the broad languages of the All Writ Act to enable a variety of actions beyond the usual scope of judicial activity. Recent scholarship has addressed prominent applications in the law enforcement and military detention contexts.. Few inquiries, however, discuss the Act's use as a mechanism to examine ongoing agency proceedings.

25. Agency cases involving All Writs Act based relief do not frequently arise, but the limited caselaw that exits reveals that courts have imposed different threshold that parties must meet to obtain relief. Most prominently, courts in some cases have required parties seeking injunction against agencies to make heightened showings on the four traditional factors for equitable relief. In other cases, however, courts have taken All Writs Act based action without any mention of the traditional injunction factor.

26. In light of the general principle of judicial respect for ongoing agency proceedings, lowering the threshold for regulated parties to win court intervention in  nonfinal administrative  action would represent significant challenge to the agency authority. At the same time, raising he standard unnecessarily risks barring relief to otherwise deserving plaintiffs.

27.A recent example illustrates the potential impact of a lowered threshold for review. In July 2016, a federal district court invoked the All Writs Act authority to order the Food and Drug Administration [FDA] not to approve or deny pending applications by generic drug manufacturers to sell their versions of a leading cholesterol drug. See AstraZeneca Pharma v. Burwell 197 F. Supp.3d 53, 58 [D.D.C. 2016].

28. The drug's original manufacturer had filed suit based arguing that any approvals would be based on an incorrect misrepresentation of the governing statutes and that it would have no opportunity to seek meaningful judicial review without immediate intervention; in response, the court ordered the FDA to announced decisions on the applications at a sealed hearing at which the court would then hear the merits of the statutory challenge. AstraZeneca, 197 F. Supp Id at 59.

29.Despite its stated reluctance not to unduly interfere with the unusual operations of the administrative process Id at 56 the court effectively prohibited the FDA from following its normal procedure for approving generic versions of a drug with billions of dollars in annual sales without a clear finding of irreparable  harm to the plaintiff or a similar justification. But here in this court whether it is on 28 U.S.C 2254 USDJ Lewis Kaplan and USMJ Debra Kaplan cavalier attitude has always been petitioner was not entitle to adjudication on the merit, despite the fact, he was convicted of non-existing crimes of United States immigration fraud in a very devious  and diabolical scheme, or civil claims were classified as vexation, frivolous, fantastical, and delusionary by judges too lazy or inept in researching appropriate SCOTUS precedents and Second Circuit case laws.

30.Freeman deliberately ignored the fact that local authority lacks United States Constitution Article III federal subject matter over immigration, and the plenary authority in making immigration policy. Kaplan on the other hand in accepting Freeman Memorandum Decision and Oder which gave deference to New York State Assistant Solicitor General Jennifer Danburg and Assistant Solicitor General Robin Forshaw specious, frivolous and perjured brief in view of the fact New  York State Unified Court system render unarticulated, silent, post cards , boiler plates decision, attempted to have petitioner New York State prole to be revoked, by lying that petitioner had threaten to kill him, simply because petitioner pointed

7

out, several Kaplan's own decisions which favored a similar situated Jewish criminal defendant, but denied petitioner relief because he is an African Muslim.

31. Catherine O' Hagan Wolf Clerk United States Court of Appeals For the Second Circuit promptly fraudulent conceal Petitioner Notice of Appeal and request for a Certificate of Appealability[COA] which was not subjected before a three judge panel, See Van Stuyvesant v. Conway Superintendent Attica Correction Facility. O'Hagan Wolf simply rubber stamped the names of three judges in a decision denying relief, and to prevent petitioner from petitioning SCOTUS for certiorari fraudulent concealed her forged order.

32. In AstraZeneca while the court ultimately rejected the manufacturers' statutory argument at the hearing, See id, such interference in an agency's procedures, without clearly identifying a doctrinal sufficient threats to the moving party's interests, represents a concerning development that future parties with stronger substantive arguments may attempt to exploit.

33.Indeed, while judicial oversight of agency action has relaxed over the past several decades as courts have generally granted grater discretion to agencies, a well-documented scholarly and judicial campaign that questions and disputes the basic legitimacy of the administrative state is also underway. While agencies enjoy some degree of "bureaucratic autonomy," a movement based in libertarian ideology and originalist judicial interpretation is actively challenging the modern administrative state's statutory and constitutional foundations and advocating restoration of a "constitution in Exile" in which national power is restricted in deference to individual economic interests.

34.Professors Cass Sunstein and Adrian Vermeule have documented ne aspect of this movement by reviewing recent decisions of the D.C. Circuit of Appeals, a mode of judicial decision making they dubbed 'libertarian administrative law." Cass Sunstein & Adrian Vermeule Libertarian Administrative Law, 82 University of Chicago Law Review 399, 398-401 [2015]. To be sure a clear pattern of court decisions applying the All Writs Act to restrict agency authority on such grounds has not yet emerged, and the Supreme Court has given some indication that it disapproves of the libertarian approach.

35. Nonetheless, given the recent elevation of outspoken ideological and philosophical opponents of the administrative state to the White House, and Supreme Court, any potential strategy of limiting agency authority and autonomy merits discussion particularly one that has attracted little attention in a case such as mine where fraudulent concealment of immigration award and applications for relief, suppression of exculpatory evidence, intimidation, racism, bigotry, xenophobia, perjury, retaliation, vindictive, selective, malicious persecution and prosecution.

36. Congress or sovereign power over the condition for admitting aliens in the United States and permitting them to remain. See Harissade v. Shaughnessy 342 U.S. 580, 588-589 [1952], the Japanese Exclusion Case Yamataya v. Fisher 189 U.S. 86 [ 1903]; Fong Yeu Ting v. United States 149 U.S. 698, 705 [1893]; the Chinses Exclusion Case Che Chan Ping v. United States 130 U.S. S81, 603, 604 [1889]. This power is so completely entrusted to the political branch to legislate and implement as to be largely free from judicial review.. However, this power is still subject to constitutional limitations, including substantive and procedural due process protections. In immigration cases, due process may be a flexible concept and the particular procedures that may be constitutionally required depend on the relative interests involved.

37. Historically, immigration policy has sought to encourage and enable the admission and integration of desirable immigrants such as workers, family, refugees, asylees while discouraging and preventing the

8

entry of undesirable aliens [national security risks/terrorists, criminal, public charges]. Accordingly, in deciding what degree of judicial review is appropriate in immigration matters,, see Landon v.Plesencia 459 U.S. 21, 34 [1982], Se also Mathews v. Eldredge 424 U.S. 319 [1976] has sought a balance between a system that is fair to desired immigrants, yet facilitates the removal of the undesirable aliens. Wong Yang sung v. McGrath 339 U.S. 33, 51 [1950]. Shaughnessy v. Pedeeiro 349 U.S.48, 52-53 [1955].

38.Initially habeas corpus proceeding provided the primary avenue of judicial review of various immigration determinations. In the wake of Supreme Court decisions construing the Administrative Procedure Act [APA] applying to and providing an avenue for judicial review of immigration adjudications, Congress amended the Immigration and Nationality Act [INA] of 1952 [8 U.S. C. 1101 et seq] by adding a judicial review provision in 1961 that provided for review by federal courts of appeal for deportation orders, but only for habeas review of exclusion orders. By federal district courts. See the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 [IIRIRA].

39. Concerns about the growing population of undocumented aliens, fraudulent asylum claims, terrorism threats, and crimes of drugs, human, and arms trafficking led to the legislation of 1996 Antiterrorism and Effective Death Penalty Act [AEDPA]. The Act focused on reducing immigration litigation by limiting and streamlining both administrative appeal and judicia review procedures regarding removal of aliens and by rendering aliens to certain categories ineligible for certain type of relief from removal. Even when an alien may be considered for discretionary relief, judicial review of denials of relief from removal is restricted, as is review of removal orders issued to criminal aliens. Petitioner file eight pre-paid applications for naturalizations before the enactment of IIRIRA and AEDPA into law, which were fraudulently concealed.

40. The FBI conducted its purported criminal back ground check for naturalization in 2003, after the New York State Courts of Appeal denied petitioner leave to appeal his void for voidness ultra vires judgement of conviction procured by fraud in New York State Supreme Court County of New York in 1999. See Section 106 of the REAL ID ACT P.L. 109-13, Division B, 119 Stat. 302 [2005] restricted habeas review and certain other non- direct judicial review in response to U.S Supreme Court holdings that such review was still available. In the 113th Congress, H.R. 2278 would generally continue the trend of limiting judicial review;; S.744 would generally limit judicial review in certain instances of employer noncompliance with foreign workers programs. On the other hand, S.744 also provided for judicial review for legalization programs.

41.In 1990, amendment to the INA establishes an administrative process for naturalization that previously had been adjudicated by federal courts. While the amendments retained judicial review for naturalization denials ad delays in the administrative process, they require a denied applicant to request an administrative hearing. INA Section 336[a] codified as amended at 8 U.S.C. 1447 [a]. Once the administrative process has been exhausted, the applicant may appeal the denial to the federal district court whose jurisdiction he r she resides for a de novo review. INA Section 310 [c],codified as amended at 8 U.S.C. 1421 [c]; 8 C.F.R. 3369.Applicants may also request federal district court hearings regarding delays in naturalization determinations if more than 120 days have elapsed after the US. Citizenship and Immigration Services [ USCIS] has conducted a naturalization examination, depending on its findings, the court may adjudicate the naturalization itself. See INA 336 [b] codified as amended at 8 U.S.C. 1451 [a].

VI.

STATEMENT OF FACTS.

42. Petitioner was invited by Cyrus Vance Senior former United States to enter the United States in 1979, because he was in possession of very important Intel regarding Cuba geopolitical power aspiration in the Eastern Caribbean in the aftermath of Maurice Bishop Marxist New Jewel Movement [NJM] which was established on March 11, 1973 as an alliance of the Joint Endeavor for Welfare, Education, and Liberation [JEWEL] Organization for Revolutionary Education and Liberation, and the Movement for Assemblies of the People [MAP] led by Maurice Bishop who overthrown Sir Eric Gairy the demonic tin pot Prime Minister of Grenada in a bloodless revolution in 1979.

43. Petitioner was a young and naïve international human right tasked by an European Non-Government Organization [NGO] to investigate human rights violations in third world countries. Prior to entering Grenada in 1997, he was in Nigeria to investigate the Military Junta regime abuse of the indigenous people in the crude oil and natural gas delta region, and the role play by Royal Dutch, British Petroleum Exxon, Mobil, ENf, Total, Agip, Chevron Gulf Oil, and Texaco, in adding and abetting Nigeria Military junta in suppression of human rights, and the environmental health hazard from oil and gas slippage. Petitioner was arrested and detained incommunicado without any formal charges. In view of the fact he is a stateless citizen, a dissident and political refugee, he did not have consular protection. Although his family has strong ties to the United Kingdom, his parents who did their surgical medical residency and fellowship in Northern Ireland, they were expelled due to their support for the political wing Sinn Fein, by the British government, he did not have british citizenship.

44. Petitioner was subjected to a very brutal of both psychological and physical torture by Nigerian Intelligence agents and secret police, who learn their crafts from the Direccion de Intelligence National [National Intelligence Directorate or [DIN ] Chile secret police during the reign of Chile dictator General Augusto Pinochet. The DIN has been compared to Nazi German Gestapo. International Human Rights NGOs brought pressure on the British Common Wealth of Nations Marlborough House London Head Quarters [CHOGM] to persuade the British government to intervene since Nigeria is a member of the Commonwealth. The government of the United States bowing to State department pressure, agreed to admit petitioner for humanitarian reason to seek medical treatment for injuries proximately cause by Nigerian Secret Police.

45.. Maurice Bishop was a personal friend of petitioner's parent.. He met petitioner's parent when he was admitted to study law at the Holborn College of Law London University. He did his post graduate at Kings College and graduated with an LLB Law degree University of London. He was admitted in Grey Inns of Court. He became a barrister in 1966. Walter Rodney a Guyanese intellectual who wrote how" Europe Underdeveloped Africa" was another one that my parent took under their wing. He was assassinated by Guyana then President Forbes Burnham.

46. Walter Rodney was also a mentor. We were together in Grenada. The Legal Aid Clinic in Nothing Hill for the West India Community which he co-founded by Bishop was funded by petitioner's parents . He was also a member of their African Diaspora Socialist International in Europe and the United Kingdom and the Campaign Against Racial Discrimination. [CARD]. The British government persuaded petitioner to go to Grenada instead of the United States because Maurice Bishop will need him as a defense counsel. In 1970 Eric Gairy who was the leader of Grenada United Labour Party [GULP] and Prime Minister formed a secret army known as the "Mongoose Gang."

47. Chile dictator General Augustus Pinochet in 1977 became Eric Gairy adviser. Grenada Defense Force police and the mongoose gang received "counter insurgency training from Chile. Bishop and the New JEWEL Movement develop close ties with Rhaul and Fidel Castro Marxist government. Petitioner

10

entered Grenada with a British Emergency Travelling Document. Grenada's Home Office and Immigration unbeknownst to petitioner informed the British High Commissioner in Lagos Nigeria, and the Foreign office in London UK, that petitioner was not welcome.. The United States Embassy in Lagos Nigeria gave petitioner an open transit visa to fly from Lagos to New York, via Barbados to Grenada. Petitioner was met at JFK by State Dept officers upon arrival, and was given a few thousand dollars in emergency funds, because his money was "confiscated" in Nigeria, and several names and contact numbers in New York and Washington D.C and was assured that a representative from the Department of State will monitor his stay in Grenada.

48.Petitioner was refused entry in Grenada. For three days he was bounced between Grenada and Barbados. Once landed in Saint George Grenada Airport, he was place on the last flight to Bridge Town Barbados, who would put him on the last flight out to Grenada. London was in possession of disturbing information, that Prime Minister Eric Gairy was planning the assassination of Maurice Bishop and the New Jewel Movement leadership.

49.In view of the fact Maurice Bishop did not trust the British Government, the British government disingenuously used me, as a courier to deliver their information to Bishop because I was a trusted family friend. Less than two weeks after I entered Grenada, I was arrested, due to the fact petitioner leaked the plot to assassinate Maurice Bishop et cie . I was accused of being a communist agitator, and revolutionary, who came to Grenada to provide secret Military instruction to the New Jewel Movement leadership, and to overthrow the Government. Eric Gairy has become a british government embarrassment. He was negotiating with United States Organize Crime Families to turn Grenada into a gambling, money laundering, and narcotics transshipments heaven for criminal enterprises. Petitioner not charged with any crime. Just as it was in Nigeria, I was subjected to a brutal reign of psychological and physical torture.

50. Gairy state of mind was of concern. In September of 19977 in his address to the United Nations General Assembly, he demanded the establishment of an agency for psychic research into Unidentified Flying Object [UFO] and the Bermuda Triangle and called for 1978 to be declared by the United Nations as The Year of the UFO. Eric Gairy made the decision to assassinate Maurice Bishop, the Leadership of the New Jewel Movement and petitioner in March of 1979, by his Mongoose gang, when he will be aboard on a state visit. On March 13, 1979, Maurice Bishop, and a rag tag army of teenagers struck and took control of the Island only Radio station and announce the overthrow of Eric Gairy. It became a popular uprising. The feared Mongoose Gang laid down their weapons and surrender. Not one single shot was fired.

51. Cuban, North Korean, North Vietnam and Soviet economic, military, medical and education advisers poured into Grenada. Petitioner was air evacuated to Cuba for medical treatment and surgery.. He spent 125 days in Cuba. On his return, he became one of Bishops trusted adviser. Bishop was prime Minister from March 15, 1979 to October 19, 1983.. He was the Commander In Chief of the Revolutionary Armed Forces of Grenada, Chairman of The Central Committee, of the New Jewel Movement, Minister of Information, Defense, and Interior, of the People's Revolutionary Government of Grenada, Comrade Leader, and his distractor called him Maurice the Red.

52. Due to petitioner's extraordinary access to Bishop, as a trusted adviser, he was sought out by foreign diplomats, including both the British and United States. Petitioner encouraged rapprochement with the United States, and caution against allowing Grenada to become a Cuban Vasal State , which did not make me very popular with the hard line communists lead by Bishop's deputy prime minister Bernard

11

Coard and his Jamaican Wife Phyllis Coard. Mrs. Coard was the mastermind of the bloody counter revolution and gave the order for the execution of Maurice Bishop and his mistress Jacqueline Creft who was minister of education. Unison Whiteman, and Norris Bain

53. United States Department of State  consular officers kept in touch with me. It was not unusual for petitioner to meet  for drinks with Economists from the Organization of American States who is a naturalized American from Ghana, or United Nations Development Agency to discourse appropriate technology, and economy development.. Petitioner was against  the deployment of  Cuban combat company masquerading as a construction brigade and allowing Cuban Jet fighters to use the new propose International  airport for refueling.

54. Bishop unwittingly shared information that petitioner gave  him, regarding Mr. Bernard  and Mrs. Coard decision to form  closer tie with the Soviet Union, North Korea , _Libya_ , North Vietnam and to allow Soviet ships to show their flag on a regular rotation. It was time for petitioner to leave Grenada. My  cover story for  requesting Travel Document was an Interview with the United Nations High Commission for Refugee in New York, should the  Coards et cie asked . Grenada Immigration did not question a senior adviser to the Comrade Leader.. In stead of flying , I decided to take a schooner to Saint Lucia., I did no even pack a bag.

55. The government of Saint Lucia gave petitioner 48 hours to depart their Island. He  was on the list of top Grenada government officials banned by Eastern Caribbean countries. He  was granted curtesy due to U.S Department of State Consular officers intervention.. Petitioner flew to Barbados where the United States Embassy had an indefinite multiple entry  B-2 Visa waiting. He was debriefed. He arrived New York JFK Airport in December of 1979. I took Amtrak to Washington D.C to  meet with Mr. Cyrus  Robert Vance Senior former Secretary of State, in President Jimmy Carter's administration [1977-1980],  who was  instrumental in my entering the United States. Ironically, he son Vance Jr, is persecuting petitioner. He also paid a visit to The Nitzer School of Advanced International Studies Johns Hopkins University. He was already accepted in its very competitive program without taking the GMAT base on his foreign policy & International Law writings.

5 Petitioner became a United Nations Delegate Lounge regular, where I was socializing with United Nations Ambassadors from Non Aligned Nations, Organization of African Unity Sub nom African Union, European Union, Warsaw Pact, League of Arab States. I also met with the Observers representing the various  liberation organizations. I had extraordinary access due to the reverence and respect they have for my parent who were the  leaders of the African Diaspora anti-colonial socialist international movement in Europe and the UK.

57. It brought Petitioner to the attention of Federal Bureau of Investigation Counter Intelligence Special Agents operating under deep cover inside the United Nations Secretariat Head Quarters on First Avenue and East 42nd Street Mid Town Manhattan New York City. I was place under surveillance by the FBI, who were stalking me, and they made sure I knew I was under surveillance. The United Nations Delegate Lounge became my refugee. My State Department contact advise was to ignore FBI, go about my daily routine. Sometime in February of 1980, the FBI eventually accosted me outside the gates of the United Nations. I was taken to a nearby Office building for a "friendly chat". FBI Counter Intelligence Agents have so many hapless foreign diplomats in their pocket. Most third world countries diplomats cant even make ends meet financially, so it is not unusual for them to betray their countries and sell their souls. The FBI was able to piece together information about me, from their United Nations contacts, which was how they found, I am a stateless refugee on a visitor's visa searching for United Nations employment.

12

58. The FBI used the carrot and stick approach in their futile attempt to recruit me. Play ball with us, your world in the United States with be al oyster. Reject our demand you will your world in the United States will become living nightmare, and you will be deported back to either Grenada or the Apartheid Republic of South Africa. I had no way out. Mr. Michael Posner was a founding Executive Director of Lawyers Committee for Human Rights sub nom Human Rights First 1978-2006, and President 2006-2009, was contacted by United States Department of State Consular Operation to provide legal representation. Posner assigned Mr. Hooper to assist petitioner with his asylum application.

59. Mr. Michael Stone Hooper obtain his law degree from Northwestern and was director of research for Lawyers Committee For Human Rights was also assigned to find me outside counsels from one of the big white shoe law firms in Manhattan whose attorneys love to "slum" as pro bono human rights and immigrants advocates in the name only. Mr. Hooper was advice by those Solons that my only solution was an underground rail road to Canada. Mr. Hooper Left the Lawyers Committee for Human Rights and Co- founded the National Coalition for Haitian Refugees.

60. He was only 41 years old when he died of Skin Cancer in 1988 in New York Hospital. We collaborated on Haitian refugee matters before the Board of Immigration Appeals. I drafted briefs for his attorneys to argue in both federal district and circuit courts.. The Irony was even until my conviction, I was receiving request around this country from NGOs and law firms providing pro bono for assistance in drafting immigration appeals briefs.

61. Petitioner requested time to consider the FBI offer, and they gave me three weeks. He was under constant surveillance. He could evade surveillance once he gets inside the U.N Secretariat and will be driven out of the Secretariat in ambassadors who were his parents personal friends embassy cars with diplomats license plates to and back from meetings with Mr. Hooper, who became a trusted personal friend. Accepting the FBI offer was not contemplated. It would have been a betrayal of his moral principles. Mr. Hooper supported my decision, but did advise me, that the Lawyers Committee does not have the funds to represent me, should as expected, I will be arrested by the FBI, should I reject their offer. The State Department advice was to fight the FBI, and that no reasonable and fair United States District Judge would entertain the FBI ridiculous allegations, should I be arrested, because they will release evidence to the court to counter any FBI false allegations, which was done.

62. In rejecting the FBI demand, as expected petitioner was arrested. Regardless of the fact he demanded counsel, the FBI relentlessly interrogated him in their 26 Federal Plaza head quarters in lower Manhattan for more than 18 hours. He agreed to be strapped for a polygraph examinations. Every question asked such as if he belong to a "terrorist" revolutionary liberation organization ?. Has he engaged in a terrorist activities anywhere in the world?. Was he responsible for training Maurice Bishop on how to overthrown Grenada's legitimate elected Prime Minister? Was he a United States Central Intelligence asset? or MI6 the government of the United Kingdom foreign intelligence service agent? Who was his Soviet Union KGB and Cuban Direccion intelligencia,[ D1 G2] sub nom Direcccion General de Inteligencia [DGI] controller in the United Nations? He answered truthfully.

63. Regardless of the fact the polygraph showed petitioner was telling the truth, the FBI concluded , he was trained to beat their polygraph, which since then , he has used it, sarcastically, even in his September 30, 2020 correspondence to James Kindler, Former New York County District Attorney Office First Executive Assistant District Attorney, who is the architect of petitioner's Kafkaques nightmare.. Any one will be exhausted after 18 hours of relentless interrogation. No food or water and sleep deprived..

13

The FBI could not psychologically break me. I am a veteran of brutal repressive dictator regimes brutal interrogation methods.

64. In mocking the FBI, petitioner quoted Fredrich Nietzsche "Between Good and Evil " He who fights with monsters might take care lest he thereby become a monster. And if you gaze for long into an abyss, the abyss gazes back at you. The vast majority of readers will not get much out of the book, which is not meant for the average individual, who are easily offended, and those who will make superficial reading and criticize, and read Nietzsche like he was an insane idiot. Nietzsche thought is ordered. Much of his book develops thematically though not through premises, which is the reason he is renowned for his writing. I also quoted William Shakespeare Like It is " All the men and women are merely players; They have their exits and their entrances; And one man in his time plays many parts,. His acts being seven ages..

65. John C. Ryan was the Assistant United Stats Attorney [AUSA] in the Southern District of New York [SDNY] assigned to prosecute me.. Petitioner was not surprised that FBI Special Counter Intelligence agents who are attorneys or accountants were ignorant of the literary works of Shakespeare and Nietzsche. After all they were the beneficiary of American compulsory miseducation. Former AUSA John Ryan, without the benefit of a psychologist, psychiatrist, or certified social worker examination self-diagnosed petitioner as a raving lunatic and demanded a psychiatrist evaluation. A United States Magistrate Judge in the SDNY, signed an order bounding petitioner over for a 180 days psychiatrist evaluation. Petitioner was charge with one Count of 18 U.S.C. 1001 Making false statement to a federal agent. He was transported from the Metropolitan Correction Center in lower Manhattan to the Federal Bureau of Prison [BOP] Department of Justice [DOJ] medical prison in Springfield Missouri.

66.Who establishes the presence of a mental disorder in defendants? Legal insanity is a peculiar element of criminal law, because it brings together two very different disciplines; psychiatrist and psychology on the one hand, and the law on the other. One of the basic questions regarding evaluations of defendants concerns the question of who should establish "true mental disorder," the judge, prosecutor, police, or the behavioral expert. This question is not complicated. In many legal system, a person who commits a crime can be held criminally liable. Criminal liability assumes that the offender is to blame for his criminal behavior because he had freedom of action and the possibility not to break the law.

67. Reversely, a prominent principle of criminal law is that a person cannot be punished for an offense if he is not to blame for what he did: no punishment without blame [ nulla poena sine culpa]. Usually, it is considered as an exception not to hold a person criminally responsible if he committed an offense. This exceptional circumstance may be rooted in mental disorder which influence the perpetration of the crime in such away that the judge cannot hold the offender liable. In fact, there are very different ways of substantiating inanity in the United States.

68.In many legal system, legal insanity is a defense which has to be raised by the defendant. For instance, in most states in the U.S, insanity is a defense. If the defense is raised by the defendant himself, he is very likely to cooperate with behavioral evaluation. Meanwhile in high profile cases where there was no probable cause, that a crime has been committed, or law enforcement agents and prosecutors fabricated non existing crimes from a whole cloth for the purpose of CYA, prosecutors often will press the court for an insanity assessment to be carried by a bent behavioral professional of their choice.

14

69. Regardless of the fact BOP psychiatrists and psychologists found no mental deases , defects or psychosis, after 180 days mental health observation, where petitioner was practically in a glass bubble, John Ryan and the FBI nevertheless refused to accept their own United States Department of Justice Bureau of Prison diagnosis, and decided petitioner was suffering from mental illness and his alleged criminal responsibility was therefore considered diminished, in a scheme to sentenced him to a psychiatric hospital, to cover up the fact that they have created a state danger which would be responsible for petitioner to become the victim of extrajudicial murder.

70. While Petitioner was undergoing mental health evaluation former AUSA John Ryan contacted the then Apartheid racist Government of the Republic Of South Africa Bureau of State Security [BOSS] New York City Station Chief with the Incredible lies that petitioner was arrested by the FBI in a plot to blow up South Africa Mission to the United Nations, South Africa Airlines Offices, and other Apartheid Republic of South Africa economic , cultural and diplomatic assets in New York City. In contacting the African National Congress [ANC], Pan Africa Congress [PAC], Southwest Africa People's Organization [SWAPO] Observer Mission to the United Nation with the lies, that petitioner was an agent of BOSS, and a rouge contract CIA and MI6 agent provocateur who was arrested for plotting to bomb certain assets , and the bombing will be blame on the  anti- Apartheid Liberation Organizations. John Ryan insidious mendacity, unethical and immoral conduct is responsible for petitioner trial in absentia for treason and death sentence.

71. Petitioner had no choice but to fire his hand pick federal defender who was pressurizing him to accept AUSA Ryan plea offer of not guilty as a result of temporarily insanity. In view of te fact his defense counsel was suffering from an actual conflict of interest, decided to proceed pro se.. In 1980, he did not have any experience in Federal Criminal Procedure Law , Rule of evidence or Title 18 United States Annotated Codes the federal  penal law statutes.

72..Nevertheless, proceeding pro se, he took John Ryan to school, humiliated him, show case his incompetence and prosecutor misconduct, and soundly defeated him. Deceased United States District Judge Hon. Charles Brieant who in 11980 was the chief judge in the United States District Court[ USDC] for the Southern District of New York [SDNY] dismissed the FBI False complaint with prejudice, and entered an order prohibiting John Ryan and the FBI from turning over petitioner to Immigration and Naturalization Services [INS] for deportation proceedings. It was the beginning of both the FBI and John Ryan animus against petitioner., which has culminated  into  his  **more than** 40 years plus dystopian Kafkaques nightmare in the United States.

73. The Soviet era practice of punitive is psychiatry is alive and well in the United States. The FBI, AUSA John Ryan U.S Attorney Office SDNY, ICE, DOJ, New Jersey Attorney general offices in Bergen and Middlesex Counties, New York State Unified Court System, and the New York County District Attorney office, since 1980 by hook or crook attempted to force petitioner into a psychiatric hospital for life, with no mental health diagnosis to speak of. This entire experience remedies petitioner of Soviet era practice of punitive psychiatry when dissidents and activists were locked away under trumped-up mental health diagnoses in an effort to intimidate them and other dissidents into silence. When it suits those immoral crave reprobates, petitioner was painted as a "mastermind" running an international criminal enterprise. When caught with their dirty underwear expose, they will prejudice petitioner as a delusional insane lunatic, so that his claims should not be believed. How bi-polar  of them ?

74. Insanity  is a tool to demonize petitioner's views, and to make him his opinions,  and claims of human and civil right abuses, crime against humanity, psychology and physical torture, fraud upon the

15

courts, racism, bigotry, xenophobia, miscarriage of justice, theft by prosecutors of millions of dollars of cash and assets less credible less credible. Psychiatry has been used specifically to target petitioner who is an out spoken critic of the United States Legislative, Executive, and judiciary branches of government from the federal to states and local governments as a corrupt kakistocracy, to intimidate petitioner into silence, and above all associate him with mental illness in the public's mind.

75. Petitioner against all odd manage to obtain an employment contract, after the dismissal of the FBI false complaint of 18 U.S.1001 with prejudice, with United Nations Security Council Center on disarmament.. Hew was task with investigating South Africa, Israel, India and Pakistan nuclear weapon capabilities, and transfer of technology by Israel I to Apartheid Republic of South Africa in exchange for Uranium..

76.Due to a hostile work environment and threats of bodily harm by Southern Africa anti- apartheid liberation organizations observers in the United Nations and their allies, petitioner resigned, and moved to Washington D.C. He executed alien change of address card Form AR 11. While in Grenada, he applied and was admitted by Johns Hopkins University Nitzer School of Advance International Studies, without taking the GMAT. His admission was predicated on his written commentaries on international law, foreign policy, the new economic order, appropriate technology, war & Peace, Nuclear weapons disarmament, non-proliferation treaties, United States First Strike and mutual assured destruction, triad nuclear strategies, détente realpolitik, and rapprochement.

77.After two semester petitioner decided to leave thanks for John Ryan's interference. He contaminated every Foundation that gave petitioner grants by extraneous influences to cancel their grants under the false premise that petitioner, had been found to be criminally insane by BOP psychiatrists, and he was a suspected terrorist. While in Washington D.C. petitioner was assisted by the department of state to file his application for political asylum. In 1982 he return back to New York and executed another alien change of address Form AR-11. State Department advisory opinion to the United States Attorney General was to grant petitioner political asylum and refugee status.. Immigration and Naturalization New York City District office working in concert with both the FBI and John Ryan fraudulently conceal, his award of asylum and refugee status.

78. Prominent men and women of the eastern establishment have good will towards petitioner. He worked an of counsel and consultant for both Coudert Brothers and Lord Day and Lord. Before Henry Kissinger former Secretary of State started Kissinger & Associates petitioner was providing Fortune 500 corporations and financial institution, Country risk, geopolitical and international economy risks analysis, which was how he met Archibald Bulloch Roosevelt Jr., the grandson of President Theodore Roosevelt, who at that time was a Case Manhattan Bank N.A Senior Vice President and Director of Country Risk.

79 . It did not bother petitioner that he was a retired career Central Intelligent Agency Officer. Both have something in common. They were both polyglots and phylogists with shared interest in the middle east, love of chess and literature.. Mr. Roosevelt Jr. befriended petitioner and became his mentor. He open a lot of business opportunity doors for petitioner, who thrived and strived and became financially successful.. Petitioner also continue his pro bono immigration work with Mr. Hooper. On the other hand, Ryan suffered a reversal of fortune, and was rutting as a low level grey man, prosecuting pedestrian municipal corruption in the cesspool know as New York County DA office aka The LIAR'S FACTORY.

16

80. Petioner got married on July 5, 1985 and moved to Princeton suburb  New Jersey. Human , civil rights and immigrant right advocacy was incorporated with his  private attorney general anti-public corruption activities. He exposed racial profiling on the New Jersey Turnpike, and assisted in funding 42 U.S.C. 1983 constitution tort against racist, red neck xenophobic law enforcement officers and prosecutors who are bigots. It was not usual for him to bail out a Hispanic of black victim of racial profiling from jail .

81. Middlesex County law enforcement officials alerted United States Secret Service that an African was using credit card to bail out their detainees,, and those credit cards seems to have  very large line of credits. Petitioner was visited by Secret Services agents who took his bank statements and credit cards information. Manufacture Hanover, Chemical Bank, Irving Trust, and Bank of New York, E.F Hutton. Paine Webber, Merrill Lynch verified the legitimacy of petitioner bank and asset management accounts, and due to his impeccable credit, he was entitle to  his credit cards line of credit. Secret Services also demanded petitioner immigration status. He gave them his political asylum application filing receipts.

82. Five days later the same agents arrested petitioner and turn him over to immigration.. He was transfer to INS Varick Street New York City for an expedited exclusion hearing.. Petitioner was not charge with any criminal offense. Immigration lied that there was no  record of a FORM 1-94 in support of his veracity that he was inspected at JFK Airport, and was granted an indefinite multiple entry B-2 visa, or  a political asylum application on file. Petitioner wife was pregnant with their  first born son, and almost had a miscarriage.

83. Mr. Archibald Roosevelt was contacted, and he turn contacted deceased United States Senator Hon. Daniel Patrick Moynihan, who contacted both departments of state and justice. Petitioner political asylum file contains his award letter, copies of his visa, travelling document, social security card, state department advisory letter to Justice, alien change of address, and routing memorandum  showing the date INS Washington D. C district office transfer petitioner certified immigration record to New York.. He was released immediately, and asylum made retroactive to 1983. His United States Refugee Travel document was approve a few days later, and permanent residence in 1986. The FBI was behind the fraudulent concealment of his award of political asylum.

84. Petitioner became a very harsh and relentless critic of Immigration and Naturalization Services district offices in New York City, Newark New Jersey, and Philadelphia Pennsylvania.. New York City was the most corrupt. For the right price immigration judges  and trial attorneys will suspend deportation Service representatives will approve fraudulent  marriage base applications, bogus claim of political asylum, and every conceivable relief, regardless of the fact, the aliens does not have qualifying equities, and used forge documents and perjured statements in support of their applications. Every Corrupt INS employee became a fat cow living large on corruption which was deposited in off shore accounts and names of relatives.

85. In retaliation for exposing corruption and mismanagement, from 1990-1998 I.N.S. fraudulently concealed and refuse to process ten pre-paid applications submitted by petitioner for naturalization. The FBI dd not search the National Crime Information Center data base to conduct a criminal background check until 2003, after the New York State Court of Appeals denied petitioner leave to appeal. See People v. Van Stuyvesant, 297 A.D. 2d 559 [1ˢᵗ Dept.2002] lv. Denied  99 N.Y. 2d 586 [2003.].

86. Former AUSA John Ryan was fired by the United States Attorney for the Southern District of New York. Ryan held petitioner responsible for his reversal of fortune. He could not leverage the prestige of

17

an appointment as an AUSA in the U.S Attorney for the Southern District of New York into employment in big white she law firm, wall street finance, or fortune 500 corporations. He ended up in the sewer known as the "Liars Factory aka New York County District Attorney as a grey man prosecuting "micky mouse" pedestrian municipal corruptions such as when a New York City Food Health Inspector or Building Inspectors are arrested for taking $500 bribes from a restaurant owner or landlord to overlook code violations.

87. While petitioner was thriving and striving, and became financially successful, Ryan remain stagnant, and became a very bitter unsuccessful bureaucrat in a kakistocracy local prosecutor's office presided but Robert Morganthau, whose only achievement is to employment of ne'er-do-well related to members of the establishment, celebrities, movers and shakers, and oligarchy, who could not pass the New York Stat bar, in their first taking, or were graduates of second and third tier law schools, who were rejected by big law firms, corporations and investment banks, due to their mediocrity..

88. Morganthau collected and banked political and personal favors in New York State notorious "I Owe You Favor Bank" which is more corrupt and insidious than the Society of Saint Tammany known as Tammany Hall, founded on May 12, 1786 as a New York Democratic political organization whose currency was patronage. Tammany Hall was control by William Magear [Boss ] Tweed. Morganthau was also a blackmailer and extortionist who saw himself as a mini me J. Edgar Hoover reincarnated.

89.Morganthau kept a dossier on federal and state judges, United States attorneys, politicians, journalists, corporate executives, bankers, law firm partners , federal, state, and local governments senior law enforcement officials, educators, clergy, and celebrities. He was feared, despised, and loathed, but his victims had no choice but to anointed him as a legend. Petitioner took on Robert Morganthau, and exposed public corruption, fraud upon the courts, prosecutor misconduct, disproportionate sentence for minorities, bribery, and nepotism in his hiring practices of prosecutors. Robert Morganthau retired with ten Million dollars in bribery thinly disguised, as political contribution.

90. He ran unopposed from 1975 to 2009, when he was forced to retire suddenly after declaring his candidacy for an unprecedent eighth term. Morganthau was an emperor with no cloths, and a craven reprobate. From Attica Correction Facility "Snake Pit" keep lock segregation, petitioner threaten to expose his alzheimer, senility and onset of dementia, and fact ,that James Kindler his loyal First Executive Assistant District Attorney for many years was New York County defacto unelected district Attorney. He decided to anointed Cyrus Vance Jr as his heir apparent to succeed despite his lack of criminal law prosecution experience. Vance Jr family pedigree was Morgenthau's attraction.

91. To counter petitioner's private attorney general anti- public corruption, racial profiling, false arrest, malicious and selective prosecution of minorities, executive office of immigration review judges, trial attorneys, and service representatives, New York City Immigration and Naturalization services district office, New Jersey State Attorney General Office, and New York County District Attorney Office formed an unholy trilateral alliance for the sole purpose of denying petitioner naturalization, to rail road him into prison with non-existing crimes fabricated from a whole, and have him extrajudicially murder with a fraudulent obtain final order of deportation to Apartheid Republic of South Africa, regardless of the fact, it would have been a violation of refoulment and United Nations convention against torture and other cruel, inhuman or degrading treatment or punishment. The South African Anti- Apartheid Liberation Organizations Observers in The United Nations were very happy to aided and abetted Robert Morganthau, James Kindler et al.

18

92. Against all odds petitioner became the majority equity stake holder in a Real Estate Investment Trust [REIT] and Venture Capital [ V C]. He was published in the Los Angeles Times,  Hartford Currant, Emerge and Black Enterprise magazines.  Texas based Strategic Technologies & Aerospace Industry was a very successful United States Department of defense prime contractor. It also was a sub-contractor for the major defense, aerospace, automotive, and electronic systems prime contractors. Strategic Technologies manufactured military specification component.

93. It did not depended on minority business set asides programs. It was the only minority company that won sizable contracts after the gulf wars. Petitioner was also a named partner in a foreign owned multi discipline boutique international law firm. Fox, Stewart, Van Stuyvesant , Harrison & Tate had stand alone offices in the world financial capitals. It had strategic relationship with prominent law firms in more than four dozen countries. It five hundred staffs consisted of  Attorneys & Counselors, Advocates, Certified Public & Chartered  Accountants, Barristers & Solicitors, and management consultants. In the United States it had fifteen hundred of counsels who were independent contract employees in twenty four states.

94. The Firm specialized in very Complex litigation and advisory : securities, racketeering influence corrupt act, corporate, mergers, acquisitions & leverage buy outs, alien tort claims, torture victims protection act, qui tam, international law, maritime, off shore finance, and immigration in both foreign and domestic courts. Petitioner was the partner in charge of international law, off shore  banks which are regulated under international banking license, corporate,  finance  and securities law complex litigation and appeals. He was the Managing partner of for  the Caribbean, North and South America [The Americas].

95. His practice was not before  New York State Unified Court System, or any other states or federal courts. Regardless of the fact he will sometimes draft a brief, it was argued by attorneys admitted to practice in the United states. Petitioner is a British  educated barrister and solicitor. He hold a combined LLB Law and BSc  Philosophy, Politic and Economics, First class upper honours, LLM International Law combined with MA International Relations, PhD International Law with distinctions. MBA Finance. He is fluent in more than a dozen languages, including english which is a second language.

96.  It was by choice petitioner decided against admission, waived in, or become a consultant as a member of the New York State bar due to the fact former AUSA , ADA John Ryan, and FBI agents with law degrees were the first attorneys, he encounter in the United States, unethical and immoral conducts left a bitter taste in his mouth. Furthermore, he was disgusted by an anachronistic  question asking if  a lawyer I has been or is a member of the communist party.

97.  Moreover, it does not have it in him, to brown nosed, corrupt, incompetent, unethical political hacks on the bench, or addressed them as your honor, when there is not honorable about  80% of their rulings and decision. Black/ Brown Lawyers are disproportionally disbarred. Regardless of the fact they were not convicted of any crimes, they are not reinstated. Whereas Caucasian and  Jews who were convicted felons are reinstated. Stanley Friedman  Bronx County former Borough President, Albert Pirro the ex-husband of "Judge" Jeanne Pirro,  Sol Wachtler former chief Judge  New York State Court of Appeals are typical convicted felons who have been reinstated. Petitioner knows of more than two dozen black attorneys in his former social circle who remain disbarred after 30 years.

98. State of New York Supreme Court Appellate Division First Judicial Department Attorney Grievance Committee is scandal plague and notorious for its open ended corruption. Roy Reardon a Simpson

19

Thatcher partner when he was a chairman was formally accused of wide spread cover ups of ethics complaints including sexual assaults on women by political connected attorneys. Allan Friedberg, Thomas Chill, and his deputy Chief Counsel Sherry Cohen scandals were legendary, includes Proskauer Ross Madison Avenue Presbyterian Church and Guide One Insurance company racketeering scandals, among other back room deals.

99. Sarah Josephine Hamilton who ran the  Character  and Fitness Committee allowed political connected law school graduates lacking in moral compass to be admitted. Catherine O'Hagan Wolf former Clerk, and David Spokoney deputy clerk appellate division first judicial department were members of the corrupt regimes. They were forced into inglorious retirement. How did O'Hagan Wolf became Second Circuit Clerk? Patronage and corruption.

100. Eloise Nurse is another typical example. She is former New York State accidental governor David Patterson sister in law. Despite the fact she covered up her arrest before  the character and fitness committee, she was given a slap on the wrist. Ms. Nurse was in Charge of Petitioner's law firm New York City Immigration law practice group. She Stole $500, 000 from the firm, and was the attorney of record for most of petitioner's victimless victims undocumented illegal aliens from November  19996- May 1998.

101.. John Ryan quest to avenge his 1980 humiliation by petitioner remain unabetted even when he became a failed New York County Assistant District Attorney. As his retirement date drew closer, he became very desperate. In the fall of 1996 petitioner was arrested on a false allegations of domestic violence in  his firm Prospect Avenue Hackensack Bergen County New Jersey corporate condominium. His accuser was Mary Lawson, a former New York City Assistant Commissioner Health Department and Assistant Vice President Corporate Nursing New York City Health and Hospital Corporation.

102. She is a registered nurse, who obtain her nursing degree from Hunter's College, and a Columbia University public health master's degree recipient. Petitioner decision to terminate his relationship after four years of dating was du to her insecurity, possessiveness, insane jealousy, and refusal to seek counseling for sexual abuse victims. What started as an abuse by her father when she was 15 years old, became a consensual relationship well into her late thirties until she got married. Each time petitioner attempted to break away, she would feign suicide,  and emotionally blackmailed petitioner with threats that she has given a note to her step sister implicating petitioner in her death.

103. Lawson was born in the Bronx County, and she is a life long residence of Co-Op City. She has a New York State drivers license, and files her state income tax in New York State. She was rebuff by New York City Police Department when she first attempted to file her false complaint, because she lied that her phantom  domestic  abuse took place in partitioners "Bronx apartment on prospect avenue. The problem was it was a fake address, and petitioner has never resided in the  Bronx. He maintain  a Scarsdale Village Westchester County duplex  penthouse and a Greenwich Fairfield County Connecticut family home.

104. Lawson is cognizant of John Ryan's vendetta, and the trilateral agreement among  New Jersey Attorney General, New York County DA, and Immigration & Naturalization Services conspiracy to rail road petitioner into prison to trigger his deportation. Lawson was also rebuffed by Scarsdale  Police, Westchester County DA, Connecticut  Law enforcement, Philadelphia, and Miami Dade County police authority, because she was transposing the same false complaints using the exact  time, date, and month on non-existing prospect avenues in those jurisdiction.

20

105. In her desperation she approached New York County District Attorney Office. She was told to go to New Jersey and was assured petitioner would be arrested.. In Hackensack Bergen County NJ, she lied that petitioner kidnaped her, held her against her will at gun point, threaten to cut her throat with a hunting knife, repeated raped and physically assaulted her, and threatened to kill her entire family. With assistance from the Bergen County NJ Prosecutor office and New York County District Attorney Office, she was furnished an East Orange Essex County NJ false address to qualify her for an order of protection, in view of the fact, no judge in the Bronx was willing to give her one.

106. A Bergen County NJ grand jury return a NO BILL without even petitioner testifying on his own behalf. Lawson is a light complexion African- American Woman who bruise very easily with identifiable ugly welts when ever she bumps by accident into a hard surface. She provided no photographs or medical records, and her story was inconsistence. Lawson is not a, particularly a good liar. She was egged on by her half-sister, who was angry that she and her family will no longer enjoy free Caribbean vacations in resorts operated by petitioner's Sovereign Wealth clients.

107. Lawson weaponized her fraudulently obtained New Jersey permanent order of protection. She was encourage by her half sister to extort large sums of money from petitioner by blackmailing him with threats of a violation of an order of protection, which is a felony in New Jersey in 1986, which would automatically trigger deportation, because for immigration deportation purpose it is an aggravated felony.

108. She had the support of both New Jersey and New York County prosecutors, who encourage her terrorism against petitioner. Petioner was arrested twice on her false allegations of violations of her fraudulent obtain order of protection, and he was acquitted on both occasions. Using her NJ oder of protection as a prop, Bronx County gave her a temporary order, and New York County District Attorney issued a warrant for his arrest. He was notified by an NYPD Inspector who is a personal friend. And petitioner rearrested in Manhattan for violating a New Jersey order of protection, regardless of the fact jeopardy has attached and New York Lacks geography and subject matter jurisdiction. See CPLR 302.

109. Petitioner fled his Scarsdale village Westchester County NYS home for New Jersey, then to Philadelphia Pa, and to Key Biscayne Florida, because he was stalked by Lawson and her half-sister. The matter in the Bronx was dismissed with prejudice after a hearing. Manhattan kept its jurisdictional deficient false complaint alive which prompted Petitioner to relocated permanently to Maui Hawaii in the fall of 1996, to avoid Lawson false complaints, Bergen County NJ prosecutors and John Ryan et al false arrest , harassment, intimidation, and persecution. Even when Lawson deliberately infected petitioner with Chlamydia, he simply shook his head in disgust and sought medical treatment. He did not a lay a finger on her.

110. Portioner's fiancé was her third trimester of pregnancy when she develop brain aneurysm. The stress from petitioner's persecution, Lawson NJ-NY States sponsored terrorism, and uncertainty whether Ryan et al will succeed in their insidious scheme to extrajudicially murder petitioner took a toll. She died with their unborn son. Petitioner calls it murder. She was only 27 years old Oxford University educated Medical doctor in her surgically residence. Avery beautiful and exotic Euroasian Offshore Banking heiress and princess who in her short life, used her wealth to better mankind. I did not retaliate. Instead I drown my sorrows in alcohol and tramped all over South East Asia to ease my pain.

111. At great cost, petitioner was commuting from Hawaii or South East Asia to New York once a month to Manhattan Criminal Court presided by Judge Cheryl Chambers. He insisted on a six person jury trial to

21

hear the two counts aggravated class A misdemeanors predicated on a false allegation of violation of Lawson fraudulent obtain New Jersey order of protection.. Assistant District Attorney Eliza Ruzzow was initially assigned to the case before Ryan took over a misdemeanor. Each month order the people entered an illusory readiness.

112. Judge Chambers will do her Kabuki theater dance and adjourned the matter, to give Robert Morganthau, James Kindler, John Ryan and New York City Immigration and Naturalization district counsel to perfected the framing of petitioner with nonexistent crimes of United States Immigration fraud, to rail road petitioner, and trigger his deportation in view of the fact, Bergen County New Jersey Prosecutors were unsuccessful. As an alternative without a grand jury indictment ADA John Ryan upgrade a two counts class A misdemeanors New Jersey false allegations of a fraudulent order of deportation to a 15 counts class E felony exposing petitioner to 54 years consecutive term imprisonment.

113.Fomer ADA John Ryan fantastical fictitious story against petitioner, was he is defrauding undocumented illegal aliens, by subjecting them to deportation proceeding from 1997-1998. Although petitioner was outside continental United States, Ryan lied that he misrepresented himself as an attorney admitted to practice law in te State of New York. He forum shopped his. Childish fairy tale to Mrs. Mary Jo White, then U.S Attorney SDNY for 18 U.S.C. 1962 [c][d] racketeering influence corrupt organization act [RICO] indictment and prosecution who rebuffed Ryan.

114.He was also rebuffed. Mr. Eliot Spitzer who at that time was New York State Attorney General who was not interested in bringing Penal law section460.20 enterprise corruption against petitioner, because of lack of jurisdiction and probable cause that a crime under New York Penal law had been committed. He was laughed out of town by Attorney General in the 24 States in the Union, where his 1500 of counsels were representing undocumented illegal aliens. John Ryan even contacted the International Police Organization in France for a Red Notice request for law enforcement world wide to locate and provisionally to arrest petitioner.

115. Undeterred this desperate reprobate to his carnival freak show to the International Police Organization[INTERPOL] in Lyon France, that both the FBI, New York State police, and New York County District Attorney have arrest warrant out for petitioner, because he was laundering money for narcotic cartel, terrorist organizations, and weapon merchants. A friend in a U.S embassy in South East Asia alerted petitioner. Manhattan Criminal Court Judge Cheryl Chambers enter a bench warrant for petitioner for missing one court date due to illness. Petitioner acted on his physician order not to board a plane. Chambers was notified by petitioner defense counsel, and by petitioner himself. His U.S embassy personal friend FBI Legate was inform that the bench warrant was for a two counts misdemeanor harassment allegations, who in turn informed Interpol.

116.During 1998 labor day federal holiday, petitioner was at the Ritz Carlton Hotel in Carolina Puerto Rico, when he was notified by his Firm Worth Street New York City Office manager, that investigators from New York County District Attorney office raided, search and remove client files and computers CPU hard drives.. Petitioner told his office manager to fax the DA Search warrant to him. Two weeks prior to the labor day raid, district attorney investigators Chung and Harrington burglarized petitioner's Scarsdale Village Westchester County home, in domestic warrantless intrusion illegal search and seizure. There was no exigency circumstances preventing prosecutors from obtaining a search warrant form a State of New York Supreme Court Judge in White Plains West Chester County.

22

117. District Attorney Investigators  stole petitioner's bank  statements during this warrantless illegal search & seizure. On or before May 5, 1998 former ADA Jennifer May Parker who is now an AUSA in North Carolina used a Subpoena duce tecum to obtain petitioner's bank cancel checks. May Parker, Ryan, and investigators Harrington Thomas Chung Anthony Vecchio burglarized petitioner's  Dime Savings Bank FSB Canal Street New York Safe deposit box. $ 20.5 million dollars [Circa 1954] face value of investment grade diamonds, gold coins, bearer checks and bonds, bullion certificate of deposit  worth $260 million today, was stolen. $1 million dollars in cash  in five bank accounts also vanished. But to read USMJ Debra Freeman unpublish R.R the evidence seized were not the fruit of a poisonous tree, but she is supposed to be Yale Law School graduate. Petitioner prosecution and attempted extrajudicial murder scheme with a bogus final order of deportation is to cover up Kindler et al theft and looting.

118. Petitioner was receiving inside information from friends in the DA office, so he decided to ambush Ryan with a booby trap. He move 50 of the most fraudulent egregious  undocumented illegal aliens files from his office to his home. As anticipated Eloise Nurse esq, Anthony Fortune an office goffer, and Dwayne Eghill a runner, who  were granted transactional immunity from stealing $500,000 in client fees in addition to $350, 000. 00 from petitioner's  personal bank accounts, informed Ryan. Using a prosecutor office subpoena duce tecum Ryan demanded the certified immigration records  of the illegal undocumented aliens from the stolen files.

119. On July 5, 1998 from Maui Hawaii petitioner executed New York Criminal Procedure Law [CPL] section 190.50 grand jury waiver demanding to testify on his own behave.  His waiver was annexed to his United States Refugee Travel Document and Re Entry Permit. It was served upon James Kindler. Attaching his immigration documents was a message sent, he has no intention of fleeing, and he will return state side to fight any bogus criminal charges against him. The Search warrant used by Ryan in his confirmatory search was a forgery. Ryan simply used the discarded Manhattan Criminal Court letterhead of Acting New York State Supreme Court Bronx County Justice Hon. William Mogulescu signature which was supported with a Cinderella Affidavit.

120. Petitioner on September 28, 1998 deposit ten thousand dollars  cash in his bank account. When he asked for his available balance,  the Dime  Savings Bank of New York FSB Canal Street  New York City branch, lied that their computer system was down. From his bank he walk a  few blocks to 100 Centre Street and surrendered himself to Harrington and Chung. It was the last time in fourteen years he will breath fresh air as a free man. Since  May 5, 1998 he had no access to his bank accounts taken over by DA.

121. Petitioner was prosecuted by dossier in a predetermined State of New York Supreme Court New York County inquisitorial kangaroo court, where his right to compel 32 witness with exculpatory evidence, to confront 16 of his accusers who testified in the defective grand jury, 7 investigators who conducted the witch hunt against him, right to counsels of his choice not suffering from actual conflict of interest, Feretta right to proceed pro se without stand by counsels, not to have standby counsels appointed against his wish embedded in his defense for the sole purpose of sabotaging his defense, a fair jury of his peer across all section of New York, which was not rigged and stack with State of New York Unified Court System and district attorney employee, an impartial presiding Judge who was not contaminated by extraneous influence to suborn prosecution perjury and committed fraud upon the court was violated.

122. Violation Brady v. Maryland 373 U.S. 83 [1963] exculpatory evidence  with impunity such as his victimless victims certified immigration record showing their prior bad acts of immigration fraud, tainted

23

identification, unreasonable illegal search and seizure, defective indictment, Article III united States Constitution Federal Subject matter due process clause, alibi placing petitioner outside continental United States, when Ryan lied that he was in New York defrauding undocumented illegal aliens, the right to be free from the prosecution of non-existing crimes fabricated from a whole cloth, right to be free from vindictive, selective and malicious prosecution, equal protection clause, first amendment free speech were violated by former ADA Rhaul Kale, who is now an AUSA In Connecticut with impunity was also violated.

123. On appeal petitioner's was deprived of his right under Article 1 section 6 of New York State Constitution for the appointment of appellate counsel, and to take and intermediate appellate court first direct appeal as of right. His United States Constitution fourteenth amendment right to a state court appeal, and appointment of counsel was also violated. Assistant District Attorneys James Kindler, Rhaul Kale, James Dwyer, Elinor Ostrow, Hillary Hassler, Kristen Kirk opposed three separate applications for assignment of counsels.

124.To prevent petitioner from prosecting his direct appeal pro se, in view of the fact ADA kale could not controverted his CPL 40.10 and Ostrow CPL 460.10 post-conviction motion, Justice Ernst Rosenberger Appellate Division First Department granted CPL 460.15 certificate of appeal, and enter an order consolidating CPL 440.10 and 460.10 with direct appeal, thus expanding the matter preserved for appellate review to 24 constitution rapturing play errors, wish ere not harmless, Kindler lied to Clinton Correctional Facility Superintendent, that petitioner had employed a contract killer hitman to kill him Morganthau, Kale, Ryan, May Parker, Ostrow et al, and ordered petitioner segregated in special housing unit [SHU] solitary confinement for sixty months.

126. Petitioner was subjected to a brutal regime of torture ordered by James Kindler and enforced by Hassler, Kirk, Ostrow and Dwyer, which of course is not news to the United States District Court Southern District of New York. Despite six inches thick of medical records supporting the veracity of petitioner's Alien tort claim act, Qui tam, RICO,, Constitutional Tort, Product liability, and New York State pendent medical malpractice claims .

127. Her Royal Highness Loretta Preska, who is a judicial diva dismissed those claims as delusionary, fantastical, and frivolous, because some of the pharmaceutical companies, who used petitioner in a phase one and two cancer trial to test the efficacy of nine toxic cancer chemotherapies and acids for terminally ill cancer patients with stage four cancer, even though at that time petitioner did not have cancer, were represented by her husband law firm. If this sort of unethical conduct is not fraud upon the court, petitioner wonder what is fraud in this district ?

128. In 1994 the United States government changed its criminal codes to provide that U.S nationals or persons physically located within the United States could be held criminally liable for torture he or she commits anywhere against anyone. See Foreign Relations Authorization Act, Fiscal Year 1994 and 1995. Pub. L. No 103-236, Sections 506 [a], 108 Stat. 382, 463-64 [1994] [codified at 18 U.S.C. 234 [ West Supp 1997]. Behavior is considered torture only if it is committed by a person acting under the color of state law, specifically intended to inflict severe or mental pain or suffering [ "other than pain or suffering incidental to lawful sanctions] upon another person within the custody or physical control"].

129.This statutory change is part of the U.S. ratification of the convention against torture and other cruel inhuman and degrading treatment. G.A Res. 46 U.N. GAOR. 39th Sess, Annex U.N. Doc. E/CN.4/1984/72. 23 I.L.M. 1027 [1884], Revised by 24 I.L.M. 535 [1985] [hereinafter Torture

24

Convention].The Torture Convention entered into force for the United States on November 20, 1994. See 2 GUIDE TO THE UNITED STATES TREATIES IN FORCE [Igor I. Kauass ed. 1996 ed]. It represent a watershed in the evolution of human rights protection. Not only can torturers face civil liabilities for their abuse under the Alien Tort Claim Act [ATCA], and the Torture Victim Protection Act [[TVPA], but also jailed for up to 20 years or even receive life imprisonment or the death penalty if their behavior resulted in death. 18U.S.C. 2340 [a].

130. The deontology claim is that torture is categorically wrong under any circumstances because its intrinsic affront to human decency and dignity. If there is anything meaningful in the concept "human rights," then the right of the individual not to be subjected to torture is so fundamental that it cannot be derogated even in extreme circumstances.

131.There has, at least until recently, been the tendency to assume that the deontological prohibition of torture presents few conceptual or ethical problems. Its opposing view by USDJ Coleen McMahon, Loretta Preska, Michael Mukasey, Lewis Kaplan, and USMJ Debra Freeman et al is that there are "unitarian" exceptions to good faith that would allow Kindler et al to even get away with extrajudicial murder, by dismissing well pleaded civil law suits, constitution tort, and federal habeas corpus which the state of New York Could not controvert, because they were contaminated by extraneous influences to commit fraud upon the court. The whole concept that "sunlight is the best disinfectant" is meaningless to "solons" who believe they are above the law.

VII.

QUESTIONS PRESENTED

[A]

132. Whether Immigration and Naturalization Services sub nom United States Department of Homeland Security U,S, Citizenship & Immigration Services fraudulent concealment of ten pre-paid applications for naturalization from 1990-98 was discrimination on the basis of nationality, race, and religion in retaliation against petitioner private attorney general anti-public corruption activities exposing fraud and mismanagement of government resources by immigration judges, trial assistants, and service representatives?

133. While most Americans would agree that one should not be blatantly discriminated against on the basis of sex, race, or religion as an egalitarian maxim it becomes much more difficult to maintain when seemingly alterable and non-biological traits scrutiny. Defining aspects of a person such as language use, cultural practices, or body type, for example, leave open the debate over what characteristics are, in fact, given legal protection against discrimination. As a result of this ambiguous nature, as a nation, we are starting to see serios civil rights infringement manifesting from deeply ingrained subconscious biases, further perpetuated by legal distinctions that protects some people from discrimination and leave others completely vulnerable.

134. Immigration law has contributed to shaping and reinforcing the construct of race more than other area of administrative law. Congress and the Executive Branch have shaped immigration law via expressed and implicit racial restrictions on memberships in the United States political community, and with respect to the allocation of rights, such as racial discrimination and national origins quotas- a proxy

25

for race.  The court has historically exercised extraordinary deference to the Executive and Congress, validating these practices contrary to constitutional  and democratic norms. Such deference minimizes the judicial review of equal protect challenges to facially neutral laws where outcomes are often dependent on proof of discriminatory intent. Immigration law's exceptionality, or treatment as different from the perspective of mainstream constitutional law, reinforces implicit and systemic racial bias that already diminishes the ability to prevail in an equal protection challenge to a facially neutral law.

135. During the Chinese exclusion period, immigration debate focused on the nuts and bolts of the various exclusions without full appreciation, much les critical scrutiny, of the racial antipathy to ward the Chinese. Although not without blatantly racists statements, some judicial decision upholding those laws focused on the inability of the Chines to assimilate into U.S  society because of their cultural differences. See Fong Yue Ting v. United States, 149  U.S. 698, 717 [1893]; Chae Chan Ping v. United States 130 U.5.  581 , 595 [1889] [The Chinses  exclusion case]. Today, we have no doubt that this exclusionary  history is unquestionably racist. Similarly, contemporary scholars studied the legal requirement before 1952 that naturalization applicants be "white" by considering the consistency of the case law rather than challenging the now obvious racist premises. See United States v. Thind  261 U.S. 204, 214-15 [1923].

136. The modern immigration debate often is racially polarized. Unlike the old Chinses exclusion laws, however, the modern immigration laws for the most part are facially neutral. Despite the façade of neutrality, these laws have unmistakably disparate impacts on immigrants of color from developing countries. The per-country limits and "diversity" visa program have precisely such effects. The Immigration laws historically have operated to limit immigration from Africa. Southern border enforcement, including the efforts to exclude and deport Mexican and Central America immigrants, also has disparate impacts.

137. The  U.S. government's interdiction of Haitian refugees before they make land in the United States, and Chinese persons  after the ill-fated Golden Venture ran aground in New York in the early 1990s by design impede migration of certain national origin [and racial] groups. See Sale v. Haitian Ctrs Council Inc 509 U.S. 155 [1993]. The reinvigorated 'public charge" exclusions, which excludes poor and working people because their incomes and assets are fund to render them likely to become public benefits recipients, likewise discourages potential immigrants of color from developing nations, as well as citizens and immigrants of color in this country seeking to reunite families.

138. Similarly, the welfare "reform" legislation of 1996 adversely affects immigrants of color. See Immigration And Nationality Act 203 [c], 8 U.S.C. 1153 [c] [1994 Supp.  III 1997] which benefits Irish immigrants. See Cuban Adjustment Act of 1966, Pub. L No.89-732, 80 Stat. 1161 [ providing that any Cuban paroled into the United States could seek permanent resident status within one year of arrival ]. Immigration And Nationality Act 235 [b][1][F], 8 U.S.C. 1225 [b][1][F] [Supp. III 1997], [ providing in effect that certain Cuban citizens are exempted from the expedited removal provisions applicable to all the aliens ]. Cuban , in large part due to the political influence of Cuban-American community in Florida, often have received favorable treatment under immigration law. No candidate can win the presidency without carrying Florida. Bush v. Gore 531 U.S. 98 [2000]. The Supreme Court stole the election for Bush.

139. The use of national security language to create and defend immigration law and policy is historic. See Immigration & Nationality Act [INA] 8 U.S.C. 1227 [a][4]9A0 [2012. The INA which Congress enacted in 1952, contains sections to exclude or deport noncitizens for 'security  and related grounds." 8 U.S.C.

26

1001, 1182 [a], 1227[a][3], 1227 [a][4]. A sub layer of this section is aimed at non-citizens who engage in 'any other criminal activity which endangers the public safety or national security." Petitioner was a law abiding permanent resident of more than 25 years in 1998, when he was frame by John Ryan with none existing crimes of immigration related crimes which Ryan fabricated from a whole cloth to rigger his deportation.

140. He is a person of good moral character, and his applications for naturalizations predated his 1999 convicted for those non existing crimes. The Executive Branch has published regulations and polices that use national security language in a similar manner. The United States Paratroopers Rangers ordered by President Ronald Regan to invade Grenada under the pretext, that it was to rescue American medical school students, when in fact it was a regime change to topple Mr. Bernard Coard and Mrs. Phyliss Coard hardline communist regime, did not have intelligence, as to Cuban combat troop strength, or anti air craft guns, or topography. What they had was an old Mobile Oil Map of Grenada. The Central Intelligence Agency pleaded with petitioner for information. Petitioner information saved the lives of countless young U.S Airborne Paratrooper Rangers who would have been cut to ribbons by the guns of Cuba in Grenada.

141. Federal courts have further upheld immigration laws or deferred to congress or agencies in the name of national security. See e.g. the Chinese Exclusion case Che Chan Ping v. United States, 130 U.S. 581, 604-05 [1889]. One tool has that has enable the cohabitation of national security and immigration is the plenary power doctrine, which originated from a case known as Che Chan Ping v. United States 130 U.S. 581 [1889] which refers to the complete power 'political branches" have over immigration Id at 604-05. The APA provides an extra constitutional foundation for immigration law which curtails the judiciary ability to review decisions prohibiting noncitizens from entering the country. The practical impact is that legal questions noncitizens raise regarding entry or rights in the United States are limited. Indeed, when the plenary powers doctrine is invoked, the courts will not intervene.

142. In opposing petitioner first petition for the retroactive award of naturalization to 1990 when his first prepaid application was filed, former United States Attorney for the Southern District of New York Preetinder Singh Baharara selected an AUSA in the mode of John Ryan to opposed petitioner. All Writ Act filed in this Court. He led that only one application was filed in 1997, and then glossed over why FBI did not conducted the requisite criminal back ground check, or the fraudulently concealment of petitioner's application by Immigration and Naturalization Services. Without conducting an evidentiary hearing, USDJ Coleen McMahon denied petitioner's All writ Act without an opinion. At least she is not as stupid as USMJ Debra Freeman and USDJ Lewis Kaplan who gave 28 U.S.C. 2254 Federal Habeas Corpus deference to New York State Assistant Attorney General Jennifer Danburg and Assistant Solicitor General Robin Forshaw specious and perjured affirmation in opposition, since there was no State of New York Unified Court system opinion to defer to.

143. The outer limits of the plenary power doctrine have also been tested in the courts and recently in connection with the Muslim bans the Executive Branch has issued against non-citizens based upon their nationality and religion. See Zadvydas v. Davis 533 U.S.S 678, 695 [2001], I.N.S. v. Chadha 462 U.S. 919 941 [1983], International Refugee Assistance Project v. Trump 857 F.3d 554, 590 [CA4. 2017], Hawaii v. Trump 878 F.3d 662, 679 [CA9. 2017], Washington v. Trump 847 F.3d 1151, 1162-63 [CA9.2017], Iranian Alliances Across Borders v. Trump No. 8:17 -civ 02921-GJH [D. Md. Oct. 6, 2017], Zakzok v. Trump No. 1:17-cv-02969-[GLR] [D. Md. Oct . 6 2017 ], Executive Order No. 13, 768, 82 Fed. Reg. 8799. [Ja. 25, 2017] [same], Exec Order No. 1370, 82 Fed. Reg. 13,209 [March. 5, 2017], [same].

27

144. While it is simple to identify the use of national security  language by Congress, the executive branch, and courts, measuring the national security value of a particular immigration law or policy is a greater challenge. In this case at bar petitioner was neither a threat to national security, or a criminal alien convicted of crimes of moral turpitude, or aggravated felonies. He is simply a patriot exercising his protected free speech right by using his private attorney general anti-public corruption to expose corruption within INS, EOIR, and the State of New York prosecutorial and judicial bars.

145. Moreover, when governments are permitted to create immigration policies under national security justification that is never tested, or even worse, found to be flawed, the human  consequences are grave. Fr example the former INS published a regulation known as the "special registration"  on the heels of an announcement by then Attorney General John Ashcroft to track and interrogate certain individuals through " National Security Entry and Exit Registration System' [NSEERRS].

146. With the NSEERS program, nearly 1,00 men from primarily Muslim countries were placed in removal [deportation] proceedings after coming forward to register with the government. Former government officials responsible for administering NSEERS program and national security experts concluded  that NSEERS was a huge waste of resources and without national security benefit. Petitioner is a Muslim.

147. What benefits has the government of United States archive by fraudulently attempting to exclude him, denied him immigration benefits for which he has the qualifying equities, or to murder him extrajudicially with a fraudulent obtain order of protection? But the United States is supposed to be exceptional, and a shining beacon of hope.

148. Nonetheless the fallout from NSEERS  was Muslim men who came forward and were later detained and deported, as well as their families. The use of national security to create or defend immigration law or policy also raises a number of constitutional concerns some of which the courts have addressed in connection  with the plenary power doctrine and, more recently, the appellate courts have addressed in reviewing the Muslim bans in connection with the Establishment Clause of the First Amendment. See e.g.  Washington v. Trump 847 F.3d 1151, 1167-68 [CA9. 2017],  international Refugee Assistance Project v. Trump 857 F.3d. 554 590 [ CA4. 2017 ].

149. In charging petitioner with the non-existing crimes of immigration scheme to defraud undocumented illegal aliens fabricated from a whole cloth by John Ryan, the current Immigration and Custom Enforcement New York City field Office Chief Trial Counsel, was the New York County District Attorney immigration law "expert " witness. Then in  1998 at the defective grand jury proceeding and on trial in 1999, lied under oath that congress did not passed into law suspension of deportation , cancellation of removal or  INA Section 212 [c] waiver. When Tising Cheng under oath lied the petitioner fabricated those immigration relief in an elaborate scheme.

150. The New York County District Attorney encouraged  undocumented illegal aliens granted voluntary departure not to depart, assisted  deported alien who were deported  to illegally enter without inspection to remain in the United States, and told them to use forged documents and false statements.. For ordering his firm staff attorneys and of counsels to terminate representation for cause for any alien attempting to commit immigration fraud, petitioner was sentenced to 23 1/3 to 62 years in prison to be reduce under operation law to 10-20 years in New York State prison. See 8 U.S.C. 1324 [a]]1][A]]iv]. See United States v. Sineneneng-Smith  140 Sct. 1575 [2020].

28

151.The extent to which New York City FBI Field Office and INS District Office ad hoc local ordinance motivated by national origin and racial discrimination in petitioner's case is not difficult to discern in my case because the current application of Equal Protection Clause, even though the Board of Immigration Appeal [BIA], United States Court of Appeals for the Second Circuit, and this court United States District Court SDNY narrow understanding of the evidence of discriminatory intent. In the last decade, cities and towns have become immigration policy laboratories as a result of sharp increases in local immigrant populations, fiscal constraints, lack of comprehensive federal immigration reform, and, in some instances, a new wave of discrimination against immigrants. The New York County District Attorney does not have plenary powers to dictate how the FBI and USCIS or EOIR  adjudicate petitioner's exclusion, removal, and naturalization proceedings. But you won't know since federal agencies have abdicated Article III United States constitution jurisdiction to Hassler, Kindler, Ryan, Vance et al.

152. Although many unauthorized immigrants have become politically  active in campaigning for immigration reform, their ability to speak out publicly may depend more on political discretion than on the constitutional protections that citizens normally taken for granted. Potential threats to immigrants free speech may be seen in three area of law. First, the Department of Justice has made a broad claim that immigrants who have not been legally admitted to the country have no  First Amendment protection at al, which is not the case with petitioner who was legally admitted and has abide by the laws of this nation.. Second, the Supreme  Court has approved broad prohibition on non-citizens spending money on speech that is related to electoral campaigns. Third, the court has indicated that the federal government might, in its discretion, act to deport immigrants because of their political activities.

153.The Supreme Court should revisit these questions because current case law is in tension with other principles of free speech law, especially the prohibition on identity-based speech restrictions as articulated in Citizens United v. FCC. 588 U.S. 310 [2010]. As the Court explained, the first amendment protects the rights of marginalized people to have a voice and does not allow the government to prefer some speakers over others based on their identity. U.S. ex. rel.  Turner v. Williams 194 U.S.279, 284 [1904], See Bluman v. FEC, 800 F. Supp. 2d 281, 283, 284 [D.D.C. 2011], aff'd 132 S.Ct.  1087 [Mem] [2012]. See 8 U.S.C. 1101 [a][15] [2012] [defining the term immigrant to include every alien except those within specified temporary visa categories].

154. In 1996 petitioner warned Mr. James Kallstrom   Assistant Director and Special Agent of FBI New York City Field Office and Ms. Dianna  Wetsehieit INS Assistant Director for Investigation New York City District Office that   INS employees were selling Advance Parole Visas Form i-512 to unqualified undocumented illegal aliens. in  Bridges v.Wixon 326 U.S. 135, 148 [1945], [holding that a non-citizen who published communis literature was protected by first amendment ]. One fraudulently obtain advance parole  was recycle, and use multiple times by aliens in India, Pakistan, Bangladesh, South East Asia, Middle East, and Africa to legally enter the United  States {illegally] after inspection.  The scam work this way. The original applicant in United States will use bogus foreign medical record form their countries lying that a close family member was terminal ill in support of their fraudulent application.

155. Once approved this very valuable immigration visa will be mailed to a relative or sold.. All the  New User have to do is to buy a new passport in the original user name and file  a false police report that their [meaning] original applicant passport was stolen. They will sail through immigration inspection without any problem. At that time, there were no facial recognition or biometrics technology Kwong Hai Chew v. Colding 344 U.S. 590, 597 n5 [1953], cf United States v. Portillo-Munoz 643 F.3d 437, 441-42

29

[CA5.2011], [arguing that the Supreme Court decision that struck down a measure that discriminated against immigrants only applied to lawful immigrants ].

156. At that time finger prints for immigration purposes were taken by store fronts vendors. Bogus finger prints were sold to aliens with criminal records, and those deported and reentered illegally. Petitioner circulated his "White Paper" within federal and state law enforcement agencies. New York County District Attorney Robert Morganthau, ADA James Kindler and John Ryan persuaded both FBI and INS to ignored petitioner's warning as the self-serving fantastical diatribe of a raving lunatic. Undocumented illegal aliens who are national security threats entered United states illegally and inspected with fraudulent Advance Parole Visas. See Reno v. Am-Arab Anti-Discrimination Committee ["AADC" ] 525 U.S. 471, 497 [1999]. 8 U.S. 1101 [a][13] [2012].

157. In United States v. Vredugo-Urquidez the Court said: "The people " protected by the fourth amendment and by the first and second amendments, and to whom rights and powers are reserved in the ninth and tenth amendments, refers to a class of persons who are part of a national community or who have otherwise developed sufficient connection with this country to be considered part of the community. United States v. Verdugo-Uquidez 494 U.S. 259, 265 [1990], District of Columbia v. Heller 554 U.S. S70. 580 [2008], Zadvydas v. Davies 533 U.S. 678, 693 [2001], Kleindients v. Mandel 408 U.S. 753, 769-70 [1972]; Elk v. Wilkins 112 U.S.94, 99 [1884].149. In Pineda- Cruz v. Thompson Case No. 15-CV-326 [USDC, Western District of Texas. 2015] DOJ suggested that only legally admitted immigrants can claim to be part of 'the people" evokes an additional old debate about immigrants right. See Foley v. Connelie 435 U.S. 291, 295-96 [1978], Sugarman v. Dougall 413 U.S. 634 648-49 [1973.].

158. When an immigrant such as petitioner, who is an out spoken critique of public corruption in the United States Citizenship and Immigration Services, abuse of process, selective, vindictive, and malicious prosecution, and persecution by the Federal Bureau of Investigation, and fraud upon the Court by the United States District Court for the Southern District of New York, and United States Court of Appeals for the Second Circuit, ICE, USCIS, DHS, federal law is supposed to protect him from later retaliation. But courts have limited limitation claims very narrowly framing the causation inquiry. A larger threat to retaliation law is developing in the lower courts when it comes to employers retaliation in the work place such as whistle blowing [ Qui Tam]. Courts are declaring a wide swath of conduct insufficiently serious to constitute retaliation. See e.g. 42 U.S.C. Sections 2000e-5 [e]]I], [f][I][2012]. See Title VII of the Civil Rights of 1964 , 42 U.S.C. 2000e, ;American with Disability Act [ADA]; 42 U.S.C. 1203 age Discrimination unemployment Act [ADEA]; 29 U.S.C. 623 [d] [2012].

159. Discrimination and retaliation statues ostensibly protect law abiding indiduals through anti-retaliation provisions. To prevail on retaliation claim, petitioner has demonstrated and showed that he engaged in protective activities, and he suffered an adverse action, and that there was a casual connection between the activity and the consequences. See University of Texas Southwest medical center v. Nasser 133 S. Ct. 2715 2255 [2013]; Crawford v. Metro Govt. of Nashville Davidson Cnty v.Tenn, 553 U.S. 271, 274 [2009], This growing body of retaliation harm jurisprudence is surprising. Under existing U.S Supreme Court precedent, an alien suffers an and adverse action if the negative consequences would dissuade a reasonable persons to complain about discrimination and retaliation.

160. The courts are only interested in employees discrimination and retaliation cases. See Burlington Northern & Santa Fe Railway . Co. v. White 548 U.S. 53, 57 [2006 ] . Yet lower courts routinely dismiss cases by ruling that certain consequences, such as threatened termination or negative evaluations, would not dissuade a reasonable person from filing a discrimination or retaliation complaint. In doing

30

so the United States District Court SDNY made factual determination in my previous All Writs Act filed in this court, about a reasonable person will not think that both the FBI, INS and USCIS retaliated and discriminated , when they refuse to conduct background criminal record, and fraudulently conceal ten prepaid applications for naturalization. See Sumner v. U.S Postal Service. 899 F.3d 203, 209 [CA .2. 1990].

161.The reasonable conduct standard is generally lenient, covering such tactics as 'making complaints to management, writing critical letters to International Human Rights Organizations, proving discrimination and retaliation by INS sub nom United States Department of Homeland Security regarding the withholding of exculpatory evidence such as petitioner's Undocumented illegal aliens victimless victims certified immigration records proving my actual innocence. Instead United States Immigration and Custom Enforcement New York City office district counsel aided and abetted, and conspired with former New York County Assistant District Attorney, to fabricate non existing immigration law related scheme to defraud crimes to trigger petitioner's deportation to a country, they knew he will be murder extrajudicially, thanks to U.S government state created danger created by FBI and John Ryan in 1980. See Sarno v. Douglas Elliman-Gibbons & Ives Inc. 183 F.3d 155 [CA2. 1999].

162 A permanent resident alien complaint enjoys protection that do United States citizens against threats of the alien retaliation motivated by their expressive activities. A government agency cannot retaliate against a Permanent Resident's speech on matters of public concerns. This rule falls within the larger category of Supreme Court cases known as te unconstitutional conditions doctrine, whereby government may not deny a benefit to a person on a basis that infringes his first amendment constitutionally protected free speech even if he has no entitlement to that benefit. See Bd. of Commissioners v. Umbehr 518 U.S. 668, 674 [1996].

B.

163. Whether discrimination, retaliation, vindictive, selective, and malicious policy is arbitrary and capricious within the meaning of the Administrative Procedure Act 5 U.S.C. 706 [2][a] ?

164. Judulang v. Holder 132 S. Ct 476, 490 [2011] should ]moved beyond prior doctrine by demonstrating the courts should subject immigration policies to rigorous "arbitrary and capricious" review under the Administrative Procedure Act [APA], and Chevron analysis, even where the policies did not conflict with, or depart from existing laws, regulations, or policies. In other words, it applied a thicker standard of review than ever before, meaningful evaluating its merits of any agency's policy against an independent "arbitrary and capricious" metric, rather than simply asking whether the policy's formation abided by proper process, did not conflict with controlling law, or met some inescapable low threshold. In exposing the merits of a Board of Immigration Appeals [BIA] policy to "arbitrary and capricious" attacks , Judulang pushed back against a perceived history of special reference to the executive branch on immigration matters, and thus supports a reading the executive's role in immigration law as no or, at least, not significantly different from its role in ordinary domestic jurisprudence. The Court's use of the APA or alternatively, Chevron to substantially circumscribe executive policy-making creation gives rise to a number of potential challenges to other BIA policies. See FCC v. Fox Television Stations Inc, 566 U.S. 502, 537 [2009], Motors Vehicle Mfrs. Assn's Inc v. State Farm Mut. Auto Ins. Co 463 U.S. 29, 43 ,S2 [1983].

31

165. In Judulang the Supreme Court unanimously invalidated a Board of Immigration Appeals [BIA] rule for determining whether noncitizens in deportation proceedings qualified for a certain type of discretionary waiver. The  court reasoned that the policy was "arbitrary and capricious" and therefore violated the Administrative Procedure Act id. The decision overturned rulings by eight of the nine circuits that had addressed the issues and relied upon a logic different from the one court whose the one court whose outcome it affirmed. See  Kim v. Gonzales 468 F.3d, 61-63 [CA1. 2006], Caroleo v. Gonzales 476 F.3d 158, 162-63 [CA3. 2007], Brieva-Perez v. Gonzales, 482 F. 3d 356 [CA5. 2007],  Thap v. Mukasey , 544 F.3d  674, 677-80 [CA6.2008], Zamora-Mallari Mukasey 514 F.3d 679 , 683-97 [CA7.2008], Vue v. Gonzales 496 F.3d 858 [CA8.2007], Komarko v. INS  35 F.3d  432  [CA9.1994],  Del la Rosa v. United States Attorney General 579 F. 3d 1237 [CA11.2009], Blake v.Carbone 489 F.3d 33 [CA2.2007], [ using constitutional avoidance to strike down 'comparable-grounds' policy is invalid interpretation of a non-ambiguous statute].

167.  A flurry of commentary and confusion over Judulang's significance ensued. Some heralded the decisions as a proclamation that the court would no longer tolerate unfairness in the immigration system. Others focused on situating the decision within the history of the particular BIA rule  in question and argued that  the invalidated rule actually represented an immigrant-friendly initiative by the BIA. But none have thoroughly explored what are perhaps the case's most significant facets it's actual contribution to current immigration jurisprudence and its implications for advocates going forward. See Accardi v. Shaughnessy, 347 U.S. 260 [1954], Williamson v. Lee Optical Co 348 U.S.483 [1955], Heller v. Doe by Doe 509 U.S.312, 320 [1993], Cleburne v. Cleburne  473 U.S. 432 [1985], Plyler v. Doe 457 U.S. 202 [1982].Burlington  Truck Lines v. United States 371 U.S.156, 168 [1962.].

168. Petitioner in 2003 was ordered deported by an Executive Office Of Immigration Review [EOIR] Immigration Judge [IJ]  Joe Miller,  a central casting  caricature and poster judge depicting incompetency unethical conduct and corruption in the EOIR. Miller is a very incompetent, racist, xenophobic red neck bigot hearing deportation cases at the New York  Down State Correction Facility in Fishkill New York where most of the unrepresented aliens could barely understand or read english language. He was unfamiliar with what a stay of deportation is predicated on the United Nations Convention Against Torture And Other Cruel, Inhuman or Degrading Treatment [UNCAT]  He lied that the United State did not ratified UNCAT, and thus petitioner was not entitled to such relief.  Miller was clueless as to the meaning of refoulment doctrine under international law and treaties. Petitioner's deportation hearing was a dark error of comedy entertainment. Miller made a fool of himself due to his ignorance of the INA.

169. He  also lied that there were no record that petitioner was in 1983 granted political Asylum and refugee status, which was fraudulently conceal by INS New York City  District office, who in 1985 issued a Notice To Appear [NTA] charging petitioner as an illegal undocumented alien who was not inspected and subjected him to an exclusion proceedings. Miller was ordered by New York County District Attorney Robert Morganthau,  Assistant District Attorneys James Kindler, Hillary Hassler and Kristen Kirk to deny convention on torture stay of removal.

170.The Board of Immigration Appeals on appeal, stated it lacks jurisdiction to review the doctrine of refoulment under International Law. Petitioner's appeal for review was fraudulently conceal by United States Court of Appeals for the Second Circuit, because Hon Jon O. Newman refused to dismissed Petitioner's pro se notice of appeal. Starting from 2008 Catherine O' Hagan Wolf fraudulently conceal Petitioner's  three FRCP 60[b] motion notice of appeal from a three Judge Panel. She simply forged a panel of judges names. The issuance of an NTA in 2003 by Immigration and Custom Enforcement New

32

York City Field office was incredulous, because it strains incredulity to a breaking point, in view of the fact, ICE is cognizant of the fact, petitioner did not committed a scheme to defraud undocumented illegal aliens, and did not practice immigration law before ICE or the EOIR, and has petitioner's victimless victims certified immigration records, was arbitrary and capricious, in the same manner USCIS fraudulently conceal ten pre-paid applications for naturalization. ICE conduct violated both due process &equal protection clauses.

C.

171 Whether the Fraudulent concealment by United States Citizens and Immigration Services of ten prepaid applications for naturalization violates the Fifth Amendment to the United States Constitution Due Process Clause, and Fourteenth Amendment Equal Protection Clause?

172. In United States v. Stein 435 F.Supp 2d. 330, 367-75 [2006] [Stein. I] [SDNY. 2006] and United States v. Stein 435 F. Supp. 330 [SDNY.2006], United States Court of Appeals for the Second Circuit upheld USDJ Lewis Kaplan dismissals of all charges against thirteen former partners and employees of KMPG, holding that the government had violated defendants Sixth Amendment rights by pressuring KMPG to cut off payment of their legal fees. The court affirmed the central findings that U.S. District Judge Lewis A. Kaplan reached absent the Thompson Memo [the Principles of Federal Prosecution of Business Organizations then-in-effect] and the actions of the U.S. Attorneys Office, KMPG would have paid the legal fees of all its partners and employees without regard to costs. KMPG's decision not to advance legal fees followed as a direct consequence of the government overwhelming influence, and that KMPG conduct therefore amounts to state action. See Stein v. KPMG, LLP, 486 F.3d 753 [CA3. 2007].

173. Kaplan held the that 'the government thus unjustifiable interfered with defendants relationship with counsel and their ability to mount a defense, in violation of the Sith Amendment and that the government did not cure the violation." The case perhaps represent a decisive victory to defendants in high profile matter. In Van Stuyvesant v. Conway No.03- Civ 3856 [LAK] 2007 WL 2584775 [SDNY September 17. 20007]. [Kaplan USDJ]. U.S Dist. LEXIS 99032 [SDNY July 11, 2007] [Freeman USMJ]

174. Kaplan accepted USMJ Debra Freeman fraudulent Report and Recommendation denying 28 U.S.C.2254 petition for habeas corpus and ignored the fact that New York County District Attorney, intimidated petitioner's fully paid retain counsels of choices not suffering from actual conflict of interest with indictment as co-conspirator if they don't terminate representation. In 2016 petitioner in his Federal Rule of Civil Procedure 60[b][1][2][3][4][5][6] motion pointed Judge Kaplan to his own ruling in United States v. Stein Incredulously Kaplan contacted New York State Parole officials with the lie that petitioner has threatened to kill, in an insidious attempted to have his parole revoke in retaliation for exposing Kaplan's fraud upon the court Kaplan violated petitioner's due process and equal protection clauses guaranteed by the U.S. Constitution. See Van Stuyvesant v. Conway 565 U.S. 810 [2011, Van Stuyvesant v. Conway 563 U.S.1030 [2011]. Catherine O' Hagan Wolf Clerk United States Court of Appeals for the Second Circuit intervene in SCOTUS to withdraw Informa pauperis, after petitioner's petition for certiorari was calendar for conference.

175.Under the Fifth and Fourteenth Amendments, no person shall be deprived of life, liberty, or property, without due process of law. Textually, the due process clause appears to be procedural in nature. There is simply no avoiding the fact that the word that follows 'due' is 'process.' Substantive due process is a contradiction in terms sort of like green pastel. Nevertheless, the court has interpreted the

33

due process clause to have a substantive components, "barring certain government actions regardless of the fairness of the procedure used to implement them. Daniels v. Williams 74 U.S. 327,331 [1986].

176. Critics of substantive due process argue that is an oxymoron, unsupported by the text of history of the constitution, and a means by which the court can impose its policy preferences on the people. A Justice Thomas, for example, has consistently argued that the due process clause should never be construed as a source of substantive rights, lest judges distort the text of the constitution and decided on issues properly left to the people. Obergefell v. Hodges, 135 S. Ct 2584, 23 [2015] [Thomas J dissenting], McDonald v. City of Chicago 561 U.S. 742, 811 [2010] [Thomas J. Concurring], Troxel v. Granville, 530 U.S. 57, 80 [2000] [Thomas, J. Concurring]. The majority of the court, however, has concluded otherwise. Not only has the court gradually incorporated the Bill of Rights through the "liberty" phrase of the Due Process Clause, but it has also held that there are certain, nontextual liberty interests that due process protects. See Washington v. Glucksberg 521 U.S. 702, 720 [1997], Planned Parenthood of Se. Pa. v. Casey 505 U.S. 833, 846 [1992], Loving v. Virginia 388U.S. 1, 12 [1967], Pierce v. Soc'y of Sisters 268 U.S. 510, 534-35 [1925].

177. Certain nontextual liberty rights, including the right to have children. Skinner v. Oklahoma ex rel Williamson, 316 U.S. 535, 541 [1942], the right to use contraception Eisenstadt v. Baird, 405 U.S. 438, 443, 453 [1972]. Griswold v. Connecticut, 381 U.S. 479, 485 [1965], , the right to direct education and upbringing of one children, Pierce 268 U.S. at 534-5, Meyers v Nebraska, 262 U.S.390,399-400 [1922], the right to bodily integrity Rochine v. California 342 U.S. 165 , 172 [1952], the right to abortion Casey 505 U.S. at 846, and the right to marry Loving v. Virginia 388 U.S. 1, 12 [1952].On the other hand, the court has also emphasized that it does not have "unfettered discretion" to define the term "liberty' in the due process clause. Accordingly, the court has counseled "judicial self-restraint" in its substantive due process jurisprudence, Obergefell v. Hodges, 135 S. Ct. 2584, 2618 [2015] [Robert . C.J . dissenting ] [quoting Collins v. City of Harker Heights, 503 U.S. 115, 125 [1992], lest the liberty protect by the due process clause be subtly transformed into the policy preferences of the Members of this Court. Washington v. Glucksberg 521 U.5.702, 720 [1997] [citing Moore v. City of E. Cleveland 431 U.S. 494, 502 [1976].

178. The New York County District Attorney which was aided and abetted by Wen Tsing Cheng an incompetent, unethical, immoral racist bigot, who in 1999 was an Assistant INS Trial Counsel testified against petitioner for the prosecution as an expert immigration law witness, lied under oath that United States Congress did not enacted Section 212 [c] of the Immigration and Nationality Act, Cancellation of Removal and Suspension of Deportation, conspired with local prosecutors to offer petitioner Conditional Parole for deportation Only [CPOD] in 2004. Cheng is ICE District Counsel in the Principle Office of Legal Advisor New York City.

179. When petitioner rejected their offer, Attica Correction Facility Medical Director Joseph Depiro MD and Zale Bernstein MD, a private clinical oncologist who was a consultant for NYS Department of Correction attendant at Erie County Medical Center, Roswell Park Comprehensive Cancer Hospital, Assistant Professor Buffalo University Medical School, and Director Jonah Cancer & Blood Treatment Pavilion Buffalo New York, were ordered by Kindler et al to lie to him that he was terminally ill. As an inducement to accept CPOD, enrolled petitioner in a phase one and two clinical trials for more than a dozen big pharmaceuticals to test the efficacy of their highly toxic Cancer chemotherapies, bisphosphonates, and androgen deprivation suspension, without petitioner informed consent or knowledge, to test their efficacy on terminal ill patients with stage four metastatic cancer, even though

34

from 2003 to 2010 petitioner did not have cancer. See Rochine v. California 342 U.S. 165, 172 [1951]. See Van Stuyvesant v. Jonah Cancer and Blood Treatment Pavilion 1: 2007 Cv ,00108 [USDC. WDNY.February 2007] hereto [Van Stuyvesant 1]. The name of an incapacitated terminal ill senile United States District Court Judge was forged in an order dismissing petitioner very well pleaded pro se complaint which defendants could not controvert. Appeal taken to the Second Circuit was dead on arrival.

180. Van Stuyvesant v. Jonah Cancer & Blood Treatment Pavilion 1: 2010 cv. 00110 [February 19, 2010 U.S District Court Southern District of Ohio].  [Van Stuyvesant II].Petioner invoked forum non convenience in view of the fact  United States District Courts in New York were contaminated by extraneous influences by Morganthau and James Kindler to commit fraud upon the courts and both Bedford Laboratories and Bienvenu laboratories  defendants were citizens of Ohio. Diversity was complete. It was an All Writs Act. Ohio bifurcated. Dismissed a portion and transfer the Civil RICO, Qui Tam, Constitution Tort, Product Liability and NYS Pendent Medical Mal practice to USDC SDNY. It was promptly dismissed as frivolous, fantastical and delusional despite New York State Department of Correction, Erie County Medical Center, Buffalo NY, Upstate University Medical  Hospital Regional Cancer  Center, Syracuse New York, Strong Memorial Hospital University of Rochester NY, Wyoming County Medical Center Warsaw NY released to petitioner by a concern prison nurse who was the person who informed petitioner, he did not have cancer, and was used by Zale Bernstein as a research monkey in a clinical trial. Appeal taken to Second Circuit was dismissed. The Court refused petitioner motion for poor person.   See Van Stuyvesant v Holder 2014 Dist. LEXIS39602 [March 21, 2014][Naomi Reice Buchwald USDJ].

181.In the wake of the terrorist attack of September 11, 2001, the federal government has targeted foreign nationals for its most invasive security measures. Foreign nationals alone are subject to trial by military tribunal if accused of terrorist crimes. Thousands of foreign nationals have been detained under terrorist related initiatives, most conducted under the rubric of the immigration law. Foreign nationals have been subjected to on the basis of their national origins. Foreign nationals have been subjected to selective interrogation, registration, detention, and deportation on the basis of national identity. Foreign nationals were the targets of the most extreme provision in the USA i Patriot Act. In short, in striking the balance between liberty and security, this country has adopted the easy choice of sacrificing due process, equal protection and liberties of a vulnerable minority foreign nationals.

182.The view that foreign nationals do not deserve the same constitutional protections as U.S citizens was given support  April 2003 when a divided Supreme Court in Demore v. Kim 538 U.S.510 [2003] upheld a 1996 statute imposing mandatory detention on foreign nationals charged with being deportable for having committed certain crimes which was what ADA James Kindler and Hillary Hassler ordered ICE Trial Counsel Wen Cheng  to do in petitioner's case. The statute  at issue mandated detention pending the adjudication of the deportation hearing even where, as in Kim's case, the government agreed that detention was not necessary, because the individual posed neither a flight risk nor a danger to the community and could be released on bond. Petitioner who has been rendered blind, and physically broken by prison guards sixty months physical and psychological torture, and could even hardly walk without assistance was deemed a danger to the community by Cyrus Vance, Hillary Hassler , James Kindler et al. See Mathews v. Diaz 426 U.S. 67, 80 [1976]. Yet more sixty-six years earlier the court had stated that the due process clause does not "acknowledge any distinction between citizen and resident alien. Kwong Hai Chew v. Colding 344 U.S. 590, 598 n. 1953.

35

183. Are foreign nationals entitled to only reduced rights and freedom? The difficulty of the question is reflected in deeply ambivalent approach of the Supreme Court, an ambivalence match by the alternately xenophobic, xenophilic attitude of the American local, States and federal officials, and red necks basket of deplorable American racist white trailer pack trash bigots toward immigrants. On the one hand, the Court has insisted for more than a century that foreign nationals living in the USA are "persons' within the meaning of the constitution and are protected by those rights that the constitution does not expressly limits to citizens only the right to vote and to run for federal elective office, equality between non-nationals and citizens would appear to be the constitutional rule.

184. On the other hand, the Court has permitted foreign nationals to be excluded and expelled because of their race. [The Japanese Immigrant  Case ] Yamataya v. Fisher  189 U.S.86 [1903], [The Chinese exclusion Case] Chae Chan Ping v. United States 130 U.S. 581 [1889]. It has allowed them to be deported for political association that were entirely lawful in the time they were engaged in. Galvan v. Press 347 U.S. 522 [1954]. It has upheld laws barring foreign nationals from owing land, even where the laws were a transparent cover for anti-Japanese racism. Porterfield v. Webb 263 U.S. 225 [1923], Terrace v. Thompson 263 U.S 197 [1923],  Oyama v. California 334 U.S.663 [1948],  Takahashi v. Fish & Game Comm'n  334 U.S. 410 [1948]. It has permitted indefinite detention of 'arriving aliens" stopped at the border on the basis of secret evidence that they could not confront Shaughnessy v. United States ex. rel. Mezei 345 U.S. 206 [1953].And it as allowed states to bar otherwise qualified foreign nationals from employment as public school teachers and police officers, based solely on their status as foreigners. Foley v. Connellie 435 U.S. 291 [1978], Ambach v. Norwick 441 U.S.68 [1979], Cabell v.Chvez-Salido 454 U.S. 432  [1982].

185. Given this record, it is not surprising that so called educated lawyers who are New York County prosecutors, NYS Unified Court System Judges and Law Clerks, their federal  counter parts , FBI Special Agents, and ICE top echelons presume that petitioner and other noncitizens do not deserve the same rights as citizens. But the presumption is wrong in many more aspects than it is right. While some distinctions between foreign nationals and citizens are normatively justified and consistent with constitutional and international law, most are not. The significance of the non-citizenship/citizen distinction is more often presumed than carefully examined. Upon examination,  there is far less to the distinction than commonly though. In particular, foreign nationals are generally entitled to the equal protection of the laws, to political freedom of speech and association, and due process requirements of fair procedure where their lives, liberty, or property are at stake. See New York Times v. Sullivan 376 U.S. 254 , 273 -76 [1964].

186. The constitution does distinguished in some respects between the rights of citizens and non-citizens, the rights not to be discriminatorily denied to vote and the right to run for federal elective office are expressly restricted to citizens. U.S. CONST.art.I Sections 2,3; U.S. CONST. art.II Section II & I; US CONST. amend. 15. All other rights, however, are written without such  a limitation. But not according USDJ Kimba Wood. Loreta Preska. Coleen McMahon, Lewis A. Kaplan,  former  USDJ Michael Mukasey, USMJ  Debra Freeman, EOIR  Judge Joe Miller, Clerk of the Court Second Circuit Catherine O'Hagan Wolf.

187.The Fifth and Fourteenth Amendments  due process and equal protection guarantees extend to all "person. 'The rights attached to criminal trial tell that to New York County Judge John Stackhouse, Laura ward, Jill Konviser Levine, including the right to public trial, a trial by jury, the assistance of a lawyer, and the right to confront adverse witnesses to the "accused," to compel witnesses to testify on his behalf,

36

and right to exculpatory evidence proving actual innocence. See Almeida- Sanchez v. United States 413 U.S. 266 [1973], Fong Yue Ting v. United States 149 U.S. 149 U.S. 698 [1893]. Nishimura Ekiu v. United States 142 U.S. 551, 660 [1892], United States v. Verdugo-Urquidez 494 U.S. 259, 271 [1990].

188 Retaliation and fraudulent concealment has norm in every civil claims, constitution tort, racketeering influence corrupt organization, acts, habeas corpus, mandamus and prohibition writs, and post convictions motions filed by petitioner in both federal and states courts. In 2009 petitioner filed a claim in the New York State of Court of Claims regarding being enrolled in a phase one and two cancer clinical trial without his informed consent or knowledge from 2003 to 2010, at a time he did not have cancer. Andrew Cuomo as State Attorney General was instrumental in petitioner administration segregation in special housing unit [SHU] solitary confinement in a medium "medical" prison for state prisoners with disability, and lifers who have served more than 25 years without any disciplinary infraction.

189. Collins Correction Facility is where NYS Department of Correction sent geriatric prisoners to die. In view of the fact the state could not controvert petitioner's pleadings, he was transfer back to Attica Correction Facility "Snake Pit" Keep lock. See Van Stuyvesant. The State of New York [Court of Claims 2009-030-525] [Claim Number 116397. CM-76445] Petitioner was prevented from filing a timely reply by prison guards who refused to give him the "free five postage stamps" he was entitle to for legal mail each month. Assistant Attorney General Jeanne Strickland frivolous, specious, perjured non responsive response. Petitioner claim was dismissed for failure to file a timely reply in the same manner his New York State CPLR Article 70 Petition for Habeas Corpus Order to Show Cause [OCS], sign by an ethical and fair Cayuga County NYS Supreme Court judge predicated on the fact that the state lacks United States Constitution Article III federal subject matter jurisdiction over an imaginary crime o United States Immigration fraud. See People ex. rel. Van Stuyvesant v. Eisenschmidt 302 A.D. 954 [4th Dept.2003].

D.

190. Whether where on behalf of New York County District Attorney Office of the Federal Bureau of Investigation Immigration & Naturalization Services Sub Nom Department of Homeland Security United States Citizenship & Immigration Services has a history of fraudulently concealing immigration relief granted to petitioner in retaliation against his private attorney general anti-public corruption activities and advocacy for immigrant rights petitioner is entitle to retroactive naturalization ?

191. Petitioner has standing to bring this action the APA grants standing t ay arty adversely affected or aggrieved by an agency action. 5 U.S.C. 702. Petitioner suffered injury in fact, and the interest sought is protected within the zone of interest protected by the statute in question. Clark v. Securities Industries Assn's 479 U.S. 388 , 595-96 [1987]. Petitioner's statutory claims is raising the question of whether this case is governed by the law in effect that from1980-1998, he was a person of good moral character who was not tainted by a conviction of non-existing federal related immigration fraud crimes which were fabricated from a whole cloth, by John Ryan, and used in a selective, vindictive and malicious prosecution, to trigger his deportation, and extrajudicially have him murder by removing him to a country where he has been sentenced in absentia to death for treason, a state created danger caused by John Ryan in 1980 with his bald face lies. The Supreme Court set out principles for determining whether a newly enacted provision is applicable to a pending case in Landgraf v. USI Film Products 511 U.S. 244 [1994].

37

192. In Landgraft, the Court considered whether provisions of the 1991 Civil Rights Act permitting compensatory and punitive damages in Title VII case that was pending on appeal when the statute was enacted. Id at 247. In concluding that the provisions would not be govern retroactively, the court noted that application of a statute is not retroactive "merely because it is applied in a case rising from conduct antedating the statutes enactment based on prior law." Id at 269 [citation omitted].

193 .Rather the statute has a retroactive effect if it 'would impair rights a party possessed when he acted, increases a party's liability for past conduct, or impose new duties with respect to transactions already completed." Id at 280. It is therefore necessary for the court to examine the temporal relationship between the statute and the activity the statute govern. Here in petitioner's case 8 U.S 1427 requirements for naturalization subsection[3] during all the periods referred to in this subsection has been and is still a person of good moral character, attached to the principles of the Constitution of the United States, and well disposed to the good order and happiness of the United States is at issue.

194. Petitioner is a national of the United States pursuant to Section 341 [b] of the Immigration & Nationality Act [INA], 8 U.S.C. 1452 [B]. As defined by the INA, all U.S. citizens but only a relatively small number of persons acquire U.S nationality without becoming a U.S. citizens. Section 101 [a][21] of the INA defines the term "national' as" person owing permanent allegiance to a state. Section 101 [a][22 ] of the INA provides the term 'national of the United States" includes all U.S. Citizens as well as persons who though not citizens of the United States, owes permanent allegiance to the United States [non-citizen nationals]. At all times mentioned herein while petitioner was waiting for INS to adjudicated his applications for naturalization he was following Section 341[b] of the INA, 8 U.S.C. 1452 [b] for a U.S passport.

195. In Landgraft, the Supreme Court observed that changes in procedural rules will often not raise problems of retroactivity. Id at 275. The court stated, "because rules of procedure regulates secondary rather than primary conduct, the fact that a new procedural rule was instituted after the conduct giving rise to the suit does not make application of the rule retroactive.' Id The court also noted that an intervening statute conferring or ousting jurisdiction may apply without operating retroactively. Id at 274.

196.The court stated that "application of a new jurisdictional rule usually takes away no substantive right but simply changes the tribunal that is to hear the case. '" id quoting Howell v. Commons 239 U.S. 506 508 [ 1916]. Finally, the Court stated that because relief by injunction operates in future,"' a case seeking only perspective relief is governed by the law in effect at the time of the decision. Id at 273-74 [quoting American Steel Foundries v. Tri-City Central Trade Council, 257 U.S.184 201 [1921].

196. The good moral character requirement remain the same in 2003 when the FBI decided to conduct a belated 14 year delayed investigation, as it was in 1990 when petitioner first of ten applications for naturalizations were fraudulently conceal. In 1985 INS New York City District Office fraudulently attempted to exclude petitioner, even though they knew he was inspected when he entered the United States and was granted POLITICAL ASYLUM In 1982 which was also fraudulently concealed. The mendacity and lack of emphatic by corrupt and unethical FBI, ICE & USCIS federal government employees shock the conscience, because their official misconduct is even worse than those of repressive totalitarian regimes the United States often condemned for their human rights violation. What an hypocrisy.

38

197.Decades after the Watergate scandals neither congress or the federal government nor the courts have develop law that adequately guards against the government's ability to cover up its own wrong doing and later escape liability by pleading the statute of limitation. The government citizen-immigrant relationship, however, includes an element of trust and an imbalance of power and access to information that are not present in arm's length dealings. See Barrett v. United States, 689 F.2d 324 [CA2.1982 ] cert. denied sub nom Cattell v. Barrett 462 U.S.1131 [1983],

198. Petitioner has met his burden of proof and quantum of evidence necessary for proving the alleged fraud and misconduct  by the  government in Van Stuyvesant v. Barr et al See Hazel-Atlas  Glass Co v. Hartford Empire Co  332 U.S. 238 [1944], Plaut v. Spendthrift Farms Inc 514 U.S. 221 [1995]. American common law has long balanced the desire to  assure a fair truth-seeking process against the "important interest  in the finality of judgement, " Manssaro v. United States 500 U.S., 504 [2003],. The balance generally favors finality. In the words of Justice Story, "it is for the public interest and policy to take an end litigation [so that] suits may not be immortal, while men are immortal."

199.But this court must strike a balance between the need for finality of judgements and the importance of ensuring that litigants have a full and fair opportunity to litigate dispute." United Student Aid  Funds Inc v. Espinosa, 559  U.S 260, 276 [2010]. In so doing, it "reflects and confirms the courts own inherent and discretionary power,  'firmly established in English practice long before the foundation of the Republic,' to set aside judgement whose enforcement would work inequity,"' Plaut v. Spendthrift Farms Inc, 514 U.S. 211, 233-34 [1995] [citations omitted].

200. At the same time,  as the Supreme Court has cautioned, the application of a fraud statute such as FRCP 60 [b][3] must be carefully circumscribed so that the "exception to finality" created by Rule 60[b] does not 'swallow the rule." United States Student id Funds, 559 U.S. at 270. This court has  a responsibility to address the more serious  violation of fraud, misrepresentation, or misconduct by Preetinder Singh Baharara former United States Attorney for the southern District of New York who 1n 2016 ordered his AUSA opposing Van Stuyvesant v. Holder to perjured himself with a specious, frivolous non responsive affirmation in opposition. The effects of the misconduct not the probability of a different outcome but rather interference with petitioner's full and fair opportunity to litigate the case.

E.

201. Whether it is the New York County District Attorney Office and not the United States Congress that has plenary authority and powers over United States Immigration  policy, and does state courts have U.S. Constitution Article III federal subject matter jurisdiction?

202.The broad power of the federal government to regulate the admission, removal, and naturalization of non-citizens has it's root in the early history of the United States. Modern Statues, Supreme Court decisions, and federal agency regulations attest to the plenary nature of this power. Throughout history of the United States the Supreme Court has upheld all manner of the federal statutes regulating immigration. By contract, supreme court decisions preclude states from passing legislation that directly impinges on this area of federal dominion.. The Supreme Court's basis for action is clear when the arear is regulated is naturalization. Article 1 Section 8, Clause 4,of the United States Constitution specifically grants congress the power to establish a 'uniform rule of naturalization."

203. By expressly allocating this power to Congress, the constitution prevents the confusion that would result if individual states could bestowed citizenship. Wen Tising Cheng,  ICE  New York City Field Office Chief Trial Counsel whose grand parents and parents entered  the United States illegally as Chinese

39

immigrant, is an incompetent, racist bigot, testifying under oath as an expert witness for the prosecution lied that New York has jurisdiction. If this is the caliber of Ice Trail Counsel DHS is degrading from the sewer, is there any reason to doubt why this very bloated kakistocracy is so inefficient, corrupt, and incompetent.

204. The constitution does not explicitly provide that the power to deny admission or remove non-citizens The rest with the federal government as opposed to state governments. Hence, in the early immigration cases the Supreme Court faced the problem of identifying the sources of the government's exclusive and plenary power over immigration, Later cases found the plenary power to be an inherent sovereign power. In the earliest cases, the Court looked to the federal power over foreign commerce. The Commerce Clause in Article 1, Section 8, Clause 3, of the United States Constitution provides Congress with the power 'to regulate Commerce with foreign nations., and among the several states. The Supreme Court in the Passenger Cases, See, Smith v. Turner & Norris v. Boston 48 U.S. 283 [1983] invoked the commerce clause to ban the levy of fees upon foreigners wishing to disembark at state ports.

205. The court invalidated state immigration fees even though congress had yet to implement any relevant federal regulations. The court reasoned that congress exclusively controlled foreign affairs and foreign commerce even when the powers had not been exercised. In the Head Money Cases, See Edye v Robinson 112 U.S. 580 [1884], the court upheld a federally imposed tax on foreign immigrants, again with direct citation to the commerce power. As congressional action began to reach beyond taxation to other forms of regulations, however, the court sought a broader ground for decision' .

206. Early cases also cites other specific constitutional provisions to support the inference that the federal government possesses compel power over international relations, arguably including immigration matters. In addition to citing the foreign comer power, the court in Nishimura Ekiu v. United States 142 U.S.651 [189] cities the power to establish a uniform rule of naturalization; the power to declare war, and to provide and maintain armies and navies; and the power to make all laws necessary and proper.  Fong Yue Ting v. United States  149 U.S. 698 [1893] case adds the power to define and punish piracies, felonies committed on the high seas, and offenses against the laws of nations; as well as the presidential area to make treaties, appoint ambassadors, and to select other public ministers and consuls.

207. The Migration and Importation Clause in Article I Section 9, Clause 1, of the constitution has also been considered a potential grant of power to congress. This clause provides : The migration or importation of such persons as any other of the states now existing shall think proper to admit, shall not be prohibited by the congress prior to the year one thousand eight hundred and eight. The specific limit of congress power to 1808 could be construed to imply that after 1808, congress would have power over migration and imputation. The prevailing interpretation, however, is that this clause was simply intended to bar ay attempts by congress to stop the slave trade before 1808.

208. The Naturalization Clause in Article I, Section 8, Clause 4, has served as an argument for federal control over  immigration. The dissent in the Passenger Case rejected this argument. As mentioned earlier, the Naturalization Clause's granting of power to "establish an uniform rule of naturalization" concerns decision about citizenship rather than immigration in generally.     The  court  eventually found the source of the federal power to regulate immigration in a combination of international and constitutional legal principles. The Chinese Exclusion Case, See,  Chae Chan Ping v. United States, 130

40

U.S. 581 [1888] was the first case to hold that the federal government power to exclude non—citizens is an incident of national sovereignty.

209. The court reasoned that every national government has the inherent authority to protect the national public interest. Immigration is a matter of vital national concern. Furthermore, it is the role of the federal government yo oversee matters of national concern, while it is the province of the states to govern local matters. Therefore, the court found that the inherent sovereign power to regulate immigration clearly resides in the federal government. see Fong Yue Ting v. United States 149 U.S 698 [1893] United States v. Curtis B. Wright Export Co 299 U.S 304 [1936], Chy Lung v. Freeman 92 U.S. 275 [1875], Fiallo v. Bell 430 U.S. 787 [1977], Kleindienst v. Mandel 408 U.S. 753 [1972], Oceanic Steam Nav. Co v. Stranahan 214 U.S. 320 [1909], Arizona v. United States 567 U.S. 387 [2012]. See Van v. Holder U.S. Dist. Lexis 39602 {SDNY.2014] Hon. Naomi Reice Buchwwald Senior Judge who should have retired graciously with dignity before her onset of alzheimer name was mendaciously rubber stamped on March 21, 2014 dismissing an All Writ Act. This court mendacity was disrespect to a judge who in her prime was respected and revered for her ethics, morals, fairness, and legal scholarship.

VII.

CONCLUSION

210. We like to think that Federal Administrative Law, United States District and United States Court of Appeals and even Supreme Court of the United States Justices and Judges are defined by respect, duty, and impartiality. But behind that iconic black robe isn't always a tireless drive to uphold the Constitution and laws of the United States. Some of he most revered judges are worse than the criminals they should be sentencing. Corrupt federal judges in the Executive Office of Immigration Review in New York, United States District Court for the Southern District of New York, and United States Court of Appeals for the Second Circuit will make any one question their faith in the legal system.

211. Corruption has a direct impact on the validity of civil and human rights, largely because corruption deprives societies of important resources that could be used for basic needs such as public health, education, infrastructure, criminal justice reform, selective, vindictive and malicious prosecution by prosecutor, fraud upon the courts committed by both local and federal prosecutors, immigration officials, federal bureau of investigation, ad local law enforcement. The cost of corruption by the judiciary in the United States Constitute more than 5% of the national GDP.

212. Corruption has direct damaging consequences in general on the functioning of state institutions, and in particular on the administration of justice. Corruption decreases public trust in justice and weakens the capacity of judicial system to guaranteed the protection of constitutional, civil, and human rights, and it affects the tasks and duties of the judges, prosecutors, lawyers, and other legal professionals. By seeking impunity, corruption has a devasting effects on the judicial system as a whole. One of the goals of human rights is to fight corruption, and its implications on the administration of justice, as is to act against corruption through an independent and strong administration of justice

213 Corruptions undermines the core of the administration of justice, generating a substantial obstacle to the right to an impartial trial and severely undermining the public trust in the judiciary. Corruption does not simply means the taking of money as a bribe. Political corruption, xenophobia, racism, and bigotry and much more unattainable and imprecise. It broad range of actions enables it not only to influence the judicial system, but all sectors of national and state administration as well.

41

214. EOIR Je Miller, USMJ Debera Freeman, USDJ Lewis Kaplan, Collen McMahon, Loretta Preska, Kimba Wood,  Former USDJ Michael Mukasey, United States Court of Appeals for the Second  Circuit Judge Dennis Jacobs former Clerk Roseann McKechnie, and current Clerk of the Court Catherine O' Hagan Wolf were contaminated by extraneous influences to conspire, aided and abetted former DA Robert Morganthau, James Kindler, John Ryan, Jennifer May Parker, Rahul Kale, Kristen Kirk, Leroy Frazier, James Dwyer Elinor Ostrow, Current DA Cyrus Vance Jr, ADA  Hillary Hassler ICE Chief Trial Counsel Wen Cheng to murder petitioner extrajudicially.

215.Those  so called officers of the court in the face of incontrovertible proof and evidence which the State of New York Could not controvert such as medical records from five very reputable  university teaching and community hospital supporting the veracity of petitioner that he is a victim of New York State Crimes Against Humanity, and subjected to psychological and physical torture in violation of the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment was callously dismissed as fantastical, frivolous, nd delusional.

216.To prevent the redress of injury proximately cause by James Kindler et al for the theft of $260 million dollars wot of negotiated financial instrument inherited in 1954, Mukasey unethically coalesced Petition 1999 void for viodness ultra vires judgement of conviction in NYS Supreme Court procured by fraud to prevent recovery. Petitioner is in a class of one. The Courts have classified him as a litigant who is not in favor.. His civil suits, writs, petitions, post-conviction motions  were either fraudulently conceal, or not adjudicated on the merit. Not one single published opinion has been written by the federal courts , because they are cognizant of the fact it wont past a foul order smell tests. In other to prejudice petitioner the "paragon of virtues" would self-diagnosis him as  suffering from severe mental illness, and psychosis, which has been controverted by board certified forensic and clinical psychiatrists, and psychologists. Only a sociopath will not suffer from clinal depression if subjected to the brutal regime of psychological and physical torture Federal, New York State and City of New York have visited on him since 1980.

217. A judiciary without honesty has little chance of executing it's moral and constitutional duties, no matter how many rules of ethics exist. This is especially true in the United States, where the judiciary is afforded wide discretion.  Facts and law require interpretation; justice and equity require judgement. Every decision to grant a motion , writ, claim to follow precedents, to interpreted a statute or facts, to set a sentence or damages every decision left up to the discretion  of a judge is a potential opportunity for corruption. Eliminating all opportunities for personal gain would require nothing less that the destruction of the independent and adaptable judicial system we know. And so, we count on honest judges to navigate our ship of justice through those dangerous waters.

 WHEREFORE petitioner respectfully request a de novo review, and his All Writs Act petition to e granted in its entirety, together with any other and further relief that this court will deem just , fair, and equitable.

Respectfully submitted;

Curtis Van Stuyvesant pro se.

Dated Deembern7, 2020.

42

VIII.

TABLE OF AUTHORITY.

Acarida v. Shaughnessy 347 U.S. 260  [1954]----------------------------------------------------------------------31

Almeda- Sanches v. United States 413 U.S. 266 [1973]----------------------------------------------------------------36

Ambach v. Norwick 441 U.S. 68 [1979----------------------------------------------------------------------------6, 35

American Steel  Foundries v. Tri-City Central Trade Council 257 U.S.184 201--------------------------------37

Arizona v. United States 567 U.S. 387 [2012]---------------------------------------------------------------------40

AstraZeneca Pharmaceuticals v. Burwell 197 F. Supp. 3d. 53, 58 [ D.D.C.2016 ]----------------------------7, 8

Barrett v. United States 689 F.2d. 324  CA2. 1982 cert denied sub nom Cattell v. Barrett 462 U.S 1131

[1983]----------------------------------------------------------------------------------------------------------------38

Bd of Commissioners v. Umbehr 518 U.S. 668, 674 [1996]----------------------------------------------------30

Blake v. Carbone 489 F.3d  33 [CA2. 2007]-----------------------------------------------------------------------31

Bluman v. FEC 800 F. Supp. 2d. 281, 283, 284 [D.D.C.2011] aff'd 132 S.Ct 1087 [2012]----------------------28

Brady v. Maryland  373 U.S. 83 [1963]----------------------------------------------------------------------------23

Brieva-Perez v.  Gonzales  482 F.3d. 356 [2007]------------------------------------------------------------------31

Bridges v. Wixon  326 U.S. 135, 148 [1945]----------------------------------------------------------------------29

Bowen v. Massachusetts 487 U.S. 879, 891, n16 [1988]------------------------------------------------------------4

Burlington Truck Lines v. United States 371 U.S. 156, 168 [1962]---------------------------------------------------31

Burlington  Northern &Santa Fe Railway Co v. White  548 U.S.53, 57 [2006] ------------------------------------30

Bush v. Gore 351 U.S. 98 [2000]------------------------------------------------------------------------------------26

Califfano v. Sanders 430  U.S. 99 [1997]---------------------------------------------------------------------------4.

Cabell v. Chavez-Salido  454 U.S.432 [1982]----------------------------------------------------------------------34

Caroleo v. Gonzales  476 F.3d 674, 677-80 [CA6.2008]------------------------------------------------------------30

Che  Chan  Ping  v.  United  States  130  U.S.  581,  603,  604  [1889]------------------------------8, 24,
25,26,35,39

43

Chy Lung v. Freeman 92 U.S. 275 [1875]------------------------------------------------------------------- 40

Chevron U.S.A Inc v.Natural Resources Def. Council Inc 467 U.S 837 [1984]----------------------------- 6, 7,30

Citizen United v. FEC 800 F. Supp.2d 281, 283, 284 [D.D.C ] aff'd 132 S.Ct 1087 [2012]---------------------- 28

Clark v. Securities Industries Assn's 479 U.S. 388, 595-96-----------------------------------------------------------36,37

Cleburne v. Cleburne 473 U.S.432 [1985]------------------------------------------------------------------------ 31

Collins v. City of Harker Heights 503 U.S. 115, 125 [1993]------------------------------------------------------- 33

Crawford v. Metro Government of Nashville Davidson County v Tennessee  553 U.S. 271, 274 [2009]---- 30

District of Columbia v. Heller 554 U.S. 570, [2008]------------------------------------------------------------------ 29

Daniels v. Williams 74 U.S. 327, 331 [1986]---------------------------------------------------------------------- 33

Del La Rosa v. United States Attorney General 579 F.3d 1237 [CA11. 2009]-------------------------------------- 31

Demore v. Kim 538 U.S. 510 [2003]-----------------------------------------------------------------------------------34

Edye v. Robinson [The Head Money Cases] 112 U.S. 580 [1884]----------------------------------------------------- 39

Eisestaenstadt v Baird 405 U.S. 438, 443 [1972]------------------------------------------------------------------------ 32

Elk v. Wilkins 112 U.S. 94, 99 [1884]----------------------------------------------------------------------------------- 29

FCC V. ox Television Stations Inc, 566 U.S. 502 337 [2009]-----------------------------------------------------------31

FDA V. Brown & Williamson Tobacco Corp. 529 U.S.C. 12, 159 [ 2000}-------------------------------------------5

Fedorenko v United States 449 U.S. 490, 507 [1981]---------------------------------------------------------------5,6

Fiallo v. Bell 430 U.S. 787 [1977]---------------------------------------------------------------------------------------40

Foley v. Connelli 435 U.S. 291 [1978]-------------------------------------------------------------------------------------34

Fong Yue Ting v. United States 149 U.S. 698 [1893]-------------------------------------------------------------8, 25, 35,36,39

44

Galvan v. Press 347 U.S. 522 [1954]-------------------------------------------------------------------------
35

Griswold v. Connecticut 381 U.S. 49, 485 [1963]----------------------------------------------------------33

Harrissade v. Shaugnessy 342 U.S. 580, 588-589 [1952]-------------------------------------------------8

Hawaii v. Trump 878 F.3d 662,679 [CA9. 2017]----------------------------------------------------------27

Hazel Atlas Glass Co. v. Hartford Empire Co. 323 U.S. 238 [1944]-------------------------------------38

Heller v. Doe by Doe 509 U.S 312, 320 [1993]-----------------------------------------------------------31

Howell v. Commons 239 U.S. 506, 508 [1916]------------------------------------------------------------37

International Refugee Assistant Project v. Trump 857 F.3d 554 [CA7.2017]------------------------------
27,28

INS v. Chadha 462 U.S. 919, 941 [1983]------------------------------------------------------------------27

Iranian Alliances Across Border v. Trump NO 8 :17 civ o2921 [GJH] [D. Md. Oct 66, 2017]-----------------27

Johnson v. Eisentrager 399 U.S.763, 791 [1950]---------------------------------------------------------31

Judulang v. Holder 132 S.Ct 476, 490 [2011]------------------------------------------------------------
30,31

Kleindients v. Mandel 408 U.S. 753, 769-70 [1972]------------------------------------------------------
29,40

Kim v. Gonzales 468 F.3d 61-63 [CAS.2006]---------------------------------------------------------------31

King v. Burwell 135 5.Ct 2480 [2015]---------------------------------------------------------------------5

Komoko v. INS 35 F.3d 42 [CA9.1994]----------------------------------------------------------------------31

Kwong Hai Chew v. Colding 344 U.S. 590, 597, n.5 [1933]-----------------------------------------------
29,35

Landon v. Plesncia 388 U.S. 21, 34 [1982]--------------------------------------------------------------8, 9

Landsgraft v USI Film Products 511 U.S. 244 [1994]-----------------------------------------------------
37

Mansaro v. United States 500 U.S. 505 [2003]----------------------------------------------------------38

Mathews v. Diaz 426 U.S. 67, 80 [1976]------------------------------------------------------------------
35

Mathews v.Eldridge 424 U.S. 39 [1976]-------------------------------------------------------------------9

McDonald v. City of Chicago 561 U.S 742, 720 [1997]--------------------------------------------------
33

Meyers v. Nebraska 262 U.S. 67, 80 [1978]-------------------------------------------------------------------------- 33

Miller v. Albright 523 U.S. 420, 422 [1988]----------------------------------------------------------------------6

Moore v. City of East Cleveland v. 431 U.S. 494, 502 [1976]------------------------------------------------------ 33

Ng Fung Ho v White 259 U.S. 276 [1922]---------------------------------------------------------------------------5

New York Times v. Sullivan 376 U.S. 254 , 273-276 [1964]--------------------------------------------------------35

Norris v Boston [The Passenger Case] 48 U.S. 283  [1849]-------------------------------------------------------- 39

Nishimura Ekiu v United States 142 U.S. 551,660 [1892]------------------------------------------------------36, 39

Obergefell v. Hodges 135 S.Ct. 2584, 2618 [2015]--------------------------------------------------------------- 33

Oceanic Steam Navigation v. Stranahan 214 U.S.320 [1909]------------------------------------------------------40

O'Sullivan v. United States Citizenship & Immigration Services 435 F.3d 809 [CA7.2006]----------------------5

Oyama v. California 334 U.S. 663  [1948]--------------------------------------------------------------------------- 35

Planned Parenthood of Se. Pa v. Casey 268 U.S. 510 534-35 [1992]------------------------------------------- 32

Plaut v. Spendthrift Farms Inc 514 U.S. 221 [1995]--------------------------------------------------------------- 38

People v. Van Stuyvesant 297 A.D. 2d 559 [1st Dept.2002] lv denied 99 N.Y 2d 586 [2003]------------------ 17

People ex. rel. Van Stuyvesant v. Eisenschmidt 202 A.D 2d  954  [4th Dept. 2003]------------------------------ 36

Plyer v. Doe 457 U.S 202 [1984]------------------------------------------------------------------------------------ 31

Pierce v. Society of Sisters 268 U.S. 510, 534-35 [1925] ---------------------------------------------------------- 33

Pineda-Cruz v. Thompson Case No 15-civ- 326 [USDC Western District of Texas 2010]----------------------- 29

Porterfield v. Webb 263 U.S. 225 [1923]-------------------------------------------------------------------------- 38

Reno v American Arab Anti- Discrimination Committee  525 U.S. 471, 497 [1998]--------------------------- 29

46

Rochine v. California 342 U.S. 163, 172 [1952]---------------------------------------------------------------- 33

Sale v. Haitian Center Council Inc 509 U.S. 155 [1993]---------------------------------------------------------------- 26

Serno v. Douglas Eliman-Gibbons & Ives Inc 183 F.3d 155[ CA2.1999]------------------------------------------------30

Skinner v. Oklahoma ex. rel. Williamson 316 U.S. 535, 541 [1942]---------------------------------------------------- 33

Shaughnessy v. Pedeeiro 349 U.S.48,52-53 [1955]----------------------------------------------------------------------9

Shaughnessy v. United States ex rel. Mezei 345 U.S. 206 [1953]------------------------------------------------------- 35

Smith v. Tuner [The Passenger Cases] 48 U.S. 283 [1983]--------------------------------------------------------------- 39

Stein v. KPMG LLP  486 F. 3d 753 [CA2. 2007]----------------------------------------------------------------------------32

Sugarman  v  Dougall  413  U.S.  634,  651-2  [1973]------------------------------------------------------------------- 6,29

Sumner v United States Postal Services 899 F.3d 203, 209 [CA2. 1990]------------------------------------------------30

Takashashi v. Fish & Game Commission 344 U.S 410 [1948]----------------------------------------------------------- 35

Terrace v. Thompson 263 U.S. 197 [1993]----------------------------------------------------------------------------------35

Thap v. Mukasey544 F3d 674, 677-80 [CA6. 2008]----------------------------------------------------------------------31

Troxel v. Granville 530 U.S. 57, 80 [2000]------------------------------------------------------------------------------ 33

Turner v. Williams 194 S.Ct. 279, 284 [19640------------------------------------------------------------------------ 28

United States v. Curtis B. Wright Exports Co 299 U.S.304 [1936]----------------------------------------------------40

United States ex. rel. Turner v. Williams 194 U.S. 279, 284 [1904]------------------------------------------------28

United States v. Ginsberg 243 U.S. 472, 474 [1917]----------------------------------------------------------------6

United States v. 5ineneng-Smith 140 S. Ct. 1575 [2020]----------------------------------------------------------- 28

United States v. Stein 435 F. Supp. 2d. 330, 367-75 [ 2006 SDNY]-------------------------------------------------32

United States v. Portilio-Munoz 643 F 3.d 437, 441-42 [CA5.2011]----------------------------------------------- 29

United States v. Thind 261 U.S. 204, 214-15 [1923]----------------------------------------------------------------- 25

47

United States v. Vredugo- Urquidez 494 U.S. 259, 365 [1990]-------------------------------------------------29, 36

United Students Aid Funds Inc v. Espinosa 559Nu.s. 260,276 [2010]-------------------------------------------38

University of Texas Southwest Medical Center v. Nasser 133 S. Ct. 2715, 2255 [2013]------------------------ 30

Van Stuyvesant v. Conway 03-civ-3856 2007 WL 2584775 [Kaplan] {SDNY Sept. 7, 2007]-------------------- 32

Van Stuyvesant v. Conway 03-civ- 3856  2007 U.S. Dist. LEXIS 99032 [Freemans] [July 11, 2007[----------- 32

Van Stuyvesant v. Conway 565 U.S. 810 [2011]------------------------------------------------------------------------ 33

Van Stuyvesant v Conway 563 U.S. 1030 [2011]---------------------------------------------------------------------- 33

Van Stuyvesant v. Holder U.S. Dist. LEXIS 39602 [Buchwald USDJ] [SDNY. 2014]----------------------------40

Van Stuyvesant v. Jonah Cancer & Blood Treatment Pavilion 2010 CIV 0110 [WDNY Feb 19. 2010]-------- 34

Van Stuyvesant v Jonah Cancer & Blood Treatment Pavilion [II] 1:2010 civ 0010 [USDC . SD Ohio.]------- 34

Van Stuyvesant v. New York State 2009-CM-76445. Claims No. 116397 [ NYS Court of Claims]------------- 36

Vue v. Gonzales 496 F.3d 858 [CA8 2007] --------------------------------------------------------------------------------31

Washington v. Glucksberg 521 U.S. 702, 720 [1997]----------------------------------------------------------------- 33

Washington v. Trump 847 F. 3d. 1151, 1162-63 [CA9 2017]-------------------------------------------------------27

Williams v Lee Optical Co 348 U.S. 483 [1955]----------------------------------------------------------------------- 31

Wong v Yang Sung v. McGrath 339 U.S. 33, 61 [1950]--------------------------------------------------------------9

Yamataya v. Fisher 189 U.S. 86 [1903]------------------------------------------------------------------------------8, 35

Zadvydas v. Davies 533 U.S. 678, 695 [2001]------------------------------------------------------------------------ 27

Zamora-Mallari v. Mukasey 514 F.3d. 679, 683-97 [CA7. 2001]------------------------------------------------- 27

Zarko v. Trump No. 1 : -civ- 02969 [GLR] [D. Md .Oct6. 2017]-------------------------------------------------- 27

48

## IX.

## United States CONSTITUTION.

United State Constitution Article I Section 2, 3 ------------------------------------------------------------------36

United Stats Constitution Article II & I ------------------------------------------------------------------------36

United State Constitution Amend. 15.----------------------------------------------------------------------------36

United State Constitution Article I Section 8 Clause 4. Naturalization Clause---------------------------------39

United Constitution Article I Section 9 Migration and Importation Clause---------------------------------4 to41

United Constitution Article 1 Section 8 The Commerce Clause-----------------------------------------4 to41

United Sates Constitution Due Process Clause Fifth Amendment----------------------------------------4 to41

United Stats Constitution Equal Protection Clause Fourteenth Amendment-------------------------4 to 41

United States Constitution Article III Federal Subject Matter Jurisdiction.---------------------------4 to41

United States Constitution Article I, Section 8 Clause 4, Plenary Immigration Powers------------------4 to 41

## STATUTES.

28 U.S.C 1651 All Writs Act-------------------------------------------------------------------------------3,4, 5, 6.

28  U.S.C. 1331-----------------------------------------------------------------------------------------------4

INA 203 [C ] 8 U.S.C. 1153 [C] [1994] Supp II 1997--------------------------------------------------------5

28 U.S.C. 2254------------------------------------------------------------------------------------------------5

8 U.S.C. 1252 [b]---------------------------------------------------------------------------------------------5

8 U.S.C. 1252 [C]---------------------------------------------------------------------------------------------5

8 U.S.C. [b], [5], [A]-----------------------------------------------------------------------------------------5

8 U.S.C. 1140------------------------------------------------------------------------------------------------5

8 U.S.C. 1421 [C]-------------------------------------------------------------------------------------------5, 9

8 U.S.C. 1451 [a]---------------------------------------------------------------------------------------------9

8 U.S.C. 1447 [a]---------------------------------------------------------------------------------------------9

18 U.S.C. 1001----------------------------------------------------------------------------------------------15

42 U,S,C. 1983----------------------------------------------------------------------------------------------16

49

18 U.S.C. 1962 [c][d]------------------------------------------------------------------------------22

5 U.S.C 704 Administrative Procedure  Act------------------------------------------------------

 INA of 1952 8 U.S.C. 1101 et seq--------------------------------------------------------------9

Immigration Reform and Immigrant Responsibility Act of1996 [IIRIRA]-----------------------9

Suspension of Deportation----------------------------------------------------------------------9

 Effective Death Penalty Act of 1996-----------------------------------------------------------9

 The  Real ID ACT PL. 190-13 Division B. 119  Stat 302 [2002]-------------------------------9

S. 744------------------------------------------------------------------------------------------9

Section 101[a] [21] of the INA----------------------------------------------------------------37

Section 341 [b]of the INA, 8 U.S.C. 1452 [b]-----------------------------------------------37

Section 341 [b] of the INA [B]-----------------------------------------------------------------37

INA 325 [b], [I] [f] [Supp. 111 1997 ----------------------------------------------------------26

INA 8U.S.C. 1227[a][4]-----------------------------------------------------------------------26

8 U.S.C. 1001 1182 [a] 1227 [a] [3][4]-----------------------------------------------------26

8 U.S.C. 134 [a] [15]----------------------------------------------------------------------- 28

8 U.S.C. 1101[a] [13]------------------------------------------------------------------------29

42 U.S.C 2000e-5 [e][I][f][2012]-------------------------------------------------------------30

Title VII of the Civil Act of  1964------------------------------------------------------------30

42 U.S.C. 2000e American With Disability Act----------------------------------------------------
30

 42 U.S.C. 1203 Age Discrimination Employment Act-------------------------------------------------
30

The  Patriot  Act----------------------------------------------------------------------------------
30

## OTHERS.

Charles Allan Wright et al Federal Practice & Procedure Section 39, 42. [3rd edition 2012]------------------6

Cas Sunstein & Arian Vernuela Libertarian Administrative Law U. CHI. La Rev. 338,339-401[2015]--------8

United Nations Convention Against Torture and Other Unusual  Inhuman, Cruel or Degrading Treatment
-----------------------------------------------------------------------------------------------31

Foreign Relations Authorization Act Fiscal Year 1994and 1995. Pub L. No 103-236 Section S06 [a] 108 Stat. 387 463-64 [1994] codified at 18 U.S.C. 234 West Supp. 1997.-------------------------------------------------24

Executive Order No. 13. 768 82 Fed Reg. 8799 [ Jan 25, 2017]--------------------------------------------------27

Executive Order No. 1370 82. Fed. Reg. 13, 20009 [ March 5, 2017]---------------------------------------------- 27.

51

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------- --- -------------------------------------------------------x

UNITED STATES ex. rel. CURTIS VAN STUYVESANT

|  |  |
|---|---|
| Petitioner, | **VERIFICATION** |
| -v- | **PETITION FOR A WRIT OF** |
| WILLIAM BARR et al | **MANDAMUS AND PROHIBITION** |
| UNITED STATES ATTORNEY DEPARTMENT OF JUSTICE. | **PURSUANT TO 28 U.S.C. 1651a** |
| Respondents' | **ALL WRITS ACT** |

--------------------------------------------------------------------------x

STATE OF NEW YORK )

COUNTY OF NEW YORK) ss.

CURTIS VAN STUYVESANT being duly sworn deposes and says that I declare under the penalty of perjury that I am the petitioner in this proceeding, that I have read the foregoing petition for an All Writs Act, verification, memorandum of law, exhibits and affidavit in support, and knows the contents thereof, that the same is true to deponent's own knowledge, except as to matters their in stated upon information and belief, which matters deponent believes to be true.

Dated December 7th 2020

New York New York

-----------------------------------------------------x

Curtis Van Stuyvesant. pro se

308 West 94 Street #435

New York New York 10025.

 **Commission for the Blind**

**ANDREW M. CUOMO**
Governor

**SHEILA J. POOLE**
Acting Commissioner

## Verification of Legal Blindness

| Name: | NYSCB Registration No. |
|---|---|
| Mr. Curtis Van Stuyvesant | CF# 182496 |

Address:
308 West 94th St. #435
New York, NY 10025

The above named person is registered as legally blind with the Commission for the Blind in accordance with New York State law, Section 8704.

Signature: *Nathaniel Beper*

Title:      Assistant Commissioner
Date:      05/01/2019

# Outpatient Referral Form

| Patient Information: | | |
|---|---|---|
| **Name:** VAN-STUYVESANT,CURTIS | **SSN:** xxx-xx-xxxx | |
| **Gender:** Male | **Patient ID:** 9964151 | |
| **Date of Birth:** 7/15/1954 | **Phone:** 917-828-3036 | |
| **Age:** 66 years | **Alt Control#:** | |
| **Address:** 308 West 94th ST APT 435 | **Alt Patient ID:** | |
| **City, State Zip:** NEW YORK, NY 10025 | | |

| Client/Ordering Site Information: | Physician Information: |
|---|---|
| **Department:** PRESTON ROBERT TISCH CENTER FOR MEN'S HEALTH<br>555 MADISON AVE<br>NEW YORK NY 10022-3301<br>Phone: 646-754-2000<br>Fax: 646-754-9690 | **Ordering:** Aaron R Chidakel, MD<br>**Degree:** MD<br>**NPI:** 1245341619<br>**UPIN:**<br>**Physician ID:**<br><br>**Address 1:** 555 Madison Ave 2nd Floor<br>**Address 2:**<br>**City, State Zip:** New York, NY 10022<br>**Phone:** 646-754-2000<br>**Fax:** 646-754-9690 |

**AMB REFERRAL TO BREAST SURGERY**       **(Epic Order #: 377485365)**

## Future Order Information

Expires

9/30/2021

## Referral Details

| Referred By | | Referred To |
|---|---|---|
| Aaron R Chidakel, MD<br>555 Madison Ave 2nd Floor<br>New York NY 10022<br>Phone: 646-754-2000<br>Fax: 646-754-9690 | Diagnoses: Gynecomastia<br>Order: Amb Referral To Breast Surgery | |

## Associated Diagnoses

| Name | ICD-10-CM | ICD-9-CM |
|---|---|---|
| Gynecomastia - Primary | N62 | 611.1 |

## Lab Collection Information

## Collection Info:

| Date and Time | | Department | Ordering/Authorizing |
|---|---|---|---|
| 7/31/2020  2:38 PM | | Preston Robert Tisch Center for Men's Health | Aaron R Chidakel, MD |

## Primary Visit Coverage

| Payer | Plan | Group Number | Group Name | Payer Address |
|---|---|---|---|---|
| EMPIRE BCBS HEALTH PLUS | BCBS HEALTHPLUS NY MEDICAID MANAGED CARE NY | NYMCD000 | | |

## Primary Visit Coverage Subscriber

| Subscriber Name | Subscriber Address |
|---|---|
| VAN-STUYVESANT,CURTIS | 308 West 94th ST APT 43S NEW YORK, NY 10025 |

## Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| None | None | Routine | Internal Referral |

**This requisition has been electronically signed by Aaron R Chidakel, MD**

Page 2 of 2

Van-Stuyvesant, Curtis (MRN 9964151)

 **NYU Langone Health**


9964151

# Radiology Order Requisition - Epic

| Patient Information: | | |
|---|---|---|
| **Name:** VAN-STUYVESANT,CURTIS | **SSN:** xxx-xx-xxxx | |
| **Gender:** Male | **Patient ID:** 9964151 | |
| **Date of Birth:** 7/15/1954 | **Phone:** 917-828-3036 | |
| **Age:** 66 years | **Alt Control#:** | |
| **Address:** 308 West 94th ST APT 43S | **Alt Patient ID:** | |
| **City, State Zip:** NEW YORK, NY 10025 | | |

**Allergies:** Chemo diluent 1 (pf), Gabapentin, and Ultram [tramadol]

## MAMMO DIAGNOSTIC BILATERAL (**Order ID**: 377485364)

### Future Order Information

Expires
9/30/2021

### Order Info:

| Question | Answer | Comment |
|---|---|---|
| Exam Reason | gynecomastia | |
| Please perform a diagnostic mammogram or ultrasound to further investigate abnormal findings on this screening examination. | Yes | |

### Associated Diagnoses

| Name | ICD-10-CM | ICD-9-CM |
|---|---|---|
| Gynecomastia - Primary | N62 | 611.1 |

### Lab Collection Information

### Collection Info:

| Date and Time | Department | Ordering/Authorizing |
|---|---|---|
| 7/31/2020 2:36 PM | Preston Robert Tisch Center for Men's Health | Aaron R Chidakel, MD |

**Ordering Site Information:**
Department: PRESTON ROBERT TISCH CENTER FOR MEN'S HEALTH
555 MADISON AVE
NEW YORK NY 10022-3301
Phone: 646-754-2000
Fax: 646-754-9690

**Physician Information:**                    **Copies To Physician:**

Van-Stuyvesant, Curtis (MRN 9964151)

Ordering: Aaron R Chidakel, MD
NPI: 1245341619
UPIN:
Physician ID:
Contact details: 555 Madison Ave 2nd Floor
New York, NY 10022
Phone: 646-754-2000
Fax: 646-754-9690

Name: Afet Seidler, DO
Address 1: 355 West 52n Street
Address 2: 4th Floor
City,State: New York, NY
Zip: 10019
Fax: 646-754-1549

DOB of Primary Policy Holder: 7/15/1954
DOB of Secondary Policy Holder:

**Authorization Number:**

**This requisition has been electronically signed by
Aaron R Chidakel, MD**

Van-Stuyvesant, Curtis (MRN 9964151)

# Outpatient Referral Form

**Patient Information:**

| | | | |
|---|---|---|---|
| **Name:** | VAN-STUYVESANT,CURTIS | **SSN:** | xxx-xx-xxxx |
| **Gender:** | Male | **Patient ID:** | 9964151 |
| **Date of Birth:** | 7/15/1954 | **Phone:** | 917-828-3036 |
| **Age:** | 66 years | **Alt Control#:** | |
| **Address:** | 308 West 94th ST APT 435 | **Alt Patient ID:** | |
| **City, State Zip:** | NEW YORK, NY 10025 | | |

**Client/Ordering Site Information:**

Department: PRESTON ROBERT TISCH CENTER FOR
MEN'S HEALTH
555 MADISON AVE
NEW YORK NY 10022-3301
Phone: 646-754-2000
Fax: 646-754-9690

**Physician Information:**

Ordering: Aaron R Chidakel, MD
Degree: MD
NPI: 1245341619
UPIN:
Physician ID:

Address 1: 555 Madison Ave 2nd Floor
Address 2:
City, State Zip: New York, NY 10022
Phone: 646-754-2000
Fax: 646-754-9690

**AMB REFERRAL TO BREAST SURGERY**    **(Epic Order #: 377485365)**

## Future Order Information

Expires
9/30/2021

## Referral Details

Referred By

Referred To

Aaron R Chidakel, MD      Diagnoses: Gynecomastia
555 Madison Ave 2nd Floor    Order: Amb Referral To Breast Surgery
New York NY 10022
Phone: 646-754-2000
Fax: 646-754-9690

## Associated Diagnoses

| Name | ICD-10-CM | ICD-9-CM |
|---|---|---|
| Gynecomastia - Primary | N62 | 611.1 |

## Lab Collection Information

## Collection Info:

| Date and Time | | Department | Ordering/Authorizing |
|---|---|---|---|
| 7/31/2020  2:38 PM | | Preston Robert Tisch Center for Men's Health | Aaron R Chidakel, MD |

## Primary Visit Coverage

| Payer | Plan | Group Number | Group Name | Payer Address |
|---|---|---|---|---|
| EMPIRE BCBS HEALTH PLUS | BCBS HEALTHPLUS NY MEDICAID MANAGED CARE NY | NYMCD000 | | |

## Primary Visit Coverage Subscriber

| Subscriber Name | Subscriber Address |
|---|---|
| VAN-STUYVESANT,CURTIS | 308 West 94th ST APT 435 NEW YORK, NY 10025 |

## Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| None | None | Routine | Internal Referral |

**This requisition has been electronically signed by**
**Aaron R Chidakel, MD**

Van-Stuyvesant, Curtis (MRN 9964151)

 **NYU Langone Health**


9964151

## Radiology Order Requisition - Epic

| Patient Information: | | |
|---|---|---|
| **Name:** VAN-STUYVESANT,CURTIS | **SSN:** xxx-xx-xxxx | |
| **Gender:** Male | **Patient ID:** 9964151 | |
| **Date of Birth:** 7/15/1954 | **Phone:** 917-828-3036 | |
| **Age:** 66 years | **Alt Control#:** | |
| **Address:** 308 West 94th ST APT 435 | **Alt Patient ID:** | |
| **City, State Zip:** NEW YORK, NY 10025 | | |

**Allergies:** Chemo diluent 1 (pf), Gabapentin, and Ultram [tramadol]

MAMMO DIAGNOSTIC BILATERAL (**Order ID:** 377485364)

## Future Order Information

| Expires |
|---|
| 9/30/2021 |

## Order Info:

| Question | Answer | Comment |
|---|---|---|
| Exam Reason | gynecomastia | |
| Please perform a diagnostic mammogram or ultrasound to further investigate abnormal findings on this screening examination. | Yes | |

## Associated Diagnoses

| Name | ICD-10-CM | ICD-9-CM |
|---|---|---|
| Gynecomastia - Primary | N62 | 611.1 |

## Lab Collection Information

## Collection Info:

| Date and Time | Department | Ordering/Authorizing |
|---|---|---|
| 7/31/2020  2:36 PM | Preston Robert Tisch Center for Men's Health | Aaron R Chidakel, MD |

**Ordering Site Information:**
**Department:** PRESTON ROBERT TISCH CENTER FOR MEN'S HEALTH
555 MADISON AVE
NEW YORK NY 10022-3301
Phone: 646-754-2000
Fax: 646-754-9690

**Physician Information:**                    **Copies To Physician:**

Van-Stuyvesant, Curtis (MRN 9964151)                                   Page 1 of 2

Ordering: Aaron R Chidakel, MD
NPI: 1245341619
UPIN:
Physician ID:
Contact details: 555 Madison Ave 2nd Floor
New York, NY 10022
Phone: 646-754-2000
Fax: 646-754-9690

Name: Afet Seidler, DO
Address 1: 355 West 52n Street
Address 2: 4th Floor
City,State: New York, NY
Zip: 10019
Fax: 646-754-1549

DOB of Primary Policy Holder: 7/15/1954
DOB of Secondary Policy Holder:

**Authorization Number:**

**This requisition has been electronically signed by
Aaron R Chidakel, MD**

Van-Stuyvesant, Curtis (MRN 9964151)

Page 2 of 2

# AFTER VISIT SUMMARY


**NYU Langone Health**

**Curtis Van-Stuyvesant**  DoB: 7/15/1954

📅 9/8/2020 12:30 PM   📍 NYU Langone Ambulatory Care West Side 646-754-2100

## Instructions  from Afet Seidler, DO



**Today's medication changes**

❌ STOP taking:
**gabapentin** 300 mg capsule (NEURONTIN)

Accurate as of September 8, 2020 12:59 PM.
**Review your updated medication list below.**

## What's Next

**SEP 9 2020**  **Follow Up Appointment with John Michalisin, MD**
Wednesday September 9 12:15 PM
Arrive 15 minutes prior to appointment.

Preston Robert Tisch
Center for Men's Health
555 Madison Ave
New York NY
10022-3301
646-754-2000

**OCT 1 2020**  **Follow Up Appointment with Elina Zakin, MD**
Thursday October 1 8:30 AM
Arrive 15 minutes prior to appointment.

NYU NEUROLOGY
ASSOCIATES
222 East 41st St
9th & 10th Floors
New York NY
10017-6739
212-263-7744

**NOV 5 2020**  **Follow Up Appointment with Seth D Cohen, MD**
Thursday November 5 1:30 PM
Arrive 15 minutes prior to appointment.

Preston Robert Tisch
Center for Men's Health
555 Madison Ave
New York NY
10022-3301
646-754-2000

**NOV 17 2020**  **Follow Up Appointment with David Poppers, MD**
Tuesday November 17 2:30 PM
Arrive 15 minutes prior to appointment.

Preston Robert Tisch
Center for Men's Health
555 Madison Ave
New York NY
10022-3301
646-754-2000

**DEC 15 2020**  **Follow Up Appointment with Arthur Schwartzbard, MD**
Tuesday December 15 1:00 PM
Arrive 15 minutes prior to appointment.

Preston Robert Tisch
Center for Men's Health
555 Madison Ave
New York NY
10022-3301
646-754-2000

**Showing your appointments through December 15, 2020. You have more appointments scheduled after these.**

## Today's Visit



You saw Afet Seidler, DO on Tuesday September 8, 2020 for:
- Annual Exam

The following issues were addressed:
- Gynecomastia
- MGUS (monoclonal gammopathy of unknown significance)
- Abnormal LFTs
- OSA (obstructive sleep apnea)
- History of prostate cancer
- Multiple joint pain
- Skin cancer screening
- Need for pneumococcal vaccination
- Essential hypertension
- Hypercholesteremia
- Annual physical exam

 Blood Pressure
**121/71**

 BMI
**28.88**

 Weight
**201 lb 4.5 oz**

 Height
**5' 10"**

 Temperature (Oral)
**99 °F**

 Pulse
**94**

 Oxygen Saturation
**95%**

# NYU Langone Health App & MyChart

- Sign up for NYU Langone Health MyChart to stay connected to your care anytime and anywhere.
- You can schedule appointments, view test results, request prescription refills, send secure messages to your providers, and more.
- To enroll, download the NYU Langone Health app and select "Activate MyChart Account" on the login screen. Or you can visit https://mychart.nyulmc.org and select "Sign Up Now."
- For technical support, please call 1-866-262-6458.

# Your Medication List as of September 8, 2020 12:59 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **ALLERGY EYE (KETOTIFEN)** 0.025 % (0.035 %) ophthalmic solution<br>Generic drug: ketotifen | INSTILL 1 DROP INTO BOTH EYES TWICE DAILY |
| **amLODIPine** 5 mg tablet<br>Commonly known as: NORVASC | Take 1 tablet by mouth daily. |
| **ARTIFICIAL TEARS (POLYVIN ALC)** 1.4 % ophthalmic solution<br>Generic drug: polyvinyl alcohol | INSTIL 1 DROP 4 TIMES A DAY INTO BOTH EYES |
| **atorvastatin** 10 mg tablet<br>Commonly known as: LIPITOR | Take 1 tablet by mouth daily. |
| **clonazePAM** 1 mg tablet<br>Commonly known as: KlonoPIN | TAKE 4 TABLETS BY MOUTH ONCE DAILY. **TAKE 1MG IN AM, 2MG IN PM, 1MG IN BEDTIME. ORAL |
| **dextroamphetamine-amphetamine** 10 mg tablet<br>Commonly known as: ADDERALL | TAKE 1.5 TABLETS BY MOUTH 2 (TWO) TIMES DAILY FOR 30 DAYS. |
| **icosapent ethyL** 1 gram Cap capsule<br>Commonly known as: VASCEPA | Take 2 capsules by mouth 2 (two) times daily with meals. |
| **LYRICA** 50 mg capsule<br>Generic drug: pregabalin | Take 50 mg by mouth as needed. |
| **Miscellaneous Medical Supply** Misc | by Misc.(Non-Drug; Combo Route) route 2 (two) times daily. Twice daily |
| **omeprazole** 20 mg tablet<br>Commonly known as: PriLOSEC | Take 1 tablet by mouth daily. 30 minutes prior to breakfast |
| **oxybutynin** 5 mg tablet<br>Commonly known as: DITROPAN | Take 1 tablet by mouth 3 (three) times daily. |
| **tadalafiL** 5 mg tablet<br>Commonly known as: CIALIS | Take 1 tablet by mouth daily. |
| **tamsulosin** 0.4 mg capsule<br>Commonly known as: FLOMAX | Take 1 capsule by mouth daily. |
| **testosterone** 20.25 mg/1.25 gram (1.62 %) pump transdermal gel | APPLY 2 PUMPS TO SKIN DAILY |
| **zinc oxide** 13 % cream<br>Commonly known as: DESITIN RAPID RELIEF | Apply 1 Application topically 3 times daily as needed for Rash. Into anal canal and perianal area up to three times daily as needed |

# ✍ Problem List

**H/O prostate cancer**
**Colitis**
**Gynecomastia**
**Anxiety**
**History of adenomatous polyp of colon**
**Chronic diarrhea**
**Spondylosis of lumbar region without myelopathy or radiculopathy**
**Depression**
**Urinary frequency**
**IBS (irritable bowel syndrome)**
**Back pain**
**Difficulty walking**
**Gastroesophageal reflux disease**
**Malignant neoplasm of prostate**
**Legal blindness**
**Vitamin D deficiency**
**Facial droop due to stroke**
**Claw hand due to intrinsic minus deformity**
**Cubital tunnel syndrome, bilateral**
**Chronic venous insufficiency**
**Generalized abdominal pain**
**Diarrhea**
**Rectal bleeding**
**Blood in stool**
**Gas bloat syndrome**
**Abdominal pain**
**Heartburn**
**NASH (nonalcoholic steatohepatitis)**
**Hypogonadism in male**

# Allergies as of 9/8/2020

**Chemo Diluent 1 (pf)**
Pt states that he his allergic to "Chemo"
**Gabapentin**
**Ultram [tramadol]**
Dizziness and double vision

Fever

Nausea
Other (See Comments)

**If you feel that any of the information in this summary is inaccurate, please talk with your healthcare provider.**

# Information About Medication Safety

It is important to keep an updated record of the medications you are taking, and to bring this updated list of medications every time you visit your Health Care Provider and when you come to the hospital. We want to help you in managing your medications safely after your visit or discharge. This includes the potential side effects of your medications. If you have any questions regarding the medications you are taking, please speak to your Health Care Provider or Pharmacist.

# Have questions about your bills?

Our physician and hospital customer service representatives are available to answer any billing questions.

Physician Billing: 1 - 877 - 648 - 2964
Hospital Billing: 1 - 800 - 237 - 6977

# Finding a Physician Within NYU Langone Health

As one of the nation's premier academic medical centers, NYU Langone Health is devoted to excellence in patient care, education, and research. We are proud that our care team includes leading specialists for every condition.

Should you need assistance finding a physician or service, please visit us on our website at https://nyulangone.org/doctors.

To reach us by phone:
NYU Langone Physician Referral Services – (855) 314-2978
NYU Langone Orthopedic Hospital – (B88) 453-3627
Family Health Centers at NYU Langone – (71B) 630-7942

Additional resources include:

National Suicide Prevention Hotline – **(800) 273-8255**
NYC Suicide Hotline – **(888) 692-9355**

Curtis Van Stuyvesant

308 West 94 Street #435

New York New York 10025.

December 7, 2020.

Hon John Roberts

Chief Judge

Supreme Court of the United States

1 First Street NE Washington D.C 205

Re  Request for transfer of Judicial Conduct and Judicial Disability complaint against USDJ Lewis Kaplan

and USMJ Debra Freeman SDNY from the United States Court of Appeals for the Second Circuit to a

different Circuit due to actual conflict of interest and fraud upon the courts.

Your honor,

I have lost 95% of my sight on both eyes which was proximately caused in 2000 by New York State prison guards 60 month vicious brutal regiment of psychological and physical torture while I was segregated in special housing [SHU] solitary confinement while serving a 13 to 20years indeterminate sentence for non-existing United States Constitution Article III Federal subject matter immigration fraud fabricated from a whole cloth and, an insidious extra judicial murder scheme, by New York County District Attorney Office prosecutors with a fraudulent final order of deportation, to a country they are cognizant of the fact, that I would have been murder, because I have been sentence to death for treasons, I did not commit, a state danger created in 1980 by ADA John Ryan in 1989 when he was a failed AUSA In the 5DNY United States Attorney Office.

In the enclosed  Flash Drive  you will find my 28 U.S.C 1651a All Writs dated December 7, 2020. The Writs statement of fact provides an in dept  inculpating damming claims against t John  Ryan and reasons for his insidious vendetta and animus against me, and why he has since 1980 abuse process in an attempt to have me murder  either under the Color of  Immigration and Nationality Act or New York State Law in other to silence my private attorney general ani- public corruption activities in New York and New Jersey, Immigrant advocacy. And cover up prosecutors theft in 1998 $20;5 million dollars [circa 1954 face value] worth of negotiated financial instrument inherited on my birth which  2020 current market , they are worth $260 million dollars. Ryan et al also stole $1 million in cash  from my New York City Canal Street branch of the Dime Savings Bank of New York. I was convicted for stealin$45, 000.00 from undocumented illegal aliens, which I did not steal, but "forfeited" more than $261 million dollars without a court order of forfeiture.

1

So please forgive my typographic errors or repetitive sentences. I am using Occam My Eye2.2. advance wearabletechnology,which provides independence by allowing access to visual information, conveyed by audio or tiny camera which I can attached to my high density specialty prescription glasses. It uses artificial intelligence. It reads  text and identify products. I am also using  Microsoft JAWS Computer Screen reader program for Windows that allows blind and visually impaired users to read the screen either with a text-to-speech output or by a refreshable Braille display.

My torture was oder by New York County  District Attorney Office  former First Executive Assistant District Attorney and enforced by current Executive Assistant District Attorney and Chief Appeals Bureau Hillary Hassler. USDJ Lewis A. Kaplan and USMJ Debra Freeman open ended fraud upon the court, subornation of perjury, intimidation , threats, and the filing of false complaints with the New York State Division of parole in an attempt to have my parole revoked is intertwined with James Kindler and Hillary Hassler attempted extrajudicial murder and torture.

Kaplan and Freeman retaliated against me, for filing a complaint  with Mr. Edward Friedland District Executive United States District Court SDNY In retaliation Kaplan and Freeman  filled false complaint against me with New York State Division of Parole in an attempt to have my parole revoke. They did not contact United States Marshall Service, Federal Bureau of Investigation, or Immigration and Custom Enforcement with the knowledge it would have been a violation of 18 US.C.1001 Making Fales Statement to Federal Agents.

 I have enclose a copy of my complaint address to Hon Debra Ann Livingston Chief Judge United States Court of Appeals for the Second Circuit and Exhibits in support of my complaint. To be very  I am not complainhg of  judicial errors made  by  both  Kaplan and  Freeman  in  my  28  U.S.C 2254 Petition" ]as"exceptional."on for Federal Habeas Corpus, and the three separate Federal Rules of Civil Procedure [[FRCP] [b][1][2][3][4][5][6] motions. It is about t Kaplan &Freeman's open ended fraud upon the court, obstruction of justice, suborning perjury intimidation, threats, extortion, and protection racket benefiting  Cyrus Vance Jr. Andrew Cuomo, James Kindler, Hillary Hassle bet al. My First Amendment rights to petition the Courts  for redress of injury, in the same manners Fifth Amendment Due Process and Fourteenth Amendment Equal Protection Clauses were violated.

Rule 26 authorizes chief judges and circuit councils to request the Chief justice to transfer misconduct proceeding 'to the judicial council of another circuit." This provision implements a recommendation of the  Breyer committee. First the Rule authorizes a request for transfer on in "exceptional circumstance". The  fraudulent concealments of my Notices of Appeals, request for a certificate of appealability , and obstruction of Justice by both Roseann McKechnie and Catherine O'Hagan Wolf Clerks of the Court United States Court of Appeals for the Second Circuit from 2001 to present, refusals to subject my pleadings before a three judge panels, and entering phony orders of dismissal with the rubber stamping the names of judges who did not read the pleadings or review the lower courts records constitute an exceptional circumstance warranting transfer of my complaint to another circuit.

This predicate make sense if one considers [ in the Breyer Committee's phrase ] "the bulk of the iceberg' of complaints. But it may not be quite as appropriate if one fucuses on the much smaller universe of cases in which a request would be realistic possibility. To be sure, the Breyer Committee stated that "transfer "should not be a regular occurrence Nevertheless, the Breyer Committee's report seems to contemplate  a  somewhat  broader use of the device than the 'phrase "exceptional circumstances" suggest. Moreover, the specific circumstance listed in the  Commentary to the Rule [e.g. " the issues are

2

highly visible, and a local disposition may weaken public confidence in the process"]. might not necessarily be viewed

The best approach is simply to omit the prefatory phrase. All that the Rule needs to do is to authorize the procedure. Explanation of the circumstances that might justify a request can be left to the Commentary. The Commentary could note that transfer "should not be a regular occurrence." Send over the last few years, Chef Judges have consistently followed the practice of requesting a transfer when serious allegations have been raised about a judge of the Court of appeals..

This make sense, because a [slight] majority of the members of the circuit council will be colleagues who regularly sit with the subject judge.. Bothe the Second Circuit and U.S. District Court SDNY has an incestuous relation. The judges of both Courts drink from the same spring well of judicial corruption, and they have been contaminated by New York County District Attorney Office by extraneous influences on commits fraud upon the court, obstruct justice and suborn perjury in every matter, I have brough before those two courts.

Psychological torture is deployed to break and obliterate human resistance, spirit, and personality, but it is rarely afforded sufficient attention. Deficiencies in conceptualizing documentary and adjudicating nonphysical torture mean tht it is frequently left undetected and uncontested by the public, media, and the courts, bolstering impunity for its preparators. Evidential invisibility, subjective of the suffering and perceived technological control are the primary ways in which psychological torture methods are designed and how to manage to evade prosecution and consequently be perpetuated

. Cognizant of of the need for courts to take torture seriously in the United Stares is pertinent questions highlighting the self-center prejudicial false misdiagnoses of the New York County District Attorney office that I am mentally ill in other to discredit my evidence of their psychological and physical torture and cast doubt to my veracity of evidence such as ,"binders full of medical records. Only a psychotic sociopath would not suffer from depression if subjected to both the types of torture I was subjected to in deprave indifference to my health and life.

I was not mandated by New York State Department of Correction from August 1999- December 2010 to seek mental health therapy while I was incarcerated. I did it on my on volition. From December 2010 - July 2018 New York State Division of parole also did not mandated medical therapy treatment, I sought one on my own. I am very proud of my self for making the intelligent choice to seek treatment. I am not like a majority of Americans who will invest thousands of dollars on health exercise equipment which they hardly use or join fancy health clubs because it is a fad, and bragging rights which they don't even visit.

The weight Watcher Industry is a trillion million dollars annual market, but the United States is the obesity Nation capital of the world due to sloth, laziness, and greedy food addiction. This country is number one in gun violence, domestic and child abuse, because even President of the United States, prosecutors, members of the judiciary, legislative and executive branches of government, and Fortune 5000 corporations CEOs have wrongly and stupidly believe psychotherapy is a sign of weakness and a stigma, even though they are crazier than a loon, and should be hospitalized in a sanitarium and mandated to take Haldol and Thorazine. After all, American is Prozac nation. Psychotropic medication are handed out by Psychiatrist as if it is M & M chocolate candies while neglecting psycho analysis [talk therapy]

3

If It is true that I am actually mentally ill, as the New York County District Attorney former assistant district attorney James Kindler, John Ryan, Rhaul Kale who is an AUSA in Connecticut, Jennifer May Parker who is also now an AUSA in North Carolina, current Executives ADA Hillary Hassler, and Cyrus Vance Jr. are lying regarding the state of my mental health, the questions that begs for answer is why did they opposed three separate applications for assignment of County Law Section 18b Assigned Counsel Program, or appointment of Legal Aid Society appellate counsels. New York State Supreme Court Appellate Division First Judicial Department denied my Informa pauperis application.

I was a physical broken, psychological tortured blind prisoner, administrative segregated in special housing units solitary confinement. I had no access to legal research materials, prison law libraries, word processor, photo copy machine, and even jail house lawyers. Broken hands proximately cause by prison guards night stick foul hard blows rendered my hand writing illegible and difficult to decipher. I was also being use without my knowledge or consent in a phase one and two illegal human clinical trials to test the efficacy of more than nine very toxic cancer chemical and acids therapies for terminal ill cancer patients with a stage four metastatic disease.

The side effects consisted of severe , chronic and acter pain. I was not even given aspirin to ease my pain or rewarded with bananas given to medical and pharmacology monkey use in clinical trials as compensation, because Dr Zale Bernstein, a clinical oncologist on retainer as a consultant for NYS Department of Correction Services, due to the fact, he was conducting a shoddy illegal palliative clinical trials, to study the effect of cancer related to pain management, where terminally ill patients pain medication was discontinued . It was under this horrible conditions ,I was order to prosecute and intermediate appellate court first criminal direct appeal pro se.

Regardless of the fact iam British, European, and American educated and trained barrister and solicitor and graduated with top first class upper honors with LLB law degree combined with BSc Philosophy, Politics &Economics [PPE], LLM International Law combined with MA International Relations, Ph.D. International Law, MBA finance, speak and write more than a dozen foreign languages fluently even though english is my second language, I was not experience to prosecute New York State criminal appeal prose,

Since it was by choice for reasons I have explain, I decided not to be admitted to the bar, waived in admission, or register as a consultant, due to the sordid reputation of unethical functional illiterate attorneys who has no regards for the vaunted Rules of Professional Responsibility, Discipline Rules & Ethical Considerations, who lie with impunity, fled spacious and perjured affirmation, fabricate alternative new facts that dehored official trial record, fabricate non existing crimes and abuse process. Asan activist lawyer, I would haven disbarred on trump up charges for political reason. Since they could not take from me [ New York State law License ] which I did not want, States appellate court lacks jurisdiction over me. No country within the British Commonwealth of Nations or European Union where I am authorized to practice law dignified my conviction for non-existing crimes.

In addition to international agreements which have been adopted by the United States and other nations, the prohibition against torture and cruel, inhuman, or degrading treatment is a norm of customary international law. Customary international law arises from the general and consistent practice of states when the practice is followed from a sense of legal obligation. A customary nominal governments unless they have expressly and persistently objected to its development..

4

Federal Courts in the United States have recognized the prohibition against torture as a norm of customary international law. The restatement of the Foreign Relations law of the United States declares that international law is violated if, as a matter of state policy, a state practices, encourages, or condones torture or other cruel, inhuman, or degrading treatment or punishment.

United States Court of Appeals for the Second Circuit USDJ Lewis Kaplan and USMJ Debra Freeman seems to have tacitly admitted customary international law is not the norm applicable to me due to my status as a stales citizen granted political asylum and refugee status by DOJ in 1982. In fact, the prohibition against torture and other ill treatment qualifies as a matter of jus cogens, that it is, a peremptory norm of international law that trumps even treaty obligations.

Jus Congen embraces customary international law that are universal and are derived from values so fundamental to the international community that that are considered binding on all nations, irrespective of state consent. The status of torture and other forms of ill treatment as a jus congens violation of international law has been affirmed by courts in the United States, as well as by international court.

Due to Kaplan and Freeman failure to have parole revocation, pressure was brought to bear upOn the Graduate Center for Mental Health in New York City to involuntary confined me in a New York State psychiatric sanatorium, which my therapist, refused, in view of the fact the Center was cognizant of Kaplan, Freeman, Cuomo, Kindler, Ryan, Hassler et al prosecutorial and judicial misconduct. Graduate Center for Mental Health reiterated that iam not a derange psychotic raving lunatic, and wont become Kaplan and Freeman cat paws, to abuse psychoanalysis and silenced, my dissident voice .After all New York does not have Russia type Gulags and does not use fake federal and states government policy of confining political dissidents in psychiatric hospitals.

Although federal district judged are appointed for life, the terms are subject to "good behavior." Like all civil officers of the United States, they can be removed under Article II, Section 4 of the Constitution, 'on impeachment of Treason, Bribery or other high crimes and misdemeanor. 'The impeachment process as we were reminded by the experience of President Trump, consist of two basic steps: First, member of the House of Representatives impeach an official by adopting, on a simple majority of vote, one or more articles of impeachment, which reads very much as a criminal complaint or grand jury indictment. Sep two proceed with a trial in the senate, which has the power to convict on a two-thirds ballot. Ouster from office follows conviction automatically and cannot be appealed. Impeachment of judges is common. To date 25 federal judges have been impeached, and eight have been convicted by the Senate. Indeed, the only senate impeachment trial resulting in conviction involved judges whose misconduct were not as SMJ Lewis Kaplan and USMJ Debra Freeman involvement twice in a scheme to extrajudicially murdered me.

Respectfully submitted.

----------------------------------------------------x

Curtis Van Stuyvesant

5

* Hon Stephen Brayer

Associate Justice

Supreme Court of the United States

1 First Street NE Washington D. C 20543.


*Hon Scott S. Harris

Clerk of the Court

Supreme Court of the United States.

1 First Street NE Washington D. C 20543

*Hon. Debra Livingston

Chief Judge

United States Court of Appeal

For the Second Circuit

40 Foley Square New York NY 10025

6

Curtis Van Stuyvesant

308 West 94 Street # 435

New York New York 10025

December 7, 2020

Hon. Debra Ann Livingston

Chief Judge

United States Court of Appeals

For The Second Circuit

Thurgood Marshall United States Courthouse

40 Foley Square New York New York 100

Re: 28 U.S.C. 5ections 351[a]-364 Judicial Conduct and Disability Act Complaint against Senior United States District Judge Lewis A Kaplan and United States Magistrate Judge Debra Freeman Southern District of New York.

Dear Hon Livingston,

1.                          Publicity is justly commended as a remedy for social and industrial diseases. Sunlight is said to be the best of disinfectants; and electric light the most efficient police man. Louis Brandeis [1856-1941] American Lawyer, activist, Supreme Court of the United States Justice [1916-39 ] "What Publicity Can Do." Harper's Weekly [December 20, 1913.

2. The lack of transparency by the Clerk of the Court and Judges in the United States Court of Appeals for the Second Circuit, in every matter that I have appeal pro se to this court since 2000, leaves with no choice, but to publicize my Judicial Conduct and Judicial Disability Act complaint against USDJ Lewis Kaplan and USMJ Debra Freeman. Fraudulent concealment of my pleadings is the norm in New York State Unified Court System, New York State Attorney General Office, NYS Appellate Division First Judicial Department Attorney Grievance Committee, NYS Commission of Judicial Conduct,

3. New York State Human Right Commission, New York City Department of Investigation, United States District Court For The Southern District of New York, United States Attorney Office SDNY, U.S Department of Homeland Security, U.S Department of State, and U.S. Department of Justice. See EHIBIT A 28U.S.C 2254 petition for harass corpus, EXHIBITS B , See Notice of Appeals EXHIBIT C. Certificate of Appealability EEHIBIT D and three separate Federal Rules of Civil Procedure motions RXHIBITs E,F. G. in United district Court SDNY.in the district courts SDNY see EXHIBIT I Kaplan decision accepting USMJ Debra Freeman; Report & Recommendation dismissing habeas corpus EXHIBIT J. .New York State

1

Assistant Attorney General Jennifer Danburg and Assistant Solicitor General Robin Forshaw's specious and perjured affirmation in opposition bald face lies, that dehored New York State official certified official court records EXHIBIT K . Freeman's  memorandum decision and report EXHIBIT K & Kaplan accepting Freeman perjured R&& EXHIBIT L.

4. I objected  against Freeman's  frivolous,  perjured, specious fraudulent R&R. EXHIBIT See M. See EXHIBIT N Catherin O'Hagan Wolf's  fraudulent concealment of notice of appeal in28U.S.C. 2254EXHIBIT See Exhibit O, See Exhibit P MY 28U.S.C 0225 Habeas petition Notice of Appeal,  EXHIBIT P  Certificate of Appealability [COA].  O' Hagan Wolf does not subjected my appeals before  a three court, United  States Court of Appeals for the Second Circuit. Fraudulently concealment and obstruction of justice by O'Hagan Wolf. Normally will  forge names of panel of  judges in fraudulent ,articulated, silent , post Card boiler platen in a single one WORD "DENIED."  See EXHIBIT Q, .EXHIBITS, A, B, C,C D, E,F,G. H.,I, J, K , L, M. O.P , Q relating Curtis  Van Stuyvesant, James Conway Superintendent Attica Correctional facility v. James Conway [SDNY. 2007] EXHIBIT R.

5.  USMJ Freeman buried Her  R & in the dark world of un published decision, in vi2woftthe fact, became my inquisition thirteenth juror. Whether out of malice or share stupidity, this woman is ignorant of the fact that once NYS Intermediate appellate court justice granted a CPL 460 15 certificate of appeal, as former, Associate Justice on Rosenberger order consolidation of post-conviction motions CPL440.10 and CPL460.10 with direct appeal, those constitution question of law and fact were preserved for habeas corpus, should the State courts neglected to  review constitution errors claim before fnunpublisgrthem, which is inadequate state ground review.

6.Freeman gave NYS Jennifer Danburg and NYS Assistant Solicitor General Robin Forshaw solicitor specious and perjured frivolous brief ADEPA deference, because there were no  NYS unified court system decision to give deference to See People v. Van Stuyvesant  297 A.D. 2d 559 [1st Det.2002] See EHIBIT R. United 5tates Court of appeals for the Second Circuit and United States District courts SDNY are in both the court archives. But according to Freeman the 34 or  Cond constitutional question o facts and rapturing plain       errors were preserved for statebapapplate court, waived or deliberately ny passed stat court review.

7. She  was clueless regarding what is a "deliberate by pass in state court  or the doctrine of " cause  and prejudice".  Applying the amended version , in a manner that reasonable jurist should   agree is unreasonable of section 22544 [d][1]enacted in the Antiterrorism and Death  Penalty Act ofb1996 [AEDPA] Freeman mendaciously, unethical, immoral and unscrupulous, deliberately failed to conclude New York State Supreme Court Appellate  Division  First Judicia Department decision "was contrary to, or involved an unreasonable application of clearly established federal laws, as determined by the Supreme Court of the United States.

8. Freeman deliberately and fraudulently misconstrue 2254 [d][1] to prohibit relief, regardless of the fact NYS Courts regardless that the state courts misinterpreted and applied irrelevant fact that underCPLR Section 303 longarm statute over  United 5tates Constitution subject matter over immigration, and plenary authority to enact Immigration & Nationality Act and Codes of Federal Regulations codified in Title 8 United States Annotated Code and authority of United States Congress to make immigration policy.

9, Government and courts also functions best under public scrutiny. The chummy club of good old' boys and gals who met behind closed doors and emerged from their sewer after reaching an agreement to

2

commit fraud upon the court, obstruct justice, fraudulent concealment of exculpatory evidence, refusals to process ten prepaid applications for naturalization, subornation of perjury, forfeiture of cash and assets without a court order, and mis carriage of justice, are the reason why I go public.

10. have decided not to maintain any confidentiality in this matter. This complaint will be distributed nationwide, and in foreign countries, because I am tired of this court hypocrisy, mendacity, immoral and unethical conduct. Transparency and accountability must become the new paradigm for government and court EXHIBI L demand information from Former ADA James Kindler regarding what happened to $260 Million dollars in negotiated financial instrument confiscated ,May 5, 1998 without court order of forfeiture.ee EXGBITS , B.C.D.E, F, H,H,I,J,K, L.

11. In September 2006, the Judicial Conduct and Disability Act Study Committee appointed in 2004 by Chief Justice Rehnquist, presented a report [Breyer Committee],  239 C.F.R. 116 [ September. 2006, to Chief Justice Roberts that evaluates implementation of the Judicial Conduct and Disability Act of 1980 28 U.S.C. 351-364. The Breyer Committee had been formed in response to criticism from the public and Congress regarding the effectiveness in the Act's implementation. The Executive Committee of the Judicial Conference directed its Committee on Judicial Conduct and Disability Act to consider the Breyer Committee's recommendations and to report on their implementation to the conference.

12. The Breyer Committee found that it could not evaluate implementation of the Act without establishing interpretive standards. Breyer Committee Report 239 F.R.D. at 132.,and that  major problem faced by the Chief judges in implementing the Act was the lack of authoritative interpretative standards id at 212-15.  The Breyer Committee then established standards to guide its evaluation, some of which were

13. Formulations and some of which were taken from the "Illustrative Rules Governing Complaints of Judicial Misconduct and Disability, Act. Based on the Breyer Committees findings, the Committee on Judicial Conduct and Disability  Conduct concluded that there was a need to the Judicial Conference to exercise its power under section 358 of the Act to fashion standards guiding the various officers and bodies that must exercise responsibility under the Act. To that end, the Committee on Judicial Conduct and Disability proposed rules based on 28 U.SC. 351[d][1] defined in Rule 1[b], a complaint must addressed. Id at 28 U.S.C. 371 [B], 372 [a].

14.. Rules 8[c] and [d] address the procedures for processing a compliant involving allegations against a person not covered by the Act, such as other Courts Personal against both a covered Judge and a non-covered person. EXHIBI C .In Van Stuyvesant v. Conway 2007 U.S. Dist. LEXIS 99032 [SDNY . July 11, 2007], United States Magistrate Judge Debra Freeman was contaminated  by extraneous influence by former New York County District Attorney Robert Morganthau, First Executive Assistant District Attorney James Kindler, ADA John Ryan, Jennifer May Parker, Rhaul Kale, Kristin Kirk, James Dwyer, and current New York County DA office  Appeals Bureau Chief Hillary Hassler, NYS Governor Andrew Cuomo in his former capacity as Attorney General, Jennifer Danburg, Assistant NYS Attorney General, Robin Forshaw NYS Solicitor General, to suborn the perjury of Danburg and Forshaw. USMJ Freeman Committed fraud upon the Court during the litigation of my 28 U.S.C 2254 petition for habeas corpus filed in 2003 EXIBITS G & H. See People of the State of New York v. Curtis Van Stuyvesant 297 A.D. d.  559 [1st Dept. 2003] lv denied 99 N.Y. 2d. 586 [2003].See EHIBIT M.

15. Was it  out of sheer stupidity or malice USMJ Debra Freeman gave deference to Danburg and Forshaw specious, frivolous, perjured affirmation in opposition and memorandum of law prosecuted

3

under New York Criminal Procedure Law [CPL], and Penal Law[ PL], in view of the fact there were no State of New York Unified Court System opinions to defer to .

16. NYS State Courts issued one word Denied, and on direct appeal the Appellate Division First Judicial Department entered standard boiler plate unarticulated, silent  post cards decisions that did not adjudicated on the merit more than 24 constitution rapturing  questions of plain questions of constitutional fact and law, which were not harmless errors preserved in the state courts for appellate review.

17' New York State CPL 440.10, CPL 460 -10, CPLR Article 70, Intermediate appellate Court and Courts of Appeals questions of United States Constitution  First, Fourth, Fifth, Sixth, Eight, and Fourteenth Amendments were not adjudicated on the merits in State Courts proceedings and the adjudication resulted in decisions that was contrary to, or involved an unreasonable applications of, clearly established Federal Laws, as determined by the Supreme Court of the United States, and resulted in decisions based on  fraudulent unreasonable determination of the facts in light of the evidence presented in State Courts.

18. What sort of USMJ such as Freeman and USDJ Judge reviewing a New York State prisoner's 28 U.S.C. 2254 petition for federal habeas corpus would ignored NYS Trial Transcripts? Or does not know that once the prisoner litigate New York State Criminal Procedure Law [CPL] Section 440.40, Section 460.10, and that once former NYS Supreme Court Appellate Division First Judicial Department Justice Hon Ernst Rosenberger, who is currently with Stroock Stroock & Lavan granted CPL 460.15 Certificate of Appeal, and order CPL 440.10 and 460.10 consolidated with direct appeal, the two or more dozens constitution rapturing questions of constitution fact and law plain errors which  are not harmless were preserved for federal habeas corpus review,

19. Regardless that NYS Unified Court System did not review my  questions of constitution facts and law preserved for appellate  review at all ,See Wainwright v. Sykes. 433 U.S. 72 [1977], they were preserved for 28 U.S.C. 2254 Federal Habeas Corpus. None of the issues raise in my federal habeas corpus was procedural default, or deliberately by passed NYS Courts reviews. Thus, Freeman and  Kaplan committed fraud upon he court when they lied that phony state court procedural default constitute an adequate and independent state law grown barring review. See Fay v. Noia 327 U.S. 391 [1963].

20. In 1977 the Supreme Court held that a state prisoner who fails to lodge a timely objection under a state contemporaneous objection rule is barred from federal habeas review of his constitutional claim unless he can show as I did show cause for  my phony noncompliance which I did with both  440.10 and CPL 460.10 , actual prejudice from the alleged violation [the "Cause and-Prejudice" test ]. Wainwrights v. Sykes id. At 87. See Summer v. Mata, 449 U.S. 539 [1981]

21. NYS Courts did not denied  CPL 440.10 and 460.10 on procedural grounds, thus I was not barred from federal habeas corpus review absent a showing of  cause and prejudice upon the Court was so profound deliberately ignored " cause and prejudice and "deliberate by pass. Her Report and Recommendation was a third edition of Hassler and Kirk intermediate  appellate Courts direct Appeals brief and affirmation, in opposition, that dehored my New York State County of New York Inquisitorial Supreme Court, where I was prosecuted by dossier for non-existing United States Constitution Article III Federal subjected matter immigration related fraud..

22. Hassler and Kirk presented new alternative facts which were bald face lies not presented before the stacked and rigged jury. Former ADA John C. Ryan fabricated those non existing crimes from a whole

4

cloth to avenge his 1980 humiliation by me when he was an AUSA in the SDNY. Ryan defective indictment and my persecution was vindictive, malicious, and selective. It serves two purposes: to cover up theft of $ 260 million dollars in negotiated financial instruments, and $1 million in cash in inherited in 1954. The second purpose was an extrajudicial murder with a fraudulent procured final order of deportation to the Republic of South Africa where I have been sentence to death in abstention for treason, I did not commit. John Ryan and the FBI created this state danger in 1980

23. Freeman became  New York County stacked and rigged thirteenth juror. In the summer of 200t, I was fell with a raptured appendix which Collins Correctional Facility for seen moths misdiagnosed as indigestion. Dr. Tan Tan  Facility Medical Director was to drink  more water. If Tan Tan were not on vacation on the day my appendix rapture I would have denied.

24. Another physician summon a rural ambulance,  and I was rushed to  Erie County Medical Center in Buffalo New York for emergency surgery .During Surgery I was infected with Staphylococcus aureus virus, and for31days in the prison ward of Erie County  Medical Center, I was in and out of a comma, delirious. Both USMJ Debra Freeman and USDJ Lewis Kaplan were notified of my hospitalization, and Freeman decided to release her fraudulent  R and R while I was fighting for my life, in a deliberate attempt to prevent me from filing an objection.

25. Against Medical advice after I was informed by my prison guard, that I have a thick legal mail envelope from the U.S. District Court SDNY, I discharged myself from the hospital, and was transpired in shackles back to Collins Correction Facility. I was in great pain, because my surgical wound was septic, and was not healing properly, which did not prevented me from drafting my objection to USMJ Freeman R.R. Kaplan accepted  Freeman's  R & R and ignored the fact New York lakes plenary authority over immigration, and Article Federal Subject matter to prosecute real or imaginary immigration related crime.

26. Mary Joe White former United States Attorney SDNY in 198  refused to prosecute Petitioner pursuant to 18 U.S.C. 1962 [c][d] Racketeering Influence and Corrupt Organization Act [RICO], and then New York State Attorney General Eliot Spitzer, under NYS Penal Law section 460.20 Enterprise Corruption, because there was no probable cause that a crime under NYD had been committed, and the state lacks plenary authority, and subject matter jurisdiction to prosecute a real  or imaginary crime of immigration fraud.

27. From 2007 to 2017 petitioner filed three separate Federal Rules of Civil Procedure 60[b] [1][2][3][4] [5][6] motions.  See EXHIBITS E, F. G. The First motion attacked Freeman's R &&, and Kaplan" decision accepting Freeman's R & R, and not the underline NYS Unified Court system boiler plates, unarticulated, silent post cards opinions.. The Second Rule 60 [b] attacked the First decision denying 60 [b], and the third  motion attacked Kaplan and Freeman second order and not the underling NYS Unified Court System orders.

28. It strains incredulity to a breaking point Kaplan an Ivey League University law graduate, an "experience " federal judge does not know that immediately former  Justice Ernst Rosenberger NYS Supreme Court Appellate Division First Judicial Department granted my pro se CPL 40.15 appeal, and order CPL.460.10 and CPL 440.10 to be consolidated with direct appeal, those constitution rapturing plain errors  have been preserved for both state courts intermediate appeals court review and federal 28U.S.C.  2254. habeas Corpus. Freeman regurgitated Hassler and Kirk NYS intermediate appellate Courts bald face lies, that those more than 24 constitution rapturing plain errors were either not

5

preserved for appellate review, which in substance and content was plagiarized by Danburg and Forshaw in their spacious, frivolous, fraudulent, and perjured submissions before the habeas corpus court. See EXHIIT M.

29. It was during my third  FRCP 60 [b] motion that United States District Judge Lewis K Kaplan vindictively and maliciously attempted to have my NYS State parole to be revoked, simply because I pointed out his inconsistency in Van Stuyvesant v. Conway 03-civ-3856 2007 WL 2584775 [SDNY. September 7, 2007], in comparison with United States v. Stein 435 F. Supp. 2d 330, 367-75 [2006]. See also Stein v. KPMG LLC 486 F.3d. 753, See EXHIBITS I & J

30. The United States Court of Appeals for the Second Circuit became the first appellate court in nearly 49 years to uphold the dismissals of criminal indictment for a sixth- amendment - right to counsel. United  States v. Stein is a unique case that intertwines constitutional interpretations, constitutional remedies, white collar crimes, and United States Department of Justice policy. The immediate effects of the Stein decisions not only reflect the changing attitudes at the DOJ on how to prosecute white collar crime but have simultaneously caused DOJ to implement such changes.

31. As  the Sixth Amendment has developed and augmented, so has the interpretation of remedies when the right-to-counsel violation. I had three  private criminal defense attorneys paid in full, after John Ryan returned his July 1998 defective indictment. Ryan paid each of those attorneys, two were of counsels for Fox, Stewart, Van Stuyvesant, Harrison & Tate, a multi- discipline foreign own international law firm with offices in ten global financial capitals, and strategic relations with prominent law firms in more than seven dozens countries. It had 500 staff Attorneys and Counselors, Barristers and Solicitors, Advocates, Certified Public Accountants, Chartered Accounts, Management Consultants, around the world and 1500 of counselors in the United Sates alone

32. Ryan visited Robert Dunn and Apparmore Agambila, and intimidated them with a co- conspirator indictment, should they not terminated representation. I don't Know what happen to New York publicity and money hungry "fake civil right attorney" Ron Kuby. I have the dying declaration of Mr. Dunn, and taped conversation of craven, mendacious, and perfidious Apparmore Agambila.

33. NYS County of New York Supreme Court Judge Hubert Altman granted Faretta v. California 422 U.S. 806 [1975] rights to proceed pro se without stand by counsel. New York City has an equal amount of rodents and attorneys infesting the city per square mile radius. Those shysters member of the bar, including big law firm law firms pontifying  on law day as champion of Gideon v. Wainwright 372 U.S. 335 [1963] were intimidated and cowed by [god] Robert Morganthau not take my case.

34. I prosecuted my omnibus motion pro se and took John Ryan again to School. Altman granted Brady v. Maryland 371 U.S. 83 [1963] which are my victimless victims certified immigration record which were exculpatory in nature proving my actual innocence, because it contains those undocumented aliens prior immigration fraud. Some have been deported, and illegally reentered. Others granted voluntary departure but failed to depart. Each one of them have committed prior act of marriage fraud, file frivolous applications for political asylum, lied they were religious or farm workers, and fraudulent applications for amnesty, Section 212 [c] of the Immigration and Nationality Act [INA] waivers, Suspension of deportation 8 U.S.C. 1254, Cancellation of Removal 8 U.S.C. 1229b supported with forged evidence, and perjured false affidavit statements.

35. At trial Kindler and Ryan ordered Judge John Stackhouse to appoint three New York County Section 18b Assigned Counsel Program private attorneys as standby counsels against my strenuous objection.

6

His mistress Fredericka Miller was made first chair. Kevin Hynes the alcoholic son of Kings County then District Attorney Charles Hynes Second Chair. Howard Meyer a personal friend of both Kindler and Stackhouse was made third chair. They provided no legal assistance. Kindler, Morganthau, Kale and Stackhouse planted those Quisling Fifth Columnist saboteurs to spy on me and sabotage my pro se defense to guarantee my conviction.

36. For instance, in view of the fact Miller was the custodian of my evidence, she will substitute the tags for Exhibits in evidence without marked for identification. Whenever I attempted to use exhibits in evidence for cross examination, she would object on behalf of the prosecution by informing the court those exhibits were only marked for identification. ICE Agents unhappy with my prosecution for non-existing crimes, anonymous sent to me the suppressed Brady Materials.

37.Then I was not aware that Miller was a saboteur and Spy. I shared my good fortune with her because I will need, the private investigator she was paid by County Law 18b Assigned Counsel Program will be needed to hire those witnesses. She promptly informed Ryan and Kindler, who gave orders to Manhattan House of Detention [The Tombs] Security Captain Medina to raid my cell and confiscate those Brady Materials.

38. Morganthau, Kindler and Ryan suppressed those Brady materials. Cyrus Vance Jr. has no problem in releasing former International Monetary Fund Domminic Strauss Khan rape victim, an African Muslim woman certified immigration record to justify dismissals of Khan indictment to the world, because he was bribed, with $30,000. Broken into small campaign contributions, and order to do so by Morganthau who, I forced into retirement with the threats of exposing his alzheimer, senility and onset of dementia. For many years Kindler was the unelected defacto New York County District Attorney. Morganthau retired with more than $10 million dollars, which was the proceed of his "get out of jail free card" for those who could afford to pay, and NYS infamous "I Owe You Favor Bank."

39. Judge Altman also granted United States v. Wade 388 U.S. 218 [1967] identification suppression, because from November 1996 to September 1998, I was residing in Maui Hawaii and travelling in China , Japan, Hong Kong, and South East Asia on behalf of my Sovereign Wealth Funds, transnational corporations and financial institutions, high net worth and governments clients, when Ryan lied in hid defective indictment that I was in New York City scheming to defraud undocumented illegal aliens.

40. Altman also reserved Dunaway v. New York 442 U.S. 200 [1979], Mapp v. Ohio 367 U.S. 643 [1961] New York County DA investigators Chung and Harrington in May of 1998 burglarized My Scarsdale Village duplex Penthouse flat in a domestic warrantless domestic intrusion illegal search and seizure. There was no exigency of circumstances. See United States v. Watson 423 U.S. 411, 427 [1976],, United States v. Robinson 414 U.S. 218, 242 [1973] [ Marshall, J . dissenting], Cay v. Dombrowski 413 U.S. 433 , 439, 451 [1973][Rehnquist], [Brennan, J. dissenting], Katz v. United States 389 U.S. 347, 357 [1967].

41. I was thousands of miles in Hawaii. They had no jurisdiction in Westchester. The evidence used in my prosecution was planted by me and used in a booby trap sand bagged Ryan. They were fifty of the most egregious client files of immigration fraud. Using the names from those files, Ryan served Immigration and Custom Enforcement Investigation Unit for those aliens certified immigration record which are Brady v. Maryland.

42. In both Ryan' defective grand Jury proceeding, and at trial prosecuted by ADA Rhaul Kale, who is now an AUSA in Connecticut, they lied to both the petite and grand jury, that those undocumented illegal aliens were recent arrivals. They also lied that United States Congress did not enacted the INA

7

212[c] waivers, suspension of deportation, and cancellation of removal into law, and they were not codified in the Code of Federal Regulation [CFR],, Title 8 United States Annotated Codes, or Immigration and Nationality Act [INA]

43. grand Jury witness who had falsely accused me, because they were bribed with hollow promises of GREEN CARDS, and 7 New York County District Attorney Investigators who conducted my witch hunt and falsely testified in the grand jury vanished at trial. If this was not a violation of the confrontation process clause I wonder what it is. 32 witnesses for the defense were intimidated by prosecutors and investigators. Trial Judge Stackhouse refused to signed subpoenas for my witness whose testimony such as I did not represent clients before administrative Executive Office of Immigration Review [EOIR] judges, Board of Immigration Appeals [BIA] Immigration and Custom Enforcement [ICE] Notice To Appear [NTA] proceeding The petit jury was stacked and rigged with NYS Unified Court System employees, and Assistant District Attorneys from Queens, Kings, Richmond and New York Counties.

44.. .These were some of the constitution rapturing plain error, which were not harmless that was ignored due to Kaplan and Freeman fraud upon the Court. Also ignored the question of who has plenary powers to make immigration policy. New York County District Attorney ? or United States Congress? Whether both the NYS Unified Court System, and New York County District Attorney have United States Constitution Article III Federal Subject Matter Jurisdiction? See Arizona v. United States 567 U.S. 387 [2012]. See Yesil v. Reno 682 N.Y.S. 2d. 633, 705 N.E. 2d .665, 92 N.Y. 455 [1998].

45. Defendants facing a criminal prosecution should be entitled to use whatever financial resources are legally available to them without government interference. Prosecutors are entitled to strike hard blows, but they must be fair. On occasion, the government may stray pursuing its version of justice. The influence and power of the government should not be utilized to gain an unfair litigation advantage in a manner possibly designed to pressure a defendant to plead guilty.

46 . NYS Supreme Court Judge Marcia Khan was order by Ryan to appoint his friend Scott Buell of the New York County Defenders during pre-trial to pressured me into accepting a plea offer of not guilty as a result of temporary insanity. John Ryan had picked a court appointed psychologist who is a quack to conduct a thirty minutes CPL 730 mental examination in a court house holding cell. He found me to be mentally incompetent and borderline retarded.

47. I hold a Ph.D. in International Law with high honor distinction, a combined LLM International Law & International Relations and Strategic Studies with high honours& distinction, MBA Finance with high honours, LLB Law combined with BSc Philosophy, Politics & Economics with first class upper honours. I speak and write English, which is my second language very fluently, Arabic, Mandarin Chinses, Dutch, German, Flemish, French, Spanish, Italian, Greek, Portuguese, Japanese's, Russian, Swahaii, Fulah, Zulu, Hausa, Latin very fluently,

48, But yet we have certified village idiots and morons who could hard coherently speak their mother tongue, who paid others to tale their SAT, LSAT, Bar examination, and stupidly believes that the African Continent is one county calling me mad,. When they travel out of the country, the would pack their fat buttocks in all-inclusive resort gouging their fat faces, without going into town to mingle with the locals, but yet bragged about visiting this or that country. Is there any reasons the uncouth "ugly American" are universally despised?

49. Americans should be proud when federal judges such as Charles Breient, Constance Baker Monthly, Thurgood Marshall Sonya Sotomayor take strong, sometimes unpopular positions because it is the

8

fundamental right position. When the position is affirmed on appeal, you should be thanking your predecessors for drafting constitution in a manner that has long recognized the importance of individual rights, liberties, and due process.

50..In Stein I decided on June 26 [called simply Stein for ease Judge Kaplan held that the Thompson Memo itself, combined with the government's ,application of it in this case, exerted unconstitutional pressure on KMPG to decline its long standing policy of paying its employees legal fees, thus interfering with the employees' Fifth Amendment  tights to a fair proceeding and Sixth Amendment  rights to counsel..

51.  In Stein decided on July 25, the court suppressed the pretrial 'proffer" statement made by two of the defendants on the grounds that the statements were made only because the government's threats that the employees had to talk communicated by KPMG,  who threatened to terminate employment, and cut off attorney's fees. But the seeds for both ruling were planted in 2003, with the issuance of the "Thompson Memo." See United States v. Stein 541 F.3d. 130, 136 [CA2. 2008].

52. The Second Circuit affirmed Judge Kaplan but to reach the result they those unusual route. Making extensive use of factual findings made by the lower courts. i.e. [the government made KPMG do it] which the second Circuit panel was of the view it was not empowered to challenge or overturned, the court of appeals rule that the sixth Amendment rights of the individual defendants had been violated and that Judge Kaplan's remedy was appropriate. Since the Court of Appeals could not look to corporate-by-laws or state law requiring advancement of fees, the Second Circuit based its analysis and rulings on the doctrine of state action.

53.. The Second Circuit acknowledged the jurisprudence of state action has not been a model of consistency. And it then went on to show why. First off, it opined that to warp up a private entity[ i.e. KPMG as an instrumentality of the government, it must be operating as a willful participants in joint activity with the government. The notation that KPMG faced with possible criminal indictment was a willful participant with the government is, of course absurd, the accounting firm was about as adversarial to the government as possible, and it caved into the pressure of two Assistant U.S.Attorneys only under extreme pressure.

54.  In my case the Dime Savings Bank Of New York FSB  Canal Street New York City gave New York County District Attorney office total control of five interest bearing accounts, and a very large safe deposit box. The Dime Bank Corporation General Counsel and Senior Vice President Michael Eng approved former ADA Jennifer May Parker subpoena duce tecum in early May of 1998. May Parker unbelieving is a United States Assistant Attorney and Chief of the Appeals Bureau in the U.S Attorney Office Eastern District of North Carolina.

55.. I was responsible for the Obama Administration to Withdraw her nomination,  For an appointment as a United States District Judge, because I gave several United States Senators incontrovertible proof of her involvement of the theft of $20.5 million dollars [circa 1954 face value] worth of negotiable financial instrument with a $260 million current market value and one million dollars in cash from five ban accounts. There was no probable course for a search warrant , So, May Parker, Ryan, Kindler , Frazier et al circumvented the Fourth Amendment illegally, with a subpoena duce tecum to search my safe deposit box, confiscated its content , and looted my bank accounts.

56.. In view of the fact Kindler et al couldn't controvert my claim with incontrovertible evidence, or produce a cancelled check for one million dollars allegedly cashed by ex-wife on August 5, 1999, or bank

9

vault security video, and signed in long , that after securing those assts in July of 1996 in my safe deposit box, I entered and retrieved it, decided to frame my ex-wife in 1999, for their 1998 theft. Without these assets and cash "forfeited" to New York County District Attorney without a signed court order of forfeiture, I could not retain Out of state counsels admitted to practice law in New York State. My Sixth Amendment rights to counsel, counsel of choice not suffering from actual conflict of interest was violated by prosecutors in the same manner Stein's was violated by the U.S. Attorney the Southern District of New York.

57. In Stein III Kaplan dismissed the indictment of the defendants and rejected the argument of the government challenging the correctness of the court's rulings in Stein I. The Stein III court reinforced its holding in Stein I by pointing to additional facts that shows KMPG's intent and desire to cover its employees legal fees. However, the Stein decisions are subject to a number of weakness that limits their effectiveness in preventing governments from infringing on the right to counsels while preserving the government's interest in prosecuting white collar crimes. See McMann v. Richardson 397 U.S.759 , 771 [1970], Morris v. Slappy  461 U.S. 1, 10 [1983], Powell v. Alabama 287 U.S. 4S, 53 [1930], Strickland v. Washington 466 U.S. 668 , 686 [1984], Herring v. New York 422 U.S. 853 , 857 [1975], United States Gonzales-Lopez  126 S.Ct 2557, 2562 [2006].

58. In recent years, we have seen an unprecedent number of instances in which federal judges have been accused of criminal behavior and other serious misconduct. This raises major concerns regarding the scope and enforcement of cannons of conduct for members of the judiciary branch. It would be presumptuous for anyone to suggest a complete understanding of the notions of "good behavior" for federal judges, or to claim a fully satisfactory prescription for the problem of "judicial misconduct."

59. The principle of judicial independence must be considered in conjunction with the separation of powers doctrine in any effort to address  the problems of judicial misconduct and disability. Together, judicial independence and separation of powers make clear that the only constitutionally permissible way to regulate judicial misconduct and disability that does not involve impeachable actions is through a system of judicial  self-regulations unencumbered by any form of congressional interference.

60. Self-regulation is a fallacy, and nothing more than covering up for federal judges gone rouge. USDJ Judge Lewis Kaplan acted as a common lout and a "Banana Republic Corrupt judge supported by his handmaiden USMJ Debra Freeman when he lied to NYS Department of Correction and Community Supervision, to revoked my parole, allegedly because I have threaten to kill him. Annexed as EXHIBIT A is the summary of my New York University Langone Health medical Record. EXHIBIT B Certificate from New York State Commission for the Blind. The physical injuries listed, and blindness were proximately cause by NYS Prison Guard torture. See EXHIBIT S New York State Commission For The Blind Certificate

61. My  lower gastrointestinal injuries were proximately caused by Dr Zale Bernstein NYS Department of correction oncology consultant, who without my consent or knowledge enrolled me in a phase one and two human cancer clinical trials to test the efficacy of more than nine very toxic cancer chemical and bisphosphonates acids therapies for terminal ill cancer patients with  stage three and four metastatic cancer, even though I did not have cancer. Clinical trial was made part of my prison sentence. EXHIBIT T New York University Langone Health Medical  Record Summary.

62 .Only a psychotic sociopath, which I am not would not suffered from clinical  depression, if subjected to the brutal  24 years brutal regime of psychological torture, Kindler et al have subjected me. I was administrative Segregated in  Special Housing Unit [SHU] solitary confinement because Kindler et al lied

10

to the Superintendent of Clinton Correctional facility that I hired a hit man to kill him Morganthau et al EXHIBIT U Letter to Kindler dated September 30, 2020. EXHIBIT V. NYS Supreme Court Appellate Division First Judicial Department response to Mr. Jorge Dopico Chief Counsel determination. EXHIBIT W response to NYS Unified Court System Chief Administrative Judge Lawrence Marks regarding Vance Jr. and Hassler attempted to commit another fraud upon t the First Department during the pendency of my petition for a writ of Error Coram Nobis. EXHIBIT X is a thumb Drive contain my petition for 28 U.S.C 1651a All Writs Act to be filed in SDNY. The All Writs Act statement of facts provided an in depth in formation involving Catherine O' Hagan Wolf the clerk of this court in Kindler, Vance, Hassler, Ryan sordid and insidious "drug deal."

63.The independence of the judge is requisite to guard the constitution and the rights of individuals against legislative encroachment ad from the effects of those ill humors which arts of designing men, or the influence of particular conjunctures, sometimes dissiminate among the people. [The FEDERALIST No. 78, at527 [Alexander Hamilton.] [ J. Cook ed. 1961].

64. Hon Susan L. Carney, Hon Gerald E. Lynch, and Hon Jose A. Cabranes names were fraudulently rubber stamped by Catherine O'Hagan Wolf on the piece of garbage passed n as and order denying my third Federal Rule of Civil Procedure Rule 60 [b][1][2][3][4][5]6] notice of Appeal and Certificate of Appealability. But according to my Sources my appeal was sat by the two case mangers assigned to it by Catherine O'Hagan Wolf. Ms. Wolf has a devious history of fraudulent concealment of my pleadings which started when she was Clerk of the Court NYS Supreme Court Appellate Division First Judicial Department. EXHIBIT Y.

65.. At first she mendaciously cried foul, simply because I choose not to use this court's boiler plated pro se appeals form, and filed my own very well pleaded brief, which the New York State Attorney General could not controvert. After curing her phony defects on my submissions, she demanded $ 500 in filing fee knowing I am on a Fix Income. See EXHIBIT G United States Social Security Administration Disability Award Letter.,

66.. My federal Rule of Civil Procedure 60[b] motion was an appeal of Kaplan denial of 28 U.S C 2254 Federal Petition For Habeas Corpus, and this court is not supposed too collect filing fees. To prevent me from petitioning SCOTUS for certiorari, she fraudulently conceal her bogus order. I challenge judges Lynch, Cabranes,, and Carney to publicly own O' Hagan Wolf fraudulent oxymoron order See Van Stuyvesant v. Conway Docket No.16-1201 pr. [CA2. 6/7/18] General Docket EXHIBIT Y.

67. In 2010, from Attica Correction facility, proceeding pro se, petition SCOTUS for certiorari on my second FRCP 60[b]. It was calendared for Conference. Once again Catherine O' Hagan wolf intervene an Associate Justice Ruth Bader Ginsburg suddenly withdrew Informa pauperis which automatically render my petition moot. Her Chang of heart was predicted on an incredulous frivolous and vexation reasons which strains incredulity to a breaking point.

68. What is frivolous or vexation when my life, liberty interest and property have been forfeited in violation of both the due process and equal protection clauses ? See Van Stuyvesant v Conway, 565 U.S.810[2011] and Van Stuyvesant v. Conway 565 U.S. 1030 [2011]. Less than nine months later the Court granted then Barak Obama Solicitor General Elena Kanga,, who is now Hon. Elena Kagan Associate Justice SCOTUS Certiorari in Arizona v, United State 567 U.S. 387 [2012] Both Justice Kagan and my petition raised identical Plenary Authority over Immigration and Article III United States Constitution Federal Subject matter. My petition deconstructed both the Administrative State and provided an in

11

depth scholarly analysis, using SCOTUS own land mark cases, and precedents. It is in the courts archives.. Read for yourself.

69. Catherine O'Hagan Wolf has a severe case of Phallic affective disorder syndrome. The tax payers are paying this ignorant deplorable, xenophobic racist, immoral, unethical, psychotic sociopath, who is a reprobate, and consummate pathological liar six figure income, for her to prowl the men toilets in the court house, to indulge her fantasy or viewing judicial  Court clerks crude phallus art work. With a straight face she asked each male clerk to write "I wont play with my dick on Delancey Street." Even the New York Post published a piece mocking her disorder..

70 . Catherine O' Hagan Wolf  is the reprobate Senior Judge Dennis Jacob  appointed after she was fired by NYS Supreme Court Appellate Division First Judicial Department to oversee the Nation's most important court. Judge Jacob during his tenure as Chief Judge converted the court into a very corrupt racketeering influence corrupt organization association in fact criminal enterprise. William   Maggear "Boss  Tweed of New York City infamous Tammany Hall would have approve Judge Jacobs patronage racket.

71. United States District Court Southern District of New York District Executive Edward Friedland, who ironically was a former Executive Deputy Commissioner New York State   Division of Human Rights [1998- 2007], and Chief Judge Colleen McMahon ignored my written complaints against USDJ Lewis a plan and USMJ Debra Freeman, even after their failed attempt to have my parole revoked with their baseless pathetic unethical bald face lies, that I have threaten their worthless lies, and went as far to have involuntary confined to a psychiatric hospital. New York has become Moscow -on- the- Hudson where Soviet Union era immoral abuse of  psycho analysis was used to silence the voices of political dissidents.

72. A judiciary without honesty has little chance of executing its moral and constitutional duties, no matter how many rules of ethics exist. This is especially true in the United States, where the judiciary is afforded wide discretion which is responsible for some in their delusion of grandeur that they are a living god , who are above the law. Facts and law requires interpretation; justice and equity require judgement.

73. Every decision to grant a motion, to follow precedent, to interpret a statute or facts, to set a sentence, or damages, every decision left up to the discretion of a judge is a potential opportunity for corruption. Eliminating all opportunities for personal or political gains, revenge and retaliation, fraud upon the court, obstruction of justice and miscarriage of justice, would require nothing less than the destruction of the independent and adaptable judicial system we know.  And so, we count on honest judges to navigate the ships of justice through those dangerous waters.

74..But we keep our fingers crossed and hoped we have good captains at the helm. The state and federal government provided them with a decent living salary and professional prestige to be lessen to the temptation of corruption. And multilevel methods of oversights that intrude minimally one will hope upon their discretion and independence. Judges are expected to be honest because institutions have been establish that incentivize honesty.

75. In  Van Stuyvesant v. The Dime Bank Corporation 18 U.S.C. 1962 [c0[d] and 1964 Civil Racketeering I Influence and Corrupt Organization Act [RICO]f Michael Mukasey former Chief Judge United States District Court SDNY fraudulently coalesced $20.5 million dollars' worth of negotiable financial instrument inherited in 1954  with my conviction in 1999 for non-existing crime of United States

12

immigration related crimes in a NYS Supreme Court County of New York which was fabricated from a whole cloth. It is in the SDNY archives.

76. The current value of those assets is more than $260 million United States dollars. Not Pesos.. Mukasey also unethically intertwined $1 million dollars in cash from five interest bearing accounts with the Dime Savings Bank of New York Canal Street New York City branch. He mendaciously invoked  Heck v. Humphrey 512 U.S. 477 [1994] to bared granting relief.

77. The Supreme Court in Heck v. Humphrey established a rule that has become paramount in the realm of prison litigation: a prisoner seeking damages for unconstitutional conviction  or imprisonment must have his conviction or sentenced revered on appeal or otherwise declared invalid before his 42 U.S.C. 1983 Civil Rights Constitution Tort action can proceed. Id at 486-87. Federal Judges hearing Section 1983 claims must determine "whether a judgement in favor of the plaintiff would necessary imply the validity of his conviction or sentence; if it would, the  complaint must be dismissed unless the plaintiff can demonstrate that the conviction or sentence has already been invalidated. Id at 487. Mukasey decisions are also archive.

78. Mukasey unethical conduct has a dominoes effect which is responsible for the proximate causation of my psychological and physical torture by NYS prison guards order by James Kindler and enforced by Hillary Hassler et al. The extrajudicial  attempted murder with a fraudulent procured final order of deportation to c country  he knew I will be murdered, in view of my sentence in absentia for treason, I did not commit thanks to John Ryan and the FBI 1980 state created danger. See EXHIBIT Z memo to Ms. Audrey Strauss Acting U.S. Attorney SDNY advice to recuse her self from my 20 U.S. 1651a All Writs Act, due to the fact I have a very high respect for morals, ethics, fairness, and independence, due to the fact my All Writs is a perjury trap, and "hand grenade that will expose to the world United States government human rights hypocrisy.

79. Kindler , Hassler, Kirk, Morganthau, Vance Jr. et al contamination of NYS Unified Court System, United States District Court, United States Court of Appeals for the Second Circuit by extraneous influence on suborn, perjury of prosecutors from the LIAR'S FACTORY aka New York County District Attorney Office, obstruction of justice and miscarriage of justice in every civil action. Writs, petitions, direct appeals, and post-conviction motions stems from Mukasey Judicial misbehavior and misconduct.

80. Recovery of my assets and cash from the Dime Bank Corporation, Dime Savings Bank of New York et al would not have invalidated the ultra vires void for viodness judgement of conviction. Does a prisoner's  42 U.S.C 1983 claim for excessive use of force by prison guards and other United States Constitution First and Eighth Amendments claims invalidated the prisoner's conviction or sentence? Of course not.. The Dime Savings Bank did not convicted me.

81. My bankers conspired with prosecutors to steal my inheritance. A RICO action is hardly a constitution tort requesting compensation for civil rights violation. I was convicted of stealing $45,000.00 from fifteen undocumented illegal aliens. Without a forfeiture proceedings or court order I "forfeited" $260 million dollars inherited  on my birth in 1954.

82. In a 42 U.S. C 1983 litigation I brought against Robert Morganthau, James Kindler, Carol Stokinger, John Ryan, Eliza Ruzzow on a false arrest and malicious prosecution from the usurpation of Ryan & Ruzzow of a Bergen County New Jersey order of protection obtain by Mary Lawson a life time resident of the Bronx who lied she was an East Orange Essex County New Jersey resident, because no judge in the

13

Bronx or Westchester County NY were will to entertain her bald face lies. A Bergen County NJ grand Jury a no bill on her false allegation of domestic violence.

83. Not satisfied, twice Mary Lawson lied that I violated her fraudulent order of protection. Twice I was acquitted on a bench trial. In New jersey a violation of an order of protection in 1996 is a felon and classified under the INA as an aggravated felony which automatically triggers an alien deportation. I was arrested in Manhattan for another bogus violation or Laws New Jersey Order of protection. In 1996 a violation of an order of protection in New York State was a misdemeanor.

84. Without the benefit of a grand jury, John Ryan up graded a two counts misdemeanor false allegation into fifteen counts Class E felonies with an aggregate consecutive sentence of54years in state prison. The matter was dismissed with prejudice by Stackhouse after prosecutors obtain their ultra vires void for viodness conviction procured by fraud for a non-existing United States Constitution Article III federal subject matter immigration fraud, fabricated from a whole cloth by John Ryan, which was use in a selective, vindictive, and malicious prosecution to trigger my deportation. I was sentenced to 23 1/3 to 62 years imprisonment for "stealing $ 45, 000.00 which was collapsed under operation law to 10-10 years imprisonment with a conditional parole release after serving 13 years imprisonment.

85. In 2001 I filed my 42 U.S. C1983 against Mary Lawson et al. Mukasey entered an order to amend, which I did with a FRCP 9[b] particularized statement. See Ashcroft v. Iqbal 556 U.S. 662 [2009], See Bell Atlantic v. Twombly 550 U.S. 544 [2007]. I was proceeding pro se from Auburn Correctional Facility Special Housing Unit [SHU] Solitary Confinement and have lost 95% of my vision from the use of excessive force and regular physical torture by NYS Five Points Correction Facility which is NYS answer to BOP Florence.

86. I was in Administrative Segregation in a Special housing Unit [SHU] solitary confinement. Mukasey rejected my Lawson' 42 U.S.C 1983 complaint. He lied that the docket number on my amended complain which was issued by the court, when he ordered me to provide a FRCP 9[b] particularized statement was not issued by the SDNY. My amended complaint was sent back to mw. But thirty days later, he used the same docket number to dismissed allegedly for failure to amend. Mukasey fraud upon the court was due to the fact Morganthau, Kindler, Stokinger, Ryan, Ruzzow were not protected by either qualify or absolute immunities, because they violated the doctrine of Ultra Vires, by fraudulently assuming subject and geography matter jurisdiction of a New Jersey matter which double jeopardy has been attached. Both my pleadings and Mukasey orders are archived by the SDNY.

87. In 2006nifiled a United States Court of Appeals for the Second Circuit Judicial Council Complaint against Michael Mukasey, who subsequently decided to "retire. His former partners at Patterson Belknap Webb & Tyler LLP did not throw him a welcoming mat, because I made sure, they receive a copy of my complaint. Ruddy Giuliani threw him a life line and was appointed by President George Bush as his lame duck Attorney General. Every self-respecting lawyer on the short list for nomination turned down the AG appointment.. Mrs. Mary Jo White former United States Attorney SDNY of New York who is a Debevoise & Plimpton LLP recruited Mukasey.

88. I find it very amusing that Debevois in its marketing brochure is comparing Mukasey with Peter Henry Goldsmith Pc QC Barron Gold smith is a respected Barrister and a Queen Counsel, who was a former Attorney General for England , Wales, and Northern Ireland. He is a Member of House of Lords Since 1999. Lord Goldsmith is Debvoise Co Managing Partner and Chair of European And Asian

14

Litigation. Lord Peter was a partner   the prestigious and very profitable Fountain Courts Chambers Law firm,  has very well deserve respected international reputation.

89. Lord Peter is a legally scholar who has been published. When sharing information with my former law school classmates and friends who Magic Circle Law firm partners in the UK, about  the touting of Mukasey by Debevoise & Plimpton they will chocked in their Gin and Tonic at the Oxford  & Cambridge Club on Pall Mall  Saint James,  and exclusive private members clubs in London, Hong Kong , Singapore, Paris, Zurich, ,Geneva, Toronto,   Ottawa, Shanghai, Beijing, Tokyo, Sidney , Seoul, New York City, Washington D.C, because Mukasey is not even qualify to carry Lord Peter's brief case even as a second chair.

90. Both this Court and the United States District Court has classified me as a litigant who is not in favor with the federal courts in New York, and have produced me by contaminating federal judges in other jurisdiction, in retaliation for exposing their open ended fraud upon the court, and protection racket benefiting Kindler, Hassler, Ryan, Vance Jr. et al. I am in a Class of One. For example, if a drunken FBI or ICE agent  on official duty, drove off the curb in a drunken stupor, and hit me with his vehicle, and I sustain life threatening injuries, the United States District Court for the Southern District of New York will dismiss my claims as fantastic, frivolous, and delusional.

91. Pursuant to  Rule 26 of the Rules for Judicia Conduct- and Judicial Disability Proceedings of the Judicial Conference of the United States. I am demanding that this matter should be transfer to another circuit. Pursuant to 28 U.S.C. 535 [a] and Judicial Conduct Rules 11 [f] and 12, a Special Committee must be appointed to consider the allegations of the complaint. See Judicial Conduct Rule 11 [b].

92. The Special Committee must appoint a Special Counsel to investigate the complaint's factual allegations. 5ee Judicial Conduct Rule 13 [c]. 28 U.S.C. 351-64 The Judicial Councils Reform and Judicial Conduct and Disability Act of 1980. The facts on which my complaint is base have been established. The evidence are public records which neither Kaplan nor  Freeman are in a position to controvert. See Judicial Conduct Rule 20 [b][1][A][iii] .See In re Judicial Misconduct 465 F.3d 532-547 & n. 6 [CA2;2006],, charges of misconduct 404 F.3d 697-97 [CA2. Jud. Council 2005] see in re Charges of judicial misconduct 769 F.3d 762 [DC. 2014]. The misconduct of Kaplan and Freeman were not merely judicia errors, they both knowingly and willfully participated in Kindle & Hassler, Ryan & Vance Jr. 'drug deal" extrajudicial murder scheme. Their open ended misconduct resulted to a miscarriage of justice and it is arbitrary and capricious.

93. Although Michael Mukasey resigned, United States Court of Appeals for the Second Circuit arrogantly refused to dignify my complaint, or acknowledged it, in its profound stupidity, which prompted me to widely distribute my complaint among members of the bar and bench , prompting Mukasey decision to resign. I have a daisy chain audience of over 5000 supporters around the world, who are making copies of my pleading and distributing it within their professional and social circles.. Each member of my chain is asked to at least distribute it to a dozen individuals who in turn will do the same.

94. I am no longer abiding by the Marquis of Queensberry Rule. It is now a scorched-earth blitzrieg strategy, because I am dealing with unethical, mendacious  reprobates lacking in moral compass I n this court, which has been converted into a cesspool, by the likes of Catherine O'Hagan Wolf.

95. A New York corporate lawyer Anthony Pastor was convicted of felony aggravated f cruelty to animals and other charges on May9 2017 for kicking 4 year old dog to death. Robert Mandelbaum NYS Unified

15

Court system trial judge at sentencing said Pastor's repeated blows to the dog ;showed almost incomprehensible violence, and malice,' that the dog was in 'excruciating pain' up until she lost consciousness, white the defendant; sat down at his computer in the most cold blooded manner and went to work, knowing that the do lay dying, wrote the appellate Division First Department'" in disbarring Pastor. His disbarment was unanimously granted by a panel of Appellate Division First Department Pastor was sentenced to a two year term of imprisonment.

96..But Cyrus Vance Jr. the same DA whose prosecutors prosecuted Pastor, has dismissed my injurie proximate cause by former by NYS prison guards on the order of former ADA James Kindler, whose order was enforced by Vance Jr. hand maiden ADA Hillary Hassler dismissed my injuries as a litany of my lurid imagination despite medical records. NYS Supreme Court Appellate Division Frist Judicial Department Attorney Grievance Committee found no wrong doing. Both federal and state judges were snared as co-conspirators in Hassler & Kindler & Ryan "drug deal" extrajudicial murder scheme, but iam supposed to bow down an brown nosed the grimy buttocks of corrupt judges and show them respect

97. A barnyard animals in New York State has more rights than me, Under Agriculture & Markets Law section 353-aand Article 26. See EHIBIT I Memo to Hon John Roberts Chief Judge Supreme Court of the United State requesting transfer of my complaint to another Circuit due to conflict of interest and fraud upon the court.

98. Mr. Michael Jordan Circuit Executive United State Court of Appeals for the Second Circuit has copies of every documents, including my Crimes against humanity complaint filed in the International Criminal Court for being use as a research monkey by nine big pharmaceuticals conducting phase one and two human clinical trial to test the efficacy of toxic cancer drugs and therapies who are terminally ill with stage there and four Men cancer, even though at that time I did not have cancer.

99.I was clinically castrated to induce gynecomastia to study a rare form of male breast cancer with androgen deprivation therapy, even though I don't have breast cancer. In a wonton depraved indifference Zale " Josef Mengele" NYS State own angel of death, induce choric, severe acute pain in a seven years palliative study to see how terminal ill cancer patients could tolerate pain without opioids. Then I was not dying from Cancer.

100. Mr. Jordan also has my United Nations High Commissioner for Human Rights Complaint regarding my psychologic and physical torture by prison guards, which violates the Convention against torture and other cruel, inhuman, or degrading treatment or punishment. He is in possession of my actual innocent petition filed before New York State Attorney General vaunted Conviction review Board filed on July 5, 2018. It was promptly fraudulent concealed by NYS Attorney Genera Leticia James who is a beneficiary of New York State " I Owe You Political Favor Bank", on Governor Andrew Cuomo order. In closing We think of habeas corpus as an important safeguard of liberty. to Chief Judge Chase it was " the best and only sufficient defense of personal freedom. "To Chief Judge Warren it was "both the symbol and the guardian of individual liberty."

101. In view of the fact USMJ Debra Freeman is unfit and does not have any moral compass, ethics, and beholden to Leticia James NYS Attorney General., and Hillary Hassler Executive Assistant District Attorney New York County, she must stop disgracing U.S. District Court SDNY and besmirching the Court reputation by resigning. She will be welcome with open hands and given red carpet treatment. Freeman should go apply, for a position with either NYS Attorney General, Or New York County District Attorney offices, in view of the fact she is comfortable in the sewers and bed of corruption of those local entities.

16

USDJ Lewis Kaplan is a lout who belongs in prison. This craven reprobate thus not Michael Mukasey courage or decency, when for the good of the court Mukasey decided to retire.

102. A man's greatness lies not in wealth and station, as the vulgar believe, no yet in his intellectual capacity which is often associated with the meanest moral character, the most object servility to those in high place arrogance to the poor and lowly; but a man's true greatest les in the consciousness of an honest purpose in life, founded on a just estimate of himself and everything else, on frequent self-examination, and a steady obedience to rule which he knows to be right, without troubling, himself, as the emperor says he should not, about others may think or say, or whether they do or do not that wish he thinks and says and does. Marcus Aurelius Roman Emperor [The Stoic].

103. United States District Judges Loretta Preska, a judicial diva who is above the law, Kimba Wood a fair, ethical and respected jurist embroil in her own nanyyagite scandal, sold her soul to Morgenthau et al. Naomi Reice Buchwald played the Jewish Card to protect, members of her tribe who are responsible for crimes against humanity, physical and political torture,104. USDJ Colleen McMahon a political hack and beneficiary of New York State infamous patronage I Owe You Favor Bank, retaliated against me for filing a judicial council complaint against Michael Mukasey, and surrounded the wagon to protect Robert Morganthau, James Kindler, John Ryan Hillary Hassler et al.

104. Peska, Buchwald, Wood, McMahon, are not defendants in this complaint, because they did not lie to New York State Department of Correction, and Community Supervision in retaliation for exposing their open-ended fraud, that I was plotting to kill them, in order to have my parole revoked.

105.They did not conspired aided and abetted Kindler, Ryan Hassler et al extra judicial murder scheme, or deliberately committed fraud upon the court in the manner Kaplan and Freeman did,, to trigger my deportation to a county both Kaplan and Freeman knew I will be extrajudicially murder, a state danger created by John Ryan and the FBII in 1980. They did not know as Kaplan and Freeman knew of my brutal regiment of psychological and physical torture, kept silence in violation of their judicial oath, and saw my death as a convenient solution ad political expediency, which will solve Kindler et problems regarding the theft of $260 million dollars of my family assets.

106. My only source of income is United States Social Security Administration Meager disability income. See EXHIBITS AA..

Respectfully submitted,

Curtis Van Stuyvesant. Pro se.

*Hon John Roberts Chief Judge

Supreme Court of the United States

1 First Street NE Washington D.C. 20534.

*Hon Stephen Breyer Associate Justice

17

Supreme Court of the United States

Assigned Justice U,S Court of Appeals 2nd Circuit

1 First Street NE Washington DC 20534.

*Hon Scott S. Harris

Clerk of The Supreme Court

Supreme Court of the United States

1 First  Street NE. Washington D.C 20534

*Mr. Michael Jordan

Circuit Executive

United States Court of Appeals

For the Second Circuit

40 Foley Square New York, NY 1007.

18

1

Curtis Van Stuyvesant

308 West 94 Street # 435

New York New York 10025

Ms. Audrey Strauss

Acting United States Attorney

United States Attorney

Southern District Of New York

1 Saint Andrew Plaza

New York New York10007

December 7, 2020

Dear Ms. Strauss,

Regardless of the fact you are a representative of the government of the United States, this matter is not your fight. In deference to you because of your unblemished reputation of a very highly ethical, moral, independent , fair law and order prosecutor, I strongly advise you to recuse your office from representing the government of the United States in the All writs  Act petition for mandamus and prohibition pursuant to 28 U.S.C. 1651a, because  for the past 40 years this office has suffered from an actual conflict of interest, and allowed itself to be contaminated by extraneous influence to suborn Robert Morganthau, James Kindler, John Ryan Hillary Hassler, Kristen Kirk, Andrew Cuomo et al perjury, and committed fraud upon the court.

My All  Writs  Act is a hand grenade. It is not personal or a reflection of the moral character and ethics of both Mr. William Sweeney Jr. Assistant Director and Special Agent of Federal Bureau of Investigation New York City Field Office and Mr. Thomas Decker Director for Enforcement and Removal Operations Immigration and Custom Enforcement New York City  Field Office

Wen Cheng ICE New York City  Field Office Trial Counsel in the office of Principal legal advisor continue to conspired with, aided and abetted New York County District Attorney Cyrus Vance Jr., Former First Executive Assistant District Attorney James Kindler,  John Ryan, and current Chief of the Appeals Bureau ADA Hillary Hassler, Catherine O'Hagan Wolf Clerk United States Court of Appeals for the Second Circuit, USDJ Lewis  K. Kaplan SDNY , USMJ Debera Freeman SDNY relentless harassment and intimidation.

Each time I filed a motion or petition in the State of New York Unified Court System of Federal Courts, Hassler, Vance Jr., Kaplan, Freeman, and O' Hagan Wolf have lied to NYS Parole officials and New York City Police department that iam about to take their worthless and grimy lives. New York County District Attorney investigators would b dispatched to intimidate me and parole threats to revoke parole in violation of my rights under the Free Speech Clause of the First Amendment.

On Monday October 26,  2020 two NYPD detective invaded the sanctity of my hotel room, under the guise they were investigating my alleged  threat to murder the diabolic midget James Kindler who is currently a disrepute and dishonorable NYS Acting Supreme Court Judge, simply because, ADA Hillary Hassler, Christopher Marinelli and Cyrus Vance could not controverted my petition for a NYS petition for

2

a writ of error coram nobis, and the fact that NYS Supreme Court Appellate Division First Judicial Department Attorney Grievance Committee has or has not open a disciplinary investigation, or the facts that hundreds of member of the bar and few judges, are now cognizant of Kindler, Hassler, Ryan, Wen Change scheme to have me extrajudicial murder, physical and psychological torture,, fraud upon the court, obstruction of justice, and theft of millions of dollars belonging to my family.

I lived in a bubble. No outsider is allowed into my living quarters due to my bout with COVId, and underline medical conditions, disability, and compromise immune system. On October 25, 2020, I took an epidural injection, and was still suffering form its side effects, which did not deterred me from working om my lap top computer researching, and drafting a Racketeering Influence Corrupt Organization Act civil complaint against the Dime Savings Bank of New York FSB sub nom Washington Mutual FSB sub Nom, Chase Manhattan Bank N.A sub nom JP Morgan Chase, Jammed Kindler, John Ryan, Jennifer May Parker, Rhaul Kale, Le Roy Frazier et al

I held an emergency family councils with my children, grandchildren, nephews, and nieces via Zoom. The general consensus is to stay and fight those reprobates, by filing for United States naturalized citizenship to be granted retroactive to 1990, when the first of my ten prepaid applications for naturalization was filed and fraudulently concealed by UNCIS, and fourteen years delay it took the FBI to conduct a very simple criminal back ground check for naturalization that normally take s120 days.

Enclosed in the thumb drive, you will find my United States Court of Appeals for the Second Circuit Judicial Council Complain against both USDJ Lewis Kaplan and USMJ Debra Freeman for their removal from the bench. You will also find my demand letter addressed to Hon John Roberts Chief Justice of the United States Supreme Court, for transfer of my judicial council complaints to another circuit. Catherine O' Hagan Wolf has emasculated Hon. Robert Katzman Chief Judge United Sates Court of Appeals for the Second Circuit, who although is a decent chap, he is weak and ineffectual O'Hagan Wolf has steamroll Katzman, and this corrupt, immoral, unethical, xenobiotic, red neck racist shrew, who is a psychotic, sociopath. Pathological liar, deplorable bigot, and reprobate owns the Second Circuit.

Both the Second Circuit and U.S District Court SDNY were more interested a patently Strike Suit against McDonald . See Perlman v. McDonald 237 F. Supp. 2d. 512,, 543 [SDNY][2006]. The Pellman sued McDonald for their own bad parenting of their children fed on a regular basis with McDonald Happy meals, because they were too lazy to cook health meals at home and indifferent to their children health.

The Pelmans had the audacity to sue Mc Donald for their children obesity, Winston & Strawn was very effective in defending McDonald. Regardless of the fact the Pelmans did not prevail, the Courts allowed them to fully litigate, and obtain discovery, in a patently frivolous litigation. But the Courts dismissed Van Stuyvesant and Jonah Cancer & Blood Treatment Pavilion law suit despite eight inches thick medical records from five university teaching hospitals, and two community hospital , including NYS Regional Oncology Center in Syracuse supporting the veracity of my claims, as frivolous, fantastical, delusional and vexation;

My oldest daughter her husband, her younger sister, and brother and my twin grand children will be sate side on January 15, 2021 to visit me. They have a plan on how to take down Hillary Hassler, James Kindler, John Ryan, Cyrus Vance Jr., legally if I allow them'.

USMJ Debra Freeman has Leticia James New York State attorney General Hillary Hassler New York County Assistant District Attorney Chief Appeals Bureau, Catherine O'Hagan Wolf Clerk of The Court United States Court of Appeals for the Second Circuit, Wen Cheng Immigration & Custom Enforcement

3

New York City Field Office Chief Counsel Cyrus Vance Jr. New York County District Attorney, James Kindler Acting New State Supreme Court Bronx County Judge to blame for my decisions to file a judicial council behavior and misconduct. Those women yes Vance and Kindler are {bitches] are drunk with power, and just don't know when enough is enough, because of the protection racket this office and FBI have given to them. It has embolden them to continue to violate both my civil and human right with impunity.

I was denied a one bedroom apartment affordable housing regardless of the fact HUD has approved my Housing Choice Voucher, because Social Security administration without the necessary proper identification will not replace social security card. During my ICE removal supervision reporting last year, my reporting documents handover to the duty officer mysteriously vanished. Both My I United Stats Immigration Reentry Permit, Refugee Travelling Document, Alien Registration card confiscated in 1998 are still in the possession of the New York County District Attorney. I am a non-person, who could not even apply for a NYS Non Drivers License, or enter corporate America office buildings, because I have no identification card that building security could scan. USDJ Lewis A. Kaplan complaint was a done deal/ I was simply waiting for the right moment, which has come.

Sincerely,

Cutis Van Stuyvesant.

Curtis  Van Stuyvesant

The Manhattan Hotel

Suite 435

308 West 95 Street

New York10026

November 7, 2020

Mr. Thomas Decker Director

Enforcement and Removal Operations

Immigration and Custom Enforcement

New York City Field Office

26 Federal Plaza New York New Yrk10035

Re Alien registration Number

Dear  Mr. Decker,

It is as a matter of curtesy, you being place on notice, that Ms. Wen T. Cheng Chief rial Counsel Office of Principal Legal Advisor United States Immigration and Custom Enforcement Department of Homeland 5ecurity New York City Field Office is under congressional investigation by the office of a United States member of congress, who is not a member of New York Congressional delegation, and at the conclusion a referral will be made to the United States Attorney General. Ms. Cheng unethical, immoral, incompetent, racist bigoted corrupt abuse of process, fraudulent concealment of my undocumented illegal aliens who r my victimless victims certified personal immigration record proving my actual innocence was Mordred concealed by Weng. As a New York County grand jury witness se committed perjury, and mase false  statements which are exculpatory in nature for my indictment for none existing crimes

At trial during my inquisition prosecution by dossier, in NY5 Supreme Court, County of New York, testifying as an immigration law expert, she lied to the petit jury that INA Section 212 [c] waivers, suspension of deportation, and cancellation of removal were to enacted into law by congress, and ae to codified in the Immigration &Nationality Act ;INS], Code of Federal Regulations [CFR ], And Tile 8 United States Annotated Code[ U.S.C.A.] She lied, that I fabricate those s These United States Immigration laws and benefits in an elaborate scheme to defraud ny  victimless undocumented illegal aliens,

Wen Cheng lied that aliens we illegally in the United States. They have not committer bad acts of immigration. We're not granted voluntary depart but failed depart.  Deported and reentered illegally after deportation . Wen Tin Cheng also lie that it was not the  responsible for my former firm to conduct back ground due diligence investigation on clients or subjected their forged documents for forensic analysis. It was perfectly all right for my former firm to conspired, aided, and abetted illegal undocumented aliens to defraud United States from its immigration benefit. But yet this piece of shit

1

and incompetent moron, who was too stupid and petrified, in the EOIR to challenge My firm law schools interns, off counsel, and staff attorneys.

She sat silently ad a mannequin. Not once did she fled an affirm ion in position. The EOIR Court IJ was always acing in a dual capacity counsel and immigration judge, because of Wen Cheng profound stupidity, but yet this incompetent immoral, unscrupulous, unethical, pathological liar, corrupt, racist bigot, who does not like members of the African Diaspora is an Immigration and Custom Enforcement Chief Trial Consul in The Office Of Principal Legal Advisor. LMAO. Wen Ting Cheng loyalist is with M\ New York County District Attorney Office. He is Hillary Hassler ICE Enforcer

On the pain of repeating myself a gain. Due to state danger created by John Ryan and FBI in 1980. I did not have COVID-19 pandemic virus. Froom March 2021 to August 2018 I kept my appointments and did not return my frantic phone calls. I was left in the lurch. Discretionary deferred stay of removal supervision appointments no matter how ill, I was or in severe chorionic acute pain from adverse toxic cancer treatment therapies kept all schedule appointment Prior to COVID919 Coronavirus outbreak. ,

During my last schedule stay of remonnal supervision schedule appearance was in august 2019., I was suffering from the adverse side effects from both chemotherapy and epidural ICE did not respond to my request for rescheduling a week prior to my appointment. In other not be I violation, I force myself to journey on the subway to keep my appointment.. At approximate 8:30 A.M I gave the duty officer duty officer my supervision papers. I was kept waiting and fell violently ill vomiting in the mal toilet. An alarm Federal protection Officer offer to call an ambulance to take me to the hospital, I rejected

But ICE continue to keep me waiting until 2: P.M, despite the fact that everyone in the waiting room could see I was In medical distress. If a protection service guard did not inform ICE Enforcement and removal Officers that I was sick and vomiting, and has reject their call for an ambulance to transported me to a local hospital, I would not have been process by ICE. My discretion supervisory stay of removal officer, who eventual interview me claim the duty officer misplaced my stay of removal papers and he could not find my personal certified immigration records which he most voluminous file in the New York City Field office. claimed he could not find my certified personal immigration record which is the biggest voluminous in ICE New City field office. I believed him because he did not have any personal ask to grind.

The disappearance of my deferred stay of removal supervision papers vanished because it weas fraudulently remove on the order Of Wen Ting Cheng ostentatiously wanted personally to review my record. It is a bald face lie It was also an insidious calculated plot by New York County Assistant District Attorney Hillary Hassler and Immigration And Customs Enforcement Trial Counsel Wen Ting Cheng, to revoke discretionary deferred stay of removal parole, in view of the fact, I had thwarted their desperate deprave extrajudicial scheme to murder me with a bogus final order of deportation.

Cyrus Vance Jr New York County District Attorney, James Kindle or, John Ryan, Hillary Hassler were cognizant of the fact that I am making headwind wind with International Human Rights Organizations worldwide University, graduate and law schools students, and it is a matter of time before the proverbial excrement hit the fan with a back draft tsunami , that forever will taint the reputation of federal and state government officials silent co-conspirators in Kindle, Ryan & Hassler "extrajudicial murder drug deal."

Those two psychotic depraved sociopath stupid women afflicted with the Dunning-Kruger Syndrome, actually believe in their delusion of grandeur, that intimidating me, or false arrest under the guise I did

2

not keep my ICE supervision appointment, and indefinitely detention one of the mismanage, corrupt nd brutal Civilian "Shithole" private prisons under contract with Immigration and Custom Enforcement, that does not have adequate medical facility, staffed with fly by night rent a cop prison guard with criminal records and no correction facility training Theses facilities medical units are staff by dubious Caribbean, Mexico, Southeast Asian medical school graduates who are not board certified in the United States.

This scheme to fraudulently revoke my deferment of removal is also due in part, advice given to me by several candidates running to oppose Cyrus Vance Jr, for the office of New York County District Attorney to file another petition for a writ of error coram nobis in the Supreme Court Appellate Division

. Before filing I was advice to bombard the bar, bench, legislative and executive branches of both federal and state governments, Non-Governmental Organizations, Foreign International Human Rights Organizations, Immigrant Rights Organizations and foreign governments with the facts of my case, fraud upon the curt, physical and psychological torture, crimes a against humanity where I was used as a research monkey fora phase one and two human cancer criminal rial, at a time I did not have cancer

That I should also expose prosecutors theft of $260 million of my family assets without a n order of forfeiture without a court order. How I forced <u>President</u> Barak Obama to withdraw former ADA Jennifer May Parker nomination for a U.S. District Judge in North Carolina, forced Michael Mukasey decided to retire as a federal J=judge. Why Lois Gonzales former presiding justice Appellate Division decision to, after he was rectified.

The transfer of Craig De Bernardise Philadelphia high profile EOIR Immigration Judge to Social Security. NYS former Governor David Patterson quid pro quoin appointment of James Kindler as a state Judge. His Sister in law Elois Nurse transactional immunity for the theft oft$5000,000.00 from my firm by prosecutors to the fact Hassler, Kindler Vance Jr, were cognizant of my intention to file an actual innocent claim with the Office of York State Attorney General vaunted Conviccion Integrity Review Board, which they wrongly assume ,it would be granted by Leticia James New York State Attorney General in defiance of Andrew Cuomo. And executives in charge of NEW York State infamous and political corruption patronage "I Owe You Favor Bank," which is instrumental in her election to AG, to demonstrate her political independence, in aftermath ' of The Central Park 5' movie "When They See US Now'. Leticia James is Andrew Cuomo's hand maiden. She <u>is owned,</u> locked, and barrel buy Cuomo, and needs permission from Como before she can defecate.

I took the advice of Cyrus Vance Jr, antagonists, and opponents fo the office of New York County District Attorney, who would like to see Vance arrested, indicted, prosecuted, and convicted. Marc E. Kasowitz Ivanka Trump and Jared Kushner persona Lawyer Contributed $25,000.00 to Cyrus Vance. Political Campaign fund although he was running unopposed. Coincidentally Ivanka Trump and Donald Trump Jr. were under investigation for a scheme to defraud in Trump Soho Hotel investors, and condominium purchasers. Careerist New York County D=assistant district attorneys have sufficient evidence which are probative to return a True Bill indictment, against Ivanka nd Donald Trump Jr.

Robert Morganthau advice Vance to take the money and quashed the criminal complaint. Former International Monetary Fund Director Dommick Strauss Khan Paid Vance $100,000.00 on the advice of Robert Morganthau, to make his rape and sexual assault indictment of an African Muslim woman who is refugee go away. Criminal Charges was dropped a against David Patterson for possession of a stolen debit card.. Criminal indictment for David Patterson Step daughter for assault was drop. James Kindler

3

gave David Patterson Sister-law Eloise  Nurse transactional immunity for theft of $500,000.00 former firm.

Stanford Rubenstein was not prosecuting for raping an associated of Al Sharpton when she was on her menstrua cycle. If you commit a very serious felony in Manhattan, you should retain Benjamin Braftman, and Vance would drop all charges. Robert Morganthau retired with more than $ ten million dollars form his get out of jail free card. Cyrus Vance got caught for an attempt to imitate Morganthau..

Behind  Leticia James  Masked smiling face, is a very mendacious, perfidious, manipulative two faced lying, unethical , corrupt, an immoral opportunities, self-dealing, callous, and heartless sorry excuse of a human being., Her deprave indifference to my life , health, and liberty interest came as a surprise to me despite warning from well-wishers not to trust her. I gave her the benefit of doubt, that on fact and law alone should vacated my void for voidness,  Ultra vires, constitutional defective judgement of conviction procured by fraud, in view of the fact, shas access to exculpatory evidence proving my actual innocence.

I was proven wrong. Leticia James is a, pathological liar, xenophobic black neck, Xenophobic bigot, and a Craven reprobate,  who is a sorry  excuse for a human being. She has gas lighter the African diaspora with her  bull shit.' which Is a dark comedy of errors.. Ms. Letica James NYS Attorney General New York State  is Governor Andrew Cuomo  handmaiden Governor Andrew Cuomo, who order New York State Attorney General vaunted Conviction Review Board not to consider my petition for review, Because take pride in keeping Andrew Cuomo throwing his hat in  both the 2016, and 2020 presidential race.

I was also prepare to scuttle any nomination from President Barak Obama to named Cuomo to his cabinet. Leticia James and Fredericka Miller are cut from the same cloth. Miller stole the funds paid to her by County Law Section 18b Assigned Counsel Pregame to hire private investigators for my defense. She pocket those funds. Miller singlyly sabotage my defense to guarantee my conviction dur to the fact ADA Rhaul Kale  buried  his head inside  his rectum due to his incompetence. But to day this moron and certified village iditot is an Assistant United States Attorney. Currently I have a New York State Supreme Court Appellate Division First Judicia department,

My petition for a writ of error coram nobis fo volition of my rights under both New York State and federal constitution for assignment or appointments of counsel in a first intermediate appellate court criminal direct appeal as of right, filed in March 2020, was fraudulently conceal, by a clerk in the first department, acting on Vance Jr. and Hillary Hassler. I immediately I exposed Vance & Hassler fraud upon the Court five months later, the court rejected my pleadings which was never subjected for review under a phone guise, that mt filing was defective.

I tore the crocked court clerk , who created the none existing defect a new rectum, and lecture the court on the differences between a Notice appealing a criminal conviction, ad a writ of error coram nobis to vacates its own order affirming a fraudulent ultra vires void for viodness judgment of conviction denial of the right to appeal said conviction with assistance of appellate counsel, who does not suffer from actual conflict of interest,.

Assistant District Attorney Christopher Marinelli filed very convoluted, frivolous, spacious, and perjured affirmation in opposition. None of the case law he used in his strategic defense diatribe, and dog whistle tirade were germane. Uneducated Jail house lawyer with a GDE education could have done a better job than Minnelli . It took me less than three hours using a screen reader for the blind and vision impaired to deconstructed  his trash. My reply was filed on 19/13/20.

4

Less than four days after filing my reply, I was paid a visit by two detectives from the New  District Attorney Office around1:39 P.M. I just got out of my bed, dur to the fact, I was sleepless from plain the prior night. I was still in my pajamas and dressing gown   drafting my 28 U.S.C 1651a All Writs Act, and tabulating the supporting case authority, when the detectives knock on my door.. In response to why did they come to see me. Their response was James [CINDY] Kindler, Hillary [Karen]Hassler, Cyrus [[CINDY ] Vance Jr. It never stops. Each time those assholes cannot use legal process to controvert my pro se pleadings, they will abuse the power of the state torturing me,, intimidation, extortion, blackmail, false arrest, obstruction of justice, and false arrest for nonexistent crimes fabrics from whole cloth because they are above the law.

My application form Employment Authorization {EAD},which filed on three separation, since 2011 was noy a process.. A request for a memo from ICE Chief  rial Counsel to Social Security Administration that I am authorized to renew my Work eligibility Social  Security  Card was ignored .I can't obtain a non-divers driving license applied  United Sates Department of Housing  & Urban revitalization  subsidies housing with HUD Housing  Choice Voucher.

Wen Ting Chengi is the only individual ICE New York City Field Office his underinvesting,. As  fo te others, you were simply flowing orders  on  your for political expediency,  I have no quarrel with you regardless of the fact that some of your staff in their delusion of grandeur, believe they ae above the law. United States Laws, and International treaties rectified by the united states Such as the Doctrine of Refoulment, and United Nations Convention against torture and other cruel,inhumam or degrading treatment and punishment is not germane,

 As far as Wen Ting Cheng is concern only New York State Criminal procedure law and Pena law, is applicable Since USDHS, ICE and USCIS have abdicated their United States Constitution Article III Federal Subject matter of enforcement, adjudicating granting of immigration relief , and transfer United States Congress Plenary Power over United States immigration policies to ASDA James Kindler, John Ryan, Hillary Hassler, Kristen Kirk, Jennifer May Parker, Rhaul Kale et al

 In Two week, everyone including,  you will receive a thumb drive.  I am waiting for the general presidential election fatigue to dissipate. Which contains a United Sates Court of Appeals For The Second Circuit judicial Conduct and Disability complaint address to Hon Debra Ann Livingston Chief Judge against Senior United States District Judge Lewis A. Kaplan SDNY, and United States and United States Magistrate Judge Debra Freeman. My complaint is not about their judicial errors and miscarriage justice during the litigation of my 28 U.S.C. 2254 Federal Petition for Habeas Corpus, and three separate Federal Rules of Civil Procedure Rule 60 [b][1][2]3][4][5][6] motions.; The thumb drive has been copied 4000 times for worldwide distribution. It is a very brutal indictment of United States District Court SDNY, United States Court of Appeals forte Second Circuit, and a Kakistocracy administrations that has embolden them for more  than 40 years

The Complaint is about Kaplan and Freeman abuse of process and perjury, when they lied to the  York State Department of Correction, ad Community Supervision in 2020, that I have hired the services of a contract killer to kill both of them. It was a bad face lies. It was in retaliation for exposing both open ended fraud upon the Court during the litigation of my their  FRCP Rule 6o{b) .

At no time did I use Rule 60[b] to attack the State of New York Unified Court System decisions, because there weren't any, New York decisions were silent, unarticulated, post cards boiler plates. My first Rule 60 [b[ attacked Kaplan &Freeman  fraudulent  28 U.S.C. 2254 decision.

5

My second Rule 60 (b Rule 60 {b} attacked Kaplan and Freeman denial of my first attacking 28 U.S.C. 224=54, and my third Rule 60 {b] attacked Kaplan and Freeman second decision denying my third application, which triggered Kaplan and Freeman's lies and an insidious, and immoral scheme was for revocation of my parole, and incarceration in Attica Correction facility for another 24 which would have affected my Immigration & Custom Enforcement deferred stay of removal.

Kaplan and Freeman were willing participants in ADA James Kindler, Hillary Hassler, John Ryan, Rhaul Kale, Jennifer May Parker, Executive Office of Immigration Review Judge Joe Miller, Immigration and Customs Enforcement Chief Trial counsel Wen Cheng fraudulent final oder of deportation to murder me extrajudicially. Kaplan and Freeman, conspires, aided and abetted James Kindler et al in violation of both federal laws, and international treaties rectified by the United states pursuant to customary international.

Kaplan and Freeman retaliated, due to the fact. I filed a complaint against him with Mr. Edward Friedland District Executive United States District Court delineating Kaplan and Freeman open ended fraud, their obstruction of justice, contamination by extraneous influences to suborn the perjury of New York State Assistant Attorney General Jennifer Danburg, Assistant  solicitor General Robin Forshaw, Governor Andrew Cuomo, New York County District Attorney Robert Morganthau, Cyrus Vance Jr, Assistant District Attorney Hillary Hassler, Former ADA James Kindler, John Ryan James Dwyer, Rhaul Kale, Leroy Frazier, Rahul Kale, Jennifer May Parker to suborn their perjury, by accepting new alternative facts that dehoed New York State trial records.

Also enclosed is memo addressed to Hon John Robert Chief Judge Supreme Court of the United States, requesting transfer of my Judicial Misconduct ad Judicial Disability Act from the United States Court of Appeals for the Second Circuit to another circuit. My request is due to the fact, the second circuit suffers from actual conflict of in trust. Y complaint was copied to Hon Stephen Breyer Associate justice SCOTUS designated as Second Circuit., Hon Scott S, Harris Clerk of the Court and Mr. Michael Jordan Circuit Executive United States Court of Appeal, In view of the fact the public has a right to know. I has also be opined worldwide redistribution.

 The Second  circuit  has an incestuous relationship with the district court. Senior Judge  Dennis Jacobs Who during his tenure reached into New York State infamous  Corrupt patronage "I OWE YOU FAVOR BANK" where favors are deposit and cash, to hired Catherine O' Hagan Wolf who was fired by NYS Unified Court system as Clerk of the Appellate Division for her Involvement in Roy Reardon and Thomas Cahill  former  Chief Counsel departmental disciplinary Committee, and Deputy Chief Counsel Racketeering Influence Corrupt Organization act [RICO]Association-in Fact criminal enterprise, gave Clerk of the Court Catherine O' Hagan Wolf full reign .

   Catherine O'Hagan Wolf is an insider political hack. She is very unethical, corrupt, immoral, incompetent, xenophobic white trail park  thrash redneck bigot who is unstable. She suffers from the Dunning-Kruger Syndrome, and phallic affective syndrome.  Judge Dennis Jacobs imported from the NYS "I Owe You Favor Bank disgrace and sacked former Supreme Court of the State of New York  First Judicial Department judicial former  Clerk of the court  Catherin 'Hagan Wolf, who does not have any experience in the Federal Rules of civil procedure, code of federal regulations, federal rules of evidence, federal rules of criminal procedures act, immigration nd nationality act or management of a sprawling United States Court of appeals as Clerk of the Court.

6

The Second Circuit is internationally and national respected and  is the second most important court in the United States.  The Second Circuit was the proving ground for training court clerks and has produced some of the biggest legal giants jurist and  scholars. But today the Court id packed with political hacks, and transactional layers, who have never in their entire legal career persecuted a traffic violation in traffic court or litigate in a small claim court. They have become so lazy by sloth,, and heavily dependent on pool staff attorneys, who not United States Constitution Article III  appointed judges to make life and death decisions.

 Pelman  ex. re. Pelman v. McDonalds 396 f.3d 508 [CA2.2005], appointee U.S. District Court SDNY  in Pelman v McDonald  Corp. 237 F.Supp. 2 d. 512, 543 [SDNY' 2003]  alleging McDonald Corp happy meals was responsible for their children obesity, diabetic, elevated cholesterols, and coronary heart disease in violation of Section349 and 35 of the New York General Business law, commonly known as the New York Consumer protection Act, during the years 1987 through 2002. USDJ Sweet rightly dismissed this patently fraudulent, frivolous, specious strike suit, not before allowing the Pelman full briefing, opportunity subpoena documents and witnesses. The Pelman case was an extortion and corporate blackmail strike  law suits.

 But in my case where certain death by deportation awaited me, used as a research monkey without my knowledge or consent to test efficacy of toxic chemical and acid therapies for terminally ill cancer patients with stage for metastatic cancer, have castrated clinically with androgen deprivation to induce gynecomastia {breast} in men to study men breast cancer, subjected me to both physical and psychological torture which is the course of my blindness, and sentence me too died by fraudulently denying habeas corpus, were dismissed as fantastical, delusionary, vexation and frivolous. Public corruption to the Second Circuit. I have been classified by the Second Circuit as un favor litigant, who is in a class of one. Every appeal taken to the second circuit, including my Judicial Counsel Complaint against former Chief Judge Michael Mukasey were fraudulently conceal by O' Hagan Wolf et al, and were not subjected to a three panel judge for review.

 A third document  encased in the Thumb drive is 45 Page 28 U.S.C  1651a  All Writs petition for mandamus and prohibition, demanding naturalization to be made retroactive to 1990, when the first of my ten pre-paid application for naturalization was fraudulently concealed by Immigration and Nationality Act sub some United States Citizenship and immigration Services.. It is supported with a notice of Petitions, Affidavit in Support, , verification and exhibits. It took the FBI  fourteen years to conduct a National Crime Information Center immigration background check that normally take 120 days. MY 2016 All wit Acts was assigned to Hon Naomi Reice Buchwald, who did not bother to read my pleading and denied my subpoena for the release of my personal certified immigration record, which she know would support the verification of my claims of fraud against government.

Buchwald swept under the rug the attempt to exclude  me from the United States in 1986, as an undocumented illegal alien who was not inspected. It made no difference that the government has a history of fraudulently concealing immigration relied grant me such as political asylum in 1982,, and indefinite Multiple entry visa. She simply accepted  United States Attorney for the SDNY Preetinde Singh Bahara minion perjured and spacious affirmation I position riddled with bald face lies and alternate new fantastical new facts.

 Ms. Audrey Strauss Acting United States Attorney for the Southern District of New York is a very honorable, moral, ethical, competent fair law and order independent federal prosecutor. In a memo enclosed in the thumb drive, I have pleaded in an attempt to persuade to recuse herself from

7

representing United States Department of Justice, Federal Bureau of investigation, United States Department of Homeland Security, United States Citizenship, and Immigration Services, and United States Custom and Enforcement in my 28 U.S.C. 1651a because this matter will destroy very good people reputation.

My 18 U.S.C 1651 a is a perjury trap which will blow up the belly of the beast corruption in the U.S. Court of Appeal Second Circuit, United States District Court SDNY, DHS, ICE and USCIS.I have no quarrel with Mr. William Sweeny Jr Assistant Director FBI, and Mr. Thomas Decker Director ICE Enforcement and Removal Operation. The fraudulent applications for naturalization, fraudulent exclusion proceedings, fraudulent concealment of political asylum, and conspiracy to frame me for non-existing immigration crimes fabricated from a whole, and aiding and abetting New York District Attorney office extrajudicial murder scheme pre dated the appoints in their respective agencies New York City Field Office.

Wen Ting Cheng ICE Chief Trial Counsel in the office of Principal Legal Advisor, is culpable and there is a ton of exculpatory evidence proving her guilt beyond reasonable doubt. Cheng is responsible for the disappearance of my defer stay of removal supervision papers during my last schedule appointment prior to Covid Pandemic. Her scheme was a warrant for my arrest for failure to keep my appointment and am indefinite detention in one of ICE civilian contractor shit hole prison, because ICE could not depot me, She is acting on ADA Hillary Hassler.

The last memo encased in the flash drive is a letter to Ms. Ruth Dowell, a former Continental Airline First Class International routes Flight Attendant, who was my lover and alibi witness, She was with me in Maui Hawaii on July 5, 1998 When my New York State Criminal Procedure Law [CPL] 109.59 grand jury waive, United States Refuge Travelling Document, Immigration Reentry Permit was served on James Kindler.

She was also with me at the Ritz Carlton Carolina Puerto Rico during the 1998 Memorial day weekend, when it was confirmed that former ADA John Ryan forged the signature of NYS Supreme Court Bronx County Acting Justice William Mugulescue in discarded Manhattan Criminal Court letter head which he used in a confirmatory illegal search and seizure client files and computer hard drives at. It was during that week end, former I discover when my ATM card was rejected that on May 5, 1998, former ADA John Ryan, Jennifer May Parker, Rahul Kale, and James Kindler, illegally without a court order took control of five separate accounts with the Dime Savings Bank of New York FSB Canal Street New York City Branch.

Before surrender to New York County District Attorney Investigator Chung and Harrington, I deposit ten thousands dollar into my account for daily purpose. Lionel Van Lare Dooso, naturalized Ghanaian - America who was a top international banker, my personal friend and mentor deposited $5000. Cash in my account. Ms. Dowell was the custodian of a batch of exculpatory. She has custody of my Coach attaché brief case and Gurkha British Army Officer leather Travel Bag.

Without my knowledge and consent Ruth Dowell stole my check book, forged my signature, and stole the Last fifteen thousand dollars left in my accounts. Ryan Kindler,Fraizer, Kale, May Parker authorized Larry Loo to process the stolen checks. John Ryan et al black mailer Ruth Dowell with prosecution for grand larceny in the Second degree possession of stolen property, possession of forgery instrument, and bank fraud. In return for proving my actual innocent, and defective indictment, she was granted user immunity with condition, that she must leave Manhattan and ignore any subpoena to testify for me as a defense witness.

8

I informed trial judge John Stackhouse what Kindler et al has done to intimidated Rule Dowell to flee from Manhattan to avoid Subpoenas to appear for the defense. IF the people could import prosecution with witnesses from Massachusetts, Rhodes Island, Florida, Maryland, Virginia,, and Pennsylvania, Ms. Dowell flight base was located in Liberty Airport in Newark NJ, was within the courts reach.

Fredericka Miller who has pussey whipped judge Stackhouse lied on behalf of ADA Rhaul Kale that I have threaten my own alibi witness without any offer of proof, in other to excuse Dowell. My unwanted planted Quisling Fifth columnist Fredericka, who stole the funds paid to her by County Law Section 18, Assigned Counsel Program to her private investigators, which she did not repeated the same scam with Mary Lawson who fled to Aruba, Elios Nurse, Charmaine Brooks, Dyane Eghii and sixteen prosecution grand jury witness, including seven DA investigators,.

My 28 U.S.C16S1a  All Wits Act will be serve upon Mr. William Barr United States Attorney General Department of Justice/ He may want to assigned the matter to Deputy *Assistant United States* Attorney General   Michael Cranston May be Mr. Chad Mizelli General Counsel United States Department of Homeland security, and Me Marick String Acting Lega Advisor United States  Department of State

My decision to stay and fight is not a change of heart. From reliable sources I was told  Letisha James, Loretta Lynch, Debera Freeman, Catherine O'Hagan Wolf, and Hillary Hassler were celebrating and gloating and toasted Wen Ting Cheng, that they have won by forcing me to seek political asylum in Canada. Andi will be leaving without  recovery a dime of my $260 million dollars, compensation for my false arrest, defective indictment ,void for voidness unconstitutional ultra vires judgement of conviction procured by fraud  I held a family council via skype with my children, and grandchildren nieces and nephews. The decision was unanimous stay and fight theses  reprobates, and it will be a public fight.

Hillary hassler & Kristen Kirk Committed fraud on direct appeal and got away with. Jennifer Danburg and Robin Forshaw fraud on 28 U.S.C. 2254, Gail Hatherley and Letica on conviction Review Board actual innocence.

Rhaul Kale & John Ryan grand jury and trial, James Kindler, Jill Konviser Levine, Catherin O'Hagan Wolf, John Stackhouse, Fredericka Miller, Leroy James, James Dyer, Luis Gonzales, Israel Rubin , David Friedman wen Cheng  Miller Craig BeBernardise et a committed fraud upon the courts, obstructed justice, tortured me, confiscated my asset, stole my cash, and attempted to have me murder, and got away with it, due to the United States Department of Justice and Homeland Security conspiracy of silence..

My cancer protocol of chemo, acids, radiation, therapies, and medication is going as expected. It is too soon to make any definite diagnoses as to the final prognosis. The good news is I  may be still alive to see the court of public opinion deliver the justice, fraud upon the courts have not done.. My Hotel room has a video cam that recorded the unwelcome visit from New York County DA  Office. If this is not harassment, I wonder it is.. Thumb drives distributions started yesterday.

Sincerely,

Curtis Van Stuyvesant

Ms. Audrey Strauss Acting United Starts  Attorney SDNY.

Mr. William Sweeney Jr. Assistant Director FBI

Ms. Leticia James New York State Attorney General

Mr. Andrew Cuomo  New York State Governor.

10

Curtis Van Stuyvesant
271 Martense Street
Brooklyn New York 11226

February 22, 2016

Mr. Edward Friedland
District Executive
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street New York New York 10007

Re: Van Stuyvesant v. Conway, Docket No 1:03-CV- 03856 (LAK) (DCF)
Federal Rule of Civil Procedure 60 (b) Motion.

Dear Mr. Friedland,

In the spirit of transparency, it is with great pleasure you are being place on notice that I am in this district and circuit consider to be a litigant not in favor with the courts because of my very brutal but honest critique of some of the judges in this district lack of legal scholarship, unethical conduct, corruption, fraud upon the court, racism, bigotry and plain old fashion stupidity. Most of them actually had no prior court room experience prior to their appointment. They were political hacks who owed their appointments to the insidious Political " I Owe You Favor Bank" Tammany Hall like Custom Counting House system of old New York City politics.

A typical example of this court and the second circuit bias could be found in Van Stuyvesant v. Jonah Cancer & Blood Treatment Pavilion, where I brought a Torture Victim Protection Act, Alien Tort Claim, Product Liability, Rico, Qui Tam, Constitution Tort, Medical Malpractice and pendent state law claims against a dozen big pharmaceuticals, half a dozen oncologist and radiologist, Erie County Medical Center, New York State Department of Correction, Prisoners Health

1

Services et al  for using me as a research monkey in a phase one human clinical trial for a host of dangerous cancer therapy without my knowledge or consent.

The complaint was supported with imaging, biology and chemistry medical records which supported veracity of my claim. It was dismissed without a response from defendants.

But In Pelman v. McDonald this court allow a patently frivolous strike suit to be brief by both parties, where a Jewish plaintiff claim McDonald happy meal and not their bad parenting was responsible for their child obesity. I was so incredulous when told about this case, and actually communicated with Winston & Strawn attorneys for defendants. The Second Circuit even entertains an appeal. See No- 03 9010.

I have called Barrington Park Jr. a coconut and house negro. Denise Jacobs a buffoon and ring master of the United States Court of Appeals for the Second "Circus," Rose Mary Pooler a loony with very repressive catholic hang ups. Loretta Preska was called a wash up litigation partner who had never generated any revenue for her former firm and was on the verge of being booted out before she was rescued by the favor bank which also due to her husband political connection got her nominated to the Second Circuit. I was glad when Obama killed her nomination.

Second Circuit judge Walker is a drunk who got away with murder when driving intoxicated killed a police officer in Connecticut because he is related to President Bush. Guido Calabresi was refer to as an intellectual phony and a very craven piece of shit who disavowed every doctrine  on textuality, constitutional  and statutory interpretation preached in his book and law review articles. This is some of our vaunted respected jurist with impeccable and unimpeachable high moral character who is paragon of virtue. Charles Dickson could have selected this cast for one of his novels. In England, Canada, Australia, Newzeland, South Africa or Europe, not one of the above mention judges would have qualify to seat on the bench due to their dishonesty and unethical conduct.

Without fear of contradiction Debra Freeman a pathological liar and a very incompetent solon, who allow herself to be contaminated by extraneous influence

2

by respondents to suborn their perjury. It is very rare for a White Shoe Law firm partner to substitute a seven figure income for a magistrate judge salary. In Freeman case it was not service to her country. It was economic necessity. Lewis Kaplan was depicted as a bigot and a despicable putz with a self-serving interest of protecting his Jewish brethren in state courts and New York County DA office.

Andrew Cuomo was referring to as a cuckolded mendacious, perfidious and unethical reprobate who deserves to be in prison for governing the state as if it is a RICO enterprise. While Eric Schinderman was consider a very weak man permanently on his knees servicing every political Dick and Harry. Robert Morgenthau too stupid to practice law, too dumb to sit on the bench, and lack the intellect to teach in a law school. He is a very vindictive and malicious technocrat who blames others for his short comings. He was a very egoistic emperor without cloth and senile. These were fighting words protected by the first amendment.

The First Amendment says in pertinent part Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble and to petition the Government for a redress of grievances.

My first experience was with Rudolf Giuliani "house boy" Michael Mukasey former Chief Judge SDNY and lame duck Attorney General during the Bush Administration, a position no ethical, moral, experience and successful attorney wanted so they scraped the barrel for the bottom feeders and came up with Mukasey.

I brought a civil racketeering influence corrupt organization act (RICO) against the Dime Savings Bank of New York FSB for the looting of $20.5 Million dollars (circa 1954 face value) worth of negotiable financial instruments which in today's market is worth more than $150 million, and more than a million dollars in cash from five bank accounts and safe deposit box during my persecution for a jurisdictional defective false complaint of domestic violence by New York County DA. Evidence inculpating prosecutors which since 1998 they have failed to controvert shows that my assets were looted on May 5th 1998. They have refused to answer very simple questions as to what they have done with my money. Instead

3

they have weave a tangle web of lies which they have use to sand bagged themselves.

On July 28 1998, former New York County ADA John Ryan, Jennifer May Parker and James Kindler fabricated non existing crimes of Immigration fraud against me, from a whole cloth to cover their theft of my assets. For a more detail information regarding reasoning of my persecution in an inquisitorial magistrate court, where I was strip of all constitutional protection can be found in both my Rule 60(b) motion affidavit in support, memorandum of law and appendices filed with this court on February 22, 2016.

Mukasey    unethically decided to Colace and intertwine a United States Constitution federal subject matter non exiting crimes 1999 State Court void judgement of conviction for immigration fraud with my bankers, and prosecutors 1998 bank fraud ,and grand larceny, and then mendaciously invoked the Supreme Court Heck Rule to for close redress of injury. These assets and cash do not have any relationship with my persecution.

His illegal and unethical conduct was an abuse of process. It had a chilling dominoes effect in every state court post-conviction relief, federal civil and habeas corpus action in federal court, because as long as the void judgment of conviction is in effect, these reprobates responsible for my Kafka type nightmare, crimes against humanity, theft of assets, torture, malicious, vindictive and selective prosecution will be protected, due to the fact they neither enjoy qualify or absolute immunity. Their action was ultra vires.

Mukasey could not return to Patterson Belknap Webb & Tyler after his tenure as the Second Jewish U. S Attorney General because some of his former partners were too repulse after being alerted of his reprehensible behavior after reading a judicial council complaint that I had filed against him demanding his removal. It is on file with both this court and the second circuit. Sometimes I wonder how this bigot who has audacity to make disparaging comments about Obama sleeps at night. Of Course American Jews have selective memory regarding bigotry.

4

My relentless and brutal honest attack on Mukasey lack of good moral character was memorialized in a 45 page complaint against him with the judicial council demanding his removal. This anal prick did not wake up one morning and then decided to retire from the bench. His decision was predicated on the fact my complaint tore him a new rectum.

I was too busy fighting for my very survival in state prison to concern myself with Debevoise & Plimpton decision to hire this bigot and reprobate. So far he has failed to generate revenue or attract new clients as was anticipated from his name recognition and prestige which is the mistake law firms always make by hiring incompetent former government employees. In essence he is sitting on his fat ass and collecting a corporate welfare check. My Second encounter with Mukasey was during the futile litigation of Van Stuyvesant v. Assistant District Attorney Eliza Ruzzow et al.

This was a 42 U.S.C 1983 trigger by dismissal of false allegation of domestic violence. The original charges resulted in acquittals in Bergen County New Jersey Superior Court in 1998. New York County decided to assume jurisdiction over an acquitted New Jersey matter. Once again neither Morgenthau, Kindler, Ryan nor Ruzzow had any immunity because they acted ultra vires. This Court issue a docket number and granted permission to amendment the complaint but later rejected the amended complaint by disavowing issuance of its own docket number and then dismiss for failure to amend because respondents could not controvert and my pleading which would have open a can of worm had it been it was calendar for a jury trial.

I did not fare any better under Kimba Wood who was more interested and infatuated with a blogger rating of female federal judges and her nomination as one of the sexiest. See Too Sexy For Their Robes Nomination: The So Call Nominees for Super hotties of the Federal Judiciary than the fact that Robert Morgenthau and Andrew Cuomo have annexed United States District Court Southern District of New York into the Unify Court System of New York or that USMJ Debra C. Freeman has gone rouge by becoming an advocate for respondents.

5

The mirror- image theory of cooperative state enforcement of federal immigration law is phenomenon. The theory that it is unobjectionable for a state to carry out federal policies is the basis of my prosecution by New York County D A for non-existing crimes. This policy is supported by Sarah Palin who is a functional illiterate and a certify idiot and Donald Trump a blow hard, prat, bigot and pathological liar, who has given every one the impression he has an MBA from Wharton graduate school of finance, when in fact he was a mediocre third rated Fordham University transferee to University of Pennsylvania, who got in only because of his father's money, and did not even graduated with honors. Both editors of the New York Post and the Washington Times also support this theory.

The window theory is fundamentally flawed. No one denies that Congress and the federal executive have exclusive authority over the substance and procedure of the admission, exclusion, and removal of noncitizens, documented and undocumented including prosecution of immigration fraud and related crimes.

But USMJ Freeman and USDCJ Lewis Kaplan theory rested on the erroneous premise that Congress has implicitly authorized Morgenthau enforcement of federal immigration law whether real or fabricated. This enforcement is unconstitutional even if it were explicitly authorized by Congress.

First, the federal immigration power is exclusive and nondelegable. Second, criminal prosecution and immigration enforcement are executive power that Congress cannot remove from the president and share with non-executive-branch officials. Finally, the Supreme Court has held that states cannot prosecute crimes that affect only the Sovereign interests of the United States

.

Accordingly, State immigration prosecutions are irremediably unconstitutional. In her very convoluted 28 U.S.C. 2254 R&R, Freeman in passing as an afterthought addressed jurisdiction in one line and rejected the fact that this question of law was fully brief in CPLR Article 70 petition for New York State habeas corpus. According to her jurisdiction was procedurally defaulted because it was raised in an Article 70 petition.

It made no difference that Eliot Spitzer in his capacity as New York  State A.G decided to take no position or the fact that the matter was preserved on the record and raised on CPL 440.10.  Chief Magistrate Judge Freeman was only interested in perpetuating a fraud upon this court. Kaplan decided to circle the wagon with his tirade and diatribe to protect Freeman, hence the decision to bury her "very thoughtful and well reason "R&R in the dark world of unpublished court orders, opinion and decisions.

The contemporary criminal justice system is guided in large part, from top down. A great deal of the force that drives the "terrible engine" of criminal law is supplied by courts that consider cases on review after a defendant has been convicted. Appellate Courts determine cases in the context of review give the final stamp of approval to the validity of the convictions.

 With appeal an almost automatic sequel to trial, it seems as if society must withhold judgement about a defendant until review process is finished. Contemporary appellate review has taken on the quality of an extension to the trial. I was denied this right in state courts.

Habeas corpus reviews not only provides additional opportunities for defendants to void conviction, it also has come to be seen as the final guarantor of fairness of the criminal process. Habeas corpus courts examine individual cases to ensure that conviction are not so infected with error that society should refuse to honor the state court's Judgement. Habeas corpus is the quality control mechanism of the criminal justice system. But in Van Stuyvesant v Conway Freeman and Kaplan totally ignored state's court trial records and court files. They accepted and adopted new facts fabricated from a whole cloth by respondents which were not even outside of the state courts records.

Protection of the rights of individuals is a task that the courts of this country take very seriously but not the SDNY. Whatever the source of  those rights, the courts jealously guard them against government oppression. Once a right has been determined to be fundamental or it has been determined that the affected person is a member of a certain class of people.

7

The state carries a heavy burden to have the law upheld. Most often the rights to civil liberties and basic freedom dealt with by the courts work for the benefit of individuals struggling to maintain dignity and avoid discrimination. An individual's freedom to make certain intimate and fundamental life decision without government cases involving the rights of the interference is vital to the protection of individual autonomy' Protection of individual rights not only benefits the individual involved but also society as a whole,

No area better demonstrates the Courts view that protecting the rights to the individual are beneficial than cases involving the rights of an accused in a criminal trial. The prohibition against unreasonable searches and seizures and the right against self-incrimination., the right to counsel, fair trial, confrontation and compulsory process demonstrates courts concern with protecting an individual defendant's right, as well as protecting society from the excesses and abuses of an overzealous government. Protecting the accuse may allow those that are perceived guilty to go free, but those protection help to secure the freedom and rights of all.

In Van Stuyvesant v. Conway this court disregarded the fact that a Nancy boy who is also a bugger, prat, reprobate and despicable piece of shit in the person of former ADA John C. Ryan fabricated in 1998 non existing crimes of federal immigration related fraud against me in revenge for his 1979-80 humiliation at my hands. This was in this court in a matter presided by deceased former Chief Judge of this court Hon Charles Brieant who dismissed the false complaint with prejudice and bar INS from initiating deportation proceeding. Ryan borrowed a page from KGB and offer to find me not guilty as a result of temporary insanity in exchange for deportation.

John Ryan in fabricating those non existing terrorist plot against racist former Apartheid Republic of South Africa Mission to the United Nations to bolster his flagging short lived AUSA carear is the proximate causation of why my life is in danger in South Africa because he manipulated both the anti-apartheid revolutionary organization and apartheid bureau of state security. (BOSS). He lied to one that I was a Soviet-Cuban trained terrorist and to the other an agent of U.S a British and Boss Intelligence Services with a mandate to discredit anti- apartheid organizations.

8

He held me responsible for his failures as an AUSA, human being and status as a grey man. He waited for an opportunity which presented itself in the form of a bogus domestic violence case. A New Jersey dispose false domestic violence morphed itself into a federal immigration fraud case.

I was strip of all constitutional protection criminal defendants enjoy to guarantee conviction and deprive of the right to appellate counsel, or to be heard on the complete trial record and to take an appeal as of right to guaranteed affirmance of a void judgement of conviction to trigger deportation to a country where I would have been murder under color of an illegal deportation.

The only differences between Cuomo, Morgenthau, Vance, Kindler, Ryan, Kale, Hassler, Kirk, Danburg, Forshaw, Stackhouse, Freeman, Mukasey and Kaplan et al and ISIS is the fact that ISIS does not pretend to be civilize or human in comparison to these member of the establishment who cloak their depravity under the veneer of respectability, morality, outrage, law and order and "cheap buy one and get two free business suits, dresses, and skirts".

Both Kaplan and Freeman knew I was confined in Special housing unit solitary confinement from 2000 to 2003 and again from 2009 to 2010, where I was subjected to a horrific brutal regime of both psychological and physical torture, worse than what was given by the CIA to enemy combatants and terrorist in off sight black detention facilities in foreign countries, because laws of this nation prohibited such treatment to even terrorists in United States detention facility. Infact when notify that I was semi-comatose from a Staph infection and other complications after a botch appendectomy surgery Freeman decided to release her R&R to foreclose an objection.

This woman is no better than ADA Hillary Hassler in her depravity and mendacity. More than three dozen plain errors which of constitution rapturing magnitude preserve on the record was ignore by Freeman. The state court trial records and court files are indisputable incontrovertible proof supporting veracity of my claim.

Mukasey, Wood and Preska also knew in their official capacity as Chief Judge because in Van Stuyvesant v. Jonah Blood and Cancer Treatment Pavilion more than four inches of medical record from State University of New York University (SUNNY) Hospital, Regional Oncology Center, Syracuse, Erie County Medical

9

Center Buffalo, University of Rochester, Strong Memorial Hospital and Wyoming County Community Hospital Warsaw NY, which are uncontroverted evidence and incontrovertible proof supporting the veracity of my claim of crimes against humanity.

From 2001 to 2008, I was use as a research monkey for a host of very toxic cancer therapy in a phase I clinical trial without my consent or knowledge. The false pretext was conditional parole for deportation because I was allegedly dying from a stage IV bone, soft tissue and prostate cancer.

Regardless of supporting medical records Preska was order to dismiss my claim. This court incredulous order stated that my claim was fantastical, delusionary and frivolous. Ironically the curse I have place upon the heads of those who are involve in Kafka nightmare has taken hold, because their love ones are either dead or dying from cancer including Dr. Zale Bernstein, a Jew who forgot the atrocities of the Nazi when he subjected to the horrors of clinical trial to induce gynecomastia for study of the efficacy of palliative therapy, pain and breast cancer therapy.

I spent 13 horrific years as an actual innocent white collar convict in some of the most brutal prisons in the nation. I was designated a very dangerous threat status thus a Central Office Monitor and Control (CMC) flag which is the highest security classification designation to automatically trigger incarceration in Maximum Security A Prisons such as Attica, Auburn, Five Points and Clinton when I was not in SHU solitary confinement.

This court was aware exculpatory evidence in the form of my victimless victims certified immigration records which prove my actual innocence. This evidence was readily available to both Kaplan and Freeman. If John Ryan a grey man could obtain those records with a district attorney office subpoena duce tecum why couldn't a very prominent United States District Judge in the person of Kaplan? I guess not being Jewish or Caucasian worked against me.

Dominic Strauss Khan rape and sexual assault charges were dismissed because his victim lied in her political asylum application. My victimless victim's records are more egregious. I was convicted simply because I order attorneys in both my former firm and law foundation not to file frivolous and fraudulent applications for both Suspension of Deportation and Cancellation of Removal.

The reputation and liberty interest of 1500 of counsels and 500 staff attorneys would have been jeopardized had it been I was bent and unethical or greedy in allowing both firm and foundation to proceeding in filing fraudulent immigration relief. I deserve to be praise and not incarceration.

I was not even in the United States as was testify to by former New York County Assistant District Attorney Eliza Ruzzow who does not like me but decided to testify honestly as a witness or the defense. Not one single ICE or FBI Special Agent, State Police, NYPD detectives or even the Prosecutor own investigators agreed to suborn perjury. They refuse to testify for the state. Even our proverbial village idiot would have wonder why but not Kaplan or Freeman who decided to bury their heads  in Kindler the "dwarf" anus. Who knew a dwarf has such a big dick?

As you can see from the enclosed medical summary of my medical record, I continue to receive medical treatment for juries proximately cause by New York State sponsored terrorist attack on my person. But legal blindness, hearing impairment, spinal cord, hand and lower G.I injuries are a figment of my lurid imagination according to ADA Christopher Marinelli.

Since December 20, 2011 conditional release on parole I have been mandated to reside in a vermin and roach infested three quarter house operated by a slum lord who happens to be Kenneth Thompson Kings County DA official chauffeur,  who is a NYPD detective and his wife. They ran a scam against HRA and recently abounded the premises. This will be my third three quarter house sinceb2011.

My family owns very comfortable co-coop apartment in Manhattan and a house in Fairfield County Connecticut but. Respondents and have adamantly refuse to discharge me from parole despite the fact I have abided by all their illegal, unconstitutional , unreasonable , vindictive, malicious and selective special conduction including Substance abuse program ran by Narco Freedom recently indicted even though I have no history of substance  abuse.

Starting in April of 2012, I sounded the alarm against Narco Freedom Medicaid fraud. It was was shrugged off by Charles Hynes and Eric Schinderman as a figment of my imagination. I decided to organize parolees and non-parolees who

11

flooded New York State Office of Substance Abuse with complaint for action to be taken.

I gladly testified in the grand Jury which indicted Narco Freedom CEO a Bronx County grand Jury convey by the State Attorney General despite threats from the division of parole. Narco Freedom bribed parole officials to ware house parolees and mandated us to take substance abuse programs in return for a bed in Narco Freedom Roach motel. In retaliation for derailing parole and correction official Narco Freedom gravy train, they have refused to discharge me from parole. Approve interstate compact or residency of my choice. They will pay very dearly in the foreseeable future. Respondents continue to use the State division of parole and ICE to harassment and intimidation against me.

None the less, I have continue to press pro se for my exoneration and become very proactive in making sure that none of these state actors involve in this case will sit on a federal district or circuit court bench. My activities against Caitlin Halligan destroyed her nomination for a seat in the Federal Circuit and Jennifer May-Parker district court nomination.

As long as I am alive I will continue to make sure that Debra Freeman will never become a district judge. The web will be flooded with her unethical conduct. Good percentages of lawyers who have appeared before her are contemptuous and have no respect for her due to her unethical conduct and incompetency.

I my self-posted negative comment on a judicial site which rates judges competency and ethics. Senator Shuman is in possession of my commentaries against Freeman. As far as I am concern Senator Gellibrand is an example of what is so totally wrong with the electro process and stupidity of the voters. She is another version of Sarah Palin albeit one with a law degree.

A prime example of my quest was activity against Philadelphia Pa EOIR Immigration Judge Craig DeBernardise who presided over Mr. and Mrs. Idoko and four adult children. DeBernadise granted the Idokos Suspension of Deportation. He was cognizant of Idoko forgery and knew Eloise Nurse-Patterson was their attorney of record. But because I unearth evidence that he was on the take, he decided to testify against me. But before taking the stand    Judge Stackhouse

12

permitted the jury to privately viore dire this crook in the jury room. DeBerndise was subsequently transfer to Social Security and an Administrative hearing judge.

What the New York State Commission on Judicial Conduct and this City Yellow Tabloids could not do to remove Luis Gonzales, former presiding Justice Appellate Division First Department Supreme Court State of New York I did. Regardless of the fact he won a two year recertification. Gonzales was a Turkey Shoot.

To go elephant hunting I need an elephant gun. Preetinder Singh Baharara has enough evidence to indict Andrew Cuomo but he will not because Democrat party bosses do not want to lose this state to the Republicans. Cuomo is tied to Visiting Nurse huge Medicaid fraud which caused this state hindered of millions of dollars.

 Currently I am working with some community activist to see what ties does this corrupt reprobates has with Integra IPA and how much the has received from Integra equity partners. If Senator Schumer pushes the president to nominate his hatchet man Baharra to replace Scalia as he did with his U.S Attorney appointment I will flood the senate with enough negative evidence to defeat him. He is not a nice man and for an Indian very racist and a bigot. I don't like or have any respect for this bigot.

It is my intention to post this pleading online.  I am currently working to develop both a web page and Facebook because the recent unethical and immoral conduct of Eugene Fahey who I was told receives his order from the elephant himself governor Cuomo to deny my leave to appeal writ of error coram nobis, I have no confidence that justice will be serve and no choice but to go public in view of the fact this court has been contaminated by respondents.

The greatest irony here is the fact that iam better educated than those reprobates, with a PhD. LLM, LLb, MBA, MA degrees from the best british and european universities, and can write and speak very fluently more than a dozen foreign languages including Russian, Japanese, Chines, Dutch, German, Spanish, French, Arabic, Portuguese, Latin, Italian, Swahili, whereas my persecutors cannot even speak or write queen's english very well.

I have been to the Supreme Court of the United States with an Immigration, Racketeering Influence Corrupt Organization, Habeas Corpus and All writ Act pro

se only to see the court grant certiorari after denial of my petitions to litigants presenting the same arguments on the same issues simply because they have high powered counsels or were represented by United States Solicitor General

And you wonder why Americans are universally despised and hated. It is because of their hypocrisy and moral superiority when in fact it is a nation of liar's bigots and mendacious reprobates as evident in the class of reprobates and pathological liars who wants to be president in 2016.

Every day President Barrack Obama is subjected to verbal abuse and insult from a bunch of bigots and boorish prig including a lout such as Rush Limburg and Sarah Palin who is an idiot, did he abuse his power to have them arrested?

Donald Trump the presumptive Republican Party nominee is a con artist who in a scheme to defraud uses his fake Trump University to dupe thousands of unsuspecting individuals while his daughter resides in a $20 million Park Avenue Mansion in the sky, but yet neither the state nor feds went after him with a criminal indictment.

Although Marco Rubio is the better qualify republican, I do predict, because of his race you will come to see the inner bigotry of republican establishment, red necks and bigots who will eventually rally in Support of Trump. I can wait for a Trump and Clinton debate. Two very despicable sorry excuses for human beings.

I myself have taken President Obama him to task for his failure t to keep his immigration reform promises to these responsible for his second term and for his half ass amnesty program.

He could have issue an Executive Order authorizing Homeland Security to stream line issuance of Alien Registration Number and for the EOIR to expedite cancellation of removal application. I used very strong languages and indicted him as a liar did he retaliated against me .The answer is obvious because he recognize protected speech unlike the solons in this court.

I want my life, good name, property, cash, liberty and asset back and as long as I have breath in me, I will continue to use every legal channel to achieve this aim.

14

This Chief USMJ Debra Freeman mess. It is her responsibility to cure this miscarriage of justice. But does she have the moral fiber and courage to do so is yet to be seen.

Sincerely,

Curtis Van Stuyvesant

15

Curtis Van Stuyvesant

The Manhattan Hotel.

Room Number 435

308 West 94 Street

New York New York 10025.

November 25, 2020.

Mr. Joseph W. Belluck Esq

Chairman

New York State Commission

On Judicial Conduct

Belluck and Fox LLP

Attorneys at Law5th Floor

546 5ᵗʰ Avenue New York NY 10036.

NEW YORK STATE COMMISSION ON JUDICIAL CONDUCT COMPLAIN FRAUD UPON THE COURT, PUBLIC CORRUPTION, UNETHICAL AND IMMORAL CONDUCTS, OBSTRUCTION OF JUSTICE, MISCARRIAGE OF JUSTICE, JUDICIAL INCOMPETENCE, RASICISM, XENOPHOBIA, BIGORTY.

Re: People v. Curtis Van Stuyvesant 297 A.D. 559 [ First Department September 19, 2002]] 747 N.Y.S. 2d 155. Case Number 2005- 152223. Motion Number 3101. New York County Ind. No 5291/98. Petition For A Writ Of Error Coram Nobis. Justice Presiding David Freeman, Troy K. Weber, Manuel J. Mendez, Martin Shulman. Justices Decided November 5, 2020. New York County Indictment  Number 5291-98 John Stackhouse. CPL 440.10. [1][h] Free Standing Actual Innocence motion Jill Konviser Levine. acting New York County NYS Supreme Court Judge, James Maitland Kindler, Acting Bronx County NYS Supreme Court judge Crimes against humanity, conspiracy to commit extrajudicial murder, contamination of judiciary process by extraneous influences, enterprise corruption, grand larceny, physical and psychological torture, fraudulent concealment of exculpatory evidence proving actual innocence:

Dear Mr. Belluck,

1.              Both United States Senior Judges Lewis Kaplan, and United States Magistrate Judge Debra Freeman Southern District of New York, are out side the scope of the New York State Commission on Judicial Conduct jurisdiction. Kaplan is a United States Constitution Article III appointed judge. Freeman is employ by a United States Constitution Article III Federal Court. Any references made in this

1

complaint regarding Kaplan, and Freeman is simply to show the incestuous, unethical, corrupt, and immoral conduct of these federal judges. How they were contaminated by extraneous influences by Friedman, Stackhouse, Konviser Levine, and Kindler. The applies to very former and current assistant district attorneys [ADA], with exception of Jams Kindler, who is the ring master of these corrupt judges carnival clowns and freak show.

2. I don't have the time or inclination to give a Continue Legal Education [CLE] tutorial on the Judiciary Act of September 24, 1789 signed into law by President George Washington. NYS State Prosecutors and Judges love to assumed United States Constitution Article III federal subject matters. The federal government has lower the bar so low for qualification, that even a sewer rat, can become a federal judge or an Assistant United States Attorney. So, my advice is for them to apply for a position, with the federal government, since NYS Penal Law, Criminal Law, Civil Practice Law and Rules and State Constitution, is too bothersome and too difficult for them to comprehend.

3. It no longer strains incredulity to a broken point, that Justice of New York State Supreme Court, Appellate Division, First Judicial Department, their law clerks, pool, or staff attorneys, will continue their open ended fraud in People v. Van Stuyvesant. Annexed to this letter is my Notice of Appeal in the above caption matter, which I am sending a copy to this court directly, because NYS Supreme Court Appellate Division First Judicial Department, will fraudulently conceal my Notice of Appeal, because the court has committed another fraud upon the court, obstructed justice, and suborn the perjury of ADA Christopher P. Marinelli.

4. I have annexed Marinelli spacious perjured, frivolous affirmation in opposition. None of the cases he cited is germane. It is unbelievable that four Justices of a NYS Intermediate Appellate Court does not know New York State Constitution Article 1 Section 6 Right to counsel. Their own case laws, this court's own and the Supreme Court of the United States precedents , and case laws are meaningless. But the tax payers are paying the salary of judges, who are too old, stupid, corrupt, incompetent, senile, and suffering from dementia, so unethical, dishonest without an iota of moral compass, who have been contaminated by extraneous influences by ADA Hillary Hassler and James Kindler. Annexed is also my reply to Marinelli.

5. I am filing a complaint with the NYS Commission on Judicial Conduct, against Friedman, Webber, Mendez, Shulman, Jill Konviser Lavine, John Stackhouse, and James Maitland Kindler. In view of the fact NYS Commission on Judicial Conduct is a spineless senile bull dog that has no Cojones, and it's administrator Robert H. Tembecjian, is one of the most incompetent, unethical , corrupt New York State employee , that has no moral compass, and is responsible, for unfit, New York State Unified Court System Judges to remain on the bench, my complaint will be posted on every social media platform. Regardless of the fact that nothing will come out of it. NYS Unified Court System Judges, have a sense of entitlement because they are this state oligarchy Corrupt , immoral, and unethical to the core, it will give the public satisfaction, that I have the guts to expose the Corruption within NYS Unified Court System secret cult.

6. They are the beneficiary of the State I Owe You Favor Bank Patronage Political System. 98% have never published a Law Review Article, written a published opinion. They relied very heavily on inexperienced, overworked, and underpaid law clerks, pool, and staff attorneys, fabricating unarticulated, post cards silent stock boiler plate frivolous decisions affecting the lives of those, whose taxes are paying their salary nd health insurance benefits.

2

7. I will say it again without fear of retaliation, or contradiction, that I am contemptuous of a majority of United States Federal and New York State Unified Court System Judges due their sloth, racism, bigotry, xenophobia, unethical and immoral corrupt conduct. They are afflicted with the Dunning- Kruger syndrome. Most wont last in a private law firm, financial institutions, or corporate America. Jill Konviser Levine is a typical example, she was tarred , feathered, , and ran out of a very prestigious big three Certified Public Accountant and Management Consultant Firm due to her incompetence and unethical practices.

8. Hon Janet DiFiore Chief Judge NYS Court of Appeals recently according to New York Law Journal published report recently rebuked Minority Judges Association's criticism of terminating the appointment of 46 older judges to deal with budget shortfall. She should be commended for her courage, and honesty. Older judges are ingrain in their need to brown nosed, who ever is governor, in other to received recertification or reappointment. But more need to be done. Unethical, incompetent, and corrupt judges who are appointed, regardless of age, gender or race should be sacked.

9. New York State tax payers are denied honest services, by corrupt and unethical judges, who does not have the moral courage to retire with dignity. What law firm or law schools in their mind would hire a cabal of unfit NYS Unified Court System judges who are too ignorant and stupid, and lacks comprehension of New York State Penal Laws, Criminal Procedure Law, Civil Practice Law and Rule, or New York State and United States Constitution guarantees..

10. We have a cabal of small minded disreputable xenophobic craven bigot, retaliating, a criminal defendant, unjustly, convicted for non-existing jurisdictional defective crimes, for exercising, his United States Constitution Freedom of Speech Clause rights.

11. Those who are elected constituents should be informed of their elitism, arrogance, and corrupt unethical conduct. Law Clerks, Pool and Staff Attorneys should be summary terminated for Kotowing to incompetent, unethical, immoral, corrupt assistant district attorneys filing frivolous, perjured, and specious affirmation in opposition. County Law Section 18b Assigned Counsel Programs, need an independent special counsel, to investigate the corruption, theft, nepotism, waste, and mismanagement.

12. Crooked shysters such as Fredericka Miller scheme to defraud, stealing funds paid to them for investigators and expert witness which they never hired, and judges who assigned cases, and approved padded invoices for their favored attorney in the manner that John Stackhouse did for his mistress, should be prosecuted, should the bench and bar are honest in respecting the legacy of Gideon v. Wainwright. 372 U.S. 335 [1963].

13. It is your responsibility to obtain My petition for a writ of error coram nobis from the first department which is widely in circulation. Frankly there incompetence, and blatant , corruption, in this case, is pale in comparison to Rudy Giuliani "My Cousin Vinney" Situation Comedy incoherent Press Conference. At least one can forgive Giuliani, because he is an alcoholic, whose geriatric body was try to fight a losing battle with his alcoholic toxin, which was why he was sweating. What is the Justices of the First Department drinking. Are they on crack cocaine or heroin?, oxycodone?, psychotropic medication. I have previously served Hon Janet DiFiore with a USB Flash Drives containing my Petition for a writ of error Coram nobis. pleadings and exhibits..

3

14. It was bad enough that the justices of the first department repeated in in 2020, the same fraud upon the court, committed in 2002, they shamelessly fraudulently conceal their fraudulent order, refusing serve me with a copy.

15. Had it been, I did not have contacts, in both the courts and the New York County District Attorney Office, I would not have been cognizant of the fact, that the court entered, another stock boiler plate, articulated, silent, post card fraudulent decision, order, that did not reach the merit of any of constitutional rapturing plain errors, in the denial of my rights under New York Stat Constitution for the appointment of a New York County Law Section 18 b or Legal Aid  Appellate Counsel to represent a physical and psychological tortured, broken, blind, wrongly convicted prisoner, convicted of non-existing crimes, fabricated from a whole cloth.

16. On November 16, 2020 , I contacted NYS Supreme Court Appellate Division First Judicial Department Clerks Office from my hospital bed. Every two weeks, I will go to a hospital in Long Island. I am participating in a phase three human clinical trial  for chronic myelogenous multiple Myeloma cancer in my blood and bone marrow. Iam doing Chemotherapy treatment followed by radiation and stem cell bone marrow harvest and transplant. I normally spend a week in the hospital.

17. The woman  in the first department clerk's office, who took my call, and refused to give me her name. I politely requested an explanation, as to why the first department failed to serve me, with a copy of their fraudulent November 5, 2020 order. She was more upset, that I had found out the first department deceitful practice, than answering my questions as to why I was not notified..

18.  She was more concerned as to the identity of my  sources in the court, than my protestations. She transferred my call to another craven senior clown in the clerk's office, who also  very rude and unprofessional. In his profound stupidity, he arrogantly told me, it was my responsibility to check the court's website.

19. I have lost 95 % of my vision on both eyes. My blindness is proximately caused by NYS Department of Correction Five Points Correctional Facility Prison guards on New York States Supreme Court Acting Bronx County Justice and NYS Court of Claims Judge. James Maitland Kinder, orders when he was New York County District Attorney Office First Executive Assistant District Attorney.

20.  It was enforced By ADA Hillary  Hassler et al. My cancer was also proximate cause by seven years bisphosphonates, Androgen deprivation a chemotherapies illegal phase one and two human clinical trials for terminally ill  patients with a stage three ad four metastatic cancer. I did not have Cancer at that time.

21. I was used as a research monkey, without my informed consent, or knowledge by a Jewish clinical oncologist Zale Bernstein, as part of my sentence.. Bernstein was protected by Jewish Judges in both the First Department, U.S District Court SDNY, WDNY. Who wrongly assumed, that by committing fraud upon the court, I will be deported. Morganthau, Kindler, and Hassler  depraved indifference to my life would be cover up.

22. The fraudulent concealment by the first department of their own court order  was a blatant attempt to bar me from appealing to  the New York State court of Appeals to exhaust, my state court remedies, before proceeding to the United States District Court for the Southern District of New York with a 28U.S.C 1651. It is not my responsibility to visit a court ed site to find out if a court has entered and conceal a fraudulent decision. It is the official responsibility of the court to mail their order to me, and

4

for Hillary Hassler to served me with a notice o entry. Ms. Susan Molinas Rojas sat on my Petition for a writ of Error Coram Nobis for five months.

23. If I were not proactive, in demand a case management analysis, she would have continue to fraudulent concealed my petition. Annexed yo will find my memo to Molinas Rojas, and her fraudulent attempt to have me procedural bar, with a non-existing phony defect. The People served their specious affirmation in opposition on October 10, with a return date of October 13, 2020. October 12, 2020 was Columbus day, and United States Post Office was closed. ADA Christopher Marinelli is sighted and has the powerful resources of the State of New York behind him.

24. I am Blind, indigent, and terminally ill. Proceeding pro se with a screen reader, yet this incompetence reprobated decided to cheat, even though, the playing field was not level. He is admitted to practice law in this state, I decided by choice, not to, because of the disreputable character of attorneys, lacking an iota of moral compass. The American Bar Association Rules of Professional Responsibility, and New York vaunted Disciplinary Rules, are meaningless to judges, who have forgotten that they are lawyers, and could be disbarred.

25. To cover up her fraud, she decided to pull a Catherine O' Hagan Wolf, former Clerk NYS Supreme Court, Appellate Division First Judicial Department former clerk's scam with a phony defect in my pleading. And demand for a $45.00 fling fee. A Clerk of an Intermediate Appellate NYS Court does not know the differences between a Notice of Appeal appealing a circa [1999] void for viodness ultra vires judgement of conviction and a petition for a writ of error coram nobis.

26. I am very objective, and don't suffer from delusion, that New York State Court of Appeals will grant leaven to appeal, due to the fact the fix by Andrew Cuomo, James Maitland Kindler, and Hillary Hassler is in and absolute. We have a State Attorney General, who is a two face lying smiling face, spineless, craven reprobate, who has gaslighted the African diaspora community, Latisha James, whose only interest seems protect for the LGBT community, than equal justice for all.

27. I laid out the foundation for my petition for New York State petition for a writ of error coram nobis federal review with a 28 U.S.C. 1651 All Writs Act, by first filing a United States Court of Appeals For the Second Circuit Misconduct and Disability Act Complaint against United States District Judge Lewis Kaplan, and United States Magistrate judge Debre Freeman. During the litigation of my 28 U.S.C 2254 petition for habeas corpus, and three separate Federal Rules of Civil Procedure 60b [1][2][3][4][5][6] motions.

28. Both Kaplan and Freeman committed fraud upon the court, obstructed justice, suborn perjury, intimidation, threats, and attempt to have my parole revoke, and confinement in an insane asylum, by lying to NYS Parole Officials, in retaliation for filing a complaint against them with the District Court Executive. Annexed you will find my complain. Also annexed is a copy of my memo to SCOTUS Chief Judge Hon John Roberts requesting an order for Hn. Debra Ann Livingston Chief Judge United States Court of Appeals for the Second Circuit to transfer my complain to another Circuit.

29. To put inelegantly, I have the United States District Court for the Southern District of New York by its effeminate ballless ball with United States v. Stein I, II, and III orders ,entered by USD Lewis Kapan, and appeal taken to the Second Circuit United States Court of Appeals, by the United States Attorney for the SDNY, which affirmed Kaplan's order dismissing Stein indictment, for the violation of his Sixth Amendment Right to Counsel.

5

30. So please should the New York State Court of Appeals wants to repeat their rubbish by rubbering stamping the name of another justice as they did in two previous petitions for error coram nobis, denial of leave to appeal rubber stamped. Hon Eugene Fahey or retired Hon Victoria Graffeo name, the court should do it expeditiously.

31. At Least Hon Judy Kaye [deceased] was honest with me, when asked why would and ethical, fair, honest, independent learned as respected jurist sign an order on John Ryan, Hillary Hassler, Kristen Kirk, James Kindler and Robert Morganthau "Drug Deal" her simple answers was she did not see, read, or signing the order denying my Intermediate Appellate Court direct appeal Notice of Appeal.

32. I was administratively segregated I in the Points Correctional Facility Romulus New York Special Housing Unit [SHU] solitary Confinement. Five Points is New York Stat answer, to the United Sates Department of Justice Bureau of Prison ADX Florence. Five Points has the most racist, xenophobic, red neck white trainer park who are craven psychotic sociopath, functional illiterate prison guards in the Enter New York State Department of Correction, who could not in battle one on one with black prisoners immobilizer, with hand cuffs locked on a waist chain, with a lead chain locked on leg shackles. They will come in a Wolf Six Pack mostly in the dead of the night to assaults prisoners.

33. But in my opinion, they had more dignity than David Freeman, who is the only remaining Justice in the First Department, who was emasculated by Hillary [Karen] Hassler, Kristen [Karen] Kirk, and the diabolic dwarf James [Cindy] Kindler, to commit perjury, obstructed Justice and Committed Fraud upon the Court.. Friedman profound abject stupidity, apparent, because I wanted him on the panel, and memorialized my hope he will take my bait.

34. I have copied Hon Janet DiFiore Chief Judge every memo, and pleadings filed in support of my New York Stare Attorney General Vaunted Conviction Review Board Actual Innocent Petition filed on July 5, 2018, which was fraudulent conceal by Leticia James NYS Attorney General on the orders of Andrew [Fredo] Cuomo, the bounder governor of the State of New York, in retaliation for thwarting his 2016, and 2020 presidential aspiration, and the fact he will not be confirmed in a Joe Biden Administration, eve as a dog catcher by the United States Senate.

35. In the past three decades NYS local and States Judges have repeatedly escaped public accountability for high crimes and misdemeanors misdeeds that have victimized hundred of thousands minorities. Incompetent, corrupt red neck and black neck judges such as Troy K. Weber, who have jailed a lot of black and Hispanic in the Bronx, is not even qualify to sit on the bench as an appellate judge. Weber has a child who has graduated law school by now, let see what the child will say, when Mommy dearest, is exposed as unethical, incompetent, corrupt, spinless, mendacious [Tysha] who has sold her soul to Andrew Cuomo.

36. It is my right under the First Amendment protected free speech clause to publish accurate information in any media platform. I am Judgement Proof. I have no money.

37. Webber is one of the beneficiary of New York State Andrew [Fredo] Cuomo, who parked the Intermediate Appellate Courts in a so call "diversity ad affirmative action with some of the dumbest minority political hacks, who were in his political and social circles. Mendez, and Shulman are basically I ineffectually emasculated political hacks and yes men. NYS Accidental for Governor David "crack head" Patterson did the same, in the corrupt tradition of every governor, elected in New York State. Legal scholarship, ethics, morality, competence, honesty, independence, and bias are not a requisite for an appointment to the bench.

6

38. The New York state Commission on Judicial Conduct is a basically a geriatric senile toothless bulldog. NYS Judges who have broken both federal and state laws are reappointed and recertified, because the voters don't care. I got Luis Gonzales to retire despite his rectification. Michael M8kasey former United State Attorney General, and Chief Judge United States District Court, Southern District of New York had no choice but to retire, and he has become the laughing stock of both NYS , national international bar ad bench legal community.. Iam filling a Judicial Conduct and Judicial Misconduct complaint against senior USDJ Lewis Kaplan, and USMJ Debra Freeman, which more than 5000 individuals and counting reading.

39. John Stackhouse violated more than a dozen cannons of judicial conducts. He   approved 18b assigned counsel program invoices for his mistress Fredericka Miller, who stole the funds paid to her to retain private investigators in my case, which she did not do , a ongoing 34 years scams and scheme to defraud sanction by Stackhouse, and other judges, who have violate and breach of a judges most essential duty: failing to "respect and comply with the law. "

40.  Despite this violation, Stackhouse was elevated to the Appellate Term, despite the severity of his crimes. Jill Konviser Levine Should have been fired years ago. She is breaking the law and getting away with it. She has been allowed to keep  her extraordinary position of power and prestige while violating judicial ethics rules or breaking laws she pledge to uphold by rail roading minorities to prison and denying motions prosecutors could no controvert.

41. In New York in oder to become a judge you must contribute a political party. Judgeship for sale, and every lawyer knows it. You don't have to be a lawyer to become a village or town judge. No need for the fitness and character committee or pass the bar. A waiter, mechanic, bar tender, or your barber and beautician can be a village or town judge.

42. But in People v. Curtis Van Stuyvesant, we have law school graduates, taken the bar, went through a fitness and character committee, worked as prosecutors or law clerks, before their appointment to the bench starling open ended  corruption, immoral and unethical practices sitting on  NYS mediate Appellate Courts, NYS Court of Appeals, NYS Supreme Court and county criminal courts, and federal judges acting as uneducated, and functional illiterate villages judges, retaliating against a pro se blind terminal  litigant, convicted of non-existing crimes, fabricated from a whole cloth, used in a selective, vindictive and malicious prosecution.

43. They are guilty of conspiring , aiding and abetting Kindler & Ryan, & Hassler scheme to commit extrajudicial murder, to cover the theft by James Kindler, John Ryan, Rhaul Kale, Jennifer May Parker, Leroy Frazier theft of $261 million dollars of my money, and Hillary Hassler, Kristen Kirk, Andrew Cuomo, Morganthau, and Kindler crimes a against humanity, because those judges are charlatans, and sorry excuses for human being, but I am supposed to kiss their grimy fat bottoms genuflected and show d respect by addressing them as your honor, when there is nothing honorable about them. They are  liars, cheats, alcoholics, drug addicts, adulterers, craven reprobates without an iota of moral compass.

44. The Irony is Kindler tried to remove several Judges from the Bench, who supported Ms. Leslie Crocker Sunder a former judge candidacy for district attorney by filling frivolous complaints against them with NYS State Commission for Judicial Conduct. In 2005. Morganthau did not seek reelection in 2009 because of me, and Cyrus Vance will be defeated next year because of me if he is stupid enough to seek reelection. There will be quite a few referrals to the United States Department of Justice for the prosecutions of the reprobates responsible for  NYS miscarriage and obstruction of justice in my case.

7

45. Hon .Sonia Sotomayor Supreme Court of he United States  Associated Justice in 2007 voiced serious "due process ' concerns  which was triggered by a suicide note in the case file of Louie Schexnayder Jr. v. Vannoy cite as 589 U.S --- [2019], Docket No 18- 8341 who was convicted of second degree murder. The not as from Jerrod Peterson, the Chief of  Staff for Louisiana's Fifth Circuit Court of Appeals regarding a cert application. M. Peterson suicide note was a confession, that the court as a matter of policy denies appeals file by pro se litigants who are too poor to retain counsel, and state courts routinely denied their application for counsels.

46. The petitioner in this case argued in his  federal habeas corpus that Louisiana courts did not fair review his filings on the merits, either originally or through the review process, and so he was entitled to de novo federal review without any  differences ordinarily afforded state  courts ruling under the Antiterrorism ad Effective Death Penalty Act of 1996 [AEDPA]. Unlike Schexayder who did not clearly set forward his claim in his disjointed federal habeas corpus, that he was entitled, to habeas review without ADPEA deference when he sought a certificate of appealability [COA] .

47.  On the other hand, my petition was  not only coherent, but it also pre deconstructed USMJ Debra Freeman ridiculous third rated embarrassing claims, parroting bald face lies told by both ADA Hillary Hassler and Ada Kristen Kirk, in their direct appeal brief, that dehored the trial record. NYS Assistant Attorney General Jennifer Danburg, and NYS Assistant Solicitor General Robin Forshaw, simply plagiarized Hassler & Kirk specious perjured statements that none of the more than 24 questions of constitutional rapturing plain errors of constitution  law and facts presented on the consolidated pro se CPL 440.10, CPL460. 10 with direct appeal were either not preserved for appellate review or waived.

48.  I have annexed a copy of the First Department order, accepting both Hassler and Kirk's bald face lies. It strains incredulity, to a breaking point, that the first department, also accepted Hassler and Kirk new alternative facts, regardless of the fact his  dishonor ,Acting NYS Supreme Court Bronx County Acting Judge James Kindler, admitted under pain of perjury, he was served with my CPL 190 grand jury waiver.

49.  Former ADA Rhaul Kale conceded on the record, that former ADA John Ryan's indictment was defective. David Friedman sat on the original panel of first department judges, who committed the abomination of suborning Hassler and Kirk perjury. James Maitland Kindler instructed Hasler and Kirk to disavowed his own trail testimony. John Stackhouse stipulation was also ignored  by Friedman et al. But this corrupt, unethical, immoral, incompetent Jewish Xenophobic, racist bigot is still on the bench.

50. Mr. Peterson confession was that judges hardly read prose  litigants moving papers, and simply signed decisions denying meritorious application for relief, by simply signing those decisions prepared by law clerks at the urging of prosecutors without reading them. Although Schexnayder's poorly drafted petition for cert o was denied on  deference grounds given to the state court, opinions, and decision.

51. In People v. Van Stuyvesant NYS Unified Court System Judges and Law Clerks have not once entered a coherent  written decision. Unlike their New York State judicial brethren ,USMJ Debra Freeman and USDJ Lewis Kaplan wrote unpublished decisions buried in the underworld of unpublished opinions and decisions, because they were crap, which could not with stand public scrutiny.

52.  Kaplan and Freeman are now facing the ignominy of a Judicial Misconduct and Disability Act Judicial Council Complaint for their fraud upon the courts, obstruction of justice, subornation of perjury, retaliation, intimidation, extortion, attempts to have my parole revoked for exposing their fraud.

8

Regardless of the outcome, their disreputable reputation will forever be thanks to 5000 people in my daisy chain reading my complaints. The Marshall Project will receive a copy of this complaint.

53. Kaplan and Freeman also conspired aided and abetted Ryan, Kindler, Hassler, Kirk , Morganthau, Jennifer Danburg, Robin Forshaw, Wen Ting Cheng scheme to commit extrajudicial murder, crimes against humanity, psychical and psychological torture. In his profound stupidity and  arrogance David Friedman sat on the panel denial of my petitions for a writ of error coram nobis, forgetting the fact he committed fraud upon the court 1n 2002. Once a  cabron  es un cobarde. No tiene los cojones para cruzar el rio nadando. Friedman is a coward. He does not have the guts to swim across the river to the side of ethics, morality and honesty, and fairness.

54. If I am using legitimate legal process to prosecute both Kaplan and Freeman, who re all powerful, United States Federal Judges, in the Court of Public  Opinion, do you actually believe that cabal local state looney judges drunk on Hassler & Kindler & Ryan & Vance Jr., cool aid, will be able to stop me with their Gestapo.

55. I can state with certainty that if you go against the status  quo in New York State and point out wrongdoing of the judiciary, they will rune you. Preventing or hindering you from receiving full, fair, impartial hearings, or full, fair, impartial administration of justice.. I have presented evidence which would lead a reasonable person to believe, they could be prevented or hindered from receiving full, fair, impartial administration of justice.

56. The United States Supreme Court recently acknowledged the Judicial corruption in Cook County Illinois stated that Judge Malone was one of the many dishonesty judges exposed through "Operation Greylord, a labyrinthine federal investigation of judicial corruption in Chicago. See Bracey v. Gramley 520 U.S. 899 [1997]. Since judges who do not report the criminal activities of other judges become principals in the criminal activity, 18 U.S.C. Section 1,

57. Since no judges have reported the criminal activities of  Friedman, Webber, Mendez, Shulman, Konviser Levine, Stackhouse et al  are as guilty as those corrupt, unethical, immoral, and incompetent judges. The criminal conduct of the NYS Unified Court System, will continue under the care of Judge Lawrence Marks Chief Administrative judge. The NYS  Supreme Court Appellate Division First Judicial Department remains a criminal enterprise under Rolando Acosta. At least Acosta was intelligent enough not to participate in David Friedman "Drug Deal."

58. Judges have given themselves judicial immunity for their judicial functions. Judges have no judicial immunity for criminal acts, aiding, assisting, or conniving with others who perform a criminal act, or for their administrative/ministerial duties. When a judge has a duty to act, he/she does not have discretion, he/she is then not performing a judicial act, he/she is performing a ministerial act. Judicial immunity does not exists for judges who engage in criminal activity, for judges who connive with, aid and a bet the criminal activity of another judge, or to a judge, or to a judge for damages, sustained by a person who has been harmed by the judge's connivance with, aiding and abetting, another judge's criminal activity.

59. It is hornbook Law and SCOTUS precedents, and under federal laws which is applicable to the states, that if a court is 'without authority, its judgement and orders are regarded as nullities. They are not voidable, but simply void, and no bar to a recovery sought, even prior to a reversal in opposition to them. They Constitute no  justification; and all persons concerned in executing such judgements or sentences, are considered, in law, as trespassers.' Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 [1828].

9

60. The U.S Supreme Court in Scheaur v. Rhodes 416 U.S. 232 [1974] stated that "when a state officer acts under state laws in a manner violative of Federal Constitution, he/she 'comes into conflict with the superior or authority of that constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The state has no power to impart to him any immunity from responsibility to the supreme authority of the United States." [Emphasis supplied in original ]. By law, a judge is a state officer. The judge then acts not as a judge, but as a private in dividual [in his person].

61. NYS Unified Court System, and John Stackhouse does not have United States Constitution Article III Federal subject matter to adjudicate a real or imaginary crimes of immigration related crimes codified in the Immigration and Nationality Act [INA], Code of Federal Regulations [CFR], United States Codes Annotated Titles 8 and 18.

62. The New York County District Attorney, NYS Attorney General, Legislature, and governor des not have Plenary Authority see United States Constitution. Article I, Section 8 over immigration laws and policy. See Yesil v. Reno705 N.E. 2d 655 [N.Y 1998], Yesil v. Reno 175 F.3d 287 [1999]. See CPLR 302 [a] [1]. NYS Constitution Article VI Section 3 [b][9] and Rules of Court of Appeals [22 NYCRR 500.17]. Yesil v. Reno 92 N.Y. 2d 455, 457 [1988] [per. Curiam] See Arizona v. United States 567 U.S. 387 [2012].

63. The scope of appellate review is ultimately controlled by considerations of specific functions that appellate courts serves.; While there have been various formulations, most who have thought systematically about the mater identify the following two basic functions [1] correction of errors or[declaration that no correction is required; and [2] declaration of legal principle, by creation, clarification, extension, or overruling.

64. These are, respectively the corrective and preventive functions]. In the discharge of these basic functions several others subsidiary but significant importance are served. Among them are [a] ensuring principled decision making by the trial courts; [b] diffusing accountability within the legal system; [c] ensuring uniformity of principle, and [d] making justice visible through the reasoned opinion.

65. The proper scope of review depends to a reasonable extent upon one's view of the relative importance of two basic functions. To the extent the corrective function is emphasized, scope will tend towards the narrow; to the extent in the preventative law-giving function is emphasized, it will tend to ward the wide. The system itself is slanted by formal designed toward the more the more constructive attitude emphasizing the corrective function. This reflects an historical preference for law's rather than equity's choice of the appropriate scope of the appellate review.

66. In the evolution of our contemporary legal systems,, we have borrowed from both sources. From the appeal in equity has come the notion tat review is simply a continuation of the same action rather than, as at law, a new proceeding against the trial judge or his judgement. But from the proceeding in error at law has come the notion that the appellate court's function is not, as in equity, de novo review to give a right judgement on the same record but is merely to correct errors of the trial court.

67. Strict adherence to the formal design that has developed would limit appellate review to the considerations of [1] specific first instance trial court actions or omissions [2] properly suggested as error to the trial court [3] and then properly presented for review by the appellate court [4] by an aggrieved party. The limit ion on scoped implied in [1] is realized by applications of such judicial rules as that prohibiting changing theories on appeal, and that prohibiting the exercise of original jurisdiction of the appellate courts. The limitation implied in [2] is embodied in specific rules of trial courts procedures as

10

the "contemporaneous objection requirements of NYS Criminal Procedure laws. The limitation implied in [3] is specifically embodied in the CPL NYS appellate procedure which require that the issues for review be stated in briefs. The limitation in [4] is embodied directly in the "aggrieved party" decisional law.

68. Former ADA John Ryan fabricated non existing United Sates Constitution Article III Federal Subject matter United States immigration related fraud in 1998, from a whole cloth to avenged his 1980 humiliation by me when he was a failed Assistant United States Attorney in the SDNY. Testifying as a witness for the defense, former New York County First Executive Assistant District Attorney conceded Ryan's indictment is defective.

Former ADA Rhaul Kale who is now an AUSA in Connecticut admitted at trial on the record that Ryan's indictment was defective. My CPL 190. 50 Waiver was published to the jury, and Judge Stackhouse stipulated on the record that Ryan's defective indictment was preserved for appellate review.

69. Testifying as a hostile witness for the defense former ADA Eliza Ruzzow gave me an iron clad alibi,. She placed me in South East Asia, Hong Kong, China, Japan, and Hawaii at the time frame Ryan had lied in his defective indictment that I was in New York city defraud undocumented illegal aliens. New York County District Attorney's investigators Chung and Harrington burglarized my Scarsdale Village Westchester County NYS duplex penthouse. It was a warrantless domestic intrusion.

70. There was no exigency circumstances. Ryan forged the name and signature of Hon William MogulescueNYS Supreme Court Acting Judge using his discarded Manhattan Criminal Court Letter head in a bogus search warrant, which was supported with a Cinderella affidavit which was used to conduct an illegal confirmatory search of my firm New York City Worth Street office.

71. Ryan intimidated my retain criminal defense attorneys with indictment as co-conspirators should they not terminate legal representation. Ryan and Kindler suppressed and fraudulently concealed my victimless victims undocumented illegal aliens certified immigration records proving my actual innocence. They have committed prior bad act of immigration fraud. Legal representation was terminated for cause for presenting forge documents and committed perjury on their applications for Cancellation of Removal or Suspension of Deportation.

72. Testifying as a hostile witness for the defense Thomas Chung New York County District Attorney lead investigator testified honestly, that An Executive Office Of Immigration Review EOIR FORM-28 certificate of Representation as an attorney admitted to practice la in New York State is a forgery, which I did not sign. Trial Judge John Stackhouse violated my Ferrata rights to proceed pro se without stand by counsels. I prosecuted my omnibus motion pro se and took Ryan to School. Stackhouse appointed his mistress Fredericka Miller as first chair. She stole the funds paid to her under County Law Section 18b Assigned Counsel Program to retain expert immigration witnesses and private prosecutors.

73. Miller persuaded Stackhouse no signed subpoenas for 32 defense witnesses, in addition to 16 prosecution witnesses, who had testified falsely at the defective indictment, and bribed by prosecutors with hallow promises of green cards. Prosecutors failed to disclosed transactional immunity granted to my staff in returned for their perjured testimonies. 7 District Attorney investigators who intimidated some of my witnesses disappeared at trial despite the fact, they were grand jury witnesses.

74. Fredericka Miller was Quisling Fifth Columnists planted to spy and sabotage my defense. Kevin Hynes the son of former disgrace and deceased Kings County DA was assigned second chair. Howard

11

Meyer a personal friend of both Kindler and Stackhouse was assigned third chair. third chair. Scott Buell a personal friend of John Ryan was appointed by deceased Judge Marcia Khan from the new York County Defenders to pressurized me into accepting a not guilty plea as a result of temporary insanity, even though I don't suffer from mental disease or defect.

75. The petite jury was rigged and stacked with NYS Unified Court System, and prosecutors from Kings, Richmond. Queens and New York Counties. I prosecuted a CPL 440.10 motion pro se. In his affirmation in opposition ADA Rhaul Kale conceded that the 14 constitution rapturing plain errors were preserved for appellate review. John Stackhouse entered a one Word DENIED ORDER.

76. Associate Justice Hon. Ernst Rosenberger NYS Supreme Court Appellate Division First Judicial Department granted a CPL 460.15 Certificate of Appeal and ordered CPL 440.10 and CPL 460.10. Former ADA Elinor Ostrow in her affirmation in opposition conceded the constitution rapturing plain errors raised of 460. 10 motion was preserved for appellate review.

77. On or before May 5, 1998. Kindler, Ryan, and former ADA Jennifer My Parker who is now an AUSA in North Carolina burglarized five bank accounts and a large safe deposit box belonging to me at the Canal Street New York City Branch of the Dime Savings Bank of New York FSB with a subpoena duce tecum. Negotiated financial instruments worth in 1954 at $20.5 million dollars with a current market value $260 million dollars. And $1 million in cash in five accounts. Prosecutors used my money as a slush fund to bribed witnesses, to pay for out of state witness transportation and housing, and to relocate or paid for prosecutors grand jury witnesses to leave New York City, or go to Aruba or Barbados to avoid defenses subpoenas, which were not even by Stackhouse.

78. Regardless of the fact prosecutors persuaded Stackhouse and Khan to assigned and appointed four perfidious mendacious, unethical, incompetent, immoral Jewish attorneys, who were paid $80,000.00 to sabotage my defense, to guarantee a conviction, for non-existing Ultra vires jurisdictional defective crimes, and used in a selective , vindictive, and malicious prosecution and persecution, they opposed three separate applications for assignment or appointment of appellate counsels in an intermediate appellate court direct criminal appeal as of right.

79. Regardless of the fact I forfeited $ 261 Million dollars with a court "order of forfeiture", they would not allow me to proceed pro se, because regardless of the fact, I was not admitted in New York, I had beaten them pro se, whenever an ethical and fair jurist is assigned to my case. So, Kindler had me administratively segregated in special housing unit [SHU] solitary confinement. I was brutally physically and psychologically tortured for sixty months. NYS Supreme Court Appellate Division ordered a physically broken blind prisoner, with broken hands, no access to legal research materials, word processors, photo copies, prison law libraries, or jail house lawyers assistance, to prosecute a direct appeal pro se.

80. Wallach P.J; Lerner, Rubin, Friedman, Gonzales, JJ 1586-1586A accepted the alternative facts that dehored the official trial records.. Two of the most despicable, contemptible, incompetent, unethical, immoral, depraved psychotic sociopath reprobates who are xenophobic, racist red neck Jewish trail park bigots, who are consummated pathological liars.

81. ADA Hillary Hassler, and Kristen Kirk perjured, specious affirmation in opposition and bald face lies of Jams Kindle et al kept an actual innocence African Sunni Muslims in prison, and members of their Jewish tribe in both federal and state courts, their house niggers, fredos, and drunken Irish nincompoops , and barrio effimate lestrousbdu cul qui nont passdescouilees, who in their delusion of

12

grandeur, stupidity, and bigotry thinks they are honorable Caucasian, have surround the wagon to protect a cabal of Jews who has the mentality of Funkionsshaftling [ Kapos] same class of reprobates, who help the Nazis SS and Gestapo during the holocaust to murder their fellow Jews in Concentration Camps Gas Chambers

82.  I am bringing a Racketeering Influence Corrupt organization Act [RICO[ 18 U.S.C. 1961[c][d] and a 42 U.S.C. 1983 Constitution Tort against NYS Supreme Court County of New York, NYS Supreme Court Appellate Division First Department, New York County District Attorney Office, NYS Commission on Judicial Conduct, NYS Supreme Court Appellate Division First Judicial Department Attorney Grievance Committee, NYS Unified Court System Office of Court Administration, NYS State Attorney General Office as a RICO Association-in-fact criminal enterprise.. It will be litigated publicly on every social media platform Every actual innocence projects, university law schools, c9ivil and human rights organizations will be copied.

83.  They can send NYS Police, New York County District Attorney office investigators. Federal Bureau of Investigation Special Agents or Immigration and Custom Enforcement to intimidated me. It wont stopped me.

84. The last two goons who came a few weeks ago to pay me a visit were on candid camera, because I have a web cam which recorded their domestic warrantless intrusion illegal search and seizure for posterity, in the same New York County Da investigator Chung and Harrington were recorded burglarizing my Scarsdale Village Westchester County duplex penthouse in May of 1998, while I was in Maui Hawaii. What was the exigency, that prevented them from obtaining a search warrant?

85. Since 1996, I have abided by the Marquise of Queensberry Rules, and followed legal process, in my uphill futile battles in both NYS Unified Court System and federal courts, including New York State Attorney General's Office. But I have been thwarted by a corrupt and unethical NYS Governors, AGs NYS Unified Court system judges Federal judges, court clerks, law clerks, staff and pool attorneys, who have collectively buried their sorry excuses for human beings heads in Robert Morganthau a corrupt, unethical extortionist, and blackmailer, who retired with over ten million dollars, from his get out of jail free card

86.  Robert Morganthau mini me, who is a bounder, Cyrus Vance Jr., who is shamelessly living off his wife inheritance and her childhood home, was caught red handed, in his own get out of jail free card scheme. He lives on Fifth Avenue, but cannot finance his life style, without his wife money.

87. James Kindler, a diabolic, insidious craven dwarf who is reprobate who is a reprobate, and a caricature of a human being, Hillary Hassler a psychotic sociopath, unethical, incompetent, and immoral serial pathological liar, John Ryan a child pornography addict, wife beater, common thief, incompetent, immoral, unethical carnival barker, who will make Ruddy Giuliani, Present Trumps current alcoholic certified village idiot fixer look like a Clarence Seward Darrow rectums.

88. You can only protect your liberties in this world by protecting other man's freedom. You can be free if I am free. As long as the world shall last there will be wrongs, and if no man objected and no man rebelled those wrongs will last forever. Chase after the truth like all hell and you will free yourself, even though you never touch its coat tails. The trouble with law is lawyers. Clarence Darrow quotes

89.Wen Ting Cheng Immigration and Custom Enforcement New York City Field Office Trial Counsel, Joe Miller Executive Office for Immigration Review Judge NYS Eastern Correction Facility in their wildest

13

dreams never thought, a member of congress will make a criminal referral to the U.S department of Justice for criminal prosecution for violating the honest services and other statutes in their open ended extra judicial murder schemes and fraud. USMJ Debra Freeman, and Senior USDJ, did not expect a United States Court of Appeals for the Second Circuit Judicial Council Misconduct and Disability Act complain and a demand made before Ho. John Roberts Chief Judge Supreme Court of the United States for transfer to another circuit.

90. Catherine O'Hagan Wolf who is a drunk, who is affiliated with paraphilic disorders, a white trailer park trash, xenophobic racist geriatric bigot will probably spend her waning years in a United States Bureau of Prison Medical Facility. The United States District Court for the Southern District of New York did not expected by 28 U.S.C 1651a Blitzkrieg All Writs Act s offensive warfare hand grenade, because in their profound stupidity, and delusion of grandeur, they wrongly assumed they were above the law. I pre warned those reprobates but they were drunk by their own open ended corruption.

91. I am not at liberty to discourse what federal criminal jeopardy awaits Kindler, Hassler, Ryan, Friedman, Vance Jr. et al. They chose to ignored my warnings my petition for a writ of error coram nobis was both a perjury trap, and hand grenade fraud upon the court, obstruction of justice and miscarriage of justice, because they have be immunized by the Attorney Grievances and Judicial Conduct Committees.

92. My notice of Appeal has been served upon Ms. Susan Molinas Rojas Clerk of the Court New York State Supreme Court Appellate Division First Judicial Department, regardless of the fact I am yet to be notify or served with the court fraudulent order. I have annexed a copy of my notice. I am sending a copy of my complaint and exhibits directly to your office, due to the fact, Mr. Robert H. Tembecjian, this Commission administrator, wont subject my complain about review.

93. Jill Konviser Levine still has very powerful allied in this commission. She is a very insidious and devious snake. Whether or not, you don't believe in transparency, and decide to protect the corrupt and unethical sorry excuses for human being, forever, your infamy will be remember on social media. Unlike print media which news are yesterday news, cable, and broadcast tv, moving to the next breaking news, social media commentary, digital news platforms, and individual posts are timeless.

94. I have a letter from Judge Judith Kaye former deceased NYS Court of Appeals Chief Judge, written prior to her death, in her New York City Office Stationary, that she never personal saw or read my pleadings. She was responding to my enquiry, as to why a respected, ethical, fair, and independent minded jurist, allowed herself to be contaminated, by extraneous influences, and snare into Hassler, Ryan, Kirk, Morganthau et al "Drug Deal."

95. My sources have informed me that neither Hon. Victoria Graffeo, nor Hon. Eugene Fahey saw or read my two previous petition for a writ of error coram nobis notice of appeals, and briefs. Hon Sheila Abdus-Salaam deceased judge of this court was a personal platonic friend, and Islamic Muslim sister, assured me no justices of this court, who red my pleadings, would have countenance NYS Supreme Court Appellate Division First Judicial Department fraud upon the court, or suborned Hassler, Marinelli, Kindler, Morganthau et al perjury. Both my medical record summary, and certificate from the New York State Commission for the Blind are also attached.

96.I am so sorry, to inform you, that this correspondence will be circulated among 5000 individuals around the world. Members of the bar and bench, and human rights organizations are among my audience, in the U.5, New York and abroad. Hassler, Kindler, Vance, Ryan, Cuomo, and Now Letisha

14

James NYS Attorney General corruption, and unethical practices a virus which is worst than COVID-19 pandemic has contaminated even this court, and it will destroy the reputation of the judges. Sunlight is the best disinfectant. The best moral disinfectant is publicity. One of the most commonly perceived problem in government is corruption. Although ranking in 2009 in the Global Integrity Report put the United States near the top of measures of anti-corruption law, corruption remains one of the most popular-to-fix in the so called open government community here.

97. Transparency has a long history as a toll of government oversight. Today's anti-corruption movement focuses on a few sentences by SCOTUS Justice Louis Brandeis [1916-1939]. Laticia James after fraudulently concealing my petition before NYS Attorney General Vaunted Conviction Reviewed Board filed on July 5, 2018, belatedly sent an unsigned letter dated October 1, 2020, and received November 9, 2020 post marked Westchester County, that she does not have jurisdiction to review my petition.

98. She lied. Valentino Dixon was my Sunni Muslim brother in Attica Correction Facility. His Erie County State Supreme Court conviction for Second degree murder was vacated by the AG Conviction Review Board. I work on his case in Attica Correction Facility Honor Block. He was my barber, and made sure I never went hungry, because due to my health, and side effects from human clinical canter trials, and torture, I could not eat even prison so called special diet. Laticia James is a smiling face pathological liar, and a craven spinless reprobate.

Respectfully submitted

Curtis Van Stuyvesant.

*Mr. Cyrus Vance Jr.

New York County District Attorney.

I Hogan Place New York NY, 10007.

*Ms. Susan Molinas, Clerk of the Court

NYS Supreme Court Appellate Division

First Judicial Department

27 Madison Avenue New York NY 10010.

*Mr. Robert H. Tembeckjian Administrator

New York State Commission on Judicial Conduct

15

61 Broadway Suite 1200

New York New York 10006.

* Mr. Jorge Dopico

Chief Attorney Grievance Committee

NYS Supreme Court Appellate Division

First Judicial Department

180 Maiden Lane New York Ny 10038.


*Mr. John P. Asiello

Clerk of the Court, NYS Court of Appeals.

20 Eagle Street Albany New York 12207.

* Hon. Lawrence Marks Chief Administrative Judge

New York State Unified Court System.

25   Beaver Street New York NY 10004.

*Ms. Leticia James Attorney General

New York State

28 Liberty Street New York New York 10025.

*Hon Janet DiFiore

Chief Judge New York State Court of Appeals.

20 Eagle Street Albany New York 12207.

*Mr. Andrew Cuomo

Governor New York State

633 33d Avenue 38th Floor

Ne York New York 10017.

*Mr. Thomas Decker Director

Enforcement and Removal Operation

Immigration & Custom Enforcement

New York City Field Office

26 Federal Plaza. New York New York 10278.

16

*Mr. William Sweeny Jr. Assistant Director

 Federal Bureau of Investigation

New York City Field Office

26 Federal Plaza. New York NY 10278.

*Ms. Audrey Strauss Acting United States Attorney

For The Southern District of New York

1 Saint Andrew Plaza New York NY 10007.

17

## ATTORNEY GRIEVANCE COMMITTEE

**ROBERT J. ANELLO**
**ABIGAIL T. REARDON**
CHAIRS

**RICARDO E. OQUENDO**
**MILTON L. WILLIAMS, JR.**
VICE CHAIRS

STATE OF NEW YORK
SUPREME COURT APPELLATE DIVISION
180 MAIDEN LANE · 17TH FLOOR
NEW YORK, NEW YORK 10038
(212) 401-0800
EMAIL: AD1-AGC@NYCOURTS.GOV

**JORGE DOPICO**
CHIEF ATTORNEY

**DEPUTY CHIEF ATTORNEY**
ANGELA CHRISTMAS
NAOMI F. GOLDSTEIN
VITALY LIPKANSKY
RAYMOND VALLEJO

**STAFF ATTORNEYS**
DANIEL D. BAEK
SEAN A. BRANDVEEN
KEVIN P. CULLEY
KEVIN M. DOYLE
PETER M. HERTZOG
KELLY A. LATHAM
JUN H. LEE
THOMAS M. LEE
NORMA I. LOPEZ
NORMA I. MELENDEZ
ELISABETH A. PALLADINO
KATHY W. PARRINO
ORLANDO REYES
YVETTE A. ROSARIO
REMI E. SHEA
DENICE M. SZEKELY

September 4, 2020

PERSONAL AND CONFIDENTIAL

Mr. Curtis V. Stuyvestant
308 West 94th Street, Apt. A35
New York, NY 10025

Re:   Matter of District Attorney, New York County
      Docket No. 2020.0779

Dear Mr. Stuyvestant :

We have completed our review of your complaint against the District Attorney and/or Assistant District Attorney. As explained below, we have concluded that no further investigation or action is warranted.

Specifically, there is an insufficient basis to establish that the New York County District Attorney's Office engaged in the misconduct alleged in your complaint. As to your conviction, the Committee is not the appropriate forum to seek a vacatur of same. If you have not yet done so, you may wish to consult with an attorney regarding any rights and remedies that are available to you.

You may seek review of this decision by submitting a written request for reconsideration to this office addressed to "Committee Chair" at the above **email** address within thirty (30) days of the date on this letter. One of the Committee Chairs will grant or deny your request; or, refer your request to one of the Committees, or a subcommittee thereof, for whatever action it deems appropriate. We will accept regular mail if you do not have a personal email account, but there may be a delay in processing your matter.

Thank you.

Yours truly,

Jorge Dopico
Chief Attorney

VL:cmn
D-1DA

Curtis Van Stuyvesant

The Manhattan Hotel

Room 435

308 West 94 Street

New York N.Y 10025

September 11, 2020.

Mr. Robert J. Anello/ Ms. Abigail T. Reardon

Chairman/Chairwoman

Attorney Grievance Committee

Supreme Court Of The State Of New York

Appellate Division First Judicial Department

180 Maiden Lane 17th Floor New York NY 10038

Re: Reconsideration of disbarment or sanction against New York County former & present

Assistant District Attorneys for violating New York State Vaunted Disciplinary Rules.

Docket Number 2020.0779.

Dear Mr. Anello/Mr. Reardon,

1.                            Publicity is justly commended as a remedy for social and industrial diseases. Sunlight is said to be the best of disinfectants; electric   light the most efficient policeman. [Louis Brandeis [1856-1941] American lawyer, activist, Justice Supreme Court of the United States Justice [1916-39]] "What Publicity Can Do." Harper's Weekly [20 December 1913].

2.Regardless of the fact, iam yet to  use online  digital media platforms, publicity has already played an important role in my quest for exoneration from a conviction predicate on non-existing  crimes of United States immigration fraud, which were fabricated from a whole cloth by former New York County  Assistant District Attorney [ADA] John C. Ryan in a vendetta to avenged his Circa 1979-1980 humiliation at my hand when he was an Assistant United States Attorney [AUSA] in the Southern District of New York [SDNY] and I have exposed the belly of the beast corruption, racism, bigotry, xenophobia, unethical practices, obstruction of justice, fraud upon the court, fraudulent concealment of my pleadings, an attempted extrajudicial murder,

1

psychological and physical torture, and my 24 years struggle against the New York County District Attorney Office, New York State Unified Court System  Judges, United States district and circuit courts judges, Federal Bureau of Investigation, United States Attorney for the Southern District of New York, Immigration and Custom Enforcement, New York State Attorney General, the Governors of the State of New York, Bergen County New Jersey prosecutors office.

3.The then future Supreme Court justice Louis Brandeis painted an image of transparency that still captures the imagination. This Attorney Grievance Committee has failed to realize that the idea of sunlight could be applied more broadly to disciplinary action against prosecutors in New York State. Instead they enabling and embolden prosecutors in their contempt for the vaunted Rules of Professional Responsibility, ad Discipline Rules. No matter her egregious Former New York County First Executive ADA James Kindler, John Ryan, current chief of the appeals bureau Hillary Hassler, and former Clerk of the Court New York State Supreme Court Appellate Division First Judicial Department Catherine O'Hagan Wolf was, it was ignored by this grievance committee. Government and courts also functions best under public scrutiny.

4. The Chummy club of the  good old boys and girls in the New York City and state , and there federal counterparts,  met behind closed doors to conspire aided and abetted each other,  to violate both my civil and human right, and emerged from their sewer to implement their illegal and unconstitutional insidious scheme to commit crimes against humanity, attempted extra judicial murder and torture, in violation of the United Nations convention against torture and other, cruel, inhuman or degrading treatment, have continue to double in their open-ended criminality., which is still the norm. Transparency and accountability is  not in the lexicon of this committee  and has not become the new paradigm for NYS judges, prosecutors, and disciplinary committees.

5.. Contrary to  bald face lies being advance by the New York County District Attorney office,  I have not asked any African- American politician, religious leaders, community activists or arm chair civil  and immigrant rights advocates, to intervene on my behalf, or to  harass , intimidate prosecutors, or any  New York State Unified Court System or  United States District and Court of Appeals Circuit judges, or court clerks,  since   my Kafkaques nightmare began in 1996.

6.The immutable truth is that I have nothing but disdain and  contempt for them. Also, i have no use for Uncle and Aunt Tom House Negros who have gas lighted the African Diaspora and have enter into a conspiracy of silence with xenophobic, racists red neck bigots,  Ofay or a <u>Woke. I</u> have also not requested any legal representation from NACCP Legal Defense and Education Fund, Lawyers Committee for Human Rights, New York Civil Liberty Union, American Civil Liberty Union, Center For Constitution Rights, The Brennan Center for Justice NYU University or any  Innocent projects, due to the highly political nature of my persecution, and the fact that these mentions organizations does not have the COJONES. My decision to copied these organizations is to shame them, because they cant say, they did not know of my Kafkaques nightmare when the proverbial excrement hit the fan which it will.

7. Being black does t make ne stupid or dumb. I find it hilarious when those suffering from the Dunning-Kruger effect syndrome attempts to gas light me. So, what if some have called me an intellectual snob because I don't gladly  suffer fools or morons. I am a Strategist who can hold my own against the best of Rand Corporation, when it comes to the zero sum game. I was a student of  Professors Paul Nitzer a stateman, deputy secretary of defense, director of policy

2

planning U.S department of state, principal author of National Security 68, and co-founder of Team B an intelligence think tank., Robert Osgood founder of the Osgood Center for International Studies,, Dimitri Simms a renown Russian foreign policy expert, Richard Betts who currently in the Leo A. Shiffrin professor of War and Peace at Columbia University focusing on strategic studies, and U.S National Security policy, Fouad A. Ajami the premier expert on middle east studies the Johns Hopkins Nitzer School of Advance International Studies [SAIS], who collectively advise me that there was nothing that they could teach me , which I did not already know.

8.I was in Grenada admitted as a graduate student in one of the most prestigious foreign policy institutions in the world, which is very competitive without taking the GMAT strictly on the merit of my treaties and commentaries on International law, foreign policy, Strategies in the decade of the eighties,, United States triad nuclear defense strategies which consist of strategic aircraft with nuclear bombs and missiles, submarine and land based lunched nuclear missiles, nuclear first strike, nuclear nonproliferation treaties, and disarmament, détente, appropriate technology, the doctrine of refoulment re political asylum. Although I am not a grand master chess player,

9. I held my own in international competitions, so please refrain from gas lighting me, or attempt to insult my intelligence. To understand who I am you will have to read Ayn Rand The Fountainhead about the protagonist Howard Roark, and Atlas Shrugged John Galt. I was a member of Prometheus Society, which is a very exclusive high-IQ Society and I am a proud libertarian. According to that oxymoron dimbat John Ryan I am crazy as a loon because he is too stupid to comprehend Ayn Rand objectivism philosophy. I guess several former United States senators, including one current senator, and a few former Supreme Court of the United States judges, and high technology entrepreneur who members of the Prometheus Society kooks brethren are also. Members have the kind of extreme intelligence that often makes I difficult to find understanding and intellectual camaraderie in the general population

10. There is only one African- American Politician in the whole of the United States that I have respect for. He is JUMAANE WILLIAMS New York City Public Advocate, because he is honest, and ethical. He is out in the trenches fighting for every marginalize and disfranchised New Yorker and he is not spending his time attending Craine New York Millionaires Club breakfast or cocktail business round table, unlike Letticia James et cie, who are the democrat party opportunist apparatchiks interested in their own self-serving agenda in seeing their smiling lying deceitful faces in print, cable and broadcast television. As much as I admire , Mr. Williams, and respect him, I have not asked for his intervention. He has as a matter of curtesy receive in the same manner, everyone on my mailing list have received copies of my commentaries and pleadings relating to my actual innocent petition filed on July5, 2018 before AG Leticia James vaunted Conviction Review Board, which she has fraudulently conceal, petition for a writ of error coram nobis, United Nations High Commission for Human Rights, and International criminal Court Complaint.

11. I wrote Mr. Williams directly in regard to how New York State Unified Court System Judges, have converted County Law Section 18b Assigned Counsel Program, into a public assistant welfare for their lovers, personal friends, and family members, who are kicking back percentages of these fees back to the assigning judges. What Mr. Williams did with my information does not concern me. I simply perform my civic duty. Governor Andrew Cuomo,

3

AG Leticia James, and Ms. Margaret Garnett Commissioner New York City Department of Investigation does not have the spine or cojones to investigate, the theft of poor hardworking of New York State tax payer dollars which is paying for vacation homes, and ritzy life style of sleezy criminal defense attorneys and corrupt judges who are receiving kickbacks.. Letticia James will have to answer when she run reelection.

12. I have been fighting an uphill battle against the New York establishment, Governors and Attorney Generals of the State of New York, Unified Court System of the State of New York Judges, United States District and circuit judges, their court clerks, Immigration and Custom Enforcement, Federal Bureau of Investigation, and New York County District Attorney Office prosecutors pro se since 1996, which is about to change due to European Union Countries Human Rights Organizations mobilization of university students around the world.

13. Regardless of the fact, I am blind with less than 5% of blurry vision, in both eyes, I keep a very impeccable computerized log. of my commentaries, correspondence, post-conviction motions and writs. I have not filed any grievance with the appellate division first judicial department disciplinary committee against Cyrus Vance Jr. New York County District Attorney. This is not the first time Mr. Jorge Dopico has play fast and loose with the truth, and manipulate process to protect James Kindler et al. I am cognizant of the fact that a complaint against Cyrus Vance Jr. is a fool errant. His public corruption is a matter for the Federal Bureau of Investigation to investigate, and the United States Attorney for the Southern District of New York to prosecute.

14. Mr. Dopico letter came on the heels of Mr. Shawn Kirby Assistant Deputy Counsel New York State Unified Court System Office of Court Administration dated August 20, 2020, who deliberately mischaracterized my July 29, 2020 correspondence to Ms. Susan Molins Rojas Clerk of the Court Supreme Court of the State of New York Appellate Division First Judicial Department as immigration matter. My correspondence to Ms. Molinas Rojas simply dealt with Hillary Hassler, and Cyrus Vance Jr attempts to commit another fraud upon the court, because Hassler et al are in no position to controvert my pleadings the court, refuse to subjected my petition for a writ of error for review due to phony defects in my submission.

15. Since 1998 My post-conviction motions and writs were dead upon arrival, because they were either fraudulently conceal, held hostage, or are not review on the merit. New York State Attorney General Leticia James fraudulently conceal my actual innocent petition filed on July 5, 2018. It was not subjected for review before the AG Vaunted Conviction Review Board. I have enclosed my response to Mr. Kirby letter which addressed to Hon Lawrence Mark New York State Unified Court System Chief Administrative Judge . The Courts were my adversarial, and not unethical and incompetent prosecutors who can not face off with a blind british educated barrister and solicitor who is not admitted to practice law in the State of New York. Prosecutors are dependent on judges, courts, and law clerks to commit fraud upon the court and to obstruct justice.

16. This letter is in response to Mr. Jorge Dopico chief attorney of the First Judicial Department disciplinary committee, dated September 4, 2020, post marked September 8, 2020, and received on September 11, 2020 in re Mater of New York County District Attorney Cyrus Vance Jr. Docket Number 2020.0770. I have enclosed a copy of Mr. Dopico letter for your review. I am requesting reconsideration by either one of you, regarding my complaints against the named

4

assistant district attorneys in this correspondence.

17.A copy of this application for reconsideration will also be sent directly to the private offices of the chairs and deputy chairs due to the fact, I don't trust Mr. Jorge Dopico not to fraudulently conceal it. I have an experience with him which still leaves a foul stench in my mouth. Dopico was aware of John Ryan et al scheme before Ryan I filed his defective indictment. I was with my defunct firm sovereign wealth clients in my Park Avenue New York City, when I took a phone call from Mr. Dopico which lasted fifteen minutes in the winter of 1996, as to whether or not I was practicing immigration law without a license in New York.

18.First of all, even if I was I don't need to e licensed in New York. Secondly he was inform that my personal practice was limited to foreign courts, and thirdly, he was informed that they were more than fifty foreign law firms in New York, and just because a foreign lawyer is a named partner, he/or she is not require to be licensed provided they are not representing clients in New York. How Many big United State law firm with offices in world financial capitals are licensed in those countries to practice law?

19..Mr. Dopico purported investigation did not encompass those former and current assistant district attorneys, Fredericka Miller my perfidious and mendacious lead stand by counsel who stole the funds paid to her by County Law Section 18b program to hire a private investigator, and immigration Law expert. He did not investigate Eloise Nurse who stole $500,00 in client fee and other funds from both my firm and personal bank accounts. This grievance committee is familiar with Ms. Nurse prior violations of disciplinary rules.

20.. From 1998, when Mr. Dopico was a deputy counsel, he has ignored my complaints against former New York County First Executive Assistant District Attorney James Kindler, former Assistant District Attorneys John Ryan, Jennifer May Parker, Rhaul Kale, Kristen Kirk, James Dwyer, Leroy Frazier, and current Assistant District Attorney Hillary Hassler, who was promoted Executive Assistant District Attorney and Chief Appeals Bureau, despite the fact She is one of deceased District Attorney Robert Morganthau and James Kindler enforcers of the orders given to New York State Department of Correction and Community Supervision executives to subjected me to crimes against humanity [CAH], attempted extrajudicial murder, psychologic and physical torture in violation of the United Nations Convention against torture and other, cruel., inhuman or degrading treatment [ UNCAT].

21.The most recent summary of my New York University Langone Health medical record summary is enclosed in support of my complaint. Each of the physical injury listed was proximately caused by New York State Department of Corrections and community supervision physical torture which was order by James Kindler, and enforced by Hillary Hassler, Kristen Kirk and James Dwyer to prevent my taking and perfecting as first direct appeal as of right pro se, after they persuaded former justice Israel Rubin [deceased] and Ernst Rosenberger to denied three separate application for appointment of Legal Aid or assignment of 18b counsel.

22..Also, enclosed is a certificate from the New York State Commission for the Blind another injury caused by prison guard. On Kindler's order I was also segregated in Special Housing Units [SHU] solitary confinement for sixty months where I was subjected to psychological torture. Enclosed you will also find my complaint addressed to Ms. Michelle Bachelet High Commissioner summarizing how phase one and two human clinical trials for nine very toxic

5

cancer therapies to test their efficacy for treatment of terminal ill  patients with stage four metastatic cancer was made part of my prison sentence at  time I did not have cancer.

23.Ms. Susan Molinas Rojas Clerk Appellate Division First Judicial Department,  Cyrus Vance Jr., AG Letticia James  and Governor Andrew Cuomo were Copied  my international criminal court [ICC], and   United Nations High Commission for Human Rights [OHCHR] complaints. The managing partners of Paul Wise, Debeviose & Plimpton, Covington & Burling, including Mr. Michael Jordan Circuit Executive, U.S Court of Appeals for the Second Circuit, Mr. Thomas Decker Immigration and Custom Enforcement NYC Field Office, Director, Mr. William Sweeney Assistant Director FBI NYC Field Office, U.S Attorney for the Southern District of New York were also copied every document  in support of my actual innocent petition filed before NYS Attorney General Conviction Review Board on July 5, 2018, which I just learnt was fraudulently conceal by AG Letticia James.

24.Supreme Court Appellate Division First Judicial Department Attorney Grievance Committee also ignored Catherine O'Hagan Wolf fraud upon the court and obstruction of justice, Fredericka Miller 30 year old open ended scheme  to defraud New York County Section 18b program funds paid to her to hire  private investigators and expert witnesses for her clients, which she never does and Eloise Nurse former New York State accidental governor sister-in law, $500,000 embezzlement from my defunct foreign owned multi discipline international law firm and law foundation in the public interest, when she was the attorney in charge of the firm's New York City Immigration law practice group from 1997-98.

25. Nurse was granted transactional immunity by James Kindler which was a quid pro quo, In exchange for Kindler's appointment to bench as a  New York State Court of Claims and acting Bronx County NYS supreme court judge. Eloise Nurse and Charmayne Brooks were the attorney of record for my victimless victims, and their Executive Office Of Immigration Review EOIR FORM-G28 Certificate of Representation are on file with Both Immigration and Custom Enforcement [ICE] and EOIR in seven states.

26. Mr. Dopico is disingenuous. His mendacity, and unethical conduct  embolden Kindler, Ryan, Hassler. Kale, May Parker, Kirk, and Catherine O'Hagan Wolf, Cyrus Vance Jr. open ended fraud upon the courts. Cyrus Vance Jr. was a principal partner at the Law firm of Morvillo, Abramowitz, Grand, Iason, Anello, & Bohrer, when James Kindler et al violated NYS  Rules of Professional Responsibility, Discipline Rules, and Ethical Consideration between 1996-2010, which was before he was elected district attorney , and sworn on January 1, 2010.

27.Vance Jr. participation in my Kafkaques nightmare began in January 2010, and it is limited to contamination of New York County acting state supreme court Jill Konviser Lavine by extraneous influence to denied my post-conviction Criminal procedure law, section 440.10, actual innocent motion, appellate division first Judicial department on CPL 460.10, 460.15, petitions for writ of error coram nobis. He continue James Kindler et al fraudulent concealment and suppression of my victimless victims Immigration and Customs Enforcement Certified immigration record which are Brady v. Maryland exculpatory evidence which cannot be controverted proving my actual innocence.  Vance Jr. also refuse to open an enquiry as to what former ADA James Kindler, John Ryan, Jennifer May Parker, Leroy Frazier, and Rhaul Kale who were the New York County District Attorney office so called "Special Prosecution Bureau" oxymoron clowns did with $260 million dollars' worth of negotiable financial assets stolen from

6

my safe deposit box on May 5th 1998 during an illegal search and seizure..

28.In view of the fact there was no probable cause for a search warrant those common thieves used a prosecutor office subpoena duce tecum. Neither Morgenthau, Kindler or Vance Jr. have enforced the $45,000 in restitution demanded by Kale and order by Judge John Stackhouse, because they are cognizant of the fact, it would open a Pandora Box.  Prosecutors from the LIAR FACTORY aka New York County District Attorney Office [DA], and Immigration & Custom Enforcement [ICE]  New York City Field Office in 2003 conspired and contaminated Joe Miller Executive Office of  Immigration Review [EOIR]  Judge by extraneous influences to denied my application for a stay of removal pursuant to the United Nations Convention on torture [CAT], in an  attempted extrajudicial murder scheme with a fraudulently obtain bogus final order of deportation is due to the fact they cannot controvert my claims with incontrovertible proof that it was the DA Office prosecutors wo stole $260 million dollars' worth  negotiable financial assets in May of 1998, and not my ex-wife in August of 1999. Former DA  investigator Thomas Chung is a honest man who is in a position to tell the truth, regarding those assets, and why in July of 1999 Kindler and my bankers schemed to frame my ex-wife for the theft of those assets.

29. Vance also contaminated United States District Judge SDNY and United States Magistrate Judge Debra Freeman  to suborn perjury flowing from my 28 U.S.C. 2254 petition for federal habeas corpus in to my federal rule of civil procedure Rule 60 [b] motions. He also participated in ADA Hillary Hassler et al attempted extrajudicial murder scheme to have me deported to a country knowing that I have been sentence to death for treason, which was proximately cause former DA John Ryan's 1980 state created danger, when he was an Assistant United States Attorney in the Southern District of New York [SDNY]

30. Vance Jr. also refused to release my victimless victims certified immigration records, which are Brady. Maryland material evidence supporting the veracity of my claim, that I am actually innocent, and non-existing crimes were fabricated from a whole cloth, and used in a vindictive, selective, and malicious prosecution.

31.Those evidence were suppressed and fraudulently conceal by Kindler, Ryan, Kale, Frazer, and May Parker. Vance did not have any qualms when he released the same sort of record of the African Muslim woman who was rape by former International Monetary Fund Director Dominick Strauss Khan. Vance use the content of a rape victim immigration file as an excuse to dismissed Strauss Khan indictment, despite credible fiber, trace, biology, and DNA evidence, because he was advised by Morganthau, and paid to disappeared Khan's indictment.

32..Prosecutors are never  discipline, sanction, or disbarred in New York State regardless of their egregious prosecutorial misconduct. Assistant District Attorney Elizabeth Lederer railed road five young black/brown man-child into prison. The then minors were wrongfully convicted of raping and beating a jogger in central park in 1989. Kevin Richardson, Raymond Santana, Korey Wise, Yusef Salaam. They spent between  6 and 13 years in prison with a rapist stigma . She fraudulently conceal exculpatory evidence. Lederer. She  was hired by Columbia University Law School as an instructor.

33.Lederer was forced to resign by Columbia University Law School Black Student Association as a   fall out from the Netflix movie "when they see us" This miniseries open  prosecutor misconduct belly of the best.. Lederer is still an assistant district attorney in Manhattan district

7

attorney office. She was not sanction or disbarred.

34. Former  Executive Assistant District Attorney Linda Fairstein who was   New York County District Attorney Sex Crime Bureau Chief, had the gall to criticized the Netflix series in the Wall Street Journal  as full of distortions, and falsehoods as to be an outright fabrication. She accused Ava DuVernay te producer of ignoring facts, wrongly portraying  central park five as innocent and defaming her.  Fairstein still has a law license regardless of the fact she was the one who green light Lederer malicious, selective, and vindictive prosecution of five children who were assaulted and beaten by New York City Police Department detectives {NYPD] to confess.

35.When white Students in a high school in Jenna, Louisiana, hung nooses from a tree at the high school, provoking a series of fights between groups of black and white students. Both black and white students were injured. Reed Walters a prosecutor charge one white student with a misdemeanor, while charging seven black students with felonies as adults. Delma Banks was charge with capital murder in the state of Texas

36. Prosecutor in the case fraudulently conceal exculpatory evidence, and repeatedly coach the main witness on what to testify. This same prosecutor threaten to prosecute his own witness if he does not conform to the prosecutors version of the case. Banks was convicted by a jury and sentenced t o death. He was strapped to te gurney, only ten minutes from execution, when the Supreme Court  stayed his execution. The Supreme Court eventually reversed Bank's conviction on prosecutorial misconduct.

37..Three members of the Duke University lacrosse team were charged with raping an African-American nude dancer. In view of the fact they came from wealthy families, they able to hire a competent team of lawyers, who publicly criticized and challenge the prosecutor  Mike Nifong, and ultimately discovered that he had engaged in various forms of misconduct, including failing disclose exculpatory evidence that ultimately led to the dismissal of the case.

38.John Thompson's  death sentence was overturned. The prosecutor had withheld forensic evidence proving Thompson's innocence. Thompson served eighteen years in prison. Mark Sodersten conviction was overturned. See Connick v. Thompson, 131 Sct. 1350, 1355-56 [2011], The prosecutor had withheld exonerative audio tapes. Soderstein served twenty two years and died in prison six months before his conviction was reversed. See in re Soderstein 53 Cal Rptr. 572, 576, 610-11 [Cal. Ct. App.2007]. In People v. Van Stuyvesant Ryan, Kindler, Kale, May Parker, Frazer with held Brady v. Maryland exculpatory evidence which were my victimless victims certified United States Immigration and Custom Enforcement records which shows their prior bad acts of immigration fraud.

39 In United States v. Ruehle, 583 F.3d 600, 601-02, 613 [CA9 9th Circuit.2009] William Ruehle was indicted for backdating stock options. The prosecutor intimidated defense witnesses in the same manner Kindler, Ryan, May Parker. Kale, Kindler et al intimidated my witnesses in violation of the compulsory process clause to prevent them from testifying. A federal judge ultimately dismissed the charges against Ruehle, citing prosecutor "shameful" conduct.

40.Michael Morton served twenty-five years in prison for murder. The prosecutor failed to turn over exculpatory evidence. Morton was later exonerated by DNA evidence. See Morton v. State of Texas, 761 S.W.2d 876, 881 [Tex. Ct. App. 1988]. United States Senator Stevens was convicted of fraud weeks before commencing his sixth reelection campaign. The prosecutor

8

failed to disclose exculpatory evidence. Two and half year later, the verdict was set aside, and the indictment dismissed. United States v. Stevens No. 08-231 [EGS], 2009 WL 6525926, at* 1 [D.D.C. Apr. 7. 2009].

41.Prosecutors are the most powerful officials in the criminal justice system. They exercise vast, almost limitless, discretion and shielded them from meaningful scrutiny. Because the most important decisions prosecutors, the charging and plea bargaining decisions, are made behind closed doors, there is rarely an opportunity to discover abuse r misconduct.

42.. Even when it is discovered as it was in the People of the State of New York v. Curtis Van Stuyvesant New York County Indictment 5291/98, the legal remedies are ineffective, because trial judges, intermediate appellate court justices, and those solons in the New York State Court of appeals don't have the COJONES to refer prosecutor misconducts to grievance committee for investigation, and even if they did, departmental disciplinary committees will simply sweep the matter under the rug. When New York State Appellate Courts find misconduct, they very rarely reverse convictions, usually holding that the misconduct is harmless errors. In the rare cases involving vacaturs or reversal, prosecutors seldom pays a price.

43. While most prosecutors adhere the maxim that their primary task is to obtain just result, there are a large number of prosecutors in New York State and in particularly New York County District Attorney Office with a delusionary belief that it is a sovereignty where United States Constitution guarantees protecting criminal defendants is implacable to them, and thus violates their ethical responsibilities in order to rack up convictions. The distressing 24 years long absence of discipline imposed on the prosecutors in People v. Van Stuyvesant whose knowing misconduct has resulted in terrible injustices visited upon me.

44.Many honorable New York City lawyers have failed to speak out about New York County District Attorney's office errant prosecutors , thus enabling their ethical breaches. The silent accessories include practicing lawyers in big law firms and judges of trials, and reviewing intermediate appellate courts, NY state court of appeals, federal district, and the second circuit appeals courts judges and court clerks, who having observed prosecutorial misconduct, aided and abetted those same prosecutors by suborning prosecutors perjury, and committed fraud upon the court and obstructed justice during my pretrial, at trial, appeals and post-conviction relief motions and writs.

45.Fault also lies with both the appellate division first and second judicial departments attorney grievance committees who ae covering up for corrupt and unethical prosecutors. How is it that Elizabeth Lederer and Linda Fairsstein still have their law license despite the widely publicize Central Park Five false arrest, selective, malicious, and vindictive prosecution, who were prosecuted because the victim is a Caucasian woman.

46..New York has a long history of wrongful conviction. Since the 1980s, approximately 400 have been exonerated in New York with "official misconduct" stated as a factor contributing to their conviction. Between 2004-2008, there were 151 cases in New York supreme and appellate courts found prosecutorial misconduct. Public sanctions, such as disciplinary measures enacted on prosecutors by the New York State Grievance Committees, were imposed in only three instances.

47. In 2009, of fifty-three cases that resulted in wrongful conviction, one prosecutor was

9

referred to a disciplinary committee and another sanctioned internally according to the Center For Prosecutor Integrity. In 2016, 148 misconduct findings came from New York cases, see Lancman & Kagan citing the Innocence Project. Prosecutorial Oversight: A National Dialogue In The Wake Of Connick v. Thompson 12 [2016]. Not a single prosecutor was disciplined. See American Bar Association Model Rules of Professional Conduct Rule 3.8 Cmt [2018.].

48..One of the most notorious case in New York was the conviction of Jabber Collins who spent 16 years in prison before it was discovered that the main witness against him was pressured to authority about Collin's role in the murder of Rabbi Abraham Pollack who was shot and killed in February 1994 in a robbery as he collected rent in a Brooklyn building New York.

49. New York Police Department [NYPD] charged 20 year old Jabbar Collins who lived in a nearby housing project. See Stephanie Denzel, Jabbar Collins, National Exoneration Registry [Sept.3,2014] [https:/www.law.umich.edu//special/exoneration/Pages/casedetail.aspx?caseid= 3115[https://perma.cc/63GY-SE9B]; Stephine Cifford,Exornerated Man Reaches $10 Million Deal    With    New    York    City,    N.Y    Times [AUGUST19,2014],.Seehttps//www,nytimes./com/2014/o8/20/nyregion/jabbar-collins-wrongful-convicted-manreaches-10-million-setttlementwithnewyorkcity.html[https://perma.cc/2CR-37P3].Even though Collins conviction was overturned and received a $10 million settlement from New York City. Former Assistant District Attorney Michael F. Vecchione the prosecutor that handled that case was never held accountable.

50.This lack of accountability for prosecutorial misconduct has embolden the assistant district attorneys who are implicated in People v. Van Stuyvesant Crimes against humanity [CAH] psychological and physical torture, attempted extrajudicial murder, theft and forfeiture financial assets ad cash, false arrest, selective, malicious, and vindictive prosecution for non-existing crimes of United States immigration related crimes, which the state of New York lacks United States Constitution Article III subject matter and plenary power, if the crimes were real.

51.In People v. Van Stuyvesant prosecutorial misconduct encompasses a wide range of unethical, immoral, corrupt, mendacious xenophobic bigotry behaviors including courtroom misconduct such as making untrue inflammatory comments in the presence of te jury, mischaracterizing evidence, making improper closing arguments, presenting false and perjured testimony, forged physical evidence, threatening defense witness, and retain private counsels with prosecution as co conspirators should they testify on my behalf, or represent me.

52. John Ryan abused the power of the district attorney office to settle a 1980 score against me, which occurred when he was an Assistant United Stats Attorney in The Southern District of New York in 1980. Less than one month after I legally entered the United States I encounter Ryan. I was young stateless refugee, who had to experience in Federal Rules of Evidence, and Federal Criminal procedure.

53. Nevertheless, I took Ryan pro se to school, humiliated ad soundly defeated him, and exposed his incompetency, unethical and immoral practice. Ryan held me responsible for his sacking and reversal of fortune because he could not leverage his tenure as an AUSA for an e employment in big law, finance, or corporate America. He ended as a low level gray man in the sewer known as the Liar Factory aka New York County District Attorney Office. Ryan fabricated

10

nan existing crimes of U.S. Immigration fraud, and used it in an unconstitutional selective, vindictive, and malicious prosecution to avenge his humiliation at my hands.

54. Kindler, Ryan, Frazer, May Parker withheld and fraudulently conceal exculpatory evidence, conducted an illegal search, and seizure in a warrantless domestic intrusion by burglarizing my Scarsdale Village Westchester County New York duplex penthouse flat, which was outside their jurisdiction. Ryan used the discarded Manhattan criminal court letter head of Hon. William Mogulescue Acting Bronx County Supreme Court Judge and forged his honor signature on a bogus search warrant supported with a "CINDERELLLA AFFIDAVIT," which he use to conduct and illegal and unconstitutional confirmatory search of my firm office on a memorial day holiday weekend, when this moron and certified village idiot knew no attorney will be in the office to challenge and verify the authenticity of his bogus search warrant.

55. With the help of lead standby counsel Fredericka Miller. And Judge Stackhouse Rhaul Kale stack and rig the petit jury, with district attorney offices and Unified Court System of the State of New York 49.employee. Kindler, Ryan, and Kale bribe undocumented illegal aliens who were my victimless victims with hallow promises of Immigration green cards to commit perjury that I was their "attorney of record," when in fact, I was not even in the United States. Ryan, Kindler et al fabricated non-existing crimes from a whole cloth, and contaminated both the trial judge, appellate justices, and post-conviction relief judges in bot federal and state courts, to suborn perjury. Obstructed justice and commit fraud upon the court.

56.New York State Attorney Grievance Committees charged with disciplining attorneys are not equip for political reasons to discipline prosecutors. Even though the Rules of Professional Responsibility, Discipline Rules, and Ethical consideration forbids prosecutors from committing the sort of egregious conduct listed in this demand for reconsideration, are never sanction or disbarred. Grievances Committees discipline attorneys for misusing or abusing clients funds, but the first department has ignored James Kindler, John Ryan, Leroy Frazer, Jennifer May Parker, Rhaul Kale burglary of my bank safe deposit box, and the looting of millions of dollars.

57.This grievance committee also ignore the fact that James Kindler et al converted my bank accounts into n illegal slush fund to pay off defense witness such as Ruth Dowell a former Continental Airline Flight Attendant to disappeared. Ruth Dowell was an alibi witness who was my South East Asia travelling companion and was with me in Maui Hawaii when via United States Post Office Priority Mail return receipt my New York Criminal Procedure Law [CPL] 190.50 grand Jury notice annexed to my United 5tates Immigration Reentry Permit and Refugee Travelling Document was served upon James Kindler.

58.The lack of discipline imposed on prosecutors who violates the code of professional responsibility and disciplinary rule has been widely brief in legal literature. But despite this very well known problem, the landscape has not shifted. Although appellate Division First Judicial Department were aware of the fact that Hillary Hassler, Kristen Kirk, James Dwyer, Christopher Marinelli, Elinor Ostrow committed perjury with their affirmation in opposition, accepted new self-serving bald face lies and alternate facts that dehored the official trial record, and affirmed an ultra vires, void for viodness fraudulent judgement of conviction, in the same manner judge John Stackhouse knew my persecution was for none existing crimes fabricated from a whole cloth, and used in a selective, vindictive and malicious prosecution for the sole purpose of using deportation in a scheme to commit extrajudicial murder to cover up Kindler et al theft of million

11

of dollars belonging to my family.

59.The State of New York does not take prosecution misconduct very seriously, because it generally delegates the oversight of prosecutors to individual district attorney's office. However, these offices continually fail to report misconduct to the proper disciplinary authority and to discipline their prosecutors for discovered misconduct. A case in point is regardless of the fact Cyrus Vance Jr., New York County District Attorney is cognizant of Hillary Hassler criminality in People v. Van Stuyvesant, he promoted this reprobate to an Executive Assistant District Attorney and appointed her to head his office appeals bureau. To add insult into injury, he also appointed Hassler as a member of his vaunted phony  Conviction Integrity, where Hassler is reviewing her own fraud upon the court

60. My 2010 application for review was summary buried by Hassler in the same manner NYS Attorney General Leticia James permitted Gail Heatherly the Chief of New York State Attorney General Conviction Review Board buried my July 5, 2018 Actual innocence petition. I did place Letitia James on notice that Gail Heatherly suffers from an actual conflict of interest, given she was formerly employed by the New York County District Attorney office, and she is a personal friend of Kindler and Hassler. According to  a study conducted by the New York State Bar Association's Task Force on wrongful conviction Final Report of fifty-three cases that resulted in a wrongful conviction, no public disciplinary steps were taken against prosecutors, only one prosecutor was referred  to a disciplinary committee, and only one was sanction internally.

61.I have never asked this  grievance committee to vacate my New York County Supreme Court ultra vires, void for viodness fraudulent judgement of conviction. I don't know where Mr. Dopico got his condescending oxymoron idea.  Prosecutors from the Liar Factory aka New York County District Attorney Office obstructed justice  during my inquisition in a New York County Inquisitorial supreme court, where I was prosecuted by dossier, and stripped of all New York State and United States Constitution guarantees given to criminal defendants. From CPL 440.1O, 460.10 In 19999, CPLR Article 70 petition for NYS  habeas  corpus, direct intermediate appellate court appeal, 28 U.S. 2254 Federal Petition  For Habeas Corpus, Certificate of appealability request from the United States Court of Appeals for the Second Circuit, Supreme Court of the United States petition for certiorari, Federal Rules of Civil Procedure Rule 60 [b] motions, petitions for a writ of error coram nobis, a  second "actual innocence " CPL 440.10 motion.

62. Kindler, Hassler, Kirk, Vance et al working in concert with Catherine O' Hagan Wolf in both her capacity as the Clerk of the Court First Judicial Department, and subsequently Clerk of The court U.S Court of Appeals for the Second Circuit contaminated state and federal judges by extraneous influences to commit fraud upon the courts, and suborn their perjury. My Prose Federal Rule of Civil Procedure 60[b] petition for a writ of certiorari in the Supreme Court of the United States during 2010 Term was calendrer for conference.

63.O'Hagan persuade SCOTUS Associate Justice Ruth Bader Ginsburg law clerks to withdraw poor person under the guise that my petition was frivolous, malicious and vexation. But six months later the Court granted Obama Administration Solicitor General Elena Kagan certiorari raising the same identical question that the states lacks article iii United States Jurisdiction over immigration, ad it is Congress and not the states that has plenary power. My  pleadings are either fraudulently conceal, not subjected before a panel of appellate judges for review,

12

disposed of by a para legal, or if review by a judge, they were not review de novo on the merit due to fraud upon the court. So, I don't need Many advice from Mr. Dopico regarding the limited jurisdiction of the Attorney Grievance Committee. He should concern himself with conducing an in depth honest and ethical investigation of Kindler et al criminal activities in stead of blowing smoke. He is in no position to gas light my audience and supporters who are tired of his mendacity and protection racket favoring Hassler et al.

64.It seems things have not change with the departure of Thomas Cahill former Chief Counsel, and his assistant Sherri Cohen, former Clerk First Department Catherine O'Hagan Wolf, David Spokoney Deputy Clerk Appellate Division First Department, and Sarah Josephine Hamilton who heads the Fitness and Character Committee who were replace amidst the call to clean up the widespread improper political interference with attorney discipline investigations. But the good work that Hon. Johnathan Lippman did as Presiding Justice First Department has been undermined by Mr. Dopico who is a hold over from the Cahill, Cohen, O'Hagan Wolf, Spokoney scandal plague regime.

65. Some memorable scandal plague matters were Bernstein v. Appellate Division First Department Departmental Disciplinary Committee, as related to a then pending New York attorney ethics scandal case, Anderson v. The State of New York. Allegations of covering up and white washing complaints against favored attorneys. In the Matter of Eloise M. Nurse former NYS accidental "crackhead" Governor David Patterson sister in law, who stole $500,000 from my firm was swept under the rug. In an unrelated matter this committee gave Ms. Nurse a slap on the wrist.

66. I inherited Ms. Nurse from Trevor L. Brooks a disbarred lawyer, who was a closed personal and family of mine. Mr. Brooks is also a personal friend of former New York State accidental cocaine addicted governor David Patterson, and his younger brother Daniel. We were in the same social circle. Now I am aware of the fact Ms. Nurse was practicing law in 1996, when she was not licensed in any jurisdiction, which James Kindler, Hillary Hassler, John Ryan, RhaulKale, Jennifer May Parker knew when she was granted transactional immunity, and assisted her in fleeing from the court jurisdiction to avoid appearing as a witness for my defense, even though she testified at the defective grand jury proceeding, and committed perjury.

67.Ms. Nurse was the attorney of record for a majority of my victimless victims. The others were represented by Charmaine Brooks who is Trevor Brooks daughter. Apparmore Agambila, Robert Dunn, and Lisa Cox who were admitted to practice law also represent some of these clients. I even had Attorneys from New York City Department of Law, New York City Transit Authority, and District Attorney offices moon lighting for my firm to supplement their income, because my firm paid very well. In 1998 he First year associated was paid $150,000 per year. None of my former firm staff attorneys or of 1500 of counsel in the immigration law practice group in 24 states committed crime in their representation of undocumented or illegal aliens.

68. The irony is not lost on every one that for upholding the law ad not to make my firm nd staff a part of those clients violation of 18 U.S.C. 1546 fraud and misuse of visas, and other documents, 18 US.C. 1325, 8 US.C. marriage fraud, 18 U.S.C. 371 conspiracy to commit an offense to defraud United States immigration relief, 18 U.S.C 1001 fraud and false statements in immigration applications for relief, 18 U.S.C. 2199 Stowaways on vessels and aircraft,18 U.S.C. 1425 procurement of citizenship or naturalization unlawfully, 18 U.S.C.2237 criminal sanction

13

predicate criminal acts which are codified in both Title 8 & 18 United States Annotated Codes [U.S.A.C.] and not New York Penal Law [PL], and Criminal Procedure law [CPL].

80. John Ryan with the blessings of Robert Morganthau, James Kindler, ad Leroy Frazer from shop Mrs. Mary Jo White United States Attorney for the Southern District of New York in 1997 for an indictment pursuant to 18 U.SC 1962 [c][d] Racketeering Influence Corrupt Organization Act [RICO], and Mr. Eliot Spitzer when he was NYS Attorney General for Enterprise Corruption pursuant to PL Section 460.20. He was rebuffed. Undeterred this carnival barker to his freak show across state lines where my firm had 1500 of counsels in 24 states representing undocumented illegal aliens. He was laughed out of town by those states Attorney Generals.

81.Undeterred again he contacted the International Criminal Police Organization [INTERPOL] in Lyon France with the fantastical bald face lies that I am a mastermind  chief executive of an international criminal organization laundering narcotraffickers, merchant of death weapon dealers, and terrorists money in off shore bank accounts. His demand for a  Red Notice to alert police departments around the world that I am an internationally wanted fugitive. He was ignored and advice to seek mental health therapy.

82.It was then, Ryan decided illegally, to assumes United States Constitution Article III federal subject matter over Immigration, and Kindler repealed Article 1, Section 8, Clause 3 [the Commerce Clause] United States Congress Plenary Power to make immigration policy subjected to limited judicial oversight granted the "sovereignty  State of the Liar Factory aka New York County District Attorney. John Ryan, James Kindler, Leroy Frazer, Jennifer May Parker, Rhaul Kale fabricated non existing crimes of immigration fraud from a whole cloth, and use it in a selective, vindictive, and malicious prosecution to commit extrajudicial murder. It was the beginning of my Kafkaques nightmare.

83.. But from 1998  Supreme Court of the State of New York Appellate Division First Judicial Department corrupt and unethical regime of the Troika  of Sherri Cohen, Thomas Cahill, and Catherine O' Hagan, including Jorge Dopico swept my complaints under the rug

84. I speak and write Arabic, mandarin chines, French, Russian, German, Dutch, Spanish, Italian, Portuguese, Japanese, Latin, Greek, Zulu, Fulani, house, Swahili, and English very fluently. I am a british educated and trained barrister and solicitor at law who holds  the following  degrees- LLB Law Combined with BSc Philosophy, Politics & Economics, LLM International Law combined with MA International Relations  & Strategic Studies, MBA Finance, and a Ph.D. International law.

85.  I can practice law in every country that is a member of the British Commonwealth of Nations and the European Union. By  choice I refused to be admitted, waived in, or become a consultant, because of my contempt for American educated and trained lawyers, due to my experience in 1980, when I first encounter AUSA John Ryan and FBI Counter Intelligent Special Agents with law degrees.  They were serial pathological  liars and reprobates lacking in moral compass. Their corruption, immoral, and unethical practices disgusted me, and I wanted no part of it.

86.Furthermore, I could not see myself bowing in respect and brown nosing or referring to incompetent corrupt political hacks appointed to the bench as your honor. Moreover, since my practice was in foreign courts as a litigator and appellate counsel, New York, New Jersey or

16

lies.

74.I dated Mary Lawson from 1992-96. She was a former New York City Department of Health Assistant Commissioner, AVP Health and Hospital Corporation. She obtain her master's degree in public health from Columbia University, and her bachelor's in nursing from Hunter college, but yet she was insecure, and possessive maybe it is due to the fact she is a victim of incest. In view of te fact she refused to seek  counseling because she was still in love with her father who started to abuse her at age 15 ad well into her late thirties. I decided to terminate the relation which was one of convenience. Each time I decide to leave she will feign suicide and stalked me.

75.I became more concerned when her married childhood girlfriend and her husband both died from the Aid virus and decided to leave for good when she told me she had deliberately infected me with Chlamydia. Lawson is a light complexion woman who bruise very easily. In retaliation for leaving her, she filed a false domestic violence complaint against me using a fake Bronx address. I was a Scarsdale Village Westchester County Resident. Due to her stalking, I sought refugee in my firm corporate apartment in Bergen County NJ. Lawson knew of Ryan animus and vendetta against me.

76.The Bronx County DA and Family Court rejected her request for a temporary order of protection. Ryan et al advise her to cross into New Jersey where prosecutors were more interested in covering their asses than to investigate. This time she lied that she was held against her will at knife point, threatened with a hand gun, assaulted physically and sexually and I threatened to kill her entire family.

77.I was arrested and charged, but  a Bergen County grand Jury return a NO Bill,, because of inconsistency in story, ad lack of any physical, trace, biology, chemistry evidence,, medical records etc. With the held from Ryan and Kindler, Bergen County NJ prosecutors fraudulent obtain a permanent life tenue order of protection against me. She weaponized the order of protection, and use it to harass, intimidated, extorted large sum of money and blackmail me with phantom violation of her fraudulent order of protection. I had to choice but to relocate in 1997 to Maui Hawaii.

78.John Ryan et al encouraged Lawson to forum shop her bald face lies even in Philadelphia and Miami -Dade County where my firm had offices or maintain a corporate apartments. It made no difference that was acquitted by a Bergen County NJ Superior Court Judge, and double jeopardy has attached, or  that New York County District Attorney cannot  obtain long-arm jurisdiction pursuant New York CPLR 302[a][1] over New Jersey matter. Violation of a domestic order of protection in New Jersey is a felony. For immigration purpose it is an aggravated felony, and if an immigrant is convicted he/she will be subjected to deportation, which was Ryan's objective.

79.The New York County District Attorney forum shopped this abomination before criminal court judges in Manhattan, Brooklyn Bronx, and Queen counties.  More than a dozen New York city criminal court judges refuse to touch it with a 12 foot pole with the exception of Laura Ward who in 1998 attempted to force a bench trial, after Ryan had upgraded a two count aggravated harassment misdemeanors into a fifteen counts Class E felonies without the benefit of a grand jury indictment exposing me to 54 years in prison. ana  Cheryl Chambers who sat on it from mid-1996 to December 1997, to give Ryan the opportunity to frame me as an alternative with unauthorize practice of law, and United States Immigration and Nationality Act related

15

for failure to have to or provide false information. On the other hand, John Ryan, James Kindler, Rhaul Kale, Jennifer May Parker, Hillary Hassler. Kristen Kirk et al   violated 8. U.S..1332by encouraging the unlawful bringing of aliens in the United States, 8 U.S.C.1324  bringing and harboring certain aliens as those granted voluntary departure who failed to depart, or illegal reentry after deportation

69.My defunct foreign own multi-discipline international law firm off shore transnational corporations and United States Fortune 500 multinational corporation, and high net worth individual clients were incredibly happy to pay me $1000 per billable hour as both their Registered Agent, and solicitor. I could sit under a coconut tree with a bottle of Krug Grande dame champagne in the Cayman Island  Seven Mile beach or a Rum Point Estate, Saint Bartholomew, Tucks & Cacioss, Bermuda, The Island of Mann, or the British Virgin Island, and billed more than fifty clients per hour each day.

70..Both then Manhattan Criminal Court Judge Cheryl Chambers ad John Ryan et al obtain copies of Fox Stewart, Van Stuyvesant Harrison & Tate off shore finance and corporate law practice group brochure during my persecution on a two counts misdemeanor aggravated harassment false charges lodged by a vindictive ex-lover who deliberately infected me with Chlamydia, because I was told  by friends in the district attorney office that Ryan was spreading false rumors that I was practicing law in New York without a license.

71..My former firm represented foreign governments including several United States Government entities in off shore finance matter where discretion and deniability is required. We did not a from my firm desk top computers, because from the Ritz Carlton hotel San Juan Puerto Rico I triggered with my cell phone a program to destroy every document not related to the New York City Immigration practice.  We did  not advertise our services, nor were we listed in any directory, which was why we were remarkably successful. Each client was vetted and subjected to a very rigorous  due diligence and must be referred by a client in good standing None of my former clients were mention in either the Paradise or the Panama papers, because none of my conduct was illegal or violated the laws of any sovereign state.

72..My reputation is unblemished, and I still command great respect in that industry. Can you imagine an idiot such as John Ryan attempting to scam me with an offer of a reduced sentence if I release my firm off shore finance and corporate clients it's to him. The District Attorney forensic computer expert recovered meaningless gibberish The greatest irony is the fact that the federal government of the United States is a very prolific money launderer, and when its suits its national security interest has no qualms in violating the Foreign Corrupt Practice Act with impunity.

73..John Ryan first attempt to rail road me into prison in his desperation to avenge his 1980 humiliation, as he was about to retire from New York County District Attorney office was resurrection of a dismissed Hackensack New Jersey Municipal Court false allegation of domestic violence which was dismissed, and a Bergen County New Jersey Superior Court prosecution for violation of a fraudulently obtain New Jersey order of protection given to a lifelong  resident of Bronx County New York City Mary Lawson who lied she resided in New Jersey, because she could not obtain one in New York State both the Bronx and Westchester County District Attorney offices refused to entertain her false allegation, and New York City Police  and Scarsdale Westchester County Police Departments saw through her inconsistence and bald face

14

commit extrajudicial murder.

92.Hillary Hassler was the enforcer of James Kindler orders to New York State Department of Corrections executives and prison guards to torture me. She must have shown particular enthusiasm and dedication as an enforcer to the job, because she was promoted to an Executive Assistant District Attorney, and Chief of the Appeals Bureau by Cyrus Vance Jr.

93. Hassler revealed in her attempts to force Immigration and Custom Enforcement to deport me with a fraudulently obtain final order of deportation, regardless of the fact, I am a stateless refugee granted political asylum in the United States., and such deportation would have violated the doctrine of refoulment. Hassler is a sadistic who derived sexual pleasure from physical and emotional torture

94. Catherine O' Hagan Wolf continue her fraud upon the court in the United States Court of Appeals for the Second Circuit. How this reprobate became the clerk, give the fact that she was practically forced out of the Supreme Court State of New York Appellate Division First Judicial Department due to her blatant pubic corruption, and obstruction of disciplinary proceeding against political connected favored attorney, is a question Ms. Audrey Strauss Acting United States Attorney SDNY, and Mr. William Sweeney Jr. Assistant Director Federal Bureau of Investigation New York City Field Office should be asking Dennis Jacob United States Court of Appeals for the Second Circuit senior judge, who fired Roseanne McKechnie when he became chief judge by seniority rotation to make room for O'Hagan Wolf who did not have any federal court administrative experience.

95.There were many qualify deputy clerks I the Second Circuit, but Jacob decided to use the New York City infamous "I Ow You Favor Bank" which even more corrupt than Boss Tweed Tammy Hall to reward and unethical and immoral reprobate with the clerkship of the most important federal appeals court in the nation.

96.Catherine O' Hagan Wolf did not subject my 28 U.S.C 2254 federal Habeas Corpus Notice of Appeal ad request for a Certificate of Appealability for review. She also fraudulently conceal three separate Federal Rule of Civil Procedure Rule 60[b][1][2][3][40[5][6] motions attacking United States District Judge Lewis Kaplan, and United States Magistrate Judge Debra Freeman fraud upon the court and not the underlying New York State Ultra vires void for voidness fraudulent judgement of conviction.

97.The Unified Court System of the State of New York memorandum decision and orders in People v . Van Stuyvesant New York County Indictment Number 5291/98 were unarticulated, silent, postcard boiler plates' gave deference to New York State Assistant Attorney General Jennifer Danburg and New York State Assistant Solicitor General Robin Forshaw brief. Danburg and Forshaw simply plagiarized ADA Hillary Hassler, and Kristen Kirk perjured, inflammatory, spacious direct appeal briefs that dehored my official New York County inquisitorial supreme court official transcripts. Hassler and Kirk presented new alternative facts and out right bald face lies, which were regurgitated by Danburg and Forshaw

98. Freeman became the thirteenth New York County stacked and rigged juror. This woman did not know the meaning of "cause and prejudice," "deliberate by pass" or the first principle of 28 U.S.C 2254 that a federal court must conduct a de novo review and should not give difference

18

to unarticulated silent state court decisions..

99. New York State decisions was contrary to, or involved unreasonable application of, clearly established federal law, as determined by the Supreme Court of the United States or resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in state court. Freeman buried her Memorandum Decision and Order in the dark world of un publish decisions knowing it will fail the foul odor stench smell test for fraud upon the court. She was forced out of Morrison and Foester where she was a partner. She is another beneficiary of the I OWE YOU FAVOR BANK.

100..Every appeal I took pro se whether it was a petition for review of the bogus order of deportation, 18 U.S.C 1961 [c][d], 1964 RICO against my bankers, and prosecutors for theft of $260 million, 42 U.S.C 1983 Constitution Tort against NYS state prison guard r against prosecutors in the Lawson matter which was terminated in my favor, qui tam, product liability, alien tort claim act, torture victim protection act, and New York State pendent medical mal practice related to being use without my knowledge or consent, as refuse monkey for a phase one and two human clinical trial, suffered the same faith. They were dead on arrival and fraudulently conceal by O' Hagan Wolf.

101.Realistically it makes no difference to me whether or not the Grievance Committee conduct a meaningful investigation or Mr. Dopico continue to buried his head in Hillary Hassler rectum and lie to the entire legal community that the foul stench from her rectum smells like the fresh scent of DKNY Golden Delicious Fragrance which is the most expensive perfume in the world selling for $ USD 1 million per bottle, or Baccarat Les Larmes Sacrees de Thebes which retails for $6,800 per ounce. I don't trustor have any respect for Mr. Dopico, because of his mendacity, cover up, corruption and unethical practices..

102.In deference to the chairs and deputy chairs, I will abide by the confidentiality by not posting this request for reconsideration, but the same federal and state law enforcement officials, Immigration and Custom Enforcement, Federal Bureau of Investigation, United States Attorneys for the Southern District of New York, District of Connecticut, District of New Jersey, Eastern District of North Carolina, selected member s of the bar bench, human rights organizations, United Nations high Commission for Human Rights, the International Criminal Court, and the foreign ministers of United Nations member states will be copied.

103. .On March 16, 2020 I filed my third petition for a writ of error coram nobis. Five months later it was return back to me. The reason given was a affecting my submission which is a s phony as a two dollar bill. The court clerks and staff attorneys in the first department are still using Catherine O'Hagan Wolf hand book on how to commit fraud upon the court and obstruct justice. I have enclosed the necessary evidence to support the veracity of my claim which cannot be controverted with incontrovertible proof. I have also annexed the necessary evidence proving that Catherine O'Hagan Wolf also fraudulently conceal my third Federal Rule of Civil Procedure Rule 60 [b] motion Notice of Appeal, request for a certificate of appealability, affidavit in support and memorandum of law.

104. Despite the fact I paid $500 in filing fees which I am not supposed to pay due to my indigency, which I could not afford, my pleadings which the NYS Attorney General could not controvert, was not subjected before a three panel second circuit judges. O'Hagan Wolf simply

19

forged the name of three judges in an order denying relief, and promptly fraudulently conceal her forgery  on LGBT issues to bar me from petitioning the Supreme Court of the United States for a writ of certiorari, because was afraid it will be granted.

105.During SCOTUS 2010 Term y pro se  second federal rule of civil procedure 66[b]  motion petition for a writ of certiorari was calendar for conference. O' Hagan persuaded Justice Ruth Bader Ginsburg law clerks to with draw Informa pauperis under the guise it was frivolous and vexation. How could a petition be deemed frivolous or vexation when my life and liberty interest depends on it. Six months later the Court granted Obama Administration Solicitor General Elena Kagan certiorari. She raised the same questions, I had presented. The Irony is not lost on me that Ms. Kagan is now an Associated Justice of SCOTUS.

106.It seem   New York State Attorney General Letitia James Stands strong with the LGBT Community than with wrongful convicted, Muslims, tortured victims, stateless refugees, and any one who is not a gay member of the LGBT Community. During NYS Senator Dan Squadron's Forum on LGBT issues and legalization of same sex marriage in NYS In August of 2011, the  then New York City Council Woman in her opening statement  stated   " A lot of African-Americans have asked me "why  did you support gay marriage? Why did you come out early on? Why do you stand strong with the LGBT Community ? "And I stand strong with the LGBT Community because they are a part f e ad I'm a part of them I stand with them because no one should be treated differently, no matter your race or sexual orientation or your gender. And that we are all a part of one human family. And that to treat someone different is wrong, is immoral, and for e, it's really unchristian-like. And for me to be  a Christian is to accept you as you are and to accept me at the place that you are and to accept you as equal. 'And so, I stand with yo always. I stand  with you in demanding that the federal government also give you full rights. I stand b with you when you live next to me. I stand with you with all of your rights because I want all of my rights. And I stand with you today, and that's why I am here today."

107.When she decided to run for State Attorney General James stated publicly "As Attorney General, I will fight to uphold our most basic constitutional rights and ensure that every New Yorker from Brooklyn to Buffalo is protected ' she said. Is this the same woman who as violated her oath of office, if it is indeed true that she fraudulently conceal my  actual innocent petition which was filed before her office Vaunted Conviction Review Board, because she was personally order by NYS Governor Andrew Cuomo to do so in retaliation, because  when Cuomo was state attorney general he knew of  Kindler et al crimes against humanity, psychological and physical torture, and he is named as a defendant in both the U.N High Commission for Human Rights, and International Criminal Court complaints. We have not even started or due diligence investigation, but already information has started flowing even from African- American New State,  local, county urban cities, ghettos , barrios black/brown elected  officials, community activists, and even LGBT  community advocates, that Ms. James is own lock, stock,  and barrel.

108. My twenty three year old daughter educated at Oxford is a solicitor with  a Magic Circle Law Firm in London. She is also admitted to practice law in the U.S . Both my twin youngest children and   grandchildren   were16 years old when they   were   was admitted in an undergraduate LLB law program and got their LLM on their twenty Second birth day.  My youngest twin son is also Oxford educated with the same LLB and LLM. but decided against practicing law. He is a  financial derivative trader with a top ranked global investments  bank. I insisted for their own protection to use their mother 's maiden name. Both are in the U.K. My

20

Connecticut and Washington D.C  appellate divisions did not have jurisdiction over me and could not sanction me for calling an incompetent judges an anal prick Iam not diplomatic. I am very blunt. I speak my mind without mincing words. I call it as I see it. My respect must be earned. Every trial or appellate court that I had appeared in the British Common wealth and European Union judges I respected, and in return respected me for my ethics.

87.One of the lessons I thought my firm immigration practice group staff attorneys, and of counsel is to include each client signed retainer agreement with an Order to Show Cause [OSC], so there will be no ambiguity, should we decided to terminate representation for cause if the client committed perjury, used forged document, or fraudulent conceal prior bad act of immigration fraud. Judge John Stackhouse a sanctimonious nit wit, who is a corrupt, incompetent, ad unethical judge berated me for being ethical.

88. He said it was not my firm place to investigate conduct due diligence on to our clients. Furthermore, he said the clients were not sophisticated enough to understand reasons why representation could be terminated. If an illegal undocumented alien is sophisticated enough to commit immigration fraud, remain illegally in the United States, earing about $100,000 a year in tax free income, owns a home, and cars, and operating a business while o the government dole, he or she is sophisticated enough to comprehend a simple one and half page retainer agreement. As a no nonsense activist lawyer, I would have been disbarred on trump up frivolous charges. I have seen how the Attorney Grievance Committees in the state of New York have destroyed the lives of black/brown activist lawyers due to their private attorney general anti- corruption activities.

89. Sol Wacchtler former NYS Court of Appeals Chief Judge, Stanley Friedman former Bronx County borough President and Albert Pirro Fox News Botox intoxicated racist xenophobic bigot, Judge Jeanne Pirro are convicted felons, who have been reinstated as attorneys in goo standing. I know more than a dozen black/brown attorneys who are not felons, but yet they have not been reinstated.. Fredericka Miller has been ripping the New York City County Law 18b Assigned Counsel Program for the past 32 years by pocketing the fees paid to her to hire private investigators and expert witness for her clients which she never does. I am one of her victims. My complaint was ignored. She is still practicing her grand larceny craft.

90. Since 1998 Mr. Dopico was aware of the fact New York County Prosecutors obstruction of justice which involves interference, through words or actions, with the proper operations of the Unified Court System of New York State and the federal courts reviewing my case. The integrity of the judicial system depends on the participants' acting honestly and without reprisals. New York County prosecutors bribe witnesses, intimidated witnesses, encourage the destruction of independent obtain exculpatory evidence, and committed fraud upon the court.

91.Society tend to focus on the evil women in the world and forget some of the truly evil women that have lived. Catherine O'Hagan Wolf, Hillary Hassler, and Fredricka Miller are three of the most despicable women who have caused so much tragedy in my life. They are degenerated psychotic sociopaths, and pathological liars that lacks an iota of moral compasses.. Drunk on the absolute power and protection render by the Supreme Court State of New York Appellate division First Judicial Department Attorney Grievance Committee protection racket they reveled in my torture, their obstruction of justice, fraud upon the court, and scheme to

17

twin grand daughter and son are similarly Oxford/Cambridge LLb and LLM educated they are 24 years old. Grand daughter is also with a competitor "Magic Circle International law firm  My. grand son  is private equity/ hedged fund with another top ranked global investment bank. They are both solicitors and admitted to practice law in the United States.

109. Zoe their mother is my oldest daughter. She is a  Columbia undergraduate. Harvard JD/MBA. She is an  Afro-Cuban. Her maternal grandparents are one of those racist bigot such as United States Senator Ted Cruz who in their delusion believes they are Caucasian Spaniard. Who are descendants of the Conquistadors. She is with one of the most prestigious private equity firm in the world in a very senior position. Zoe husband is a Sephardic Jew . He is a very well respected cardiovascular surgeon, research scientist, and medical  school professor involving in cutting edge medical and pharmacology R.D for cardio medication and now a COVID-19 Vaccination  for an european pharma which is one of the biggest in the world.. His mother is a corporate partner in with a big law in New York City, and his father is a cardiovascular surgeon, and a tenured professor of medicine in a New York City  Medical School.

110. His laboratory is funded by some of the biggest investment banks, but he is very independent and even has a JD law degree. He grew up in Greenwich Connecticut and  Park Avenue New York. They met at Harvard. The mother of my youngest children is an Euroasian who is an attorney, barrister, and solicitor. Oxford LLB, LLM, Stanford  MBA. She is the CEO of her family controlled  invest ment firm The firm has several sovereign wealth invest funds, owns off shore  banks, insurance , private equities and hedge funds in Europe, Asia, Middle East, Caribbean , South and North America, and Africa.

111.Camelia  was the off shore  banking heiress and princess I was  engaged to be married to when my divorce  from my first wife became final. We decided to start a family regardless and was pregnant with my child, when she was murdered by John Ryan, James Kindler, Cheryl Chambers, Mary Lawson. She was in her trimester when she died from brain aneurysm which manifested from the stress from my persecution, and constant harassment from Lawson.. She was only 27 years old when she was hounded to her death by Mary Lawson, who was aided and abetted by those reprobates, and their Bergen County NJ  prosecutors accomplice.

112. She was an oxford  educated medical doctor doing her horsemanship in surgery. Her father was a close family friend of my parent and my mentor. She was an only child  Before his death he merged his brick and mortar off shore bank with the mother of my youngest children financial Holding Company.  My youngest twin children mother was a childhood friend of Camilla, and both family where connected by business and marriage.

1113. Hillary [KAREN] Hassler, James [CINDY] Kindler, Cyrus [CINDY0 Vance Jr. Lewis [CINDY] Kaplan. For those of you that are not in the know, a CINDY is a Caucasian/ Jewish male who lies to law enforcement officials that a black man has threaten to kill him. A  TYSHA is a black woman such as Letticia James, Darcel Clark, Debra Freeman, Cheryl Chambers, and Mary Lawson shafting a black man because they were ordered by the karens and cindys to do so. NENENE are the Eric Holders and Leroy Frazer who are certified Uncle  Tom House Negroes.

114.I have not once at any time threatened to use violence against those reprobates, hired a contract hit man to take their worthless lives, or stalked any member of their families, posted any negative but true information about them online, exposed their adultery, drug addiction,

21

homosexuality, kleptomaniac, child phonograph, or under age sex. Their public corruption, or bribery. I have shared some of these information in my commentary, and what the recipients does with it does not concern me. I am not enjoying the warmth and close relation, and affection of my children and grandchildren, because for their own protection, I told them to go into exile, due to the fact that I know those reprobate knew they will make vulnerable.

115. I don't believe in violence. If I had wanted to, I could have broken the necks of the xenophobic red neck bigot NYS prison guards in less than a minute even the fact I was immobilized with iron Shackles and 104. handcuffs. I have a back belt in martial arts and can incorporate Kung Fu, judo, Aikido, Brazilian Jiu jitsu, Ninjutsu and Israeli defense force Krav Maga which is the world's most effective and dangerous form of combat. Krav Maga is not a sport. Some I was taught in Cuba during an intense Commando jungle combat warfare officer training, after medical treatment and convalescent from injuries suffered at the hands of both the government of Nigeria military juanta, and Grenada Mongoose gang secret police. Others I learn on my own.

116. All that nonsense from USDJ Lewis Kaplan, New York County DA Cyrus Vance Jr,. James Kindler, and Hillary Hassler that they are afraid of me , or I am a threat to the community, is simply to divert attention from their criminal conduct. I am 65 years old. Sometimes I can't even button my shirt, tie a shoe lace, lift a tea spoon, or even use a can opener. T'ai chi chuan is the only martial art that I practice today because it health benefits. I use it for both defense and meditation. You are welcome to join me in Riverside Park next summer if I am still alive.

117. My oldest son has his CPA and LLM in tax law he is doing his own thing in the Washington D.C belt way. His Younger brother has a LSAT 1005 perfect score. I was incarcerated when on their own merit, my children and grand children made their achievements. My ex wife has become a personal friend of Hillary Hassler. She is a devious, vindictive, psychotic sociopath, gold digging pathological liar who is a reprobate.. I am estranging from my siblings, who are embarrassed, because of my conviction. .They are extraordinarily successful surgeons. I told them in 1998 to kiss my Islamic black ass, and since my release from prison, I have refused to see them or even speak to them, but I am very close to my nephews and nieces. I am sharing this very intimate portrait of my life because Kindler, Hassler, Vance have accused me albeit falsely of wanting to kill them any time they are caught with their pants down.

118. Contrary to their bald face lies, I don't have bags of million of dollars readily available to me, because they stole $260 million dollars allocated to my side of the family. I don't accept handout from my children, females in my life, or from any one for that matter. My only source of income is from SSI disability. During my incarceration I did not received any visit, made any phone calls, received any personal letters, or deposit of cash in my Convict Prison Trust Account. I survived on five dollars each moth given to me by the state of New York. If I had cash , I would have retained the best appellate attorneys money could have bought. 119 With all the medical evidence, federal and state court records, and files , including the Unified Court System of the State of New York own certified trial transcript available to the this Grievance Committee, how could any ethical, moral, and honest Chair, deputy chair, chief counsel, deputy counsel or staff counsels of the Grievance Committee say with a straight face the evidence is insufficient to substantiate my claims.

119. John Ryan used and abuse the power of the Mew York County District Attorney office in a

years imprisonment, without the benefit of a grand jury, and attempted to force a bench trial on me, because she was order to do so. Without the acquiescence of Judge John Stackhouse to Kindlers order, he would have dismissed Ryan' ultra vires defective indictment. Appellate Division First Judicial department judges genuflected to Hillary Hassler, and Kristen Kirk during the litigation of my nonstarter direct appeal. The servility of Darcel Clark former first department justice who currently is the Bronx County District Attorney, and Jill Konviser still makes me very nauseous.

126.I make no apology for any typographic errors or repetitive sentences. Iam using Occam My Eye 2.2 which is an advance wearable technology, providing independence by allowing access to visual information, conveyed by audio or a tiny camera which I can attach to my very high density special prescription glasses. It uses artificial intelligence. It reads and identify products. Iam also using JAWS a Microsoft Windows computer screen reader that allows blind and visually impaired users to read the screen either with a text-to-speech output or by a refreshable Brail display. But to hear ADA Christopher P. Marinelli sneering condescending oxymoron diatribe James Kindler, Hillary Hassler et al acted in good faith when ordering prison guard to have me torture. My complain is a litany of my lurid imagination, injuries and disability is a hoax, and he still has fitness of character to practice law. Now you can understand why I refuse to e a member of NYS bar, because 90% attorneys in this country are reprobates without an iota of moral compass.

Respectfully submitted,

---------------------------------------------------------

Curtis Van Stuyvesant

cc.

Mr. Jorge Dopico Chief Counsel

Attorney Grievance Committee

State Of New York Supreme Court

Appellate Division First Judicial Department.

189 Maiden Lane New, York NY 10038

Ms. Susan Molina Rojas Clerk of the Court

State of New York Supreme Court

Appellate Division First Judicial Department

27 Madison Avenue New York, NY 10010

24

WHEREFORE by virtue of the foregoing, the court should not entertain respondent, frivolous, specious, perjured non responsive affirmation in opposition, the writ of error coram nobis should be granted I its entirety with a de novo appeal being ordered and for such word, and further relief, as the court may deem just and proper.

Dated October 13, 2020.

Respectfully submitted,

Curtis Van Stuyvesant
308 Wes t 94 Street # 435
New York New York 10025.

19

**NEW YORK STATE**
Unified Court System

OFFICE OF COURT ADMINISTRATION

**LAWRENCE K. MARKS**
CHIEF ADMINISTRATIVE JUDGE

**EILEEN D. MILLETT**
COUNSEL

August 20, 2020

Mr. Curtis Van Stuyvesant
Manhattan Hotel
Room 435
308 West 94th Street
New York, New York 10025

Dear Mr. Van Stuyvesant:

This is in response to your correspondence copied to this Office, but addressed to "Hamilton Place" in London; the U.S. Attorney for the Southern District of New York; and the Appellate Division, First Department.   It appears that you forwarded copies to the Governor, Attorney General, U.S. Senate, FBI, ICE, New York County District Attorney's Office, and the Second Circuit Court of Appeals.

The communications pertain to your immigration matter, "civilian crime report," and 1998 criminal case and post-conviction proceedings.

Please be advised that this Office is unable to provide assistance with such matters, including with regard to your communications with the clerk of the court pertaining to your attempted filings by "Thumb Drive."   You should continue to direct such communications to the clerk of the court where the matter is pending.

There is no need to provide copies of such correspondence to this Office.

Very truly yours,

Shawn Kerby
Assistant Deputy Counsel

COUNSEL'S OFFICE • 25 BEAVER STREET, NEW YORK, NEW YORK 10004 • PHONE: 212-428-2160 • FAX: 212-428-2155

Curtis Van Stuyvesant

The Manhattan Hotel

Room 435

308 West 94 Street

New York New York 10025

September 5, 2020

Hon Lawrence K. Mark

Chief Administrative Judge

Unified Court System of

The State of New York

25 Beaver Street

New York New York 10004

Re: People of the State of New York v. Curtis Van Stuyvesant

New York County Indictment Number 5291/98

Fraud Upon the Court, Obstruction of Justice & Miscarriage of Justice

Dear Judge Mark,

In opening, in late August, of this year, as the Republican National Committee lying fest convention freak show was in session, Rusten Sheskeya a Kenosha Wisconsin police officer, cravenly shot and unarmed black man, Jacob Blake in his back seven times without provocation, while a 17 year old Caucasian teenager Kyle Rittenhouse, who was armed with a long gun, and in cold blood murdered two and wounded several demonstrators, protesting the shooting of Jacob Blake was given bottle water by Kenosha police officers, after committing those heinous crimes , and allow to casually stroll from the murder scene with his long gun strapped on his shoulder.

Despite the fact bystanders informed police that Rittenhouse just murder two people, he was allowed to escape by those racist, xenophobic bigot police officers. But the district attorney is making a lot of noise that Jacob Blake had a knife on the floorboard of his car to justify the shooting. It is racist bigots such as Kyle Rittenhouse and QANON coming from out of state to infiltrate and incite violence in peaceful protest, which seems to be the problem, and not a phantom brigade of <u>antifascist</u> anarchies.

On the other hand, NYS Attorney General Leticia James ,and her fellow "café latte woke liberals" fellow travelers, have done nothing to discourage the violence ,that is destroying the very good work the "black life matter" is doing, to showcase racial inequality, racism, bigotry, and xenophobia in a dystopian United States, where it is a Caucasian hunting season for black/brown people with long guns. The summer of 2020 is United States version of Nazi

1

Germany  Kristallnacht, which was carried out in Germany on November 9-10, 1938 by the Sturmbteilung [SA] stormtroopers. The Pogrom  of the summer of 2020 in the U.S. is against black/brown people which has become the" American Carnage".

This is  a reply to your office unsolicited response to my July 29, 2020 letter to Ms. Susan Molinas Rojas Clerk of the Court Supreme Court Sate of New York Appellate Division First Judicial Department regarding another fraud upon the court committed by dim bats and morons in her office, who seems not to know the differences between a post-conviction petition for a writ of error coram nobis, and a notice of direct appeal appealing a [circa1999], ultra vires, void for viodness fraudulent New York County Supreme Court judgement of conviction.

The irony is not lost on me that a letter  dated August, 20, 2020 from Shawn Kerby Assistant Deputy Counsel le New York State Unified Court System Office of Court Administration Assistant Deputy Counsel came on the heels  of yet to be verified information that Leticia James New York Attorney General fraudulently conceal my actual innocent petition which was filed on July 5, 2018 . It was not subjected for review before the AG Conviction Review Board. I became alarm when   James appointed  Debra Freeman United States  Magistrate Judge SDNY to investigate New York City Department of Police  practices in handling the Black Life Matter Movement protest, even though James is cognizant of the fact that Debra Freeman is very dishonest, corrupt, unethical, incompetent xenophobic bigot. Both Loretta Lynch and Debra Freeman resides in relatively safe zip codes. They are not affected by gun violence, burglary, armed robbery, rape, mugging and quality of life crimes. On the people dime Leticia James has a round the clock security detail. The oxymoron carrion cry of he likes of Alexandria Ocasio-Cortez to defund police is responsible for the "go slow "by police officers which is turning New York City into the Wild wild West in the days of O.K Coral.

Debra Freeman is a federal judge who does not know the meaning of " cause and prejudice," "deliberate by pass," or the first principle in a 28 U.S.C 2254 petition that a federal judge should not give deference to a state court unarticulated, silent, postcard, boiler plate decision that did not reach the merit of the federal constitution law and fact raised in a petitioner first criminal intermediate appellate court direct appeal. She also was too stupid  or unethical to know that once CPL 440-10 &CPL 460.10 is consolidated with direct appeal , it not only expanded the record, and the constitution question of law and fact are preserved for both state appellate court and federal habeas corpus reviews.

Freeman gave difference to the perjured affirmation and memorandum of law filed by former New York State Assistant Attorney General Jennifer Danburg & Assistant Solicitor General Robin Forshaw which was base on New York Criminal Procedure law [CPL], which superficially cited a few federal case law out of context Danburg & Forshaw simply p plagiarized Hillary [Karen] Hassler & Kristen [Karen' Kirk]80 page plus direct appeal perjured, spacious self-serving memorandum of law riddle with  new alternative facts that dehored my inquisition official trial record. Freeman's Memorandum Decision & Order was a third edition of Hassler & Kirk work of fiction, which she buried in the dark world of unpublish decision because she knew it wont stand the foul odor test.

The selection  of Freeman by AG Leticia James to investigate New York City Police Department and make recommendation for reform raised a red flag. It was what prompted me to ask an

2

acquittance who is a judge to ask a friend of his who has a friend in the AG office to investigate the status of my actual innocence petition. If true that AG James did not subjected my petition it means she has become a member of James the "diabolic dwarf" Kindler harem as one of his whores in the same manner every United States and New York States judges implicated in my case became are Kindler bitches. Kindler is responsible for contaminating these those craven reprobates by extraneous influences to commit fraud upon the courts, and he is architect of the theft of my financial assets, cash, psychological and physical torture, including attempt to make e the victim of extrajudicial murder

Despite the fact that Cyrus Vance Jr is a con man and griffter lining his pocket with bribes thinly disguised as campaign contribution and has continuously traduce a spineless AG Leticia James, she continue to protect Vance Jr, James Kindler and Hillary Hassler et al, but with a straight face will lie that no one is above the law. Governor Andrew Cuomo and AG Leticia James did not keep the promise made more than two years ago to appoint a special prosecutor to investigate Cyrus Vance public corruption. But Vance has conveyed a grand jury to investigate Donald Trump for using his own money to pay of a prom star, which he stupidly tried to conceal, a possible campaign finance violation.

If there is evidence Donald Trump committed bank and tax fraud he should be prosecuted to the fullest extent of the law. No one including Trump and Vance or Kindler et al are above the law. The same corrupt Cyrus Vance circle the wagon to protect former ADA John Ryan, James Kindler, Leroy Frazier, Rhaul Kale, and Jennifer May Parker who om May 5th, 1998 burglarized by bank safe deposit box & bank accounts and looted millions of dollars. But he is supposed to be a paragon of virtue. Don't b surprised if Donald Trump is reelected because it is due to this sort of hypocrisy that makes voters distrust the democrats, even though they despises everything Donald Trump represent.

I am going to use this correspondence to air my grievances about the state of affair in this dystopian country where black/brown lives does no matter, the corruption, and fraud upon the court committed and obstruction of justice By New York State Unified Court System Judges resulting in a miscarriage of justice in my case. The role those judges played in the New York County District Attorney Office to make me the victims of extrajudicial murder. My poor health proximately caused by psychological, and physical torture, including being use as a human guinea pig in a phase one and two human clinical trial for toxic cancer therapies which was made part of my prison sentence. The theft by prosecutors of millions of dollars which belongs to my children. Race relation and disproportionate sentences dish out upon black/brown criminal defendants. The Uncles and Aunts negroes in the state judiciary, and prosecution bars, and the smiling faces deceitful minority politicians' decision to voluntary depart United States and arrangements for political asylum in Canada.

Dennis Kozlowski Tyco International former chief executive officer and Marc Swartz former chief final officers were found guilty by a New York County Jury for stealing $137 million dollars from Tyco Kozlowski was sentenced to 8-1/3 to 25 years in prison. Kozlowski spent less than 6-1/2 years imprison His current net worth is $600 million. He bought a $16.8 million Fifth Avenue New York City apartment for himself and a $7 million Park Avenue apartment for his ex-wife. Kozlowski is today a merger and acquisition specialist for Fort Lauderdale Florida Harborside Advisors a company owned by his third wife Kimberly Fusaro- Kozlowski.

3

Dwight Ash is an immigrant from the Bahamas. He stole more than a million dollar from his employers in Manhattan.. He was convicted and served less than four years in state prison At trial and on appeal he was assigned County Law 18-B attorneys. The first department reverse his conviction because the morons in the district attorney office charge him under the wrong penal law statute. In his retrial he was again assigned 18-B and convicted again. This time the first department affirmed, and the court of appeals denied leave to appeal. Dwight Ash is not a United States Citizen. Those morons from the York County District Attorney office did not notify Immigration and Custom Enforcement to issue a Notice to appear [NTA]. Dwight Ash was not harassed by NYS prole. These information was provided to me by ethical New York County assistant district attorneys who are fed up with Cyrus Vance mendacity, unethical practice, and animus against me.

I on the other hand, was convicted for stealing $45, 000. From a non-existing crime fabricated from a whole cloth, which if was true, and the crime was real, New York County District Attorney lacks United States Constitution Article III federal subject matter over United States immigration related crimes. I was spending $5 million a year to provide pro bono representation for immigrant children, the disable, elderly, victims of domestic violence, human trafficking, slavery, prostitution, and prior immigration fraud committed by so called charitable organizations such as Catholic Charity, & Caribbean Women Health. My original Sentence was 23-1/3 to 56 years reduce under operation law to 10-10. I served 13 brutal yeas behind bars in some of the most brutal prisons in the world and spend another 7years under New York State Department of Correction and Community Supervision in rodent and roaches three quarter houses with drug addicts and the homeless. $45, 000 was not even enough to cover my monthly business travel expenses not to mention those of 1500 of counsels in 24 states.

My request for interstate compact parole transfer to Connecticut were family members and friends offered me comfortable homes and apartment rent was denied. They even got Immigration and Custom Enforcement to restrict my movement to New York and New Jersey. Why will I want to travel to a racist state such as New Jersey where since 1996 I have refused to step foot in. ? Kozlowski's application for transfer to Florida was approve. From 2011 until my discharge in 2018 from NYS parole I was stalk. Violent parolee with several sever infraction including police contact have the luxury of reporting every four months. In my case it was every week. Sometimes I am forced to cancel my medical appointments.

Everyone including those assholes in the LIAR FACTORY knows my aversion for narcotics. I have not in my entire life inhale even marijuana and rejected prescription for opioids to deal with my chronic, acute, and severe pain. The division of parole has my medical record and wee cognizant that I am taking Oxybutynin to regulate my over reactive bladder, I was still forced to take a urine test for narcotics with the fore knowledge it will take a lot of drinking water, and at least two hours before I can void. I was barred from holding any positions that has fiduciary responsibility, Koslowski was not.

I forfeited more than $260 million dollars without a court order of forfeiture., which does not include other assets. The New York County District Aare the attorney office even prevented me from collecting a $1500 Manhattan criminal court bail posted by Charles Robinson Esq with my own funds by instructing Robison to file a bogus complain with New York State Parole that i have threatened him. Since 2011 upon my release from prison those craven assholes in the New York County DA Office and United States District Court SDNY attempted to have my parole

4

revoke by gas lighting parole supervisors that I have threaten to kill them, without providing one shred of evidence.

Even NYS Department of Parole became fed up and disgusted by those pathological liars and reprobates. Had it been I wanted any of those craven. miserable worthless excuse for human being dead, they would have died, and wont have seen it coming. Unlike them, I treasure the sanctity of human life. Even When former Assistant District Attorney John Ryan, Eliza Ruzzow and Judge Cheryl Chambers "murdered " the love of my life Camila an exotic very beautiful euroasian offshore banking heiress & princess, pregnant with my child , during my persecution for a false and non-existing alleged complaint of domestic violence, filed by a former New York City Commissioner & AVP Health & Hospital corporation .

Mary Lawson, deliberately infected me with Chlamydia, after I told her she has reach her expiration date then dumped her for Camilla, stayed the hand of her father, who was a very well-known and respected international banker who basically wrote the governess and ethics for off shore banks, from retaliating against those reprobates for murdering his only child. He had the means and contact. He was also a retired British intelligence officer and Special Air Service Senior officer and awfully close business associates and close family friend, Which is the reasons those assholes continue to lie that I have threatened to kill them to justify their crimes against humanity and torture. He eventually died of a broken heart.

The phantom bags of million of dollars Hassler et al lied that I still have was Camila and her father money which prior to their death, I told them I did not want, and dd not receive a dime. Unbeknownst to me Camila who accepted my oldest daughter Zoe left her entire inheritance to her which was honor by her father. The mother of my youngest twin children, their mother who grew up with Camila as a child and her best friend, our twin children, Zoe twin daughter and son who are ny grand children are the stake holders and beneficiary.

I refuse to accept a single dime because of my moral principles and ethics, and but for me those reprobates would not have murdered Camilla, and her father would not have died from a broken heart. I don't accept handouts from women or my children. I have pride and dignity. I have adjusted and accepted my reduce financial circumstances. I have no credit. My only expenses is out of pocket medical bills. I don't drink, use narcotic, smoke, give money to women, pay them for sex, own a car , have credit cards bill, pay child support, or have a mortgage. I live an amazingly simple hermetic life.

Cyrus Vance New York County District Attorney, Hillary Hassler Executive Assistant District Attorney, James Kindler NYS Court of Claims and Acting Bronx County Supreme Court Judge have even gone to great length in persuading Social Security to terminate my meager $800 a month disability benefit, $87 from the State of New York,$ 200 in food stamp, and my HMO Medicaid insurance despite the fact I am terminally ill.

Kozlowski was allowed to keep more than $600 million and is living large, while I am barely surviving in a Red Cross rodent and roach Single Occupancy Only [SRO] for displace Individuals. New York City Preservation and Housing Preservation will recoup my rent from the Jewish investors who rented me a basement apartment in Bedford Stuyvesant that did not have heat, air conditioner or ventilation

I don't know whether or not I be well enough to see another summer or die before then. As

5

guaranteed under the United States Constitution free speech clause, I am expressing my personal opinions. I dare any one to come to arrest me, impede my medical treatment, or withdraw my disability benefits, because they will face a  legal firestorm of the like that this county have never seen . I am asking my oldest daughter who is an attorney to come back to New York  with her family. What my antagonists who are ineffectual salaried second handed parasites depended on the state for their lively hood, without creating any thing that will benefit mankind fail to realize that they are in a junior varsity league in comparison to brutal dictators, despots and military juntas, that I have to bring down, when I was a naive young international human right lawyer doing god's work.

I hold no brief for former vice president Joe Biden , and his running mate Kamala Harris,  or Hillary Rodham Clinton because the Bush & Obama Justice and Home Land Security Departments are equally culpable as those of Donald Trump in maintaining a  conspiracy of silence in the face of an extrajudicial murder scheme against me, and to continue to protect James Kindler, John Ryan, Jennifer May Parker, Rhaul Kale, Leroy Frazer, James Dwyer, Kristen Kirk, Weng Cheng,, Hillary Hassler, John Stackhouse, Fredericka Miller, Catherine O'Hagan Wolf, Lewis Kaplan, Debra Freeman, David Friedman, Luis Gonzales, Andrew Cuomo et al from a criminal prosecution for violating my civil rights, including Racketeering Influence Corrupt Organization Act predicate crimes which also include conspiracy to commit extrajudicial murder.

As I listen in abject horror to the diatribe of convention speaker after speaker during the Republican National Committee, my claim that  there is nothing exceptional about  the United States which has become a dystopian, xenophobic racist bigot country, I feel  vindicated. In theory the programming was  supposed to tell a story about Republican Party and its ideal and values. In reality, it was mostly about  the evils of the Democratic Party and the one man, Donald Trump, who could protect you. It told a dark story about America, a place wracked by violence and threatened from within by a corrupt elite, and then asked you to reelect the man who is responsible for a dystopian society.

Put very bluntly the Trumps and Bidens are a family of grifters who have scammed and coned this great nation. Pamela Bondi  former Florida Attorney General made my skin crawl in disgust. This woman took $25,000 from the Trump Foundation as campaign contribution to squash Trump fake ass university scheme which defrauded thousands of wannabe real estate moguls. The Trumps and Kushner family attempted to sell the most valuable non immigrant visa known as  EB- 5 investors visas in China in exchange for investment funds. The iron is I have more respect for Trump because he is not hiding his corruption by pretending to be a paragon of virtue unlike deceitful smiling face Leticia James. LMAO

Kushner  lobbied Ananbag a Chinese financial/insurance conglomerate which is a global RICO Enterprise for funds to bail out his family 666 5th Avenue New York City White elephant trophy commercial property, in the same manner he beg Qatar Sovereign  Wealth Fund. How many China government patents and licenses was granted by the Chines Government to Ivanka Trump. The brazenness of Mike Pompeo in his deliberate  violation of the Hatch Act disgusted me. As an attorney he knows better Jared Kushner and  Steve Miller are the architect of Trump's filed domestic and foreign policies, because Trump is not intelligent enough o come up with any intelligent idea on his own according all the former president men and women who

6

have left his administration, and even from his own sister and niece.

With the 5% sight that I have left, I saw Donald Trump marginalizing a naturalization ceremony. I was actual physical ill and vomited in disgust, when I saw Trump using five immigrants new Americans as political props, but yet this same president and his immigration policy advisors denied thousands of immigrants naturalization via zoom to prevent them from voting . Religion freedom and tolerance for all faith by a president who banned muslins from entering United States and told Ilhan Omar a muslin member of congress to go back home to her shit hole country. Regardless of the fact I have no respect for Omar because she is a fraud, and opportunist who is unethical and immoral, she is an American citizen and Trump does not have the right to tell her to go back home.

Mr. Jacob Blake another Blackman in Wisconsin became a statistic in the hunting and killing of black/brown men/women by "dirty" police officer, but yet this unfortunate  situation does not justify the carrion cry for defunding police departments. Blake might never walk again because he is paralysis from the waist down. Minority politicians, civic and religious readers must collectively  become the voice of reason. The fake ass reverend Al Sharpton who is a con man and snitch is not the right person to lead  African American new emancipation  movement. They must calm down and pacify their constituents/parishioners in other to defuse tension. Rioting, violence, and looting will only play into Donald Trump's hand in this election circle. Mahatma Gandhi, Martin Luther King and Nelson Mandela type of nonviolence civil disobedience is more potent than anarchy. I have used the power of my pen, and not violence to defeat my antagonists, and expose their crimes against humanity, psychological and physical torture, corruption, fraud, racism, bigotry, xenophobia, incompetency, unethical and immoral conducts for the whole world to see. The African diaspora around the world are in solidarity with me except the fake ass Kente wearing American negroes politicians, judges, and religious leaders who are screwing every woman in their church in the name of the lord. LOL

In realty more than half a dozen of the President men are  convicted felon or indicted. Drain the swamp and lock her up was their mantra. LOL the swamp  is now stock with vicious predators alligators and crocodile.  The Democrats speakers during their convention actually put me to sleep with their usual lofty platform, which are unlikely to be  implemented if they win in November.

The Clintons are also corrupt and deprave The Clinton Foundation should have been investigated and audited instead of chanting lock her up! The Trump got impeached, but he still very popular with his racist redneck xenophobic bigots base and the  phony bible thumping crank addicted lunatics in the bible belt who those not know the meaning of the scripture, and most likely he and his children have prisons cells reserved in their names in Attica correction facility should New York County  "conman" District Attorney  Cyrus Vance Jr. succeed in his quest in obtaining an indictment.  And it comes to the biggest challenge we face the COVID-19 pandemic, it told a story of a president who confronted the virus and kept us safe, farcical messaging that couldn't possibly withstand contact with the country's actual reality. Not even the proverbial certified village idiot which includes Hillary Hassler and Cyrus Vance et al believes this bullshit.

Hillary  Rodham Clinton "Basket of Deplorable" comment might have cost her he election in 2016, but she was right, because the RNC convention speakers were a basket of racist

7

deplorable liars living in their own zany world of Fox tv reality show where truth does not matter about COVID-19. Nearly 180,000 Americans are dead  and 6 million infected  by COVID-19 virus. Donald Trump Jr. and his "snowflake" girlfriend Kimberly Guilfoyle who does not know that as a Puerto Rican she is not a first generation immigrant  oxymoron diatribe was expected. It was depressing hearing Nicky Haley, who seems to have sold her soul to Trumpism. Under one breath she touts her parent immigrant background nd the racism they encounter in the United States. Then with a straight face she lied that  the United States under Trump is not a populist nationalist racist country. LOL.

While I have no stake in the outcome of the November 2020 general election, I am disgusted that the Trump administration is playing politics with the safety of every one in this country from the COVID-19 pandemic, in view of the Center for Disease Control new pronunciation that if a healthy person comes into contact with a COVID-19 affected individual, they don't need to be tested, if they don't have any symptom. I am not healthy, and for months did not know, that iam asymptomatic, because COVID-19  tests I took at Urgent Care Clinics on the Upper West Side in Manhattan was faulty, and  my symptoms was misdiagnosed as a severe case of bronchitis contagious and summer pneumonia. Bronchitis  is usually caused by the same virus that causes cold and the flue. But it can also be a symptom of COVI-19.

Coronaviruses and other viruses that affect respiratory system can cause bronchitis. This can sometimes lead to pneumonia, an infection of tiny air sacs in the lungs. Certainly, I am not going to take any COVID-19 experimental vaccination that was not subjected to a very rigorous phase two and three human clinical trial, or unproven plasma antibodies therapy. I don't believe that Trump took hydroxychloroquine or will encourage his children and wife to inject themselves with bleach. If he believes in his own bullshit, he should publicly inject himself with bleach on national tv, and bee the first to be vaccinated with COVID 19 vaccination by an independent medical doctor who is not connected to his administration

I could have been one of those who died from the COVID-19 virus due to the incompetency of Trump and his Kakistocracy  administration. If  fraud upon the court was  not committed by the Supreme Court State of New York Appellate Division First Department in its refusal to subject my petition for a writ of error coram nobis, and Letisha James New York State Attorney General fraudulent concealment of my actual innocent petition filed on July 5, 2018 before her Conviction Review  Board, I would have voluntary departed this county a long time ago. The irony is not lost on my supporters that even though I don't want to be n this dystopian country. Hillary Hassler, John Ryan, James Kindler, United States department of justice and homeland security has gone to great length to have deported by fraud.

For more than 2 years I have not received confirmation from Ms. James that she has subjected my petition for review. I was recently informed by a disgruntled Attorney General Office employee who is an acquaintances of a friend of a friend that it was not subjected. Since it was the same person that gave me the bad information that Ernst Rosenberger is with Greenberg Traurig which is not true because he is with Strook & Strook & Lavan, I have decided to conduct a due diligence on Leticia James from the day she was born until tomorrow, which will be carried on by both my youngest daughter, and granddaughter.  Nothing will be a taboo. It will be a deep dive into her life by both former American,  British and European law enforcement and intelligent officer who specialize in geopolitical &country risk analysis and due diligence. They are both british solicitors who are also attorneys admitted to practice law in the United

8

States and will be fund by their mothers who are Barristers, Solicitors , attorneys, and counsellor at law. I am tired of Leticia James bullshit, cowardice and deceitful lying face that is always preaching no one is above the law.

As careful as I am since the outbreak of COVID-19, wearing mask, face shield, gloves, washing my hands with soap, and cleaning every hard surface with sanitizer, and despite the fact that I am very hygienic and always take two showers a day, or have very little human contacts, I tested positive for COVID-19 because my most current blood work indicates I have COVID-19 antibodies.

Since August 2018 I have resided in a Single Room Occupancy [SRO] hotel where I am sharing bathroom with a dozen other tenants. Although Three weeks ago. I was approved for two housing vouchers, and there are availability of rental apartments accepting vouchers, I have not been able to find one, because due to my blindness and deformed fingers and broken hands , I cannot navigate New York City Department of Housing Preservation and Development housing connection, and other real estate portals.

I have been extremely ill for the last three months, and it was misdiagnosed as bronchitis and summer pneumonia. I did not die because of my stubborn will to live and clear my good name from a frivolous, vindictive, malicious, elective persecution for non-existing crimes fabricated from a whole cloth by former New York County Assistant District Attorneys James Kindler, John Ryan, Leroy Frazer, Jennifer May Parker, and Rhaul Kale et al.

Without fear of contradiction, I will say, from the presidency, to the senate, house of representative, local and state governments, federal and state prosecutorial and judiciary bar, The United States of America is a kakistocracy meaning a system of government run by the worst, least qualified, and most unscrupulous citizens. This obscure word is used in political commentary, especially to call out a government considered corrupt o incompetent.

For example, how many Americans are cognizant of the fact that in 2014 due to the Ebola outbreak, the Obama Administration enter into contract with Phillips Health Service for ten thousand unit of ventilator to be added to the pandemic stockpile at $9,327.00 per unit. Peter Navarro and Jared Kushner voided Obama contract , renegotiated with Phillips a new Contract for $ 50, 000 per unit and three extensions past the June 2019 delivery deadline.

The United States would have had sufficient ventilator before the first COVID-19 was reported in January of 2020 and March 2020 outbreak. Trump administration ignored Phillips request to rush delivery, but yet Jared Kushner was importing defective ventilators from Russia which was sent to New York State. But to hear RNC convention speakers Donald Trump is a Messiah and the death of 180,000 dead Americans from COVID-19 is irrelevant.

200 years ago after Paul Gosnold preached his sermon on Kakistrocacy at Oxford University in the United Kingdom, Thomas Love Peacock an 18 century British essayist, opera critique and satiric novelist in his seminal work the "Misfortune of Elphin" which is a mockery of the agrestic kakistrocacy aptly described New York State Unified Court System, United States District Court Southern District of New York judges, New York County District Attorney Office, New York State Attorney General Office, United States Department of Justice, and Homeland Security public corruption, incompetence, immoral and unethical conduct of all the reprobates in evolved in my Kafkaques nightmare, or those implicated in a conspiracy of silence, aided and abetted my

9

antagonist former Assistant District attorneys James Kindler, John Ryan James Dwyer, Leroy Frazer, Kristen Kirk, Jennifer May Parker, Rhaul Kale and current chief of the appeals bureau Hillary Hassler scheme to commit extrajudicial murder.

I make no apology for the delay in responding to Mr. Shawn Kerby Assistant Deputy Counsel, New York State Unified Court System Office of the Court Administration letter dated August 2020, which I have enclose for your review. I was in the hospital. I sometime will spend seven days before and after the harvest of bone marrow for my blood cancer treatment.

Due to my compromise immunity I am in a bubble with little or no human contact except with close ones wearing protective medical gowns. Thanks to my daughter father in law who is Jewish and a surgeon generosity I am driven by his Chauffeur to and from my medica appointments. His Jewish wife who is a corporate attorney and partner in a big law firm prepare my meals personally and have them deliver , because my cardiovascular surgeon Palestine- Druse American lady friend does not know how to cook. LMAO! A Palestine and Sephardic Jews are providing me comfort in my time in need. This how we are supposed to live in harmony, and not in the sort of racial animus that is responsible for this great county to become a dystopian society.

My situation in New York is eerily similar to that of Mr. Alexei Navalny Russian opposition leader who was recently poison and in a comma in Siberia. Although Germany dispatch and air ambulance to evacuate him for treatment in a hospital with sophisticated medical equipment and world renown surgeons and physicians, Russia won't allow him to go, but eventually bowing to international pressure and embarrassment did allow him to leave.

I have served notice to the United States Department of Justice, United States Department of State, and Department of Homeland Security, that I am willing to depart this dystopian country voluntary, immediately I am exonerated, and my family stolen negotiable financial instrument restore. Instead Hillary Hassler, James Kindler, Lewis Kaplan, Debra Freeman, Cyrus Vance Jr., and now Latisha James will rather see me die in this country as a convicted felon rather to allow me go as a free man who is actually innocent.

Why is the United States, New York, and New Jersey States governments afraid of me? Is it my nonviolence activist activities, and call for a just egalitarian society where the color of the skin, race, gender, religion, national origination, ethnicity will not be use as a focal point of reference a what process is due? Or my private attorney general anti-public corruption crusade?, advocacy for immigrant right? Abolition of political patronage in civil servant employment and promotion? Equal pay in respectful of gender or race for all? So much animus against one stateless refugee who has done more for his adopted country than the native born or naturalized American parasites suffering from the Dunning-Kruger syndrome who are my antagonists.

Humility aside my March 16, 2020 petition for a New York State Writ of Coram Nobis is a Rosetta Stone in the same manner my 28 USC 2254 federal Habeas Corpus petition in te United Sates District Court Southern District of New York. Appeal taken to the United States Court of Appeals for the Second Circuit, Supreme Court of the United States, Federal Rule of Civil Procedure Rule 60 [b] first, second, and third motions, appeals taken to the Second Circuit, and Supreme Court of the United States petition for certiorari are primers for United States

10

Constitution Criminal law. And this is from a blind prose litigant although a british educated lawyer by choice refuse to be license in the United Stated, because he wont taint his status as a barrister and solicitor at law by joining a cabal of nincompoop idiots and morons who bought their law admission, paid some one to take their LSAT and bar examinations.

The New York State Attorney General Habeas  Corpus Unit did not file an affirmation in opposition in my  United States Court of Appeals for the Second Circuit appeals and rule 60[b] motions because they could not controvert my pleadings. Instead the federal courts became my adversaries in the same manner the first department has become.  LMAO! The New York County  District Attorney office prosecutors are grifters, pathological liars, con men, and women. An ex girl friend who was an ADA in that office, and who is still a particularly good personal friend, once told me, that unethical, incompetent, and corrupt ADA are never fired in the state of New York, which is why bottom feeders and reprobates are attracted to the job.

Assistant District Attorney Elizabeth Lederer who rail road the central park five into prison still has a job, and she has not been disbarred. Hillary Hassler was actually promoted by Vance Jr., to an Executive ADA and bureau chief and sits on the District Attorney phony Conviction Integrity bureau, which has not exonerated any actual innocent since its inception. Hillary Hassler is actually making life altering decisions in reviewing her own fraud upon the court. Only in America and Russia. LMAO! Cyrus Vance Jr. is collecting bribes thinly disguised as political campaign donation to make indictments and arrest disappear.  Robert Morgenthau retired with more than $10 million dollars from payola get out of jail free card scheme, but he is a legend. LOL!

This correspondence is in response to a letter dated August, 2020 from Mr. Shawn Kerby Assistant Deputy  Counsel New York State Unified  Court System Office of ort Administration referencing my letter dated  July 23, 2020 written in Parisian French language to my twin daughter who is a lawyer with a prestigious international big law firm, and my twin son who is a financial derivatives trader with a very prestigious global investment bank. He is also a lawyer. Both  reside in London England where their mother who is an euroasian is the president and chief executive officer of a transnational investment bank that owns brick and mortar offshore banks, insurance, real estate investment trust, hedge funds, private equity funds, sovereign wealth funds and finance corporations around the world. My letter to my children alerted them of Leticia James cowardice and betrayal of her oath of office

it seems Mr. Kerby does not understand French language. I don't recall sending a copy of my twin children letter to your office, and a search of my  computer log indicates since my release in 2010 from Attica Correctional Facility on parole, I have not contacted your office.. My  first and only contact with your office was in 2007 requesting information s or whether several former and current assistant district attorneys in the New York County District Attorney Office were still attorneys in good standing. So other than being bemuse and amuse, I thank who ever forwarded  my correspondence to your office. I find it very annoying when people try to take advantage of my disability   as a blind person when lying about material facts easy to controvert..

My correspondence which was carbon copy to Governor Andrew  Cuomo, Attorney General Leticia James, First Judicial Department Presiding Justice Ronaldo Acosta, New York County District Attorney Cyrus Vance dated July 29, 2020 was addressed to Ms. Susan Molinas Rojas

11

Clerk of the Court Supreme Court of The State of New York Appellate Division First Judicial Department. I have attached a copy for your review. It was a searing condemnation of another attempt by the first department to commit another fraud upon the court, by refusing to subjected my March 16, 2020 petition for a writ of error coram nobis with the excuses of phony defects in my pleading. I have also attached incontrovertible proof supporting the veracity of my claims.

My correspondence to Ms. Molinas Rojas has nothing to do with immigration. Contrary to the idiots in the New York County District Attorney office and Unified Court System of New York assumption, the state does not have United States Constitution Article III jurisdiction and plenary power authority over the Immigration and Nationality Act. My advice to state and county lawyers and judges is for them to please shut up about immigration policy, and to take a continue legal education class in NYS Penal Law, Criminal Procedure Law, State and federal constitution guarantees and most especially the first, fourth, fifth, sixth, eighth and fourteenth amendments to the United States constitution.

Unified Court system of the State of New York , United States District Court SDNY, and United States Court of Appeals for the Second Circuit judges have refused to answer the question whether New York State has plenary power over immigration, and U.S. Article III federal subject matter jurisdiction. Supreme Court of the United States Associate Justice Ruth Bader Ginsburg in 2010 was contaminated by extraneous influence, after my second pro se federal of civil procedure rule 60[b] motion petition for a writ of error coram nobis was calendar for conference by withdrawing the grant of Informa pauperis status with the after thought bullshit excuse that my petition was frivolous and vexation, but six moth later the court in  Arizona v. United States 567 U.S. 387 granted Elena Kagan then U.S Solicitor General petition raising the same identical argument. But those craven Jewish motherfuckers and asshole expected me to kiss their grimy reprobate sorry asses and sow respect by referring to them as your honor. LMAO.

I am demanding not asking for my petition for a writ of error coram nobis to be subjected to a panel of five judges for a de novo review, and for the curt to invite amicus brief, and to issue a cohesive  comprehensive written opinion based on fact and law, and not one of  its infamous bull shit unarticulated, silent, post card, boiler plate fraudulent decision written by pool clerks and staff attorneys. I feel sorry for the hapless justice who will rubber stamp the court's fraud.

Infact I hope David Friedman sits on the panel. He is the only sitting justice remaining on the bench who was contaminated by extraneous influences  to suborn the perjury of both ADA Hillary Hassler and Kristen Kirk perjury. I can wait to tear that xenophobic racist reprobate and bigot publicly a new rectum.. Afterall sunlight is the best disinfectant.

Enclosed is a letter written in German to my eldest child who  with my beloved  Sephardic Jewish son in law and grand twin daughter and son are in self imposed exile in Europe from the United totes due to my persecution. Zoe is an incredibly beautiful Afro- Cuban America with an ivy league college degree and combined JD/MBA which she obtain on her own merit while I was incarcerated on scholarships and grants.

Zoe was born in Cuba. Upon my release  from detention in Grenada after Maurice Bishop and his rag tag New Jewel Movement People's Revolutionary Army depose that tiny Caribbean

12

country demonic tyrant Eric Gairy who was your former cocaine addicted crack head accidental governor David Patterson Sister in Law Eloise Nurse Esq Uncle. I was sent to Cuba for medical treatment for injuries sustain at the hands of Eric Gairy Secret police known as the "Mongoose Gang".

Grenada Mongoose Secret Police receive their training from Augusto Pinochet Chilean dictator and Nigeria military junta secret police. For more than two years they subjected me to a very brutal regime of physical and psychological torture to confess that I was a communist revolutionary who came to Grenada to assist Maurice Bishop to overthrow Prime Minister Eric Gairy.

I was simply a naive young human right lawyer who was duped by the British government after they secure my release from a Nigeria Hellhole Secret police detention facility. I was in Nigeria to investigate human rights abuse for an European human rights organization While in Cuba I also received military training given as a matter to every foreign national, which was how Cuba export very professionally train special forces combat officers to third world countries. I was no stranger to the Cuban top leaders, because both my parents taught medicine for three years in Cuba under the auspices of an International agency affiliated with the United Nations.

I did not know that Zoe mother who is from a "very prominent family" was pregnant when I left Cuba after six months for Grenada, or that Zoe was place in an orphanage by her mother family, whose family fled to Florida, and eventually settle in Canada. Zoe Mother holds an LLb, LLM and MBA from both McGill and Macmasters' Universities in addition to a Cuba Law degree. She Join Canada Foreign Service, and she is now an equity partner in a global powerhouse law firm in Canada. It was at a chance meeting during a U.N General Assembly reception hosted by a South American country that I ran into Zoe's mother, when she told, we have a daughter back in Cuba.

It was the first and only time in my life I came close to slapping a woman. Zoe became my obsession. After my parents were assassinated by Apartheid Republic of South Africa by the Bureau of State Security, I was raised by Jesuits Priest and Maryknoll nuns. All the boys under the care of those Maryknoll nuns including my self were sexually abuse by those predator pedophile nuns.

We the victims have one thing in common. We were the sons of prominent wealthy parents or families, who were assassinated or anticipated being killed because of their political philosophy? Demand for independence from colonial masters, or members of the opposition parties. We were not a charity case. The Catholic Church was paid handsomely to protect and educate their children.

Yes, we got the best formative education that money bought, but most of us were psychological damage by predators nuns or priests. I did not want what happened to me to happen to Zoe. With the help of "Uncle Michael Manley" and Jamaican "fishermen and women" and "friends " in Cuba, I illegally entered Cuba by boat to rescue my daughter. Long Story short the U.S State Department was kind enough to grant granted her a visa and Jamaica issued her a refugee travelling documents. Zoe obtain her Green Card through her maternal grand parents who ae very wealthy Cuban expatriates in Florida, who adopted her, and subsequently became a United States Citizen, but I raised her on my own with the help of a

13

village of my female friends.

I am sharing this, because, she has known what suffering is, and is not a lady to trifle with, and if I had allowed her, she would have stop Hillary Hassler, James Kindler, Cyrus Vance, John Ryan et al with public expose a long time ago. She has the money, means, name recognition in Europe, and media connection I have decided to let her do what ever she wants to do to take down Hillary Hassler. Germany will be the epicenter of my protest against the government of the United States.

The Embassy in Bonn, consulates in Munich. Frankfurt, Leipzig, Hamburg,, Berlin and Dusseldorf will be Pickett. One of my oldest and dearest University friend is a media heiress, and her family have equity in several news magazines, radio, broadcast tv and cable tv across Europe. Canada and the United Kingdom demonstrations will coincide with the rest of the British Common wealth of nations and African Unity.

Even South Africa University students are on board. We are still waiting for the government of China to grant permit which I have been assured will be granted. All this would have been prevented, if both federal and state courts have ruled on my motions and writs on the merit, or Letisha James subjected my actual innocent petitions.

My Canadian Government contacts advice is to simply cross the border and enter Canada illegally, because it will take a year to process my application for political asylum if I file from the United States. While incarcerated i ask my Sunni Muslim brothers to protect a very vulnerable Native American Youngman, as a result his tribe was very grateful  and have befriended me. They will get me into Canada through Native American reservations straddling the Canada- United States Borders Canada due to the fact I no longer have my U.S Immigration documents because my alien registration card, reentry permit , and refugee travel document were confiscated in 1998 by former ADA James Kindler, John Ryan and Rhaul Kale, who have defied judge John Stackhouse order to return those documents back to me.

Immediately I enter Canada I will surrender my self to the Mounties and request political asylum. The government of Canada has incontrovertible proof and uncontroverted documented evidence which supports the veracity of my claims of crimes against humanity, selective, malicious vindictive persecution, attempted extrajudicial murder, racial animus, psychological and physical torture in the United States. Arrangement is already in place for legal representation, housing, and medical treatment supported by a host of Canadian diplomats politicians, government officials, human rights advocates, and religious leaders.. Vancouver is my city of choice.

Give me my liberty and money, and you are all welcome to keep your xenophobic, racist bigotry dystopian United States. Xenophobia was not started by Donald Trump., Regardless of his self-serving bull shit crocodile tears, President Barak Obama, Eric Holder, and Jeh Johnson deported more immigrants than any other president in the history of this country. The democrats are struggling to woe Hispanic voters because Barak Obama lied, manipulated, used, and discarded immigrants regardless of the fact  only  Cuban emigres in the immigrant communities seems to trust or like Trump.

Obama did not Keep his promise, even when he had control of both the house and senate. As a person I liked and respect  Obama,, but as a politician I did not like his fumbling bull shit

14

immigration policy. As despicable, dishonest, and cruel as Donald Trump is, at least he is honest about being a red neck, racist ,xenophobic bigot. Trump is not intelligent enough to formulate any foreign or domestic policy on his own. His populist xenophobic racist and bigotry agenda are the brain child of Steven Miller, Jared Kushner, and soon to be a convicted felon Steven Bannon.

My heart goes out to the brave Ms. Audrey Strauss Acting United States Attorney for the Southern District of New York for her courage in bringing 18 U.S.C 371, conspiracy to commit wire fraud 18.u.s.c 1341 and money laundry 18. U.S.C 1956 against Seven Bannon and the founders of "We Build the Wall Brian Kolfage, Andrew Badolato, and Andrew Shea. She is the stuff real prosecutors are made of, instead of the partisan political hacks and morons running New York State Attorney General office and county prosecutors who need permission from Governor Andrew Cuomo to wipe their grimy asses after the shit.

Is Mr. Kerby being disingenuous ? because my letter to my children  was one of three correspondence in the package. The Second was address to Ms. Susan Molina Rojas Clerk of the Court Supreme Court of the State of New York Appellate Division First Judicial Department placing her on notice because of the attempt to commit a new fraud upon the court that in my French language  letter to my children in London  to open a comprehensive due diligence investigation on both presiding Justice Ronaldo Acosta, and Latisha James New York State Attorney General who I have been told did to subjected my a actual innocent  petition for review before the AG vaunted conviction review board, which was filed on July 5, 2018.

The Third letter  in  the package was address to Ms. Audrey Strauss Acting United States Attorney Southern District of New York in response to her office request for me to file a formal civilian criminal complaint against my antagonists who are responsible for my Kafkaques nightmare which includes crime against humanity, attempted extrajudicial murder, racketeering influence and corrupt organization predicate crimes , physical nd psychological torture. It also included incontrovertible proof that there were defect in my petition for a writ of error coram nobis filed on March 16, 2020.

On March 16, 2020 I filed a petition for  writ of error Coram nobis in the appellate division first judicial department See People v. Van Stuyvesant 297 AD 559, 747 N.Y.S. 2d 155 [1st . Dept. 2002] It is my third application. My third application was fraudulently concealed because the New York State Commission for the blind has certified that I am legally blind.

Since 2001, the New York County District Attorney office has ben lying that my blindness is one of the litany of my lurid imagination. My petition for a writ of error coram nobis was fraudulently concealed for five months. In response to my demand for a case management analysis see  attachments. In response  on July 29, 2020 my pleadings was return back to me with a phony defective filing notation. See my response to the court, and attachment proving one again that the first department is attempting to commit another fraud upon the court.

The court was counting on the fact that I am blind, and wont be able to challenge their bullshit. In anticipation of their fraud, my notarized affidavit of service, notarized affidavit of support attached to my application for a writ of error Coram nobis and memorandum of law was copied to fifty trusted individuals and a USB flash drive version was circulated to more than 2800 individuals around the world. I am terminally ill with monoclonal gammopathy multiple

15

myeloma, and I am undergoing a very painful bone marrow harvest, stem cell and palettes treatment, blood transfusion, chemotherapy, and radiation treatment.

I have no intention of giving John Ryan, Hillary Hassler, Kristen Kirk, Andrew Cuomo, Jennifer May Parker, Rhaul Kale, Fredericka Miller, John Stackhouse, David Friedman, Lewis Kaplan, Debra Freeman, Catherine O'Hagan Wolf, Leticia James et al the pleasure of dying as a convicted felon when I am actually innocent. I am going to lite a "born fire of the vanities" and will use every means available to me. No subject is a taboo. Every defect on those assholes wretched lives will be made public.

I was denied the right to take and perfect a first direct criminal appeal as of right with the effective assistance of appellate counsel. Former  First Executive Assistant District Attorney James Kindler, Assistant District Attorneys James Dwyer, Elinor Ostrow, Kristen Kirk, and Current Chief of the Appeals Bureau, Assistant  District Attorney Hillary Hassler contaminated Catherine O'Hagan Wolf former Clerk, and David Spokoney deputy clerk by extraneous influences on obstruct justice. Three application for either assignment or appointment of appellate counsels was denied by former justices Israel Rubin [deceased] and Ernst Rubenstein, because  the people were cognizant of the fact that even the most incompetent appellate counsel would have won my appeal.

Not satisfied with the fact that they have denied me appellate counsel, former ADA James Kindler order the Superintendent of  Clinton Correction Facility a Class A super maximum security prison to segregate me in special housing unit[SHU] solitary confinement. I was both psychologically and physically tortured. The proximate causation of my blindness was from a brutal and vicious beating by six Five Points Correction Facility prison guards.

I was immobilized with hand cuffs locked with a black box, attached to a waist chain with a waist chain lead chain attached to leg irons. Every physical injury listed in the attached New York University Langone Health is cause by prison guards brutal beatings. My internal injuries were cause from a seven year long phase one and two human clinical trials for nine very toxic cancer therapies  to test their efficacy for patients terminally ill with stage four metastatic cancer, even though at that time I did not have cancer.

Human clinical trial was me prep my prison sentence by Kindler, Morganthau, and it was enforced by ADA Hillary Hassler and Kristen Kirk et al. It was under this condition without access to legal research material, word processor, photo copy, even a jail house lawyer, I was ordered to prosecute a direct appeal pro se without complete trial records, but yet I am suppose to show respect to cabal of reprobates, who are not even qualify to wipe my ass, by calling them your honor. LMAO

In other not to forfeit my rights to petition te federal courts for a 28 U.S C 2254 habeas corpus, and to ascertain what questions of constitution law and facts were preserved on the record for appellate review, I used a Criminal Procedure Law [CPL] Section 440.10 motion as a fishing expedition. Former ADA Rhaul Kale in his  affirmation in opposition concede that the fourteen points of law raised were preserved for appellate review. In a one word Denied stamp Judge John Stackhouse denied my motion. A CPL 460.15 application for a certificate of appeal was again pro se filed in the first department, which was opposed by former ADA Elinor Ostrow. Former Just Ernst Rosenberger granted certificate and entered an order consolidating CPL

16

440'10 and CPL 460.10 with direct appeal, thus expanding the record to more than twenty two constitution rapturing plain errors preserved fo appellate review

I spent thirteen brutal and horrific  years in prison, 5 years of it segregated in special housing unit[SHU] and another seven years under the New York State Department of Correction and community supervision, because judge John Stackhouse[ inquisition New York county supreme court],  Richard Wallach, Alfred Lerner, David Friedman, Luis Gonzales, Israel Rubin,[appellate division first judicial department direct appeal],  Ernst Rosenberger & Israel Rubin { denial of three separate application for appellate counsel] Darcel Clark[ post-conviction first department] Cheryl Chambers [She set me up for former ADA John Ryan to fabricate a none existing crime of United States Immigration fraud during the pendency of a false allegation of domestic violence brought by a discarded ex-lover who was upset that she has reach her expiration dated after which she deliberately infected me with chlamydia] Chambers knew shad no jurisdiction and that it was a vindictive and malicious false allegation. But she sat on her fat as for two years.

Laura Ward[she permitted Former ADA John Ryan to upgrade a two count misdemeanor false allegation of domestic violence to a fifteen count Class E felony exposing me to 54 years imprisonment. This black widow who was also kicked out of the United State Attorney for the Southern District of New York in the same manner John Ryan was fired attempted to forced me into a bench trial] I told her to her face  in no uncertain  crude language to suck my mandingo and kiss my Islamic black ass, when she stupidly threaten to hold a bench trial in absentia.],

Marcia Khan [offer to find me not guilty as a result of temporary insanity on the non-existing crimes of immigration fraud, and appointed scot a public defender Buell a personal friend of Ryan  to defend me after intimidating my three retain counsels wit fee forfeiture to abandon my defense.]] Khan, Wallach, Lerner, Rubin are burning in a perpetual hell.

Jill Konviser Levine NYS unified court system harlot who slept her way and on her knees to become a judge denied my 115 page actual innocent CPL motion with a bull shit unarticulated, silent, postcard boiler plate decision that did not treat any of the 22 constitutions rapturing plain error raised in my pleading which the people  could not controvert.

Darcel Clark [denied a post-conviction appeal without even bothering to read the court files because she was contaminated by extraneous influences by New York County District Attorney Cyrus Vance, ADA Hillary Hassler, and former ADA James Kindler] Kindler is now a NYS Court  of Claims Judge, and Acting Bronx County Supreme Court Judge.

This diabolical dwarf lacking in moral compass is the architect of my post-conviction Kafkaques nightmare. He is responsible for both my psychological and physical torture. Sixty months segregation in solitary confinement and the theft of more than $260 million dollars of my family negotiable financial instrument.

Kindler who has no experience prosecuting jay walkers or moving violators,  appointment to the bench by NYS accidental cocaine addicted crack head former governor was a qui pro quo to benefit David Patterson Sister in Law Eloise M. Nurse  from being prosecuted for grand larceny in the first degree from stealing $500,000 in client fees from my former firm.

The First Department disciplinary committee gave Eloise Nurse a slap on the wrist for an unrelated matter. Her Cocaine addicted stupid cuckold husband Daniel Patterson who does not

17

even  have a college degree is employed by the NYS Office  of court administration. Lol I thought you have common sense, because Carol Emead is not qualified to be appointed to the appellate term. She is a fraud who  as a Supreme Curt Justice in New York County is in the Pocket of plaintiff lawyers representing commercial clients with deep pocket. Most of her ruling does not make any legal sense. She is even more brazen and abrasive than Darcel Clark when she was a  Bronx County judge and Justice in the First Department.

I have less than 5% vision in both my eyes. I make no apology for any typographic errors or repetitive sentences, and I don't have the energy, or inclination to use an auto correction which seems to have a mind of its own on both  my lap top and desk top computers. I don't have the funds to up grade my Microsoft 368 Windows. I am Using Microsoft Job Access With Speech [JAWS] screen reader, developed for computer users whose vision loss prevent them from seeing the screen content or navigating them with a mouse. Jaws provides speech and Braille output for the most popular application. It helps me to navigate the internet, write document, read emails and creates presentation.

I am also using OrCam My Eye which is a groundbreaking technology, allows me to simple reads the device to read just the text that interest me, and identify objects in my surrounding arears, which empowers users in 25 languages. It is a wearable devices attach to my high density special prescription glasses. It is the most advanced wearable assistive technology that provides independence by allowing me access to visual information, conveyed by audio, on a tiny camera which is attached to my glasses using artificial intelligence, and it reads text, and recognizes faces and product. I can wipe my rectum after defecating without any assistance.

I am also using a  Revolution Mobility Cane in addition to a support cane due to my physical injuries. My left hand is completely useless. I have difficulty walking due to broken legs and pelvic, which the New York State Department of Correction and Community Supervision refuse to treat from 2000-2010 while I was incarcerated on a conviction on non-existing crimes fabricated from a whole cloth, and used in a selective, vindictive and malicious prosecution, to commit extrajudicial murder, with a bogus final order of deportation obtain by fraud to silence my private attorney general anti- corruption activities in the Unified Court System of New York State and New York County District Attorney Office , including my advocacy for immigrant rights.

Annexed to this complaint, is a USB Flash drive that contains my post-conviction moving papers, petitions for a writ of error coram nobis filed in the Supreme Court of the State of New York, Appellate Division First Judicial Department, Federal Rules of Civil Procedure Rule 60 [b] motion filed in the United Sates District Court Southern District of New York, appeal taken and demand for a certificate of appealability filed in the United States  Court of Appeals for the Second Circuit, Petition fo an All Writ Act file d in the Supreme Court of the United States filed in 2016, without any acknowledgement of receipt of my pleadings by the  clerk of the court, petition filed with the New York State Attorney General vaunted Conviction Review Board, and assorted memoranda and correspondence showing that the Unified Court System of the State of New York is nothing more than a Racketeering Influence Corrupt Organization   Act Criminal Enterprise 18 U.S. 1961, 1962, 1963, 1964 et seq.

The New State Commission For Judicial Conduct is a senile toothless bulldog who cant even bark, because it is staff by political hacks whose only accomplishment s to kiss the grimy asses

18

of immoral, unethical, incompetent, racist, xenophobic and racist oxymoron judges whose only qualification is being a depositor in New York State infamous I OWE YOU POLICAL FAVOR BANK. It is due to political patronage a harlot such as Jill Konviser Levine, who slept her way and on bending knees was appointed to the bench. An incompetent, unethical racist judge such as John "Shithoues " Stackhouse was elevated to the appellate term.

The New York State code on judicial misconduct is a piece of shit, because it is unenforceable when judges fail to respect and comply with the law, to be faithful to the law and maintain professional competence in it, to accord to every person who has a legal interest in a proceeding, or person's lawyers, the right to be heard according to law.

Moreover it will be incongruous if the principle of the criminal procedure law, penal law state ad federal constitution laws is no excuse applies to the justices of the appellate division first judicial department, Eugen Fahey NYS Court of Appeals judge John Stackhouse, Jill Konviser Levine, Chery Chambers applies to every one but with those charged with interpreting and applying the law to others. Thus, while mere legal errors does not constitute misconduct, judicial conduct creating the need for disciplinary action can grow from the same not as judicial conduct creating potential appellate review.

In People v. Van Stuyvesant,  there is no rational for the mere "legal error" doctrine which is making mistakes is part of human and inevitably in the context in which most judicial decision making takes place. Each of the dishonorable assholes in the Unified Court system of the state of New York involved in my persecution and inquisition including United States  Magistrate Judge SDNY Debra Freeman, United States District Judge Lewis Kaplan, Loretta Preska,, Collen McMahon, Michael Mukasey, Supreme Court of the United States Associate Justice Ruth Bader Ginsburg committed fraud upon the court.

Regardless of the fact United States Magistrate Judge Debra Freeman in the Southern District of New York is  not within your  jurisdiction, she is a typical example of incompetent, unscrupulous, unethical,  and corrupt refugees from big law who have sought refugee in the federal court system. This moron does not know the first principle of 28 U.S.C 2254 federal habeas corpus, or the doctrine of cause and prejudice and deliberate by pass, She gave differences to former NYS Assistant Attorney General Jennifer Danburg, and Assistant Solicitor General Robin Forshaw affirmation in opposition because every NYS Unified Court System decision and opinions were unarticulated, silent, boiler plate, postcard decisions that deliberately ignored the United States constitution rapturing plain errors question of law and facts raised in my pleadings.

Danburg ad Forshaw simply plagiarized ADA Hillary Hassler and Kristen Kirk specious perjured affirmation in opposition to my nonstarter  appellate division first judicial department direct appeal pro se brief which was not subjected by the bisexual guttersnipe harridan dick crazy mean drunkard Catherine O'Hagan Wolf former  clerk of the court. USMJ Debra Freeman buried her 38 page memorandum decision regurgitating ADA Hillary Hassler and Kristen Kirk perjured new alternate fact memorandum of law that dehored my official inquisition New York County Supreme Court  inquisition transcript and records in the dark world of unpublish decision knowing it won't stand public scrutiny.

And  Freeman  Who  is a piece of shit  was chosen by Letisha James New York State Attorney

19

General to review the conduct of New York City Police Department [NYPD] as a result of "Black Life Matter aftermath the death of George Floyd and make recommendation for reform.

Iam not a psychiatrist, psychologist, or license social worker, and I don't need an advance psychology degree to discern that the black women and men implicated in my Kafkaques nightmare are afflicted with the Dunning- Kruger effect syndrome[stupid people who think they are smart] in this case uncle and aunt tom house negroes. NYPD benevolent organizations will have a field day once they receive my dossier on Debra Freeman on the conclusion of my due diligence investigation looking into the rumor that Latisha James New York State Attorney General did not subjected my actual innocent petition before her vaunted conviction review bord which was filed on July 5, 2018.

Since 1999 my pretrial and post-conviction pleadings were either not subjected before a judge or dispose by a paralegal or court attorney. From 1990-1998 Immigration and Naturalization fraudulently conceal ten pre-paid application for naturalization, in the same manner it conceal in 1982 my political asylum and refugee award.. I hope it is true because I can't wait to tear her a new rectum

. I gave James the benefit of doubt despite my misgivings after receiving unflattering second handed information from minority members of the state assembly ad senate that she is own lock, stock, and barrel by Governor Andrew Cuomo who is implicated in the scheme to have me extrajudicially murder with a bogus final order of deportation obtain by fraud by James Kindler, Hillary Hassler et al.

It is not unethical to be imperfect, and it will be unfair to sanction a judge for not being infallible while making hundreds of decisions obit under pressure. But in my case those reprobates have double down and continue their open ended fraud upon the court, suborning the perjury of ADA James Kindler, John Ryan,, Kristen Kirk, Hillary Hassler, Christopher Marinelli, District Attorney Cyrus Vance Jr., et a

. All judges make legal errors. Sometimes this is because the applicable legal principles are unclear. Other times the principles are clear, but whether they apply to a particular situation may not be. Whether a judge has made a legal error is frequently a question on which disinterested, legally trained people ca reasonably disagrees.

Every member of the bench and bar who has been kind enough to give me feedback after reading my post-conviction pleadings , agrees that each of the dishonorable member of the bench implicated in my case committed fraud upon the court, and should have been remove from the bench. Whether legal error has been committed is a law question that is determined after the fact, free from the exigencies present when the particular decision in question was made.

I agree that if every error of law, or abuse of discretion subjected a judge to discipline as well of reversal, the independence of the judiciary would be threatened. Judges must be able to rule in accordance with the law which they believe applies to the case before them, free from extraneous considerations of punishment and rewards. The value is threatened when a judge confronted with a choice of how to rule and judge are confronted with a choice of how to rule and judges are confronted with score of such choices every day must ask not which is the best choice under the law as I understand it, but which is the choice least likely to result in judicial

20

discipline

Moreover, the authority to interpret and construe constitutional provisions and statutes resides in a state trial and appellate court system ad judges chosen by what ever political patronage system in te state of Ne York. The judicial commission is suppose to be independent of political patronage, and should not be chosen in the manner David "crackhead" Patterson New York State accidental cocaine addicted former governor loaded the appellate divisions and supreme court with some of the mot incompetent morons ad certified village idiots, who are too lazy or stupid to read the pleadings of cases assigned to them, and rely very heavily on inexperience law clerks, pollo and staff attorneys easily intimidated and contaminated by extraneous influences by prosecutors to suborn their perjury and commit fraud upon the courts.

An evil, diabolical, unethical, malevolent xenophobic and corrupt dwarf former New York County First Executive Assistant District Attorney James Kindler, in a qui pro quo was appointed by New York accidental cocaine addicted governor David Patterson to the Court of Claims and acting Bronx County Supreme Court Judge. Eloise M. Nurse is "Crack head " David Patterson sister in law. In their perjured and spacious affirmation in opposition and my memorandum of law Assistant District Attorneys Hillary Hassler and Kristen Kirk lied to the justices of the Supreme Court State of New York  Appellate Division First Judicial Department that  Eloise Nurse was a mystery and figment of my imagination.

How Stupid were Justice David Friedman et al, for not conducting a simple check with the Office of Court Administration Attorney Registration Unit to check whether Nurse is admitted to practice in this state. Hassler and Kirk were cognizant of the fact Eloise Nurse was sanction by the departmental disciplinary committee, and that James Kindler appointment to the bench by crackhead David Patterson was a qui pro quo for granting Nurse transactional immunities, but those cunts have not been disbarred.

Eloise Nurse stole more than $5000, 000  from both my defunct foreign own multi discipline international law firm, Fox, Stewart , Van Stuyvesant, Harrison & Tate, and public interest law foundation Immigration Reform and Research Advocates. Charmaine Brooks is the daughter of disbarred attorney  Trevor Leslie Brooks, who is a personal friend of David and Daniel Patterson. She also stole more than $300, 000 in client fees. Both Eloise Nurse and Charmaine Brooks were the attorney of records for my victimless victims, and their certificate of representation Executive Office of Immigration Review  [EOIR] FORM-G28 is  on file  with both the EOIR and Immigration and Custom Enforcement [ICE] in New York, New Jersey, Pennsylvania, Rhodes Island, Massachusetts, Connecticut etc. etc.

How did  Cheryl Chambers, an obscure former Manhattan Criminal Court judge, who was elected to the Supreme Court in Kings County from a safe district  got appointed to the appellate division second judicial department? Or Darcel Clark who is married to a 30 year NYPD veteran detective, and Dianna Renwick the wife of former Bronx County District Attorney Robert Johnson to the Appellate Division First Judicial Department. Luis Gonzales a wife beater philanderer, Corrupt and unethical, incompetent sorry excuse of for a judge wo use the first department as  his own personal harem, and welfare department for his friend and family was also elevated to presiding justice of the first department by  crack head  David Patterson.

Both Eloise Nurse and Charmaine Brooks were granted transactional immunity for their theft

21

of clients fees, and precluded by Judge Shithouse from testifying for the defense on the advice of his mistress Fredericka Miller, who has for the past 32 years defrauded County Law Section 18b Assigned Counsel program by stealing the fees paid to her to retain private investigators and expert witnesses which she never does.. It is a common practice of the bench and bar in this state , which is depriving black/brown criminal defendants their right to effective assistance of counsel, and fair trial.

I am going to ask you a remedial continue legal education [CLE] questions. When a criminal defendant CNYS Criminal Procedure Law [CPLE] 440.10 motion to vacate a judgement of conviction is denied by New York County Supreme Court Judge John Stackhouse because under the penalty of perjury  former  Assistant District Attorney [ADA] Rhaul Kale conceded the fourteen constitution rapturing constitution fact and law plain errors were preserved for appellate review are those question of law waived or unpreserved for appellate review?

If Justice Ernst Rosenberger granted a CPL 460.15 Certificate of appeal and consolidated CPL 440.10 and CPL 460.15 with direct appeal, and ADA Elinor Ostrow also conceded that the question of law raise on CPL 460.10 were also preserved for appellate review, and those  22 constitution rapturing plain errors unpreserved or waived for appellate review?

What about if former ADA John Ryan lied to Hon. Hubert Altman [deceased], he was not served with my CPL 190.90 grand jury notice during pretrial omnibus motion proceedings, but at trial ADA James Kindler testifying as an hostile witness for the defense controverted Ryan, and admitted under oath, he received my CPL 190.90 grand jury notice, and passed it to Ryan, and a copy was published to the rigged and stacked jury, and Judge Stackhouse entered a stipulation, that this matter has been preserved for appellate review, and Kale on the record admitted, that Ryan's indictment was indeed defective, then why did the first department accepted ADA Hillary Hassler and ADA Kristen Kirk new alternative bald face lies that dehored the trial record?

If Judge Marcia Khan [deceased] appointed a public defender  at pretrial, and Stackhouse assigned three County aw Section 18 b at trial at he behest of ADA James Kindler in violation of my right under Ferreta, but on appeal persuaded the Appellate Division First Judicial Department to denied three separate applications for appointment or assignment of appellate counsels, am I not entitle to a writ of error Coram nobis in view of the fact I was denied appellate counsels?

Should the people have fraudulently conceal trial transcripts, and both DA Morganthau and ADA James Kindler ordered prison officials to segregated me in Special Housing Unit [SHU] solitary confinement, and ADA Hillary Hassler, Kristen Kirk, James Kindler, et al order prison guards to have me physically and psychological tortur, resulting to my blindness, broken hands, legs and pelvic, am I responsible for the delay in persecuting a non-existing appeal?

What about if the District Attorney lead Investigator testifying as a hostile witness for the defense on direct admitted that the District Attorney presented forge evidence to the jury such as an Executive Office of Immigration Review  EOIR FORM G-28 certificate of appearance as an attorney under my name with my signature claiming to be an attorney admitted to practice law in New York State?

How could the first department affirmed an ultra vires void for viodness fraudulent judgement of conviction  if under oath testifying for the defense as a hostile witness ADA Eliza Ruzzow a

22

prosecutor in the New York County District Attorney told the Jury I was travelling in South East Asia, Hong Kong, China, Japan and residing permanently in Hawaii during when Ryan fabricated non existing crimes from a whole cloth and lied to the grand jury that I was in New York scheming to defraud?

If 32 witnesses for the defense did not receive subpoenas or were intimidated not to appear and the people prevented 16 grand jury witness in addition to seven  DA investigators from testifying at trial, was my sixth amendment rights to compulsory and confrontations process clauses under the United States Constitution  not violated ? How could a conviction stand when exculpatory  Brady v. Maryland materials such as my victimless victims  certified immigration record order release by judge  Altman proving my actual innocence  which were fraudulently conceal by Kindler, Ryan, Kale et al ?

Is a trial jury stacked and rigged with Unified Court System of the Stat of New York and district attorneys employees  a fair jury of my pears ? Is it not a Baston violation when educated Caucasian male potential jurors with post graduate education systematically excuse by the court from the Vernier?

Did Judge Stackhouse Committed Judicial Misconducted when he conspired with, an aided and abetted the people when he lied that a selected juror was excused because his father suddenly died, in view of the fact during my vior dire, he sated if I could prove that the people lack federal subject matter jurisdiction under United States Constitution to prosecute a real or imaginary U.S immigration crimes, or the prosecution was vindictive, malicious and selective?

Is a stand by counsel Such as Fredericka Miller authorize to substitute the tag of defendants exhibits entered in evidence with those mark for identification, and object on the behalf of ADA Rhaul Kale, whenever I attempted to use the impeaching evidence on cross ? What about Miller ordering her lover  Stackhouse to redact exculpatory evidence independently obtain by ? or stealing the funds paid to her to retain private investigators and immigration law expert witnesses? Or rendering  sewer services of subpoenas for witnesses willing to testify for the defense, and identifying witnesses with exculpatory evidence for prosecutors to intimidate from testifying ?

I have also enclosed a certificate from the New York State Commission for the Blind supporting my  the veracity of my "litany of lurid imagination" that I am  blind and my most recent New York University Langone Health  medical record which also supports my "fake claim" that every in jury listed was the proximate causation of an illegal phase one and two human clinical trial where I was used as a research monkey without my knowledge or consent, psychological and physical tortures ordered by deceased New York County District attorney Robert Morganthau and his [Cardinal Jean du Plessis Duke of Richelieu, Grigori Yefimovich Rasputin, and Thomas Cromwell the 1st Earl of Essex] all roll in the person of a diabolical dwarf former first executive assistant district attorney James Kindler, who in a quid pro quo  was appointed to the bench by New York State accidental cocaine addicted former governor David Patterson, in exchange for transactional immunity for his sister in law Eloise M. Nurse who embezzled a substantial amount from my defunct foreign owned multiple-discipline international law firm Fox, Stewart, Van Stuyvesant , Harrisons & Tate and law foundation in the public interest Immigration Reform and Research Advocates.

23

John Stackhouse, David Friedman, Jill Konviser Levine, Cherly Chambers, and Eugene Fahey are the current judges, Darcel Clark, Ernst Rosenberger, Luis Gonzales former judges, and deceased judged Isreal Rubin conspired with, aided and abetted James Kindler former ADA John Ryan, Kristen Kirk, Rhaul Kale, Leroy Frazier, James Dwyer, Jennifer May Parker, and current ADA Hillary Hassler in their scheme to make me the victim of an extrajudicial murder with a final bogus order of deportation obtain by fraud, regardless of the fact I am a stateless citizen granted political asylum and refuge status in 1982, who became a permanent resident in 1986 made retroactively to 1983.

From 1990 to 1998 those sketchy reprobates from the LIARS FACTORY aka New York County District Attorney Office persuaded Immigration and Naturalization Services sub nom United States Immigration and Citizen Services to fraudulently conceal and not to process ten prepaid applications for naturalization to become an American citizen in furtherance of their scheme to murder me in retaliation against my private attorney general anti-corruption activities exposing, racisms, bigotry and neophobia in the dispositional treatment of black/brown criminal defendants, fraud in conversion of the 18b assignment counsel program into a public welfare benefits for incompetent and unethical attorneys who are friends, relatives, and lovers of both female and male judges.

A typical example is Fredericka Miller who for the past 32 years stole money paid to her to hire private investigators and expert witness which she never does she was sleeping with Starkhouse among other judges who were assigning her clients and knew of her grand larceny. I know more than a dozen black/brown attorneys who have been disbarred and were never restored back to the roll of attorneys, whose infractions were not as egregious as that of Fredricka Miller.

My private attorney general and public corruption activities also expose nepotism in the appointment of losers as ADAs, the IOU political favor banks in the appointment of some of the most immoral, unethical, and incompetent political hacks such as Jill Konviser Levine who slept her way to the bench, prosecutorial and judicial misconduct, and public corruption in accepting bribes from Jewish/Caucasian criminal defendants such as Dominick Strauss Khan, Harvey Weinstein, Sandford Rubenstein and members of the establishment, movers and shakers, celebrities .

It is a fact that prosecutors in New York State depend on judges to carry their water and have no respect for the adversarial doctrine. Prosecutors are political hacks who are only interested in seeking maximum punishment. Their indoctrination includes coerciveness of plea bargaining,, pretextual prosecution, discriminatory charging practices, the proliferation of overly broad criminal statutes, the difficulty is deterring prosecutorial misconduct, and the use of grand jury as a cover up for unpopular decisions would not exist, or at east could be more easily solved, in a world where prosecutors were more single minded in committing fraud upon the court and focused on minimizing victory in a criminal process.

An adversarial process have surprisingly advantage in holding prosecutors accountable which is more consistent with the rule of law. Heighten adversaries unquestionably protects due process an alternative institutional structure which could minimize conviction of the actual innocence as in my case for non-existing crimes fabricated from a whole cloth , and use in a vindictive, malicious, and selective persecution to commit extrajudicial murder. Even if heighten adversarial system is frown upon by the judiciary who fins it unappealing, the process has value

24

as a thought of experiment, for it poses deep fault lines in the theoretical foundation of this state criminal prosecution.

This state current approach dos not combine adversarial process with politically unaccountable prosecutors and lacks compelling account of what precise level of adverarialism is optimal or why political accountability is the right tool for producing god behavior from prosecutors. It is thus unsurprising that the New York State system often work poorly in practice.

Executive Assistant District Attorney Hillary Hassler and Chief of the New York County District Attorney Office Appeals Bureau is as healthy as a beast of burden[jackass] while I am an invalid who is terminally ill. She is admitted to practice law in this state. I am not. She has a battalion of minions including paralegals or her beck and call. I have a screen reader. She has the resources of bot the state and city of New York in her favor. I only have West Law.

But yet she is an unapologetic cheat who is a consummate serial pathological liar, and a sorry excuse for a human being , who cannot face off with me on a level playing field without contaminating the courts by extraneous influences to suborn her perjury and committing fraud upon the courts. Even though Brooklyn Law School is a third rated institution, she is a disgrace, because I know some very excellent and ethical lawyers who are graduate of Brooklyn law which has a reputation for 80% of its graduates passing the state bar on their first taking in comparison to ivy league law schools graduates.

Respectfully submitted,

----X

Curtis Van Stuyvesant

*Ms. Susan Molinas Rojas

Clerk of the Court

Appellate Division First Department

*Hon Ronald Acosta Presiding Justice

Appellate Division First Department

*Mr. Cyrus Vance Jr.

New York County District Attorney

25

*Hon Latisha James

York State Attorney General

*Mr. William Sweeny Jr.

Assistant Director

Federal Bureau of Investigation

New York City Field Office

*Ms. Audrey Strauss

Acting United States Attorney

Southern District of New York

*Hon Andrew Cuomo

Governor Sate of New York

⬧ Positive

As of: May 9, 2016 10:24 AM EDT

## *People v. Van Stuyvesant*

Supreme Court of New York, Appellate Division, First Department

September 19, 2002, Decided ; September 19, 2002, Entered

1586, 1586A

**Reporter**

297 A.D.2d 559; 747 N.Y.S.2d 155; 2002 N.Y. App. Div. LEXIS 8446

The People of the State of New York, Respondent, v. Curtis Van Stuyvesant, Appellant.

**Subsequent History:** Appeal denied by *People v. Van Stuyvesant, 99 N.Y.2d 586, 785 N.E.2d 744, 2003 N.Y. LEXIS 875, 755 N.Y.S.2d 722 (2003)*
Magistrate's recommendation at, Habeas corpus proceeding at *Curtis Van Stuyvesant v. Conway, 2007 U.S. Dist. LEXIS 99032 (S.D.N.Y., July 9, 2007)*
Related proceeding at, Writ of habeas corpus denied *Van Stuyvesant v. Holder, 2014 U.S. Dist. LEXIS 39602 (S.D.N.Y., Mar. 20, 2014)*

## Core Terms

counts, grand larceny, defense motion, third degree, sentence, notice

**Counsel:** [***1] For Respondent: Kristin A. Kirk.

Curtis Van Stuyvesant, Defendant-Appellant, Pro se.

**Judges:** Concur--Wallach, J.P., Lerner, Rubin, Friedman, Gonzalez, JJ.

## Opinion

[*559] [**155] Judgment, Supreme Court, New York County (Herbert Altman, J., on dismissal motion; John Stackhouse, J., at jury trial and sentence), rendered July 6, 1999, convicting defendant of scheme to defraud in the first degree (two counts), grand larceny in the third degree (four counts), grand larceny [**156] in the fourth degree (four counts), attempted grand larceny in the third degree (two counts), and practicing or appearing as attorney-at-law without being admitted

and registered (*Judiciary Law § 478*), and sentencing him to an aggregate term of 10 to 20 years, and order, same court (John Stackhouse, J.), entered on or about January 12, 2000, which denied defendant's motion seeking to vacate the judgment of conviction pursuant to *CPL 440.10*, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Issues of credibility were properly considered by the jury and there is no basis upon which [***2] to disturb its determinations.

Defendant's motion to dismiss the indictment on the ground that he was deprived of his right to testify before the grand jury was properly denied. In his initial motion papers, defendant [*560] conceded that he had not served notice of intent to testify, and his claim that the People had been provided with actual notice of his intent was unsupported.

While defendant claims that his appeal has been unduly delayed, any such delay is attributable to his own actions.

Since defendant affirmatively waived his right to submit a motion to controvert the warrant to search his office, he is precluded from challenging the warrant on appeal (*People v Baez, 290 AD2d 372, lv denied 98 NY2d 635*). Defendant's remaining contentions are unpreserved or unreviewable and we decline to review them in the interest of justice. Were we to review these claims, we would reject them.

Concur--Wallach, J.P., Lerner, Rubin,. Friedman and Gonzalez, JJ.

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

Date: August 29, 2018
Docket #: 16-1201pr
Short Title: Stuyvesant v. Conway

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 03-cv-3856
DC Court: SDNY (NEW YORK CITY)
DC Judge: Freeman

## CASE STATUS UPDATE NOTICE

In response to your letter dated August 27, 2018, your appeal is closed. Please note the attached copy of the docket sheet.

Inquiries regarding this case may be directed to 212-857-8534.

## General Docket
## Court of Appeals, 2nd Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 16–1201 | **Docketed:** 04/18/2016 |
| **Nature of Suit:** 3530 PRISONER PET–Habeas Corpus | **Termed:** 06/07/2018 |
| Stuyvesant v. Conway | |
| **Appeal From:** SDNY (NEW YORK CITY) | |
| **Fee Status:** Paid | |

**Case Type Information:**
  1) Prisoner
  2) State
  3) Habeas Corpus

**Originating Court Information:**
  **District:** 0208–1 : 03–cv–3856
  **Trial Judge:** Debra C. Freeman, U.S. Magistrate Judge
  **Date Filed:** 05/29/2003

| **Date Order/Judgment:** 03/11/2016 | **Date Order/Judgment EOD:** 03/11/2016 | **Date NOA Filed:** 04/13/2016 | **Date Rec'd COA:** 04/18/2016 |
|---|---|---|---|

**Prior Cases:**
  None

**Current Cases:**
  None

| **Panel Assignment:** | Not available |
|---|---|

16-1201 Stuyvesant v. Conway

Curtis Van Stuyvesant
     Petitioner – Appellant

Curtis Van Stuyvesant, –
**Terminated:** 08/29/2018
[NTC Pro Se]
Post Graduate Center
7th Floor
71 west 23rd street
New York, NY 10010

Curtis Van Stuyvesant, –
**Terminated:** 05/15/2017
[NTC Pro Se]
Firm: 646–407–9530
271 Martense Street
Brooklyn, NY 11226

Curtis Van Stuyvesant, –
[NTC Pro Se]
Apt. 435
308 West 94th Street
New York, NY 10025

----------------------------

James Conway
     Respondent – Appellee

Thomas B. Litsky, Assistant Attorney General
**Terminated:** 12/29/2016
[COR NTC Government]
New York State Office of the Attorney General
120 Broadway
New York, NY 10271

Thomas B. Litsky, Assistant Attorney General
Direct: 718–838–6136
[COR NTC Government]
Bronx County District Attorney's Office
198 East 161st Street
Bronx, NY 10451

Barbara D. Underwood, –
**Terminated:** 05/05/2016
[COR NTC Government]
New York State Office of the Attorney General
120 Broadway
New York, NY 10271

16-1201 Stuyvesant v. Conway

| | | |
|---|---|---|
| 04/18/2016 | 1 | NOTICE OF PRISONER APPEAL, with district court docket, on behalf of Appellant Curtis Van Stuyvesant, FILED. [1754591] [16–1201] [Entered: 04/20/2016 01:22 PM] |
| 04/18/2016 | 2 | DISTRICT COURT ORDER, dated 03/11/2016, RECEIVED.[1754592] [16–1201] [Entered: 04/20/2016 01:25 PM] |
| 04/18/2016 | 3 | ELECTRONIC INDEX, in lieu of record, FILED.[1754594] [16–1201] [Entered: 04/20/2016 01:26 PM] |
| 04/20/2016 | 4 | INSTRUCTIONAL FORMS, to Pro Se litigant, SENT.[1754597] [16–1201] [Entered: 04/20/2016 01:28 PM] |
| 05/05/2016 | 6 | NOTICE, to Appellee James Conway , for failure to file an appearance, SENT.[1765303] [16–1201] [Entered: 05/05/2016 09:10 AM] |
| 05/05/2016 | 7 | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL, on behalf of Appellee James Conway, FILED. Service date 05/05/2016 by US mail. [1765473] [16–1201] [Entered: 05/05/2016 10:48 AM] |
| 05/05/2016 | 8 | ATTORNEY, Thomas B. Litsky, [7], in place of attorney Barbara D. Underwood, SUBSTITUTED.[1765599] [16–1201] [Entered: 05/05/2016 11:49 AM] |
| 05/05/2016 | 9 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee James Conway, FILED. Service date 05/05/2016 by US mail.[1765728] [16–1201] [Entered: 05/05/2016 12:58 PM] |
| 05/06/2016 | 10 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE FORM, on behalf of Appellant Curtis Van Stuyvesant, FILED. Service date 05/05/2016 by US mail.[1766953] [16–1201]––[Edited 05/18/2016 by LCH] [Entered: 05/06/2016 04:28 PM] |
| 05/06/2016 | 11 | PAPERS, on behalf of Appellant Curtis Van Stuyvesant, RECEIVED.[1766972] [16–1201] [Entered: 05/06/2016 04:37 PM] |
| 05/10/2016 | 12 | FORM D–P, on behalf of Appellant Curtis Van Stuyvesant, FILED. Service date 05/10/2016 by US mail.[1769026] [16–1201] [Entered: 05/10/2016 04:33 PM] |
| 05/12/2016 | 13 | ORDER, dated 05/12/2016, dismissing appeal by 6/2/2016, unless appellant Curtis Stuyvesant, moves for cerificate of appealability, FILED.[1770444] [16–1201] [Entered: 05/12/2016 09:31 AM] |
| 05/12/2016 | 14 | MOTION, for certificate of appealability, on behalf of Appellant Curtis Van Stuyvesant, FILED. Service date 05/10/2016 by US mail.[1774818] [16–1201] [Entered: 05/18/2016 01:03 PM] |
| 05/12/2016 | 15 | PAPERS, on behalf of Appellant Curtis Van Stuyvesant, RECEIVED.[1774821] [16–1201] [Entered: 05/18/2016 01:06 PM] |
| 05/18/2016 | 16 | PAYMENT OF DOCKETING FEE, on behalf of Appellant Curtis Van Stuyvesant, USCA receipt # 465401152739, FILED.[1774823] [16–1201] [Entered: 05/18/2016 01:08 PM] |
| 05/18/2016 | 17 | DEFECTIVE DOCUMENT, Form D–P, [12], on behalf of Appellant Curtis Van Stuyvesant, FILED.[1774826] [16–1201] [Entered: 05/18/2016 01:14 PM] |
| 05/18/2016 | 18 | DEFECTIVE DOCUMENT, Motion for Certificate of appealability, [14], on behalf of Appellant Curtis Van Stuyvesant, FILED.[1774828] [16–1201] [Entered: 05/18/2016 01:19 PM] |
| 05/25/2016 | 19 | MOTION, for certificate of appealability, on behalf of Appellant Curtis Van Stuyvesant, FILED. Service date 05/23/2016 by US mail.[1779586] [16–1201] [Entered: 05/25/2016 10:31 AM] |
| 05/25/2016 | 20 | FORM D–P, on behalf of Appellant Curtis Van Stuyvesant, FILED. Service date 05/23/2016 by US mail.[1779596] [16–1201] [Entered: 05/25/2016 10:34 AM] |
| 06/02/2016 | 21 | DEFECTIVE DOCUMENT, Motion for certificate of appealability, [19], on behalf of Appellant Curtis Van Stuyvesant, FILED.[1784741] [16–1201]––[Edited 06/02/2016 by LCH] [Entered: 06/02/2016 |

16–1201 Stuyvesant v. Conway

12:32 PM]

06/02/2016    23    DEFECTIVE DOCUMENT, Form D–P, [20], on behalf of Appellant Curtis Van Stuyvesant, FILED.[1784760] [16–1201]––[Edited 07/14/2016 by LCH] [Entered: 06/02/2016 12:48 PM]

07/14/2016    24    MOTION, for certificate of appealability, on behalf of Appellant Curtis Van Stuyvesant, FILED. Service date 07/14/2016 by US mail.[1816222] [16–1201] [Entered: 07/14/2016 07:24 PM]

07/15/2016    25    CURED DEFECTIVE: MOTION, for certificate of appealability, on behalf of Appellant Curtis Van Stuyvesant, [19], [24], on behalf of Appellant Curtis Van Stuyvesant, FILED.[1816365] [16–1201] [Entered: 07/15/2016 09:12 AM]

09/30/2016    42    MOTION ORDER, deferring motion for certificate of appealability [24] filed by Appellant Curtis Van Stuyvesant, The district court is directed to construe Appellant's notice of appeal as a motion to reopen the time to file an appeal and to consider whether such motion should be granted. It is further ORDERED that the parties shall notify this Court of the district court's decision within 30 days of its entry on the district court's docket sheet. by DC, SLC, Berman, FILED. [1875180][42] [16–1201] [Entered: 09/30/2016 03:58 PM]

09/30/2016    43    CERTIFIED ORDER, dated 09/30/2016, to SDNY, ISSUED.[1875207] [16–1201] [Entered: 09/30/2016 04:11 PM]

10/18/2016    44    DISTRICT COURT ORDER, dated 10/17/2016, RECEIVED.[1887397] [16–1201] [Entered: 10/19/2016 10:44 AM]

05/15/2017    46    ADDRESS CHANGE REQUEST, COMPLETED.[2035751] [16–1201] [Entered: 05/15/2017 05:09 PM]

06/07/2018    60    NEW CASE MANAGER, Margaret Lain, ASSIGNED.[2320415] [16–1201] [Entered: 06/07/2018 03:37 PM]

06/07/2018    61    MOTION ORDER, denying motion for certificate of appealability [24] [19] [14] filed by Appellant Curtis Van Stuyvesant, by JAC, GEL, SLC, copy to pro se, FILED. [2320437][61] [16–1201] [Entered: 06/07/2018 03:44 PM]

06/28/2018    62    CERTIFIED COPY OF ORDER, dated 06/07/2018, determining the appeal to SDNY, copy to pro se, ISSUED.[Mandate][2334531] [16–1201] [Entered: 06/28/2018 11:06 AM]

08/17/2018    63    DISTRICT COURT ROA RETURNED.[2370607] [16–1201] ( 3 boxes ) 500 pearl st. [Entered: 08/17/2018 01:25 PM]

08/28/2018    64    LETTER, dated 08/27/2018, on behalf of Appellant Curtis Van Stuyvesant, re: address change, RECEIVED. Service date 08/27/2018 by US mail.[2378117] [16–1201] [Entered: 08/29/2018 11:46 AM]

08/29/2018    65    NOTICE, Case Status, SENT.[2378119] [16–1201] [Entered: 08/29/2018 11:46 AM]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------------x

UNITED STATES ex. rel. CURTIS VAN STUYVESANT,

|  |  |  |
|---|---|---|
| | Petitioner. | AFFIDAVIT OF SERVICE. |
| -v- | | PETITION FOR A WRIT |
| | | OF MANDAMUS AND PROHIBITION |
| WLLIAM BARR  et al | | PURSUANT TO 28 U.S,C. 1651a |

UNITED STATES ATTORNEY GENERAL DEPARTMENT OF JUSTICE

Respondents

--------------------------------------------------------------------------------x

STATE OF NEW YORK )

COUNTY OF NEW YORK ) ss.

CURTIS VAN STUYVESANT, being duly sworn deposes and say: I declare under the penalty of perjury, that iam unable to obtain the services of a notary public, I have underlined medical conditions, and I am asymptomatic from COVID-19, which is the reasons I am using a declaration.

Curtis Van Stuyvesant  declared under the penalty of perjury that on the dated executed below. I served a true and exact copy of the annexed petition, verification, memorandum of law, exhibits, and affidavit in support of an All Writs Act pursuant to 28 U.S.C. 1651a to Ms. Ruby  J. Krajick Clerk of the Court United States District Court Southern District of New York located at 500 Perl Street New York New York 10007, and Mr. Jeffery Bossert Clark Acting Assistant Attorney General United States Department of Justice located at 950 Pennsylvania Avenue, Washington, DC 20530 in a pre-paid United States Post Office Priority  Mail envelope,  which was hand delver to a U.S Post Office Cerk in New York City for delivery

Dated   7 day of December 2020

_____-z

Curtis Van Stuyvesant  pro se

308 West 94  Street

New York New York 10025

Curtis Van Stuyvesant
#435
308 West 94 Street
New York NY 10024

PRIORITY ★MAIL★
TRACKED ★★★ INSURED ★

UNITED STATES POSTAL SERVICE®
For Domestic Use Only          Label 107R, July 2013

USMP3
SDNY

U.S. POSTAGE PAID
PM 1-Day
NEW YORK, NY
10024
DEC 08, 20
AMOUNT
$8.70
R2304W121325-85
1005      10007

RECEIVED
DEC - 9 2020
CLERK'S OFFICE
S.D.N.Y.

Pro Se SM

EXPECTED DELIVERY DAY: 12/09/20
USPS TRACKING® NUMBER
9505 5142 0572 0343 4004 87

RECEIVED
SDNY PRO SE OFFICE
2020 DEC -9 PM 2:48

Ms Ruby J. Krajic
Clerk of the Court
United States
District Court
Southern District
of New York
500 Pearl Street
New York NY
10007