Curtis Van Stuyvesant

The Manhattan #435

308 West 94 Street

New York New York 10025

December 26, 2021

Colonel Mathew Bogdanos

Assistant District Attorney

New York County District Attorney Office

1 Hogan Place New York New York 10007

Re: Intimidation & harassment

Dear Mr. Bogdanos,

This is my last waring. Please refrain form dispatching detectives from the New York County District Attorney Office, whenever, I filed a petition, writ, or law suits, which the Hillary Hassler Who is a canon cabron, and a Karen, and the bounder Cyrus Cindy Vance Jr.

A blind, Psychological tortured prisoner forcible fed illegal psychotropic medications which were not prescribe by a psychiatrist, psychologist, nurse practitioner, physically broken, used as human guinea pig in illegal medical clinical trials, and segregated in special housing unit solitary confinement, with no access to legal research material, assistance, law libraries, or jail house lawyer, order by appellate judges on prosecutors demands and bald face lies order me to prosecute a direct appeal pro se. But yet I am supposed to show respect and not use legal process to exonerate myself. LMAO

There is nothing that Kindler et al can do, to prevent a congressional criminal referral to the United States Department of Justice. Criminal violations of federal civil rights does not have a statute of limitation.

There will be a change of venue, due to the United States District Court for the Southern District of New York has been contaminated and corrupted by extraneous influences to commit fraud upon the court and committed perjury.

There is nothing Andrew "Fredo" Cuomo can do to influence out of state congressional delegation or USDOJ.

Cuomo has been accused of sexual harassment, by every credible victim, who is not a wingnut. For years I have shouted from the top of the mountain that is a reprobate, without an iota of moral compass, and he is an unethical school yard craven bully cut out from the same cloth, as Donald J. Trump President of The United States.

1

Cuomo is implicated in James Kindler, Hillary Hassler, Kristen Kirk. Rhaul Kale, Jennifer May Parker, Fredricka Miller, Catherine O' Hagan Wolf, Debra Freeman, Louis Kaplan, Wen Tsing Cheng, Joe Miller et al judicial murder scheme.

My petition for a writ of error coram nobis notice of appeal, for leave to appeal  New York State Supreme Court Appellate Division First Judicial Department New York State of Appeals was "randomly" assigned to Hon. Eugene Fahey again, the same justice, who denied my 2015 notice to appeal, and accepted Assistant District Attorney Christopher Marinelli  bad face lies in his specious and perjured affirmation in opposition.

When an indigent defendants has made a preliminary showing that his inanity at the time of the offense is likely to be a significant Factor at trial, the Due Process Clause of the Constitution requires that a state provides access to a psychiatrist's assistance on this issue if the defendant cannot otherwise afford one. Ake v. Oklahoma 470 U.S. 68, 76 [1985], United States ex rel. Smith v. Baldi 344 US 561 [1953].

The  cabrons in the New County District Attorney Office " so called " Special Prosecution Bureau which some of the  incompetent, immoral, and ethical reprobate and their cono colleagues in the Appeals Bureau made a bogus claim, which is a bald face lie , made insanity an issue in People v. Van Stuyvesant at trials and on appeals 297 A.D. 559 [2002], but yet violated Ake Rochine v. California 342 U.S. 165 [1952] the United States  Supreme Court "shocked-the-conscience test" based on the Fourteenth Amendment's prohibition against states depriving any person of "life, property, liberty without due process of law."

The test prohibits conduct by state agents that falls outside the standards of civilized decency.  But New York State  Supreme Court Appellate Division First Judicial Department has allowed judges to assert their own subjective views on what constitutes "shocking."

New York State Unified Court System does not adhered to the precedent that the Bill Of Rights  applied to actions by state government.

Thus, all the rights afforded criminal defendants in the First, Fourth, Fifth, Sixth, Eighth, Fourteenth were not available to me.

 This reading made Due Process Clause of the Fourteenth Amendment did not apply to me. See Twinning v. New Jersey 211 U.S. 78, 79 [1908], Palko v. Connecticut 302 U.S. 319.

You are nothing more than a lousy civilian reservist playing the role of a weekend warrior. You are not even a combat veteran, but a rear end echelon, who is the type of a pencil pushing judge advocates.

 As a platoon, and company commander, I will look the other way, if the SF troops under my command decided to frag your yellow belly craven senior rear end echelon, despised by frontline combat soldiers around the world, no matter what country's uniform they are wearing or had worn.

When most of my university class mates went on spring brakes, I  was departing either the United Kingdom, or  Europe for the Jungles of Angola.. Have you ever fired a shot in combat? I have my sniper badge, and my weapon of choice was Spetsnaz Sniper Rifles are APS Atomat Podovdny Spetsiany  Under water assault rifle, Dragunov SVD Snayperskaya, or the Vintov Semi- automatic AS al Avatomat Special. Ny.

2

I was very good at snipping and combat knife. The Movimento Popular de Libertaccao de Angola [Popular Liberation Movement of Angola] [ MPLA] commissioned me to take out senior Portuguese, Apartheid South African top military commanders advising Frente Nacional de Liberation of Angola [FLNA], and Uniao Nacional para a Independencia Total de Angola [Ntional Union for the Total Inepependence of Angola] [UNITA], which were supported by both the United States Central Intelligence Agency and the government of Portugal and Apartheid Republic of South Africa.

Each shot, or throat slash was an ode to my sainted parents who were massacre by Apartheid Republic of Bureau of State Security {BOSS]. The irony was my great great grandfather was a British combat mixed race surgeon in the First world was as was my grandfather in the Second world war. My father served with the French Legion in Indo china , Vietnam, Cambodia, and Laos also as a combat surgeon. They healed. I killed.

In hand commando combat, my weapon of choice was Kochergina NDK-17 Special Russian Spetsnaz commando combat knife or the WW2 handmade Finka NKVD knife, and also Israeli Ari'BLilah which is favor by YAMAN [Yehida Merkazit Meyuhedet] Israeli Counter Terrorism Unit formed after the 1974, Ma'a lot massacre. I had my share of kills. It was war not murder.

I got desensitized which was why, I shredded my jungle fatigues and combat boots, sniper rifles, Avtomat Kalashnikova assault rifles, and Makarov side arms, for a three piece suit and brief case as an international human right lawyer. I don't own any weapons, and in fact I have not held one in y hands in forty years.

I have a very healthy distaste for weapons. The Second Amendment does not say you need an AR-15 Rifles S&W15 Sport II AR-15, Springfield Amory SAINT Victor AR-15 5.56 Semi Auto Rifle 16 Barrel M-Diamondback Firearms DB15 AR-15. 56 for hunting.

I know guns and know how deadly they are in the wrong hands. I am not going to give your gestapo the excuse to shoot and kill me which will solve you reprobates legal jeopardy and one way ticket to federal penitentiaries. But my entire body is still a natural dangerous unarmed weapon.

So, stop fucking with me colonel. Iam not going to frag you, but I will take your craven yellow belly rear echelon pencil pusher grimy ass down through legal process. A reservist is no match to a Special Force combat veteran trained by the best of the best in the world. Have you ever been a fire fight? Secure an LZ ?

I used nightmares from the fog of war. In Angola and Mozambique, we did not have Migs aircover. We were even lucky to gunships.

In My Nightmares on commuter trains, I was shouting out orders for mortar supporter I was always fortunate because on board New Jersey Transit there was always a veteran on board, who will always come to my aid.

They never ask whose arm or what war. They Knew without telling I was SF, and I did my share of combat killings. It is always son you are home now and safe.

Sometimes they will see me home or take to theirs. My ex-wife did not care, because she thought, I was with another woman. But oldest son, who was a toddler knew. You got those bad dreams again he will wail.

Don't make me become a soldier, I promised, he won't, and it is the only promise I have been able to keep, due to the fact, Kindler, Ryan, Hassler, Kirk. Stackhouse, Miller, Freeman, Kaplan, Cuomo, O'Hagan Wolf, Danburg, Foreshaw,Friedman et al stole twenty years of my life, and deprived me of being a father to my children. He will hug me, take of my shoes, and undo my bow ties.

I have given you a pass previously, because of my respect for your military services to this nation, regardless of the fact, you are a rear end echelon ass wipe.

Even after Hillary Hassler, and James Kindler, et al gave the order, to New York State Department of Correction prison guards, to assault me, you gave your own additional order to Five Points Correctional Facility Prison guards to assault me in retaliation for assisting a native of the Dominican Republic, who was convicted of a narcotic related double homicide.

He was transfer to New York State Department of Correction, after serving his federal bid for illegal possession of fire arms, by a convicted felon. Assisted him in drafting a CPL 440.10 motion. Your assault order was transmitted to a slut and piece of shit Cheryl Zen in 2000.

She was Five Points Senior Counselor for Programs. She used New York State Civil Service sexual casting couch to fuck her brains out for an appointment as a superintendent of a New York State prison.

Zenzen always remined me of Judge Jill "Screaming" Konviser Levine, who according to wags in the New York County District Attorney Office, New York State Unified Court System court officers, law clerks, judges, employees is a lousy unhygienic easy fuck, who use her 100 Central Street courthouse office as a fuck pad for assignation.

You were responsible for dispatching two New York County District Attorney office investigators less than 60 days ago, to intimidate me in retaliation for informing that craven, psychotic psychopath, serial pathological liar, xenophobic, racist, unethical, immoral bigot, James Kindler who is a piece of shit, that I intend to file a complaint against you pursuant to the Uniform Code of Military Justice for your Court Martials due to the fact you are a perjurer, who is a craven reprobate, pathological liar, who subjected a non-enemy combatant to torture, which, makes you morally unfit to serve as a reservist officer in the United States Marine.

You have the choice to either resigned your commission or get court martial.

My last substantive military rank was a captain, which I made on my 21st birthday. Special Force focuses on physical fitness , proficiency in topographic map reading, survival skills and stronger emphasis in mental acuity and training.

Combat Marksmanship[CMMS], advanced special forces tactics, military occupational specialty [MOS], training, languages, and cultural training, unconventional warfare, and Military Free Fall [MFF], Airborne courses, psychological tests, obstacle courses, long ruck marches, land and sea navigation, small unit tactics, how to conduct raids, ambushes, recon, d patrolling, survival, evasion, resistance and escape training, foreign weapon system from hand guns, rifles, anti-tank weapons and mortars, and intelligence.

It makes no difference whether it is a Green Beret, Spetsnaz or Black Wasp, the training are the same to become a "snake eater." Of all your fellow assholes in the New York County District Attorney Office you are the only one that might have an insight into my psyche, and my strategy.

4

James Kindler, John Ryan, Rhaul Kale, Jennifer May Parker, Kristen Kirk, Susan Molinas Rojas, Fredricka Miller Hillary Hassler, Cyrus Vance, Catherine O; Hagan Wolf, Justice David Friedman, Judge John Stackhouse, Wen Tising Cheng, Joe Miller are in legal jeopardy and they will end up in federal prison from criminal violation of my civil rights.

New York County Law Assigned Counsel Program, New York State Unified Court System, and New York County District Attorney Office might be subjected to a Knapp Commission Public Corruption type investigation.

Justice David Friedman in his profound arrogancy, stupidly took my bait, and the senile old fool did not see my booby trap. Friedman is the most senior Orthodox or Unorthodox Jew in New York State Unified Court System.

He is a xenophobic, racist bigot, and a certified village idiot, who just as Jill "Screamer" KonviserLevine is a consummate political hack who is heavily dependent on New York I Owe You Political Favor Bank.

I have been legally gunning for that corrupt, unethical, immoral, incompetent bigot head, which he gave me via my petition for a writ of error coram nobis.

I used elementary psychology 101 to dare him, to sit on the panel hearing my error coram nobis.. Hear I thought Hassler is an idiot, but Fried man is a moron

David Friedman is 75 years old past New York State mandatory judiciary retirement age. He has been recertified twice. In 2021 he will be 76 years old and entitle to one more recertification. He has a very bleak future ahead of him because he will spent the waning years in a federal prison for conspiracy and aiding and abetting to commit extrajudicial murder, crimes against humanity, torture, and public corruption. Who knows maybe sine he is a "Cindy" a male version of "Karen."

Friedman might end up sharing a cell with Catherine O'Hagan Wolf in a United States Bureau of Prison Federal Medical Center Correction Facility. Solomon Wachtler former Chief Judge New York State Court of Appeals who wrongly assumed, he was above the law, crimes is pale in comparison to Friedman et al egregious misconduct and criminal conduct.

Jews are notorious for their sense of entitlement, and by and large are fraudsters and crooks who specializes in gaming the system. From durable Medical Supply, pharmacy, medical doctor office, motor vehicle accident insurance fraud, to medical malpractice, low cost housing, public assistance welfare benefits, Medicaid/M Medicare fraud..

They procreate like rabbits, and the tax payers, are paying the tab to take care of their spawns. An Orthodox Jewish woman can't get a divorce without permission. Domestic violence, child abuse, rape, and sexually abuse of children is very rampant, in their close knit self-police society, where New York Penal law is not applicable.

Where does a stay at home mother whose husband is on public assistance get the money to buy a two grand jogging pram, Persian rugs, and crystal chandeliers, or top of the line furniture for her family low cost housing.

Where did the sable and Mink fur coats, diamonds, pearls, emerald, sapphire, gold, and ruby trinkets comes from.

EBT Food Stamp? LMAO But yet those same reprobates are sentencing black/brown hungry indigents to prison or probation for shop lifting food in super markets owned by Jews and evicting them from slum apartment buildings also own by Jews.

Associate Justice of the New York State Supreme Court Appellate Division First Judicial Department Manual Mendez a graduate of  Universidad Central del Este Law School, a fifth rated Law Scholl operated by Fordham University Law School for idiots who cannot pass the LSAT

 He was a political appointee appointed on July 13, 2020 by Andrew "Fredo' Cuomo as an affirmative action to appease the growing powerful Dominican New Yorker voting bloc.

Mendez is a certified racist bigot, who is a cabrone that has no cojones.He has openly known to call African American and anyone who is from the African Diaspora a Monkey.

He is one of those light skin Dominicans who in their delusion of grandeur just like their Puerto Rican and Cuban brethren think they are Caucasians.

They are derogatory referred to by Africans as "Germans.' In essence Dominicans are actually Haitians but are mistreating  Haitians as if they are sub humans.

Associate Justice of the New York Supreme Court Appellate Division First Judicial Department Martin Shulman, another July 13, 2020 Andrew  "Fredo" Cuomo appointee who is one of United States  Eugene Nardelli disciple.

Nardelli is the bumbling Chairman of the Hose Judiciary Committee who woefully fumble during the impeachment of Donald Trump.

Shulman is a housing advocate. Another privilege Asshole, with no criminal law back ground. Another Jewish motherfucker political hack, who has no business sitting on the bench of an intermediate appellate court panel to adjudicate the plain error constitutional rapturing question of the complete deprivation of a   tortured  physically broken disable and blind state prisoner, who was segregated in special housing unit solitary confinement rights under both New York and United States Constitution to appellate counsel in a first direct appeal as of right.

My Memorandum of Law in support of a petition for a Writ of Error Coram Nobis was written in Swahili as far as he is concerned, because it was over his head due to his lack of comprehension of New York State Court of Appeals and Supreme Court of the United States  precedents.

Troy K. Webber  Associate Justice New York State Supreme Court Appellate Division First Judicial Department who is a "Mommy Dearest" another appointee of Andrew "Fredo" Cuomo appointed on February 16, 2016.

 Her betrayal of  New York vaunted judicial canons actually did not come as a surprise, because she was actually contaminated by extraneous influences by that  smiling lying two face mendacious bull dyke Latisha James New York State Attorney  General

 In 2008 I was in Collins Correctional Facility which is a medium New York State prison for geriatric disable, or prisoners with serious medical condition, including Sex offenders and rapist who would not surview in regular prisons.

6

Collins is a  prison for low risk security, ad prisons with good disciplinary record. I drafted a CPL 30.30 motion for a Muslim brother, who had another open case, while serving time.

Webber granted the motion despite prosecutors frivolous affirmation in opposition and dismissed my Islamic Brother Indictment.

While members of the National B, and Metropolitan Bar Associations were flabbergasted that Webber has become a  "Tysha" which is a black woman shafting a black man. I was not.

 Eloise  Nurse Patterson former New York State accidental Governor David "crack head" sister in law Patterson is a factor. She practiced law for several years when she was not admitted or registered as an attorney.

She was Unmasked by a federal Judge in the United States District Court for the Southern District of New York in Buffalo, When the criminal defendant told the judge, she was not his attorney, and he had paid Trevor Brooks a lot of money, and he did not want Nurse.

 Nurse  stole $500,000.00 from both my former defunct foreign own multi-discipline international law firm Fox, Stewart, Van Stuyvesant , Harrison & Tate, and my personal bank accounts. She was provided cover by that diabolical midget and freak, who  is a  sorry excuse of an human being, and cunts Hassler and Kirk.

 Nurse Patterson was the "attorney" of record for my victimless victims. I did not doubt Trevor L. Brooks when he assured me that Nurse was admitted in t New York which was confirmed by Daniel Patterson.

 Trevor Brooks employed half a dozen foreign and African American lawyers who were in 1996- 1998 not admitted, but none with the exception of Nurse Paterson made court appearances or represent clients.

Nurse Patterson matter is intertwine with the appointment of James The Diabolical Evil Midget" Kindler appointment to New York State Court of  Claims and Acting Bronx County New York State Supreme Court Justice by David Patterson.

It was a quid pro quo. Nurse Patterson was granted user immunity for her embezzlement and allowed to vanish as a witness forte defense during my inquisition, despite the fact she was a grand jury witness.

 Andrew "Fredo Cuomo was recently accused by a very credible witness of sexual harassment, which is not a surprise, in view of the fact I have had this information of Cuomo sexual picadillo in my dossier on him for quite a while.

 Ms. Lindsey Boylan is not a wingnut. She was a senior economic adviser to Fredo, and she is not the only one. For years I was the only lone voice shouting from the mountain top that this bounder and schoolyard bully is a narcissistic grimy reprobate, who has no moral compass, and that he is corrupt and unethical, and corrupt.

The democrats could not afford to lose another governor in New York due to Eliot Spitzer  call girl scandal.

Eric Holder gave a direct order to  Preetinder Singh Bharara former United States Attorney for the Southern District of New York not to indict Cuomo who was a member of the trio known as the Albany "three Amigos" which consist of Sheldon Silver Former Speaker of New York State Assembly, and Dean Skelos former New York State Senate Majority Leader.

Cuomo is up in his grimy ass in the Buffalo Billion scandal. Despite the fact that Visiting Nurse Services was charged with defrauding Medicaid/Medicare hundreds of millions of dollars,  Cuomo appointed Visiting Nurse CEO  to his Medicaid advisory  board.

Just as I kept Cuomo from throwing his ring in both the 2016, and 2020 presidential democrat party nomination, which he would have won, and beat Donald Trump, I gave the same warning to United States Senator Charles Schumer  not to twist the arm of Presidential elect Joe Biden to appoint  Baharara to his cabinet, in the same manner he twisted a clueless Obama to nominate Schumer hatchet man Baharara to become United States Attorney for the Southern District of New York. Bharara is cut from the same cloth as former ADA Rhaul Kale, who is,  Incompetent, unethical, immoral reprobate who is a pathological liar and a racist bigot.

Kale gave a self-serving press release to Redditt, where this idiot lied, that I stole $1milion dollars, and Calcutta Indians were among my victims.

Everyone knows that I despised Indians, due to the fact they are liars, immoral, unethical, corrupt fraudsters, child rapists, and everything or person they touch turn to shit. I will have a Nigerian as a client before an Indian

I am prepared to testify before the Senate Judiciary Committee, in case Biden is stupid enough to nominate his personal friend Andrew Cuomo to the position of United States Attorney General.

Cyrus Vance is a bumbling want to be mini me Robert Morganthau. He was caught with his trousers down taking bribes from the rich, powerful, famous, political connected criminal defendants, thinly disguised as political campaign contribution to make their indictment disappeared.

Robert Morganthau retired with more than $ million dollars in campaign contribution, despite the fact he ran unopposed, and did not spend a dime in political campaign advertisement or had a reelection office.

It was a get-out-of-jail-free card payola. Vance Jr. is another bounder surviving on his wife inheritance, in her childhood Fifth Avenue  Co- Op.

He cannot afford his life style, so he decided to take bribes even from Donald Trump personal layer, to let Ivanka and Donald Trump junior off the hook, but he is prosecuting their father. LOL.

You already know my sentiment regarding that psychotic sociopath cunt Hillary Hassler, and the closet maricone Christopher Marinelli.

The greatest irony is both Mario Cuomo ad Cyrus Vance Senior were honorable, moral, principled, ethical gentlemen, who beget sons who are shit heads.

I got along famously with their fathers, but their sons wants to murder me, because their father knew their sons are not the half of a man that iam.

Should the New York State Court of Appeals denied leave to appeal as expected, I will return back to the United States District Court Southern District of New York with a two prong attack which are Federal Rule of Civil Procedure 60b, and 28 U.S.C 1651a All writs Act re: 28 U.S.C. 2254 Federal Habeas Corpus due to fraud upon the court committed by United States District Judge Lewis Kaplan and United States Magistrate Judge Debra Freeman. I have law the foundation with a United States Court of Appeals for

8

the Second Circuit Judicial Council Misconduct and Disability Act complaint against those two unscrupulous, immoral, unethical, incompetent bigots.

A demand has been filed before Hon. John Roberts Chief Judge Supreme Court of the United States for transfer of my Second Circuit Judicial Council Complaint to another circuit due to actual conflict of interest.

I have already lobed a hand grenade All Writ Acts demanding naturalization to be granted retroactively to 1990, when the first of my ten prepaid application for naturalization was fraudulently concealed.

I am going to forced out corrupt federal and state judges from the bench. I have already done it with both Michael Mukasey [SDNY], and Luis Gonzales [First Department], and prevented Jennifer May Parker appointment as a United States District Judge.

On December 17, 2020, I received an order dated December 11, 2020 post marked December 12, 2020 from the " Honorable " Collen McMahon Chief Judge United States  Court  District Court  Southern District of New York demanding a $402.00  in filing fees  before my "self-styled"   28 U.S.C 1651 an All Writs Act petition demanding naturalization to be made retroactive to 1990 due to Immigration and Naturalization Service's sub nom United States Department of Homeland Security, United States Citizenship and Immigration Services, and the Federal Bureau of Investigation fraudulent concealment of ten pre-paid application for naturalization, abuse of process, obstruction of justice, and fraud upon the court due to contamination by extraneous influences by John Ryan et at al.

Tongue in cheek she cited Coppedge v. United States 369 U.S. 438, 4444- 45 [1962], while demanding that I should complete Informa pauperis application.

The fraud upon the court big dance has stated again. McMahon  has a life tenure on the bench, but she is not above the law, or immune from congressional oversight, or judicial council investigation , or the court of public opinion condemnation.

 In her profound arrogancy and stupidity, she has conveniently forgotten, that my only source of income is social security disability. Kindler and Ryan are enjoying to $261 million dollars of my money, thanks to Michael Mukasey, and for 25 years used the courts in an insidious scheme to murder me, to cover up their crimes.

 I did expected her to pull David Friedman Associate Justice Supreme Court of New York Appellate Division First Judicial Department oxymoron obstruction of justice United States  Social Security Administration disability Award letter was annexed to my  All Writs Act petition, which is incontrovertible proof, that my only source of income is SSI benefits, thanks to Michael Mukasey, John Ryan, Jennifer May-Parker, James Kindler et al who stole $261 million dollars of my money.

I have obliged .My application to proceed without pre paying fees or cost cannot be appealed, until McMahon render  her decision. If my poor person is rejected, it will amount to the Court's violation of my  first amendment right to petition the court for redress of injury.

 I am not a fake ass constitutional scholar like  my deporter in -chief Barak Obama, wo sold his soul to the Eastern Establishment. I knew him when he was a no body upcoming Chicago Cook County politician.

9

My problem was I never wanted to cash in my I owe you , because I wrongly assume I was dealing with ethical, moral, and honest federal and New York State Judges. But my oldest daughter, her friends , professional colleagues, and her in-laws have cashed in theirs , and it is why, we have a congressional investigation, with a criminal referral to DOJ. Hassler will spend a minimum of ten years imprisonment. Kindler, Hassler, Kirk, May Parker, Kale, Stackhouse, Friedman,  Fredericka Miller, and Catherine O'Hagan Wolf are the only heads I want on a platter.

I have mailed my poor person application to the United States District Court SDNY by United States priority mail, which means, I won't be able to pay for Mucinex, Mucus relief tablets, and Vicks Vapor rub to deal with my pulmonary respiratory system.

Those women which includes Vance Jr. ad Kindler, judges a law clerks, in both federal and state courts including New York County DA Office does not have an iota of moral compass, ethics.

Judicial fairness is  an obscene four letter word to them. But  McMahon & O' Hagan Wolf train wreck has already left the train station and it is on a disaster collision course.

All I have to do is to sit back wait and laugh. LMAO. I have enclosed the court order for your entertainment. Please do  share it, with both that cunt Hassler,  Cyrus  Vance Jr. the bounder,  and Unethical, Immoral, and corrupt  Susan Molinas Rojas Clerk of the Court First Department has been added to my shit list.

 Deep dive due diligence investigation on her life from the day she was born until tomorrow is underway, and services are provided pro bono for my cause. I gave her the benefit of doubt, but she fucked up royally.

 I have already drafted and completed, a very beautiful Memorandum of law, which   your grifter  con man  president will say, is beautiful. It is  a 46 page memorandum of law in addition to a 9 page affidavit in support  of my notice of appeal filed in the New York State Court of Appeals requesting leave to appeal. It will be filed in a few days.

I was introduce to Donald Trump by the greatest boxing Champion in the World Muhammed Ali handlers, that was how I met  Don King, Michael Tyson. Travers Bell the first black to own a seat in the New York Stock Exchange was a mentor. He introduced to  Don and Mike

I and my ex-wife were the first  blacks to move into Bernardsville  Somerset County New Jersey tony horse country. Jackie Kennedy Onassis, and Malcolm Forbes in Far Hill became friends as well as the King of Morocco. Whitney Houston and Bobby Brown lived one town over in Mendham. Three black men in cracker New Jersey horse country hung out together and gave them the finger.

I came from very serious money, and even had the audacity to tell my family to kiss my black Islamic ass and went out on my own as a pioneer. $20.5 million dollars I inherited on my birth on July 15, 1954 did not defined me, and I did not wanted it, but decided to hold on to it as a legacy for my children who did not get to meet or knew their grad parents.

But on May 5, 1998, those assets which today are worth more than $260 Million dollars was stolen by James Kindler, John Ryan, Rhaul Kale, Jenifer May Parker, Leroy Frazier as forfeited without a court order of forfeiture, which is the reason why Kindler, Hassler et al scheme to commit extrajudicial murder in a pedestrian micky mouse conviction of  stealing $45,000 from undocumented illegal aliens, on the face of the fact that Immigration Research and Reform Advocates my public interest law foundation

which was spending $5 million dollars a year of my personal money in probono representation vulnerable undocumented illegal and legal aliens who were victims of crimes, domestic violence, child abuse, labor abuse, slavery, human trafficking, prostitution, bonafide refugees, stateless citizens.

Not once have prosecutors who are your fellow scum bags in the New York County District Attorney Office said any thing negative about Immigration Reform & Research Advocates my public interest law foundation pro bono work. Because they could not lie about, as they have about me. Realistically, who wants to be a New York State lawyer or prosecutor, or judge.

Shysters and incompetent, unethical, immoral craven reprobates, who are pathological liars. From the liar factory know as the New York County District Attorney Office disparage or impugned the reputing of my foundation, because they cannot controvert the fact it was registered with New York City Clerk's Office or the god work it was doing.

On the other had because I deliberately chose not to be admitted to practice law in New York, and did not represent clients in the Unified Court System, Federal or immigration court, they used this fact as justification for fabricating non existing crimes of immigration fraud fabricated from a whole cloth, which was used in a selective, vindictive, and malicious prosecution or commit extrajudicial murder to shut down my private attorney general anti-public corruption activities, and immigrant rights advocacy in New York State criminal justice system.

You are a United States Marine Colonel who is not a frontline combat officer. You have not command a combat platoon or company in a fire fight, parachute, breach a beach head, or even fire your side arm in combat, I guess you wont even know what an LZ is.

Cabon, I was a soldier soldier officer, and men old enough to be my father called me sir, and nick named me the " University Boy Lawyer as a term of endearment. They trusted me with their lives, and I did not failed them. Not one single man I was killed under my command.

The enemy had a ten million United States dollars bounty on my head. No one even attempted o sell me out. I was a ghost who had no name, no known pedigree British Secret Intelligence Services [SIS], Commonly known as MI6 Foreign Intelligence Service and France External Security Direction Generale de la Securite exterieure DGSE suspected but could not prove anything.

Mossad knew, but did not share even with he CIA, because MPLA ad a secret pact with Mossad which was to provide intelligence on Soviet and Cuba Special force training and weaponry I exchange for hard currency and unarmed combat training Krav Maga which is a combination of aikido, boxing, wrestling, judo, and karate.

It is not base around martial arts sporting competitions. It is a highly aggressive fast paced aggressive technique use to inflict maximum amount of pain possible and to deliberately killed an opponent.

So, don't send another goon squad to my home again. Even with my physical disability and blindness, I can still kill a man or woman in less than 60 seconds regardless of whether they are armed. Get a warrant.

After all I am supposed to be legally insane, according o Kindler, Ryan, Hassler et al. I am suffering from Post-traumatic Stress disorder. I don't like to be touch, or for my private space and quarters to be invaded by strangers.

11

I am currently on Clonazepam to deal with PSTD, depression, and anxiety. Amphetamine Salt, to repair cognitive, proximately caused by New York State prison guards vicious and insidious physical assault.

I have head trauma injuries. Adderall was prescribe as preventive medicine to deal with potential memory gap loss. It is working because I still have an elephant brain and have total recall of every aspect of my Kafkaques nightmare caused by Ryan, Kindler, Hassler et al.

Due to my acute, severe chronic musculoskeletal pain non habit forming Pregabalin, and Gabapentin, were prescribed.

Testosterone to cure and reversed the side effect of androgen deprivation therapy, which was use deliberately to have me clinically castrated, so I won't be able to fuck another lousy piece of Jewish and Caucasian women asses with my African Mandingo. Sorry I don't do Nancy boys, which you sisseys in the New York County District Attorney office are, due to the fact Frau Hillary Hassler has emasculated your sorry faggot ass.

I won't be held legally responsible if I break the necks of the next New York County District Attorney Investigators that you send without probable cause to come to my home uninvited. It will take me less than five second to disarmed and disable them, no ,matter even if they come in a six pack.

I am begging you to please let me be and leave me alone. I have not threatened to kill or harmed any of the reprobates that have destroyed my life. Every person has a limitation to the term of their endurance. I am terminally ill, and I have had it. This is war, and I will kill if I need to survive by defending myself. Let me be.

Hassler et al continue to put pressure on New York City Department of Housing Preservation and Development to have me evicted from my Red Cross hotel shelter, which the City of New York is not even paying my rent, to accommodate a cabal of Jewish real estate investors, who took advantage and rented me an illegal basement apartment on Monroe Street Bedford Stuyvesant Brooklyn New York, that has no heat, air conditioner or ventilation. Those reprobates took advantage of my blindness and lied to me about the amenities in the basement apartment

On December 17, 2020 I retrieved a voice mail from Ms. Roman who is an HPD supervisor, she is dedicated, honest, ethical, and doing her.

I have come to know and respect this lady and trust her to do the right thing. New Yorkers are still hunkered down from the North Eastern Snow Storm, and the streets poise an obstacle difficulty for sighted, able young agile New Yorker.

But HPD expect a blind and physically disable man to traverse this dangerous snow and slush New York City terrain to attend a COVID spreader so called open house. LMAO! Who are they zooming with their bullshit ?

My previous landlord are Jewish investor robbing African Americans out there very valuable historical Bedford Stuyvesant brownstones, deliberately circumvented protocol, and our agreement.

[1] I am not going to relocate to another fire trap and health hazard single family investment property that they owned, which would be sold, and the new owner starts eviction proceeding under the guise of renovation.

12

[2] I am only interested in an elevator  multiple dwelling apartment building close to the subway. [3] I have to be very close to my New York University Langone Health medical providers, because I have no desire go change my medical providers to accommodate a  cabal of unethical, greedy, immoral Jewish real estate speculators.

No one holds an open house during this Covid virus pandemic. I have a housing choice voucher, and I have spoken to united States Housing and Urban Development and have been reassured this type of fraudulent tactics is an abuse of process, and they will look into it.

There  are tons of vacant rental apartments in New York City, and even in Manhattan, and landlords are giving very deep COVID  rental discounts.

 I am not going to make my self a party to a HUD housing choice voucher fraud, and I have had it with Jews who take delight in fucking up my life. I am heading to federal court to file a federal housing discrimination and fraud law suit against the city and Homeland Real Estate Advisors.

 This memo will be widely circulated among Federal and New York State Law Enforcement agencies, New York City Department of Investigation, FB1, DOJ, HUD, members of the bar and judiciary, national civil and international human rights organizations, and the press

My 50 thousand plus and growing international daisy chain  will posts this atrocity on social media. A Tom Tom drum message has been sent out to my  supporters around the world, and it has caught fire.

I am going to give you a good piece of advice in Italian: Vaffanculo;

Sincerely

Curtis Van Stuyvesant.

13